UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
YANJUN XU
    Defendant.

Case No. 1:18-cr-00043

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 OCT 10 PM 3:24
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: LISA CONLEY YUNGBLUT (MOBLEY REPORTING)    Date/Time: 10/10/18 @ 1:30 PM
United States Attorney: Timothy Mangan
Defendant Attorney: RALPH KOHNEN (RETAINED)    Interpreter: Mae Sheng Fang Harman (Mandarin)
JEANNE CORRS

*Initial Appearance:* ☐ *Complaint;* ☒ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ Counsel present    ☐ *Superseding Indictment*    ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties    ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights    ☐ Defendant provided copy of charging document    ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing 10/12/18 @ 1:30 PM
☐ Financial affidavit presented to the Court/Defendant
☐ Counsel appointed ☐ FPD ☐ CJA ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____    ☐ Detention is moot - serving state sentence
Defendant Witness _____
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to _____

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____

AUSA Exhibits: _____    Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐    Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered    ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing    ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    Removed to _____
☐ Probable Cause Found

Remarks: