IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-CR-043 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| | : | |
| YANJUN XU, | : | |
| (a/k/a Xu Yanjun, | : | |
| a/k/a Qu Hui, | : | |
| a/k/a Zhang Hui) | : | |

**ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS**

The United States, through its attorney, Benjamin C. Glassman, United States Attorney for the Southern District of Ohio, has filed an agreed motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States.  The Court has been made aware of the potential existence of classified information in the investigative material involved in this case. Federal law now explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. No. 96-456, § 9, 94 Stat. 2029 (1980).

Pursuant to paragraph 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the protection of classified information, the Court HEREBY APPOINTS Daniel O. Hartenstine, Security Specialist, for the position of Classified Information Security Officer in the above-entitled matter.  The Court FURTHER APPOINTS Debra M. Guerrero-Randall, Joan B. Kennedy, Maura L. Peterson,

Carli V. Rodriguez-Feo, Winfield S. "Scooter" Slade, and Harry J. Rucker III as Alternate

Court Security Officers in the above-entitled matter.

**SO ORDERED**.

_Timothy S. Black_ _____

TIMOTHY S. BLACK
United States District Judge