# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-43 |
| vs. | : | Judge Timothy S. Black |
| YANJUN XU, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court on the entries of appearance of Thea D. R. Kendler, Esq. (Doc. 9) and Amy E. Larson, Esq. (Doc. 10) as additional trial counsel on behalf of the Government.

The Court finds that Attorneys Kendler and Larson are authorized to appear before this Court in the Southern District of Ohio. Accordingly, the Clerk's Office is hereby ORDERED to enter Thea D. R. Kendler and Amy E. Larson as additional trial counsel on behalf of the Government in this case.

**IT IS SO ORDERED.**

Date: 10/12/2018

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge