# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-CR-00043 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | **DEFENDANT'S REQUEST FOR** |
| YANJUN XU, | : | **PRETRIAL DISCLOSURE OF 404(b)** |
| | : | **EVIDENCE OF OTHER CRIMES,** |
| Defendant. | : | **WRONGS, OR ACTS** |

Pursuant to Federal Rule of Evidence 404(b), Defendant Yanjun Xu, by and through counsel, hereby requests the United States Attorney to provide counsel pretrial disclosure of evidence of other crimes, wrongs, or acts as set forth in that rule.

Respectfully submitted,

*/s/ Ralph W. Kohnen*
Ralph W. Kohnen (0034418)
Jeanne M. Cors (0070660)
Robert K. McBride *(pro hac vice)*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
kohnen@taftlaw.com
cors@taftlaw.com
rmcbride@taftlaw.com

COUNSEL FOR DEFENDANT

25182034.1

## MEMORANDUM

Defendant Yanjun Xu, respectfully requests pretrial disclosure of evidence of other crimes, wrongs, or acts pursuant to Rule 404(b) of the Federal Rules of Evidence.

Respectfully submitted,

*/s/ Ralph W. Kohnen*
Ralph W. Kohnen (0034418)
Jeanne M. Cors (0070660)
Robert K. McBride *(pro hac vice)*
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Telephone: (513) 381-2838
Fax: (513) 381-0205
kohnen@taftlaw.com
cors@taftlaw.com
rmcbride@taftlaw.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ Ralph W. Kohnen*

25182034.1