# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:18-CR-0043** |
| **Plaintiff,** | : | **JUDGE TIMOTHY S. BLACK** |
| vs. | : | **GOVERNMENT NOTICE OF** |
| | : | ***EX PARTE*, *IN CAMERA*,** |
| **YANJUN XU,** | : | **UNDER SEAL FILING** |
| a/k/a Xu Yanjun, | : | |
| a/k/a Qu Hui, | : | |
| a/k/a Zhang Hui, | : | |
| **Defendant.** | : | |

The government provides notice that on January 24, 2020, it filed an *ex parte*, *in camera*, and under seal motion (the redacted caption page for which is attached) with the Court.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN (0069287)
EMILY N. GLATFELTER (0075576)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: timothy.mangan@usdoj.gov
emily.glatfelter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system upon defense counsel, this 27th day of January, 2020.

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN (0069287)
Assistant United States Attorney