UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Filed with Classified Information Security Officer

CISO _____

Date 01/24/2020

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case. No. 1:18-CR-043 |
| ) | |
| YANJUN XU, ) | Judge Timothy S. Black |
| a/k/a Xu Yanjun, ) | |
| a/k/a Qu Hui, ) | FILED *EX PARTE, IN CAMERA,* |
| a/k/a Zhang Hui, ) | UNDER SEAL |
| Defendant. ) | |

**(U) GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*
SECOND FILING UNDER CIPA SECTION 4
AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**