# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-43 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| YANJUN XU, | : | |
| | : | |
| Defendant. | : | |

## SECOND AMENDED CRIMINAL TRIAL CALENDAR

| | |
|---|---|
| Parties' Initial Exchange of Disputed Translations: | **December 10, 2020** |
| Deadline for Parties' Joint Proposal of the Court's Interpreters:[1] | **December 14, 2020** |
| Disclosure of Experts Under Rule 16: | **December 30, 2020** |
| Joint Status Report as to Translation Disputes:[2] | **January 11, 2021** |
| *Daubert* Motions: | **February 5, 2021**<br>    **Opposition by February 26, 2021**<br>    **Reply (if any) by March 12, 2021** |
| Deadline for Parties to Exchange Final Translation Disputes: | **February 10, 2021** |
| Deadline to Submit Disputed Translations to the Court:[3] | **March 3, 2021** |
| Deadline for Motions *in Limine*: | **March 17, 2021**<br>    **Opposition by April 5, 2021**<br>    **Reply (if any) by April 12, 2021** |
| *Daubert* Hearing (if required):[4] | **Week of March 29, 2021**<br>    **Courtroom #1, Room 805** |

---

[1] The Court requires two interpreters to assist in resolving translation disputes and to interpret trial testimony. The parties shall submit, for the Court's approval, the names and resumes of the agreed upon interpreters.

[2] To be submitted via email to the Court's law clerk, with copy to black_chambers@ohsd.uscourts.gov.  The parties shall advise as to the number of the disputed translations and any progress toward resolution.

[3] The Court will provide the parties with separate instructions for submitting disputed translations.  Failure to follow the Court's instructions for submitting disputes will constitute a waiver of the party's objection.

[4] The date and time of the hearing will be set subject to the availability of the Court, the parties, and the proposed expert witnesses.

| | |
|---|---|
| Deadline to Submit Proposed Questions for Inclusion in the Special Questionnaire to Prospective Jurors:[5] | **April 16, 2021** |
| Hearing on Motions *in Limine* (if required): | **May 12, 2021 at 11:30 a.m. Courtroom #1, Room 805** |
| Jencks & Giglio Production: | **June 16, 2021** |
| Proposed Jury Instructions & Verdict Forms:[6] | **June 16, 2021** |
| Proposed Witness Lists & Exhibit Lists:[7] | **June 16, 2021** |
| Trial Briefs (if any): | **June 21, 2021** |
| Exhibit Binders:[8] | **July 1, 2021** |
| Final Pretrial Conference (attorneys only): | **Thursday, July 1, 2021 at 11:00 a.m. Chambers, Room 815** |
| *Voir Dire*: | **Friday, July 9, 2021 at 10:00 a.m. Courtroom # 1, Room 805** |
| Jury Trial: | **Monday, July 12, 2021 at 9:30 a.m. Courtroom # 1, Room 805** |

**IT IS SO ORDERED.**

Date: 12/1/2020

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[5] The parties shall provide the Court with a jointly proposed Special Questionnaire, **in Word format**. If the parties cannot agree on the inclusion of certain questions, those questions shall be included at the end of the proposed Special Questionnaire and identified as opposed.

[6] Proposed jury instructions and verdict forms must be filed on the docket and must **also** be emailed, **in Word format**, to chambers at Black_Chambers@ohsd.uscourts.gov.

[7] Proposed witness and exhibit lists must be emailed, **in Word format**, to Black_Chambers@ohsd.uscourts.gov, and may be submitted *ex parte*. Please list witnesses in the anticipated order of presentation.

[8] The Court requires: (1) the original set of all exhibits (witnesses' exhibit binder); (2) one complete hard-copy set of all exhibits (Judge Black's courtesy exhibit binder); and (3) one set of all exhibits in electronic format, saved to a USB flash drive (Law Clerk's exhibits). The original and Judge's copy of the exhibits must be pre-marked and organized sequentially in tabbed, three-ring binders. All three sets must be delivered to Chambers in Room 815. Counsel will not be permitted to add or change any exhibits after the deadline, unless counsel provides the Court with the new or amended exhibits, in all three formats, and amended exhibits lists, before the Court reconvenes.