# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-cr-43 |
| vs. | : | Judge Timothy S. Black |
| YANJUN XU, | : | |
| Defendant. | : | |

## NOTICE & ORDER
## REGARDING MEMBERS OF THE PUBLIC

Jury trial in the above-referenced case shall commence on October 18, 2021. In light of the ongoing pandemic, and to ensure the health and safety of all jurors, parties, witnesses, and court staff, the Court will undertake various measures including the requirement to remain masked in the courtroom, as well as social distancing. Due to the limited available space in the courtroom, as well as the number of jurors and attorneys in this case, the Court will accommodate public access to the proceedings by way of an overflow conference room. Accordingly, upon empanelment of the jury and the commencement of opening statements, members of the public may listen to the live courtroom audio stream, from the Potter Stewart U.S. Courthouse, Room 720. All members of the public are welcome, subject to the following:

(1) Members of the public must remain masked at all times, regardless of vaccination status;

(2) Members of the public are welcome to socially distance from one another, if they so choose, and shall be respectful of any other individuals attempting to socially distance; and

(3) Video and/or audio recording of the proceeding is prohibited.

**IT IS SO ORDERED**.

Date: 10/18/2021

Timothy S. Black
United States District Judge