IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:18-CR-0043 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| YANJUN XU | : | **STIPULATION** |
| (a/k/a Xu Yanjun and Qu Hui) | : | |
| | : | |

The United States of America, by and through its undersigned attorneys, and the Defendant Yanjun Xu, by and through his undersigned attorneys, submit these agreed-upon stipulations regarding certain exhibits and evidence anticipated to be presented at trial.

A. The parties stipulate that the Southern District of Ohio is the proper venue and jurisdiction for the offenses charged in the Indictment.

B. The parties stipulate and agree that the subscriber information contained in the following exhibits are properly authenticated – that is, they are true and accurate copies of the documents they purport to be within the meaning of Rules 901 and 902 of the Federal Rules of Evidence:

    a. Exhibit 9c
    b. Exhibit 13
    c. Exhibit 16
    d. Exhibit 17
    e. Exhibit 19
    f. Exhibit 20
    g. Exhibit 35
    h. Exhibit 46b
    i. Exhibit 85, pages 9-15.

The Defendant does not stipulate to the authenticity or admissibility of the content of messages produced by the service providers for the accounts identified in each of the above exhibits.

C. The parties stipulate to the authenticity and admissibility of Exhibits 11(a-h) and 111. The parties also stipulate that the English translations included in Exhibits 11(a-h) and 111 are true, accurate, and reliable translations of the original communications in the French and Chinese languages.

D. The parties stipulate and agree that that the English translations included in the exhibits are true, accurate, and reliable translations of the original communications in the Chinese language.

**SO STIPULATED:**

DATED: 10/19/2021

_____
YANJUN XU

DATED: 10/19/2021

/s/ Ralph W. Kohnen
RALPH W. KOHNEN
JEANNE M. CORS
ROBERT K. McBRIDE
SANNA-RAE TAYLOR
*Counsel for Defendant*

DATED: 10/19/2021

s/ Timothy S. Mangan
TIMOTHY S. MANGAN
EMILY N. GLATFELTER
Assistant United States Attorneys

MATTHEW J. MCKENZIE
Trial Attorney
U.S. Department of Justice