TSB

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-43 |
| vs. | : | Judge Timothy S. Black |
| YANJUN XU, | : | |
| Defendant. | : | |

## VERDICT FORM – COUNT 1

As to **Count 1** of the Indictment, charging Conspiracy to Commit Economic Espionage, in violation of federal law, WE, THE JURY, find the defendant **YANJUN XU**:

GUILTY: __X__          NOT GUILTY: _____

Dated this __5th__ day of __November__, 2021.

Juror # __          Juror # __

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, : Case No. 1:18-cr-43
:
vs. : Judge Timothy S. Black
:
YANJUN XU, :
:
Defendant. :

## VERDICT FORM – COUNT 2

As to **Count 2** of the Indictment, charging Conspiracy to Commit Trade Secret Theft, in violation of federal law, WE, THE JURY, find the defendant **YANJUN XU**:

GUILTY: __X__    NOT GUILTY: _____

Dated this 5th day of November, 2021.

Juror # ___        Juror # 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-43 |
| vs. | : | Judge Timothy S. Black |
| YANJUN XU, | : | |
| Defendant. | : | |

## VERDICT FORM – COUNT 3

As to **Count 3** of the Indictment, charging Attempt to Commit Economic Espionage, in violation of federal law, WE, THE JURY, find the defendant **YANJUN XU**:

GUILTY: __X__          NOT GUILTY: _____

Dated this 5th day of November, 2021.



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-43 |
| vs. | : | Judge Timothy S. Black |
| YANJUN XU, | : | |
| Defendant. | : | |

## VERDICT FORM – COUNT 4

As to **Count 4** of the Indictment, charging Attempt to Commit Trade Secret Theft, in violation of federal law, WE, THE JURY, find the defendant **YANJUN XU**:

GUILTY: __X__     NOT GUILTY: _____

Dated this __5th__ day of __November__, 2021.