UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.

Yanjun Xu,

    Defendant.

Case Number: 1:18-cr-43

Judge Timothy S. Black

## ORDER

Meals were provided for Jurors in the above captioned case from October 18, 2021 through November 5, 2021. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

_____
Timothy S. Black
United States District Judge