```
02:00:00    1              UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF OHIO
            2                   WESTERN DIVISION
                                   -   -   -
            3   UNITED STATES OF AMERICA,      : CASE NO. 1:18-cr-0043
                                               :
            4              Plaintiff,          :
                       vs.                     : TRIAL EXCERPT
            5                                  :
                YANJUN XU, also known as XU    : 26th of OCTOBER, 2021
            6   YANJUN, also known as QU HUI,  : 3:18 P.M.
                also known as ZHANG HUI,       :
            7                                  :
                           Defendant.          :
            8                          -   -   -
                     EXCERPT OF TRANSCRIPT OF PROCEEDINGS
            9             TESTIMONY OF ADAM ROBERT JAMES
                  BEFORE THE HONORABLE TIMOTHY S. BLACK, JUDGE
           10                          -   -   -

           11   APPEARANCES:
                For the Plaintiff:
           12                      Timothy S. Mangan, Esq.
                                   Emily N. Glatfelter, Esq.
           13                      Assistant United States Attorneys
                                   221 East Fourth Street, Suite 400
           14                      Cincinnati, Ohio 45202
                                             and
           15                      Matthew John McKenzie, Esq.
                                   United States Department of Justice
           16                      National Security Division
                                   950 Pennsylvania Avenue NW
           17                      Washington, D.C. 20530
                                             and
           18                      Jacqueline K. Prim
                                   Special Assistant, Paralegal
           19                      United States Department of Justice
                                   National Security Division
           20                      950 Pennsylvania Avenue NW
                                   Washington, D.C. 20530
           21
                For the Defendant:
           22                      Ralph William Kohnen, Esq.
                                   Jeanne Marie Cors, Esq.
           23                      Sanna-Rae Taylor, Esq.
                                   Taft Stettinius and Hollister
           24                      425 East Walnut Street, Suite 1800
                                   Cincinnati, Ohio 45202
           25                                and
```

```
1                          Robert K. McBride, Esq.
                           Amanda Johnson, Esq.
2                          Taft Stettinius and Hollister
                           50 East RiverCenter Boulevard
3                          Suite 850
                           Covington, Kentucky 41011
4                                      and
                           Florian Miedel, Esq.
5                          Miedel & Mysliwiec, LLP
                           80 Broad Street, Suite 1900
6                          New York, New York 10004

7      Also present:       Mae Harmon, Interpreter
                           Robin Murphy, Interpreter
8                          Yanjun Xu, Defendant

9      Law Clerk:          Cristina V. Frankian, Esq.

10     Courtroom Deputy:   Rebecca Santoro

11     Stenographer:       Mary Schweinhagen, RPR, RMR, RDR, CRR
                           United States District Court
12                         200 West Second Street, Room 910
                           Dayton, Ohio 45402

13

14        Proceedings reported by mechanical stenography,
       transcript produced by computer.
15                              *** *** *** ***

16

17

18

19

20

21

22

23

24

25
```

1                    **INDEX OF WITNESSES**

2                 TUESDAY, OCTOBER 26, 2021

3                    DIRECT   CROSS   REDIRECT   RECROSS

4    **PLAINTIFF'S WITNESSES**

5    ADAM JAMES                   5

6

7                       *      *      *      *      *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          P-R-O-C-E-E-D-I-N-G-S                    3:18 P.M.

 2          (Proceedings reported but not transcribed.)

 3          MR. McKENZIE:  Your Honor, the government is ready

 4  to call our next witness, Special Agent Adam James.

 5          THE COURT:  Very well.  If we could call for the

 6  agent, special agent.

 7          MS. TAYLOR:  Your Honor, counsel for --

 8          THE COURT:  Yes?

 9          MS. TAYLOR:  Counsel for defense is going to change

10  places at the tables.

11          THE COURT:  Change what?

12          MS. TAYLOR:  Change places at the tables if that's

13  okay?

14          THE COURT:  Yes.

15          MS. TAYLOR:  Thank you.

16          THE COURT:  If the witness would be willing to

17  approach, we're going to put you in the witness stand over

18  here.

19      If you'd be willing to pause for the oath to tell the

20  truth.  If you'd raise your right hand.  Do you solemnly swear

21  or affirm that your testimony today will be the truth, subject

22  to penalty of perjury?

23          THE WITNESS:  I do.

24          THE COURT:  Very well.  Once you get seated, get

25  close to the microphone.
```

03:18:26
03:18:27
03:18:31
03:18:33
03:18:37
03:18:38
03:18:39
03:18:43
03:18:43
03:18:43
03:18:44
03:18:45
03:18:45
03:19:02
03:19:03
03:19:06
03:19:10
03:19:13
03:19:16
03:19:21
03:19:23
03:19:24
03:19:27

| | | |
|---|---|---|
| 03:19:30 | 1 | The lawyer for the government may begin with questions. |
| 03:19:30 | 2 | **ADAM ROBERT JAMES, PLAINTIFF WITNESS, SWORN** |
| 03:19:33 | 3 | <u>**DIRECT EXAMINATION**</u> |
| 03:19:33 | 4 | BY MR. McKENZIE: |
| 03:19:34 | 5 | **Q.**   Good afternoon.  My name is Matthew McKenzie. |
| 03:19:38 | 6 | Will you please state your full name and spell your last |
| 03:19:40 | 7 | name for the record? |
| 03:19:41 | 8 | **A.**   My name is Adam Robert James, J-A-M-E-S. |
| 03:19:49 | 9 | **Q.**   By whom are you employed? |
| 03:19:51 | 10 | **A.**   The FBI. |
| 03:19:53 | 11 | **Q.**   To which field office are you assigned? |
| 03:19:58 | 12 | **A.**   I'm assigned to the San Diego field office. |
| 03:20:02 | 13 | **Q.**   What is your current position within the FBI? |
| 03:20:06 | 14 | **A.**   I am a special agent. |
| 03:20:09 | 15 | **Q.**   How long have you been a special agent? |
| 03:20:11 | 16 | **A.**   I became a special agent on July 5th of 2010. |
| 03:20:17 | 17 | **Q.**   Do you have a particular focus? |
| 03:20:21 | 18 | **A.**   Yes.  I'm focused on cyber crime investigations. |
| 03:20:24 | 19 | **Q.**   What types of activities are included in cyber crime? |
| 03:20:30 | 20 | **A.**   There's various types of cyber crime that the FBI |
| 03:20:33 | 21 | investigates.  It could be ransomware.  It could be business |
| 03:20:39 | 22 | email compromises.  But I mainly focus on computer intrusion |
| 03:20:43 | 23 | activity. |
| 03:20:45 | 24 | **Q.**   Has the FBI provided you with any training regarding |
| 03:20:50 | 25 | computer intrusions and cyber investigations? |

| | | |
|---|---|---|
| 03:20:53 | 1 | **A.**   Yes, it has. |
| 03:20:54 | 2 | **Q.**   Could you provide the jury with an overview of your |
| 03:20:59 | 3 | training that was provided by the FBI? |
| 03:21:01 | 4 | **A.**   Yes.  So when you get hired by the FBI, they send you |
| 03:21:05 | 5 | to the FBI Academy for about five months for general |
| 03:21:08 | 6 | training.  That covers a little bit of cyber crime training, |
| 03:21:12 | 7 | but very little. |
| 03:21:13 | 8 | When you get assigned to a cyber squad once you get out |
| 03:21:17 | 9 | of the academy, they send you to additional training.  So |
| 03:21:20 | 10 | the first training I took was a two-week general cyber |
| 03:21:25 | 11 | investigation course where they kind of tell you here's all |
| 03:21:29 | 12 | the elements of the FBI that does cyber crime |
| 03:21:33 | 13 | investigations, and then they give you kind of like a brief |
| 03:21:37 | 14 | week-long course in cyber investigations. |
| 03:21:40 | 15 | And then since then I have taken over 400 hours of |
| 03:21:43 | 16 | training both online and in person.  That has included |
| 03:21:47 | 17 | everything from interview and interrogation techniques; |
| 03:21:51 | 18 | hacker tactics, techniques, and procedures; reverse |
| 03:21:55 | 19 | engineering malware; and computer forensics; and intrusion |
| 03:21:59 | 20 | investigations. |
| 03:21:59 | 21 | **Q.**   We'll come back and define some of those terms in a |
| 03:22:03 | 22 | moment.  But prior to joining the FBI, where did you work? |
| 03:22:10 | 23 | **A.**   Immediately prior to joining the FBI, I worked for a |
| 03:22:15 | 24 | computer security consulting company in Omaha, Nebraska. |
| 03:22:17 | 25 | **Q.**   And what were some of your duties and responsibilities? |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT                                           7

03:22:19  1    **A.**   My primary duty immediately before joining the FBI was

03:22:23  2    computer forensics and incident response.  Prior to that I

03:22:27  3    did some third-party risk assessments and policy writing for

03:22:33  4    various companies.

03:22:35  5    **Q.**   Did you ever -- in that capacity as a consultant, did you

03:22:41  6    ever contract with the U.S. government?

03:22:42  7    **A.**   I took a -- about a nine-month leave of absence from my

03:22:49  8    job with the consulting company, and I did media forensics

03:22:53  9    for a U.S. military in Iraq.

03:22:58  10   **Q.**   Will you just explain to the jury in basic terms what you

03:23:02  11   did over in Iraq?

03:23:05  12   **A.**   Yeah.  So basically what my job was, is when the

03:23:08  13   military would go out and detain suspected terrorists or

03:23:12  14   insurgents, they would take the person and all of their

03:23:15  15   papers, electronic devices, computers, all that type of

03:23:19  16   stuff.  They would bring them back to be reviewed and

03:23:22  17   interrogated.  So while the military was interrogating the

03:23:26  18   suspect, my job would be to go through all of their

03:23:29  19   electronic media and pull off whatever information was

03:23:33  20   available.

03:23:36  21   **Q.**   What was your first job in information technology --

03:23:40  22   **A.**   My first --

03:23:41  23   **Q.**   -- after you graduated?

03:23:42  24   **A.**   My first job in information technology, I was a

03:23:46  25   business analyst at Mutual of Omaha.  And I worked up

JAMES - DIRECT                                              8

03:23:50  1   through several jobs at Mutual of Omaha, from a business

03:23:54  2   analyst to a computer programmer, and then ultimately I was

03:23:57  3   a security analyst at Mutual of Omaha.

03:24:01  4   Q.   Did you earn a bachelor's degree?

03:24:06  5   A.   I did.

03:24:07  6   Q.   From which institution did you earn that degree?

03:24:10  7   A.   The University of Nebraska at Omaha.

03:24:12  8   Q.   When did you earn the degree?

03:24:13  9   A.   In 2003.

03:24:14  10  Q.   What was the subject?

03:24:15  11  A.   Management information systems.

03:24:18  12  Q.   What is information systems?

03:24:21  13  A.   Information systems is a, I guess a generic term for

03:24:25  14  computers.

03:24:26  15  Q.   After earning your bachelor's degree, did you go on to

03:24:30  16  earn a master's degree?

03:24:31  17  A.   I did.

03:24:32  18  Q.   Where did you earn this degree?

03:24:34  19  A.   Also from the University of Nebraska at Omaha.

03:24:37  20  Q.   And what was the subject of your degree?

03:24:39  21  A.   Management information systems.

03:24:44  22  Q.   And when did you earn it?

03:24:45  23  A.   In 2005.

03:24:48  24  Q.   In addition to your education and work experience, have

03:24:55  25  you had the occasion to earn professional certifications?

JAMES - DIRECT                                                          9

03:25:00  1    **A.**   I have.

03:25:00  2    **Q.**   Could you explain to the jury some of the certifications

03:25:03  3    that you've earned and held?

03:25:05  4    **A.**   Yes.  So probably the biggest certification I've held

03:25:09  5    was I held a CISP, which is a very broad industry standard

03:25:15  6    certification for information security.  And I've also held

03:25:19  7    multiple more specific certifications, several related to

03:25:24  8    computer forensics, one related to reverse engineering

03:25:29  9    malware, one related to computer networking devices, and,

03:25:34  10   you know, several other more generic ones.

03:25:39  11   **Q.**   Through your education, your work experience with the FBI

03:25:44  12   and also prior to the FBI, have you become familiar with the

03:25:49  13   term "digital media" as it pertains to cyber investigations?

03:25:55  14   **A.**   Yes, I am.

03:25:56  15   **Q.**   Will you please explain to the jury what "digital media"

03:25:59  16   means and give some common examples?

03:26:01  17   **A.**   Okay.  So digital media is going to be anything that

03:26:05  18   can store data in a binary format or in a data format used

03:26:10  19   by computers.  And that could include a computer, your cell

03:26:14  20   phone, the MMC card or the multimedia card you put into your

03:26:19  21   camera, a CD.  It could be a, you know, electronic music

03:26:23  22   device.  All of those would be considered digital media.

03:26:27  23   **Q.**   Are you familiar with the term "forensic examination" as

03:26:31  24   it pertains to digital media?

03:26:33  25   **A.**   I am.

| | | |
|---|---|---|
| 03:26:33 | 1 | **Q.**   Will you please provide a basic definition of what this |
| 03:26:38 | 2 | means, "forensic examination"? |
| 03:26:40 | 3 | **A.**   Yes.  So for -- a forensic examination of digital media |
| 03:26:44 | 4 | is analyzing a piece of digital media -- so it could be a |
| 03:26:49 | 5 | computer, cell phone, anything -- in a manner which can be |
| 03:26:52 | 6 | replicated and verified by another person. |
| 03:26:57 | 7 | **Q.**   Including your work in private industry, including your |
| 03:27:02 | 8 | time in Iraq and your time with the FBI, approximately how |
| 03:27:09 | 9 | many forensic examinations have you conducted? |
| 03:27:12 | 10 | **A.**   I've performed over 100 examinations of digital media. |
| 03:27:18 | 11 | **Q.**   And approximately how many hours of training have you |
| 03:27:20 | 12 | received in this field? |
| 03:27:22 | 13 | **A.**   In the field specific of digital media examinations |
| 03:27:26 | 14 | or -- |
| 03:27:27 | 15 | **Q.**   Yeah. |
| 03:27:29 | 16 | **A.**   I would say over a hundred hours of training. |
| 03:27:33 | 17 | **Q.**   Will you please explain to the jury the basic steps in |
| 03:27:38 | 18 | conducting a forensic examination of digital media? |
| 03:27:41 | 19 | **A.**   Okay.  So the first basic step that's going to be |
| 03:27:46 | 20 | conducted when you are analyzing digital media is you are |
| 03:27:49 | 21 | going to make a copy of the original media.  We call that a |
| 03:27:52 | 22 | forensic image.  And the reason in which you do that is, |
| 03:27:57 | 23 | again, as I stated, computer forensics is conducting an |
| 03:28:00 | 24 | analysis in a way that's repeatable and able to be verified. |
| 03:28:05 | 25 | So when I take a forensic copy, I'm going to try to |

03:28:08   1   work off of something that's not the original media in

03:28:11   2   case -- so that we limit or minimize the changes that occur

03:28:16   3   to the original evidence.  And then we run a set of

03:28:20   4   standardized tools that will extract evidence from the

03:28:23   5   specific media type for the investigation that is being

03:28:26   6   conducted.

03:28:28   7   Q.    And what types of files are you looking for during a

03:28:31   8   forensic examination of a hard drive in a computer intrusion

03:28:35   9   case?

03:28:36   10  A.    So in a computer intrusion case we would generally be

03:28:39   11  looking for two general types of files.  One is malicious

03:28:45   12  tools, so that could be malware or any additional file used

03:28:50   13  by the computer intruders.  And then we are also looking for

03:28:54   14  files which contain information about how the malware was

03:28:59   15  executed on the system.

03:29:02   16  Q.    So I think to back up and define computer intrusion -- I

03:29:06   17  should have done that earlier.  What is a computer intrusion?

03:29:08   18  A.    A computer intrusion is when somebody accesses a

03:29:14   19  computer without authorization or exceeds their

03:29:16   20  authorization.

03:29:17   21  Q.    And I heard the word "malware."

03:29:24   22  A.    Um-hmm.

03:29:24   23  Q.    What is malware?

03:29:26   24  A.    Malware is any code that is placed on a computer that

03:29:29   25  does something that the user doesn't want their computer to

| | | |
|---|---|---|
| 03:29:32 | 1 | do.  So there's a lot of different types of malware. |
| 03:29:36 | 2 | **Q.**   Are there common names that people use to refer to |
| 03:29:40 | 3 | malware? |
| 03:29:41 | 4 | **A.**   Yes. |
| 03:29:42 | 5 | **Q.**   What are some of those common names? |
| 03:29:44 | 6 | **A.**   So a common term would be a computer virus, would be |
| 03:29:49 | 7 | what most people think about when they think of malware. |
| 03:29:51 | 8 | **Q.**   Now, is there just one thing called malware, or are there |
| 03:30:00 | 9 | many types of malware? |
| 03:30:02 | 10 | **A.**   There are many types of malware. |
| 03:30:07 | 11 | **Q.**   Are you familiar with the term "remote access trojan"? |
| 03:30:12 | 12 | **A.**   I am. |
| 03:30:13 | 13 | **Q.**   Is that also referred to as a RAT? |
| 03:30:17 | 14 | **A.**   It can be. |
| 03:30:22 | 15 | **Q.**   Will you please explain to the jury what a remote access |
| 03:30:26 | 16 | trojan is? |
| 03:30:27 | 17 | **A.**   A remote access trojan is a program on a computer that |
| 03:30:31 | 18 | provides remote access to the computer to a user that the |
| 03:30:35 | 19 | owner of the computer would prefer not to have access. |
| 03:30:39 | 20 | There are legitimate remote access tools, which especially |
| 03:30:43 | 21 | in current times with remote work you see commonly.  But |
| 03:30:47 | 22 | what sets a RAT, or a remote access trojan, apart is that |
| 03:30:51 | 23 | the user or owner of the computer does not intend it to be |
| 03:30:58 | 24 | there. |
| 03:30:58 | 25 | **Q.**   In general, how does a RAT or how does a remote access |

| | | |
|---|---|---|
| 03:31:03 | 1 | trojan work? |
| 03:31:04 | 2 | **A.**    There's two general ways a remote access trojan can |
| 03:31:09 | 3 | work.  The first way is it can be installed on a computer |
| 03:31:13 | 4 | and it can open up the computer to access remotely on an |
| 03:31:18 | 5 | inbound connection from another location.  So think of that |
| 03:31:22 | 6 | as it opens up the door.  As long as somebody can see that |
| 03:31:25 | 7 | the door is open, they can walk in. |
| 03:31:27 | 8 | The other manner in which a remote access trojan can |
| 03:31:31 | 9 | operate is it can get installed on the computer and it can |
| 03:31:33 | 10 | initiate a connection outbound to some place on the Internet |
| 03:31:38 | 11 | to let the remote user or the remote intruder know that it's |
| 03:31:44 | 12 | there to be used. |
| 03:31:45 | 13 | **Q.**    Is there a name for that process of the program reaching |
| 03:31:52 | 14 | out to a remote user? |
| 03:31:53 | 15 | **A.**    Yes.  We generally call that a beacon. |
| 03:32:00 | 16 | **Q.**    Now, is there only one remote access trojan or are there |
| 03:32:05 | 17 | multiple versions of remote access trojan? |
| 03:32:09 | 18 | **A.**    There are many versions of remote access trojans. |
| 03:32:13 | 19 | **Q.**    Are you familiar with the term "Sakula"? |
| 03:32:16 | 20 | **A.**    I am. |
| 03:32:16 | 21 | **Q.**    What is Sakula? |
| 03:32:19 | 22 | **A.**    Sakula is a specific type of remote access trojan. |
| 03:32:25 | 23 | **Q.**    And just for the court reporter, it's S-A-K-U-L-A. |
| 03:32:33 | 24 | Will you explain to the jury how Sakula works? |
| 03:32:38 | 25 | **A.**    Yeah.  Sakula is a fairly basic remote access trojan. |

| | | |
|---|---|---|
| 03:32:42 | 1 | So when it gets installed on a user's computer, it will |
| 03:32:46 | 2 | reach out to somewhere on the Internet with a beacon, and it |
| 03:32:49 | 3 | has a very specific beacon format.  So there is a protocol |
| 03:32:53 | 4 | it uses to communicate with its controller on the Internet. |
| 03:32:57 | 5 | And what it allows the remote user to do is it can upload |
| 03:33:01 | 6 | files, download files, and run arbitrary commands on the |
| 03:33:04 | 7 | computer.  It also can be told to uninstall itself. |
| 03:33:10 | 8 | **Q.**   Does Sakula -- what, if any, remote access or control |
| 03:33:16 | 9 | does Sakula give somebody of a computer on which it is |
| 03:33:21 | 10 | installed? |
| 03:33:22 | 11 | **A.**   So like I said before, they can run whatever commands |
| 03:33:26 | 12 | they want to at the command line of the system.  They also |
| 03:33:29 | 13 | can upload and download files. |
| 03:33:34 | 14 | **Q.**   How do you distinguish Sakula from another remote access |
| 03:33:39 | 15 | trojan? |
| 03:33:40 | 16 | **A.**   We generally distinguish remote access trojans based on |
| 03:33:48 | 17 | two general things.  One is the control that's present on |
| 03:33:51 | 18 | the disk; and the other thing, which is more pertinent to |
| 03:33:54 | 19 | this case, is the communication format that it uses when it |
| 03:33:58 | 20 | beacons. |
| 03:34:00 | 21 | **Q.**   What does that mean in general terms, the communication |
| 03:34:06 | 22 | format it uses to beacon? |
| 03:34:08 | 23 | **A.**   We call that a communication protocol.  So what a |
| 03:34:11 | 24 | communication protocol is, is the way two things |
| 03:34:14 | 25 | communicate.  In this case it's on the Internet, but it can |

| | | |
|---|---|---|
| 03:34:16 | 1 | be in your normal, everyday life. |
| 03:34:18 | 2 | So a good example of a communication protocol would be |
| 03:34:21 | 3 | if you want to make a phone call to somebody else in the |
| 03:34:24 | 4 | U.S., you pick up the phone, you dial the number that you |
| 03:34:27 | 5 | want to call.  You start to hear it ring.  So that's the |
| 03:34:30 | 6 | first part of the protocol.  The other person hears it ring |
| 03:34:34 | 7 | on their end, and they pick up the phone.  When they pick up |
| 03:34:36 | 8 | the phone -- in my case I say, "Hello.  This is Adam."  Then |
| 03:34:42 | 9 | you know that you have established a communication that is |
| 03:34:44 | 10 | an English phone call. |
| 03:34:47 | 11 | Q.   Are you familiar with the term "plugX." |
| 03:34:53 | 12 | A.   I am. |
| 03:34:54 | 13 | Q.   What is plugX? |
| 03:34:55 | 14 | A.   PlugX is a variant of a remote access trojan. |
| 03:34:59 | 15 | Q.   In general terms, how does plugX work? |
| 03:35:03 | 16 | A.   PlugX works very similar to Sakula.  It gets installed |
| 03:35:08 | 17 | on a computer, and it will initiate a beacon outbound to a |
| 03:35:12 | 18 | predefined location on the Internet. |
| 03:35:16 | 19 | Q.   Does plugX have a different protocol than Sakula? |
| 03:35:20 | 20 | A.   It does. |
| 03:35:21 | 21 | Q.   Is the ultimate affect of providing remote access |
| 03:35:25 | 22 | similar, though? |
| 03:35:25 | 23 | A.   It is similar. |
| 03:35:27 | 24 | Q.   Just one more term I'd like to loop back to.  Are you |
| 03:35:32 | 25 | familiar with the phrase "executable file"? |

03:35:36   1    **A.**   I am.

03:35:37   2    **Q.**   Could you provide a basic definition of what this term

03:35:42   3    means and provide a couple examples of what are executable

03:35:47   4    files?

03:35:47   5    **A.**   An executable file is a program that can be run on a

03:35:50   6    computer.  So a good example of an executable file is if you

03:35:55   7    go to your computer or your phone or whatever you use to

03:35:57   8    browse the Internet and you click on the icon that opens up

03:36:00   9    a web browser, what the computer in the background is doing

03:36:03   10   is opening up an executable file that causes the browser to

03:36:08   11   be displayed to you, which then allows you to be connected

03:36:12   12   to the Internet.

03:36:12   13   **Q.**   I'd like to direct your attention now to October of 2019.

03:36:18   14        Did there come a time that you conducted a forensic

03:36:20   15   examination of a hard drive?

03:36:23   16   **A.**   Yes, I did.

03:36:24   17   **Q.**   Who provided you with the hard drive?

03:36:27   18   **A.**   The hard drive was provided by DGSI.

03:36:32   19   **Q.**   What is DGSI?

03:36:34   20   **A.**   DGSI is roughly equivalent to the domestic

03:36:40   21   investigation and intelligence arm of the French government

03:36:44   22   as it relates to cyber matters.

03:36:47   23   **Q.**   Does it have a law enforcement component to it?

03:36:49   24   **A.**   Yes, it does.

03:36:51   25   **Q.**   And does the FBI and DGSI have a law enforcement

03:36:55   1   relationship?

03:36:56   2   **A.**    We do.

03:36:57   3   **Q.**    And as a result of this relationship, did they share this

03:37:01   4   computer with you?

03:37:02   5   **A.**    Yes.

03:37:03   6   **Q.**    Did you then conduct a forensic examination of the

03:37:08   7   computer -- or of the hard drive?  Excuse me.

03:37:11   8   **A.**    Yes, I did.

03:37:12   9   **Q.**    As part of that examination, were you able to determine

03:37:19   10  what computer system and network the hard drive belonged to?

03:37:23   11  **A.**    Yes.

03:37:24   12  **Q.**    And what company, if any, did the hard drive belong to?

03:37:30   13  **A.**    So the company was registered -- sorry.  The hard drive

03:37:34   14  was registered to Snecma.

03:37:37   15  **Q.**    And what is Snecma?

03:37:40   16  **A.**    Snecma is a subsidiary of Safran Group.

03:37:44   17  **Q.**    And where is Safran located?

03:37:46   18  **A.**    Safran is headquartered in France.

03:37:49   19  **Q.**    And as part of your examination of the hard drive, were

03:37:53   20  you able to identify a user profile?

03:37:57   21  **A.**    Yes, I was.

03:37:58   22  **Q.**    Were you able to view emails and other documents?

03:38:04   23  **A.**    Yes, I was.

03:38:05   24  **Q.**    Were you able to identify a particular user of that hard

03:38:11   25  drive as a result of your analysis?

03:38:14　1　**A.**　Yes.

03:38:14　2　**Q.**　Was that person Frederic Hascoet?

03:38:19　3　**A.**　It was.

03:38:20　4　**Q.**　Will you please provide the jury with an overview of how

03:38:26　5　you conducted the forensic examination of this hard drive?

03:38:30　6　**A.**　Yes.　So we first took a forensic image of the hard

03:38:35　7　drive, and then I conducted analysis against the forensic

03:38:38　8　image.　The first step that I did is I created a timeline of

03:38:43　9　activities that were on the system, and then I reviewed the

03:38:47　10　timeline to see if there was any indication of a computer

03:38:50　11　intrusion.

03:38:51　12　**Q.**　As a result of your analysis, what, if any, malware did

03:39:00　13　you find?

03:39:00　14　**A.**　On the hard drive, I found one variant of Sakula

03:39:07　15　malware and two variants of plugX.

03:39:11　16　**Q.**　Were you able to determine when these malware programs

03:39:15　17　were installed on the hard drive?

03:39:16　18　**A.**　Yes.

03:39:17　19　**Q.**　I'll come -- I'll come back to that.

03:39:22　20　　　I'd like to start with a discussion of Sakula.　Was there

03:39:29　21　just one file associated with Sakula or were there multiple

03:39:35　22　files associated with this program?

03:39:37　23　**A.**　For Sakula, there was two files still on disk that were

03:39:41　24　related to Sakula.

03:39:44　25　**Q.**　Were you able to determine what Sakula was set up to do?

| | | |
|---|---|---|
| 03:39:48 | 1 | **A.** Yes, I was. |
| 03:39:50 | 2 | **Q.** Will you please explain that to the jury? |
| 03:39:53 | 3 | **A.** The Sakula variant that was located on the hard drive I |
| 03:39:57 | 4 | analyzed was set up to initiate beacons to two domains on |
| 03:40:04 | 5 | the Internet. |
| 03:40:04 | 6 | **Q.** What is a domain? |
| 03:40:08 | 7 | **A.** A domain is a shortened version of domain name. So a |
| 03:40:12 | 8 | domain name is how normal people access locations on the |
| 03:40:17 | 9 | Internet. So computers communicate via IP addresses. So |
| 03:40:22 | 10 | think of an IP address of a computer as similar to your |
| 03:40:26 | 11 | telephone number. |
| 03:40:26 | 12 | A domain name would be equivalent to setting up a |
| 03:40:29 | 13 | contact in your phone to link a phone number to a name that |
| 03:40:33 | 14 | you remember. So like if I want to go to www.fbi.gov, |
| 03:40:39 | 15 | that's what I type in my web browser. But on the back end, |
| 03:40:43 | 16 | the domain name system is doing the correlation between |
| 03:40:50 | 17 | www.fbi.gov and an IP address that is assigned to that |
| 03:40:56 | 18 | domain. |
| 03:40:57 | 19 | **Q.** Quickly, for the IP address, does the "IP" stand for |
| 03:41:02 | 20 | Internet protocol? |
| 03:41:03 | 21 | **A.** It does. |
| 03:41:04 | 22 | **Q.** Is it a series of numbers and periods? |
| 03:41:08 | 23 | **A.** Essentially, yes. |
| 03:41:09 | 24 | **Q.** Okay. |
| 03:41:09 | 25 | THE COURT: Have we reached an opportunity where we |

03:41:10  1    could break?

03:41:12  2              MR. McKENZIE:  Of course, Your Honor.

03:41:13  3              THE COURT:  Very well.  We're going to take a

03:41:16  4    20-minute break and going to come back at 4.  And it would

03:41:19  5    appear you are going to survive.  During the break, please

03:41:23  6    take a break.  Don't discuss the case among yourselves or with

03:41:25  7    anyone else.  No independent research.  Continue to keep an

03:41:29  8    open mind.

03:41:31  9         Out of respect for you, we will rise as you leave.

03:41:34  10             THE COURTROOM DEPUTY:  All rise for the jury.

03:41:36  11         (Jury out at 3:41 p.m.)

03:42:06  12             THE COURT:  The jury's left the room.  The door is

03:42:19  13   closed.

03:42:20  14        We're going to recess till 4.  It's almost 20 minutes.

03:42:24  15   And then when we come back at 4, what's the likelihood that

03:42:28  16   the government will finish direct?

03:42:30  17             MR. McKENZIE:  Zero percent, Your Honor.

03:42:32  18             THE COURT:  Zero percent.

03:42:34  19             MR. McKENZIE:  Zero percent.

03:42:35  20             THE COURT:  So he is not going home to San Diego

03:42:40  21   tonight.

03:42:44  22             MR. McKENZIE:  Not tonight, Your Honor.

03:42:46  23             THE COURT:  We are in recess until 4.  Hoping to

03:42:48  24   break at 4:30.

03:42:48  25             THE COURTROOM DEPUTY:  All rise.  We are in recess

JAMES - DIRECT                                          21

03:42:50   1   until 4 p.m.

03:42:53   2           (Recess from 3:43 p.m. until 3:59 p.m.)

03:59:58   3           THE COURT:  Back on the record, about to get the

04:00:05   4   jury.

04:00:05   5       Mr. McKenzie, have the odds changed?

04:00:08   6           MR. McKENZIE:  You know, I took another look at my

04:00:11   7   outline, and I bump up to maybe five percent.  I'm feeling a

04:00:15   8   little more bullish.

04:00:16   9           THE COURT:  Let the record reflect that.

04:00:19  10       Are we ready for the jury from the government's

04:00:21  11   perspective?

04:00:22  12           MR. McKENZIE:  Yes, Your Honor.

04:00:22  13           THE COURT:  And the defense?

04:00:24  14           MS. TAYLOR:  Yes, Your Honor.

04:00:25  15           THE COURT:  Very well.  Let's call for the jury.

04:01:17  16       We need to remember we have an interpreter at the end of

04:01:20  17   a long day, so if we can all try and talk slowly, that will

04:01:25  18   accommodate her.

04:01:32  19           THE COURTROOM DEPUTY:  All rise for the jury.

04:01:34  20       (Jury in at 4:01 p.m.)

04:02:05  21           THE COURT:  You may all be seated.  Thank you.

04:02:10  22       15 jurors have returned from a break.  We will continue

04:02:15  23   hearing testimony from this witness, who remains under oath.

04:02:19  24       The prosecutor may continue.

04:02:19  25   BY MR. McKENZIE:

04:02:24   1   Q.    Before the break, we were defining what a domain name is.

04:02:33   2   And prior to that, you testified about Sakula beaconing to a

04:02:41   3   domain name.

04:02:43   4        How many domains, if any, did the Sakula malware beacon

04:02:50   5   to?

04:02:50   6   A.    It was configured to beacon to two domain names.

04:02:53   7   Q.    And were there particular domain names that the malware

04:02:58   8   beaconed to?

04:02:59   9   A.    Yes, there were.

04:03:01   10  Q.    Do you remember those domain names?

04:03:04   11  A.    I do.

04:03:04   12  Q.    What was the first domain it beaconed to?

04:03:10   13  A.    The first domain was oa.ameteksen.com.

04:03:19   14  Q.    Are you familiar with a company called Ametek Sensors?

04:03:25   15  A.    I am.

04:03:26   16  Q.    What is Ametek Sensors?

04:03:29   17  A.    Ametek Sensors is a subsidiary of a larger company

04:03:35   18  named Ametek, which is a part supplier for Snecma.

04:03:42   19  Q.    And by part supplier, is that like airline parts?

04:03:45   20  A.    Yes.

04:03:46   21  Q.    Does Ametek Sensors have a website?

04:03:53   22  A.    Yes, they do.

04:03:54   23  Q.    Have you visited that website?

04:03:56   24  A.    I did at the time.

04:04:00   25  Q.    Are you familiar with the term "doppelganger domain"?

04:04:09  1    **A.**    I am.

04:04:10  2    **Q.**    Would you please explain to the jury what a doppelganger

04:04:14  3    domain is?

04:04:15  4    **A.**    Doppelganger domain is a domain name that's intended to

04:04:20  5    look similar to a legitimate company's domain but it's not

04:04:23  6    owned by the legitimate company.

04:04:25  7    **Q.**    And how are doppelganger domains used in computer

04:04:32  8    intrusions and in cyber investigations?

04:04:33  9    **A.**    There are several ways that doppelganger domains can be

04:04:38  10   used in computer intrusion activity.  One good example is if

04:04:42  11   I wanted to click on something that has malicious -- some

04:04:46  12   kind of malicious attachment.  If I send you a domain name

04:04:50  13   that is maybe one letter off of something you're likely to

04:04:55  14   go to, it's going to be more likely to entice you to click

04:04:58  15   on that link and download the malware.

04:05:01  16        Another way, which is more pertinent to this instance,

04:05:04  17   is when a company has any kind of computer on their internal

04:05:12  18   network trying to reach out to something on the Internet,

04:05:15  19   they monitor those systems to make sure they are --

04:05:20  20   generally their users are going to places they should be.

04:05:23  21   And so if you create a doppelganger domain and put it in

04:05:27  22   malware, when it beacons out to the Internet it looks like

04:05:30  23   more legitimate traffic.

04:05:32  24   **Q.**    Did you investigate or look into oa.ameteksen.com?

04:05:47  25   **A.**    Yes, I did.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 04:05:47 | 1 | **Q.**    Is that a web domain name owned by Ametek Sensors? |
| 04:05:49 | 2 | **A.**    It is not. |
| 04:05:50 | 3 | **Q.**    Now, you mentioned that the Sakula malware beaconed to a |
| 04:06:04 | 4 | second domain.  Will you please share that second domain with |
| 04:06:07 | 5 | the jury? |
| 04:06:08 | 6 | **A.**    The second domain that it was configured to beacon to |
| 04:06:11 | 7 | was secure.safran-group.com. |
| 04:06:18 | 8 | **Q.**    Are you familiar with Safran Group, the company? |
| 04:06:22 | 9 | **A.**    I am. |
| 04:06:23 | 10 | **Q.**    Did you visit secure.safran-group.com? |
| 04:06:31 | 11 | **A.**    I did not directly visit that domain. |
| 04:06:33 | 12 | **Q.**    Are you aware if safran-group.com is a legitimate domain |
| 04:06:38 | 13 | owned by Safran, the company? |
| 04:06:40 | 14 | **A.**    It is owned by Safran, the company. |
| 04:06:44 | 15 | **Q.**    Backing up to your forensic analysis.  Were you able to |
| 04:06:53 | 16 | determine if Sakula actually did beacon to these domains? |
| 04:06:59 | 17 | **A.**    I was able to determine that. |
| 04:07:00 | 18 | **Q.**    And how do you know? |
| 04:07:01 | 19 | **A.**    There was evidence located on the hard drive of |
| 04:07:07 | 20 | outbound connections to both of those domains in the format |
| 04:07:09 | 21 | of a Sakula beacon. |
| 04:07:11 | 22 | **Q.**    Now, you mentioned earlier that there were more than one |
| 04:07:20 | 23 | file -- that there was more than one file associated with this |
| 04:07:24 | 24 | Sakula malware.  Did any of those files have visible |
| 04:07:34 | 25 | interfaces that you could interact with and see on the screen |

| | | |
|---|---|---|
| 04:07:37 | 1 | of the computer? |
| 04:07:37 | 2 | **A.**   Yes, one of them did. |
| 04:07:41 | 3 | **Q.**   In which language was that program? |
| 04:07:43 | 4 | **A.**   It was in the Chinese language. |
| 04:07:46 | 5 | **Q.**   Were you able to determine when the Sakula malware was |
| 04:07:55 | 6 | installed on the hard drive? |
| 04:07:58 | 7 | **A.**   I was. |
| 04:07:59 | 8 | **Q.**   And what date was the malware installed on the hard |
| 04:08:05 | 9 | drive? |
| 04:08:05 | 10 | **A.**   January 25th of 2014. |
| 04:08:09 | 11 | **Q.**   How do you know it was January 25th of 2014? |
| 04:08:14 | 12 | **A.**   Because evidence associated with the file, like the |
| 04:08:18 | 13 | created date indicated it was that date. |
| 04:08:22 | 14 | **Q.**   What, if anything significant, happened with the hard |
| 04:08:27 | 15 | drive prior to Sakula being installed on the computer?  What, |
| 04:08:34 | 16 | if anything, from the log? |
| 04:08:36 | 17 | **A.**   There was several things that happened.  A USB device |
| 04:08:40 | 18 | was inserted into the computer immediately before the |
| 04:08:48 | 19 | installation. |
| 04:08:48 | 20 | **Q.**   What is a USB drive? |
| 04:08:51 | 21 | **A.**   A USB device is a piece of removable media that is |
| 04:08:55 | 22 | generally used by people to store files to transfer between |
| 04:08:59 | 23 | computers. |
| 04:08:59 | 24 | **Q.**   How do you know that a USB drive was installed into the |
| 04:09:02 | 25 | computer before the Sakula malware was installed? |

04:09:09  1    **A.**   So when a user takes actions on a computer, the

04:09:13  2    operating system of that computer records information about

04:09:15  3    the actions that were taken.  Generally, these are being

04:09:20  4    recorded to improve the user experience on the computer.

04:09:24  5    And so when you insert a USB device into a computer, the

04:09:28  6    computer records information about that USB device.  So if

04:09:32  7    you plug the same one in again in the future, your user

04:09:36  8    experience is going to be as close to as possible as the

04:09:38  9    first time you inserted it.

04:09:41  10   **Q.**   On what date was the USB drive installed into the hard

04:09:45  11   drive?

04:09:46  12   **A.**   It was inserted into the computer on --

04:09:50  13   **Q.**   Into the computer.  I'm sorry.

04:09:55  14   **A.**   -- on January the 25th, 2014.

04:09:58  15   **Q.**   I'd like to take a step back from your forensic

04:10:01  16   examination for a moment.

04:10:07  17        As part of your investigation, did you review text

04:10:09  18   messages sent and received by the defendant?

04:10:13  19   **A.**   I did.

04:10:14  20        MR. McKENZIE:  Before we get to those, Your Honor, I

04:10:16  21   ask that we publish to the jury Government's Exhibit 21b,

04:10:22  22   which is already in evidence, and I ask that we turn to page

04:10:26  23   1.

04:10:27  24        THE COURT:  Very well.

04:10:31  25   BY MR. McKENZIE:

JAMES - DIRECT                                              27

| | | |
|---|---|---|
| 04:10:32 | 1 | **Q.**   Directing your attention to page 1, could you please read |
| 04:10:34 | 2 | the name listed in the top left corner? |
| 04:10:38 | 3 | **A.**   Xu Yanjun. |
| 04:10:42 | 4 | **Q.**   Moving to the middle of the page, can you read what is |
| 04:10:45 | 5 | written under "Current Post"? |
| 04:10:49 | 6 | **A.**   "Deputy division director at Sixth Bureau of Jiangsu |
| 04:10:54 | 7 | Province Ministry of State Security." |
| 04:10:56 | 8 | **Q.**   I'd like to direct your attention now to page 2.  And |
| 04:11:02 | 9 | specifically to the job posting from August 2010 to November |
| 04:11:10 | 10 | 2014.  Could you please read that job posting? |
| 04:11:15 | 11 | **A.**   "Section chief at Second Section of Fourth Bureau of |
| 04:11:22 | 12 | Jiangsu Ministry of State Security, the agency renamed to |
| 04:11:26 | 13 | the Sixth Bureau in December, 2013." |
| 04:11:28 | 14 | THE COURT:  Sir, you are doing great.  Can you keep |
| 04:11:30 | 15 | your voice up, please.  A couple old men in the back row |
| 04:11:33 | 16 | having trouble hearing you. |
| 04:11:36 | 17 | THE WITNESS:  Do you want me to read it again? |
| 04:11:39 | 18 | THE COURT:  No. |
| 04:11:40 | 19 | BY MR. McKENZIE: |
| 04:11:40 | 20 | **Q.**   No. |
| 04:11:42 | 21 | MR. McKENZIE:  Your Honor, may we now publish what |
| 04:11:44 | 22 | is in evidence as Government's Exhibit 110, and direct the |
| 04:11:50 | 23 | witness's attention to page 1? |
| 04:11:55 | 24 | THE COURT:  Yes. |
| 04:11:59 | 25 | BY MR. McKENZIE: |

04:12:02   1    **Q.**   Looking at the key at the very, very top, in what color

04:12:06   2    are the messages sent by Xu Yanjun?

04:12:10   3    **A.**   Blue.

04:12:13   4    **Q.**   Will you please read the first message sent on November

04:12:20   5    19, 2013?

04:12:23   6    **A.**   Xu Yanjun contacted Tian Xi.  He said, "On what date

04:12:31   7    does the Frenchman arrive?  Is it possible to make

04:12:34   8    arrangements for him to meet with Teacher Wu Tieying and I

04:12:40   9    in Suzhou?  Under the name of Nanjing University of

04:12:47   10   Aeronautics and Astronautics in the evening."

04:12:48   11   **Q.**   In what country is Safran located?

04:12:50   12   **A.**   They are located in France.

04:12:52   13   **Q.**   Who sent this message that you just read?

04:12:54   14   **A.**   Xu Yanjun.

04:12:58   15   **Q.**   And who received the message?

04:12:59   16   **A.**   Tian Xi.

04:13:02   17        MR. McKENZIE:  Your Honor, I ask that we now show

04:13:04   18   the witness what is in evidence as Government's Exhibit 111.

04:13:09   19   And I ask that we direct the -- or excuse me -- publish to the

04:13:15   20   jury 111 and direct the witness's attention to page 6.

04:13:21   21        THE COURT:  Yes.

04:13:28   22   BY MR. McKENZIE:

04:13:28   23   **Q.**   I am showing you what is in evidence as Government's 111.

04:13:31   24   Are these business records from Safran?

04:13:33   25   **A.**   Yes, it is.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT                                              29

| | | |
|---|---|---|
| 04:13:34 | 1 | **Q.**   Directing your attention to the -- the top of the page, |
| 04:13:43 | 2 | who is the sender of this letter? |
| 04:13:45 | 3 | **A.**   Safran Aircraft Engines Suzhou Company, Limited. |
| 04:13:51 | 4 | **Q.**   Turning your attention to the first paragraph of the |
| 04:13:56 | 5 | column on the right.  Who is the recipient of this letter? |
| 04:14:00 | 6 | **A.**   Tian Xi. |
| 04:14:04 | 7 | **Q.**   About midway through there is a title.  Will you please |
| 04:14:08 | 8 | read the title of this letter? |
| 04:14:10 | 9 | **A.**   "Position of Manufacturing Engineer." |
| 04:14:13 | 10 | **Q.**   Under "Re:" -- do you see where it says "Re:  Termination |
| 04:14:18 | 11 | Letter"? |
| 04:14:18 | 12 | **A.**   Oh, yes. |
| 04:14:19 | 13 | **Q.**   And then directing your attention to the first full |
| 04:14:22 | 14 | paragraph, does it list Tian Xi's position as manufacturing |
| 04:14:30 | 15 | engineer? |
| 04:14:30 | 16 | **A.**   It does. |
| 04:14:31 | 17 | **Q.**   We'll return to this exhibit later.  I would like to |
| 04:14:41 | 18 | please go back to Government's 110, page 1. |
| 04:14:47 | 19 |     I will read the responses from Tian Xi, and you please |
| 04:14:55 | 20 | read the messages for Xu Yanjun. |
| 04:14:58 | 21 |     Tian responded, "Next Monday.  I'll be here with another |
| 04:15:03 | 22 | Frenchman that frequently comes to Suzhou.  I think they will |
| 04:15:08 | 23 | be together all the time.  It's not good to talk to both of |
| 04:15:10 | 24 | them.  I will [mention] it to him." |
| 04:15:16 | 25 |     "Mention it to him and see what reaction he has." |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 04:15:21 | 1 | **A.** Xu Yanjun then replies, "Good, thanks." |
| 04:15:25 | 2 | **Q.** Moving to November 25, 2013, will you again read the |
| 04:15:32 | 3 | messages from Xu Yanjun, and I will read the messages from |
| 04:15:39 | 4 | Tian Xi. |
| 04:15:40 | 5 | **A.** "Do you have any knowledge of the company Firth Rixon |
| 04:15:45 | 6 | Company?" |
| 04:15:45 | 7 | **Q.** "The Suzhou Company isn't far from us but I've no |
| 04:15:48 | 8 | knowledge of it." |
| 04:15:50 | 9 | **A.** "Are those two Frenchmen arriving today? Are they |
| 04:15:53 | 10 | going to Shanghai together on the weekend?" |
| 04:15:57 | 11 | **Q.** "Yes." |
| 04:15:57 | 12 | **A.** "What's the other Frenchman's name? What position does |
| 04:16:00 | 13 | he hold? Is it his first time here? Will come often in the |
| 04:16:05 | 14 | future? Are you familiar with him?" |
| 04:16:08 | 15 | **Q.** "Both come often. One has been here ten times or so this |
| 04:16:11 | 16 | year. The other's office is next door. First time coming |
| 04:16:15 | 17 | over." |
| 04:16:17 | 18 | **A.** "Do you have their business cards? If not, can you get |
| 04:16:20 | 19 | them?" |
| 04:16:21 | 20 | **Q.** "I have one. Will ask the other one." |
| 04:16:24 | 21 | **A.** "Okay. Please help me to get the information. I'm |
| 04:16:28 | 22 | sending what I need to your email. Thanks." |
| 04:16:31 | 23 | **Q.** "Got it." |
| 04:16:32 | 24 | **A.** "Email sent. Please check." |
| 04:16:33 | 25 | **Q.** "Okay." |

04:16:36    1          Will you please read the message from November 26, 2013?

04:16:40    2     A.   "When is it convenient for you to talk on the phone?"

04:16:47    3     Q.   Will you please read the last message on this page from

04:16:52    4     November 27, 2013?

04:16:55    5     A.   "I'll bring the horse to you tonight.  Can you take the

04:16:59    6     Frenchman out for dinner tonight?  I'll pretend I bump into

04:17:04    7     you at the restaurant to say hello.  This way we don't need

04:17:08    8     to meet in Shanghai."

04:17:10    9     Q.   Who sent that message?

04:17:12    10    A.   Xu Yanjun.

04:17:15    11    Q.   To whom did he send it?

04:17:17    12    A.   Tian Xi.

04:17:19    13    Q.   What does the phrase "horse" mean in cyber

04:17:21    14    investigations?

04:17:22    15    A.   Remote access trojan.

04:17:24    16    Q.   Where does the horse -- how does trojan derive -- let me

04:17:30    17    rephrase.  How do you get "horse" from the phrase "trojan"?

04:17:34    18    A.   Yes.  So the name "remote access trojan" in computer

04:17:38    19    security is taken from the old Greek mythology of the trojan

04:17:43    20    horse.  So in that story in Greek mythology the Greeks built

04:17:47    21    a trojan horse.  They enticed the trojans to bring it inside

04:17:50    22    their city, and then it allowed -- you know, some soldiers

04:17:53    23    got out and opened the gates to allow the Greek Army in.

04:17:57    24          And so that's similar to a piece of malware being

04:18:01    25    installed on your computer and then allowing your remote

04:18:05  1   user to access it, similar to how it was used Greek

04:18:08  2   mythology.

04:18:08  3   **Q.**   Is a remote access trojan a type of trojan horse?

04:18:11  4   **A.**   It is.

04:18:12  5   **Q.**   Is Sakula a type of trojan horse?

04:18:14  6   **A.**   It is.

04:18:14  7   **Q.**   And remind me, where is Safran located?

04:18:20  8   **A.**   It's headquartered in France.

04:18:23  9          MR. McKENZIE:  Could we please see page 2 of Exhibit

04:18:27  10  110.

04:18:27  11  BY MR. McKENZIE:

04:18:31  12  **Q.**   I'd like to continue reading the messages from November

04:18:33  13  27th.  I will read Tian Xi.

04:18:39  14      He responded, "I will find out if they have other

04:18:42  15  arrangements."

04:18:42  16  **A.**   "Good.  Is tonight on?"

04:18:44  17  **Q.**   "No."

04:18:47  18  **A.**   "I'm on the train.  Be in Suzhou around five."

04:18:51  19      "Best to have dinner arrangement for tonight.  If not,

04:18:55  20  I'll stay at the hotel where they stay and then you can say

04:18:59  21  we'll have breakfast with them tomorrow morning and can go

04:19:03  22  to work together.  This way I can also meet them."

04:19:07  23      "Most important is to meet them face to face."

04:19:11  24  **Q.**   "Got it.  They'll have a telephone conference call this

04:19:14  25  afternoon with France.  I am discussing with them the matter

| 04:19:18 | 1 | of having dinner tonight." |
| 04:19:25 | 2 | I'd like to move on to the next set of messages. |
| 04:19:33 | 3 | "It's possible they don't get off work until rather |
| 04:19:37 | 4 | late." |
| 04:19:37 | 5 | A.    "Okay." |
| 04:19:38 | 6 | "It's tough." |
| 04:19:40 | 7 | "If you're successful in arranging a meal, where would |
| 04:19:43 | 8 | it be?  I'll soon be in Suzhou." |
| 04:19:47 | 9 | "I can wait for you there first." |
| 04:19:49 | 10 | "I'm in a taxi, first heading to Yinxiang City." |
| 04:19:55 | 11 | Q.    "Let's meet in Yinxizng City.  They're having a telephone |
| 04:19:58 | 12 | conference meeting and will be late." |
| 04:20:01 | 13 | A.    "Good." |
| 04:20:02 | 14 | Q.    "They are going straight to eat at the hotel today." |
| 04:20:06 | 15 | A.    "I am here." |
| 04:20:07 | 16 | "I'm on the fourth floor, Dayu.  Waiting for you at the |
| 04:20:13 | 17 | booth seat in the back." |
| 04:20:15 | 18 | Q.    "Haven't left work yet.  Wait an hour for me." |
| 04:20:18 | 19 | A.    "No worry, this is a buffet.  I can wait." |
| 04:20:22 | 20 | "Which hotel are they staying at?" |
| 04:20:24 | 21 | Q.    "Crowne Plaza." |
| 04:20:27 | 22 | A.    "I've arrived." |
| 04:20:31 | 23 | Q.    Let's continue to read the messages from November 29, |
| 04:20:36 | 24 | 2013. |
| 04:20:39 | 25 | A.    "No chance these two days?" |

| | | |
|---|---|---|
| 04:20:41 | 1 | **Q.**  "Not yet.  I'll pay attention." |
| 04:20:50 | 2 | **A.**  "Good." |
| 04:20:51 | 3 |      MR. McKENZIE:  Can we turn to the next page, please. |
| 04:20:51 | 4 | BY MR. McKENZIE: |
| 04:20:54 | 5 | **Q.**  Will you please read the first message from December 6, |
| 04:20:58 | 6 | 2013? |
| 04:20:58 | 7 | **A.**  "Horse hasn't been planted." |
| 04:21:01 | 8 | **Q.**  Who sent that message? |
| 04:21:02 | 9 | **A.**  Xu Yanjun. |
| 04:21:04 | 10 | **Q.**  To whom did he send it? |
| 04:21:05 | 11 | **A.**  Tian Xi. |
| 04:21:09 | 12 | **Q.**  In the context of cyber investigations, what does it mean |
| 04:21:12 | 13 | to plant a horse? |
| 04:21:13 | 14 | **A.**  To install a remote access trojan. |
| 04:21:16 | 15 | **Q.**  Let's continue reading the messages. |
| 04:21:20 | 16 |      "Not yet.  I'll replay your email this weekend." |
| 04:21:24 | 17 | **A.**  "Good." |
| 04:21:28 | 18 | **Q.**  And let's continue on to December 9, 2013. |
| 04:21:34 | 19 | **A.**  "Have you sent the email to me?" |
| 04:21:36 | 20 | **Q.**  "Will send tonight, sorry about that." |
| 04:21:39 | 21 | **A.**  "It's nothing.  Ho, ho." |
| 04:21:45 | 22 | **Q.**  And we'll continue on to the 26th of December. |
| 04:21:51 | 23 | **A.**  "That old man came over this time but still can't find |
| 04:21:54 | 24 | an opportunity?" |
| 04:21:56 | 25 | **Q.**  "No.  Will notify you when it's planted." |

| | | |
|---|---|---|
| 04:22:03 | 1 | Again, what does "planted" mean in this context? |
| 04:22:06 | 2 | **A.**   To install a remote access trojan. |
| 04:22:11 | 3 | **Q.**   Directing your attention to the first message of January |
| 04:22:16 | 4 | 16, 2014.  Will you please read just the first message? |
| 04:22:23 | 5 | **A.**   "Little Gu, will you be in Suzhou tomorrow?" |
| 04:22:29 | 6 | **Q.**   Who sent that message? |
| 04:22:30 | 7 | **A.**   Xu Yanjun. |
| 04:22:33 | 8 | **Q.**   And who received the message? |
| 04:22:34 | 9 | **A.**   Gu Gen. |
| 04:22:38 | 10 | MR. McKENZIE:  Your Honor, at this time I ask |
| 04:22:40 | 11 | permission to publish to the jury what is in evidence as |
| 04:22:43 | 12 | Government's 111 and show the jury page 1. |
| 04:22:49 | 13 | THE COURT:  Yes, it's in evidence.  I thought we |
| 04:22:52 | 14 | were just looking at that. |
| 04:22:54 | 15 | MR. McKENZIE:  Yes. |
| 04:22:54 | 16 | THE COURT:  Okay.  Page 1. |
| 04:22:54 | 17 | BY MR. McKENZIE: |
| 04:22:59 | 18 | **Q.**   Directing your attention to the top left of the page, |
| 04:23:02 | 19 | what is listed under "Name"? |
| 04:23:05 | 20 | **A.**   Gu Gen. |
| 04:23:07 | 21 | **Q.**   Near the bottom of the screen that's being displayed |
| 04:23:10 | 22 | right now, will you please read what it is in the box next to |
| 04:23:16 | 23 | "Position"? |
| 04:23:16 | 24 | **A.**   "Senior IT infrastructure manager and information |
| 04:23:20 | 25 | security officer." |

| | | |
|---|---|---|
| 04:23:22 | 1 | **Q.**   Directing your attention to the bottom of the page, which |
| 04:23:26 | 2 | will require a scroll down, will you please read who is listed |
| 04:23:31 | 3 | as the employer where we have that stamp? |
| 04:23:34 | 4 | **A.**   It says, "Safran Beijing Enterprise Management Company |
| 04:23:39 | 5 | Limited, Suzhou Branch." |
| 04:23:43 | 6 | **Q.**   All right. |
| 04:23:45 | 7 |          MR. McKENZIE:  Your Honor, I ask to return to |
| 04:23:47 | 8 | Government's 110, page 3, and publish that now to the jury. |
| 04:23:51 | 9 |          THE COURT:  Yes. |
| 04:23:55 | 10 |          MR. McKENZIE:  And could we scroll down now to the |
| 04:23:58 | 11 | messages on January 16th. |
| 04:23:58 | 12 | BY MR. McKENZIE: |
| 04:24:02 | 13 | **Q.**   I will read the Gu Gen response. |
| 04:24:07 | 14 |      "Yes." |
| 04:24:08 | 15 | **A.**   "I may go to Suzhou tomorrow.  Let's meet if you are |
| 04:24:14 | 16 | available." |
| 04:24:15 | 17 | **Q.**   "Okay." |
| 04:24:17 | 18 |      Can we please read the first set of messages on January |
| 04:24:24 | 19 | 17, 2014?  And we'll stop when we get to 11:07 a.m. |
| 04:24:36 | 20 | **A.**   Okay. |
| 04:24:36 | 21 |      "Let's meet in the evening at Yinxiangcheng." |
| 04:24:39 | 22 |      "What time do you prefer?" |
| 04:24:42 | 23 | **Q.**   Gu Gen replied, "I should be able to get there around 6." |
| 04:24:47 | 24 | **A.**   "Okay." |
| 04:24:48 | 25 |      "Little Gu, my schedule changed.  I may arrive in |

JAMES - DIRECT                                                    37

| | | |
|---|---|---|
| 04:24:52 | 1 | Suzhou late. Shall we meet at 8 instead? Still in 'Tea and |
| 04:24:59 | 2 | Seat' in Yinxiangcheng. Let's just have a chat instead of |
| 04:25:03 | 3 | dinner. What do you think?" |
| 04:25:05 | 4 | "Sorry about that." |
| 04:25:07 | 5 | **Q.** "8 o'clock is a little bit too late. What about we do a |
| 04:25:10 | 6 | phone chat instead?" |
| 04:25:12 | 7 | **A.** "It won't take long. 30 minutes will do. I will |
| 04:25:15 | 8 | arrive in Suzhou around 7. I can be there by 7:30 at the |
| 04:25:20 | 9 | earliest." |
| 04:25:21 | 10 | **Q.** "Okay." |
| 04:25:22 | 11 | **A.** "I got on an earlier train. Will arrive at |
| 04:25:25 | 12 | Yinxiangcheng in 30 minutes." |
| 04:25:30 | 13 | MR. McKENZIE: Can we please go to page 4. |
| 04:25:30 | 14 | BY MR. McKENZIE: |
| 04:25:35 | 15 | **Q.** "Okay. I'm on my way." |
| 04:25:36 | 16 | **A.** "I have arrived." |
| 04:25:38 | 17 | **Q.** "Will be there soon." |
| 04:25:39 | 18 | **A.** "No hurry." |
| 04:25:41 | 19 | **Q.** Let's -- let's stop right there. |
| 04:25:44 | 20 | I'm going to direct your attention to just the next |
| 04:25:48 | 21 | message. Will you please read that message? |
| 04:25:55 | 22 | **A.** "I just met with Little Gu and he said Safran cautioned |
| 04:26:00 | 23 | people were posing as company leadership sending out |
| 04:26:04 | 24 | letters. Did you all do that?" |
| 04:26:06 | 25 | **Q.** Who sent that message? |

| 04:26:08 | 1 | **A.**   Xu Yanjun. |

**A.**   Xu Yanjun.

**Q.**   To whom did he send it?

**A.**   Chai Meng.

        MR. McKENZIE:  Your Honor, I ask that we publish to the jury what is in evidence as Government's 39b and direct their attention to page 1.

        THE COURT:  Yes.

BY MR. McKENZIE:

**Q.**   Directing your attention to the fourth message sent on the right there.  Is that the message that you just read?

**A.**   That is what I just read.

**Q.**   And is the recipient there on the left Chai Meng?

**A.**   Yes, it is.

        MR. McKENZIE:  Your Honor, I'd like to return now to the Government's Exhibit 110, where we left off.

        THE COURT:  Very well.

        MR. McKENZIE:  Page 4?  Page 3.  I apologize.  With the Chai Meng.  No, page 4.  On page 4.

BY MR. McKENZIE:

**Q.**   And I will read Chai Meng's response.

     "We pretended to be the webmaster sending out the letter but not posing as leadership.  It's unknown how many want to engage Safran each day."

**A.**   "How is it that you all didn't bother them by cautioning?  I just stated that it was you that had done

| | | |
|---|---|---|
| 04:27:30 | 1 | it." |
| 04:27:30 | 2 | **Q.**   "Gu believed we did it?" |
| 04:27:33 | 3 | **A.**   "No doubt." |
| 04:27:34 | 4 | **Q.**   Are you familiar with the term "phishing," spelled |
| 04:27:41 | 5 | P-H-I-S-H-I-N-G, in the context of cyber intrusions? |
| 04:27:46 | 6 | **A.**   I am. |
| 04:27:47 | 7 | **Q.**   Will you explain to the jury what phishing is? |
| 04:27:52 | 8 | **A.**   Phishing is when you send an email to somebody that |
| 04:27:55 | 9 | looks like an email that they would get from a person that |
| 04:27:58 | 10 | they would expect to get an email from, but what you do is |
| 04:28:01 | 11 | you embed some kind of either malicious link or you add a |
| 04:28:05 | 12 | malicious attachment that if they click on it or open the |
| 04:28:08 | 13 | attachment, it will compromise their computer and give you |
| 04:28:11 | 14 | access to it. |
| 04:28:13 | 15 | **Q.**   What stands out to you about this exchange that we just |
| 04:28:18 | 16 | read? |
| 04:28:19 | 17 | **A.**   What stands out to me most is that Gu had told them |
| 04:28:26 | 18 | that Safran had cautioned people, that people were posing as |
| 04:28:31 | 19 | the leadership to send out letters, which could also be |
| 04:28:35 | 20 | emails. |
| 04:28:37 | 21 | **Q.**   I'd like to pause from reading these messages for a |
| 04:28:41 | 22 | moment and return to your analysis of the computer. |
| 04:28:44 | 23 |     On which date was the Sakula malware you found installed |
| 04:28:49 | 24 | on the computer? |
| 04:28:50 | 25 | **A.**   January 25th of 2014. |

| | | |
|---|---|---|
| 04:28:55 | 1 | **Q.**   On which date was the USB drive installed on the |
| 04:28:58 | 2 | computer? |
| 04:28:59 | 3 | **A.**   It was inserted into the computer on January 25, 2014. |
| 04:29:03 | 4 | **Q.**   Returning to the Government's Exhibit 110, I would like |
| 04:29:08 | 5 | to begin reading the messages from January 25, 2014.  Is this |
| 04:29:14 | 6 | the same day that the malware was installed? |
| 04:29:17 | 7 | **A.**   It is. |
| 04:29:17 | 8 | **Q.**   Will you please read, even though it's in green, but will |
| 04:29:21 | 9 | you please read the first message from January 25, 2014? |
| 04:29:26 | 10 | **A.**   "The horse is planted this morning." |
| 04:29:29 | 11 | **Q.**   Will you please remind the jury what it means to plant a |
| 04:29:32 | 12 | horse? |
| 04:29:32 | 13 | **A.**   To install a remote access trojan. |
| 04:29:35 | 14 | **Q.**   Who sent that message? |
| 04:29:36 | 15 | **A.**   Tian Xi. |
| 04:29:39 | 16 | **Q.**   To whom did he send it? |
| 04:29:43 | 17 | **A.**   Xu Yanjun. |
| 04:29:43 | 18 | **Q.**   Will you please read just the defendant's response? |
| 04:29:52 | 19 | **A.**   "Good." |
| 04:29:54 | 20 | **Q.**   Now, the next message on the screen, who sent that |
| 04:30:01 | 21 | message? |
| 04:30:02 | 22 | **A.**   Xu Yanjun. |
| 04:30:03 | 23 | **Q.**   To whom did he send it. |
| 04:30:05 | 24 | **A.**   Chai Meng. |
| 04:30:07 | 25 | **Q.**   What did the defendant tell Chai Meng? |

| | | |
|---|---|---|
| 04:30:09 | 1 | **A.** "I have reported the Suzhou incident to Zha, and I will |
| 04:30:14 | 2 | start my vacation today. Please direct any inquiries or |
| 04:30:17 | 3 | reports to Chen. Thanks." |
| 04:30:19 | 4 | **Q.** I will now read Chai Meng's response. |
| 04:30:25 | 5 | "Okay. A device with a Nanjing IP address is now online. |
| 04:30:30 | 6 | I'm taking a look at." |
| 04:30:35 | 7 | Will you please remind the jury what an IP address is? |
| 04:30:41 | 8 | **A.** An IP address is how a device that's on the Internet is |
| 04:30:46 | 9 | communicated with. So it's the address at which that device |
| 04:30:50 | 10 | is located. |
| 04:30:51 | 11 | **Q.** What does it mean to have a Nanjing IP address? |
| 04:30:57 | 12 | **A.** There are ways to geolocate, so to determine where a |
| 04:31:01 | 13 | physical computer is, based on the IP address. So in this |
| 04:31:05 | 14 | instance, they indicate that the IP address is geolocating |
| 04:31:11 | 15 | to Nanjing. |
| 04:31:12 | 16 | **Q.** In the context of remote access trojans in general and |
| 04:31:17 | 17 | Sakula in particular, what does it mean to be online? |
| 04:31:21 | 18 | **A.** To be online for remote access trojan means that the |
| 04:31:26 | 19 | beacon has been received by a controller that is controlled |
| 04:31:29 | 20 | by the IP intruders. |
| 04:31:31 | 21 | **Q.** Based on your review of the Sakula malware, does that |
| 04:31:35 | 22 | program allow a user to take a look at the computer? |
| 04:31:38 | 23 | **A.** Yes, it would allow them to access the computer. |
| 04:31:44 | 24 | **Q.** Will you please read the next message? |
| 04:31:51 | 25 | **A.** "I saw this person's device, but his IP shows Nanjing. |

| | | |
|---|---|---|
| 04:31:56 | 1 | Is that person in Nanjing?" |
| 04:31:58 | 2 | **Q.**   Who sent that message? |
| 04:31:59 | 3 | **A.**   Xu Yanjun. |
| 04:32:02 | 4 | **Q.**   To whom did he send it? |
| 04:32:04 | 5 | **A.**   Tian Xi. |
| 04:32:06 | 6 | **Q.**   And how did Tian Xi respond? |
| 04:32:10 | 7 | **A.**   "No, he is in Suzhou." |
| 04:32:14 | 8 | **Q.**   Directing your attention now to January 26, 2014, |
| 04:32:20 | 9 | messages, will you please read the first message that was |
| 04:32:23 | 10 | sent? |
| 04:32:25 | 11 | **A.**   "Destroy the horse." |
| 04:32:28 | 12 | **Q.**   Who sent that message? |
| 04:32:29 | 13 | **A.**   Xu Yanjun. |
| 04:32:32 | 14 | **Q.**   To whom did he send it? |
| 04:32:34 | 15 | **A.**   Tian Xi. |
| 04:32:35 | 16 | **Q.**   Did Tian Xi reply, "Acknowledged"? |
| 04:32:39 | 17 | **A.**   He did. |
| 04:32:41 | 18 | THE COURT:  We are past 4:30.  Are we at a good |
| 04:32:44 | 19 | break point? |
| 04:32:45 | 20 | MR. McKENZIE:  As good as any, Your Honor. |
| 04:32:47 | 21 | Actually, you know what?  If I can ask two more |
| 04:32:50 | 22 | questions, we will be at an even better break point. |
| 04:32:54 | 23 | THE COURT:  I'll count them.  Go ahead. |
| 04:32:54 | 24 | BY MR. McKENZIE: |
| 04:32:59 | 25 | **Q.**   Question 1:  Based on your review, your forensic review |

04:33:02    1    of the computer, was the Sakula malware altered on January 26,

04:33:10    2    2014?

04:33:11    3    **A.**    It was not.

04:33:11    4    **Q.**    In this context, what does "destroy the horse" mean?

04:33:18    5    **A.**    In this context, it could mean to either remove the

04:33:20    6    malware from the compromised computer or to destroy the

04:33:25    7    device that the horse was originally located on.

04:33:28    8              MR. McKENZIE:  I'm a man of my word, Your Honor.  I

04:33:30    9    will pause questioning until tomorrow.

04:33:32   10              THE COURT:  Let the record reflect that.

04:33:34   11          (Proceedings reported but not transcribed.)

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

1                     CERTIFICATE OF REPORTER

2

3           I, Mary A. Schweinhagen, Federal Official Realtime

4     Court Reporter, in and for the United States District Court

5     for the Southern District of Ohio, do hereby certify that

6     pursuant to Section 753, Title 28, United States Code that the

7     foregoing is a true and correct transcript of the

8     stenographically reported proceedings held in the

9     above-entitled matter and that the transcript page format is

10    in conformance with the regulations of the Judicial Conference

11    of the United States.

12

13    s/Mary A. Schweinhagen

14    _____ 15th of December, 2021

15    MARY A. SCHWEINHAGEN, RDR, CRR
      FEDERAL OFFICIAL COURT REPORTER
16

17

18

19

20

21

22

23

24

25