```
02:00:00    1                    UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF OHIO
            2                         WESTERN DIVISION
                                          -  -  -
            3    UNITED STATES OF AMERICA,       : CASE NO. 1:18-cr-0043
                                                 :
            4                    Plaintiff,      :
                          vs.                    : JURY TRIAL
            5                                    :
                 YANJUN XU, also known as XU     : 26th of OCTOBER, 2021
            6    YANJUN, also known as QU HUI,   : 9:30 A.M.
                 also known as ZHANG HUI,        :
            7                                    : VOLUME 7
                                 Defendant.      :
            8                                 -  -  -
                                 TRANSCRIPT OF PROCEEDINGS
            9           BEFORE THE HONORABLE TIMOTHY S. BLACK,
                             UNITED STATES DISTRICT JUDGE
           10                                 -  -  -

           11    APPEARANCES:
                 For the Plaintiff:
           12                          Timothy S. Mangan, Esq.
                                       Emily N. Glatfelter, Esq.
           13                          Assistant United States Attorneys
                                       221 East Fourth Street, Suite 400
           14                          Cincinnati, Ohio 45202
                                                and
           15                          Matthew John McKenzie, Esq.
                                       United States Department of Justice
           16                          National Security Division
                                       950 Pennsylvania Avenue NW
           17                          Washington, D.C. 20530
                                                and
           18                          Jacqueline K. Prim
                                       Special Assistant, Paralegal
           19                          United States Department of Justice
                                       National Security Division
           20                          950 Pennsylvania Avenue NW
                                       Washington, D.C. 20530
           21
                 For the Defendant:
           22                          Ralph William Kohnen, Esq.
                                       Jeanne Marie Cors, Esq.
           23                          Sanna-Rae Taylor, Esq.
                                       Taft Stettinius and Hollister
           24                          425 East Walnut Street, Suite 1800
                                       Cincinnati, Ohio 45202
           25                                   and
```

2

```
 1                         Robert K. McBride, Esq.
                           Amanda Johnson, Esq.
 2                         Taft Stettinius and Hollister
                           50 East RiverCenter Boulevard
 3                         Suite 850
                           Covington, Kentucky 41011
 4                                     and
                           Florian Miedel, Esq.
 5                         Miedel & Mysliwiec, LLP
                           80 Broad Street, Suite 1900
 6                         New York, New York 10004

 7      Also present:      Mae Harmon, Interpreter
                           Robin Murphy, Interpreter
 8                         Helene Conte, French Interpreter
                           Yanjun Xu, Defendant
 9
        Law Clerk:         Cristina V. Frankian, Esq.
10
        Courtroom Deputy:  Rebecca Santoro
11
        Stenographer:      Mary Schweinhagen, RPR, RMR, RDR, CRR
12                         United States District Court
                           200 West Second Street, Room 910
13                         Dayton, Ohio 45402

14

            Proceedings reported by mechanical stenography,
15      transcript produced by computer.
                           *** *** *** ***
16

17

18

19

20

21

22

23

24

25
```

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

1                    **INDEX OF WITNESSES**

2                  TUESDAY, OCTOBER 26, 2021

3                      DIRECT  CROSS  REDIRECT  RECROSS

4  **PLAINTIFF'S WITNESSES**

5  RIZWAN RAMAKDAWALA          5      52       56

6  FREDERIC HASCOET           61      69

7  SUN LI                     75

8  ADAM JAMES                111

9

10              *     *     *     *     *

11

12                    **INDEX OF EXHIBITS**

13  **GOVERNMENT'S**            **ADMITTED**

14   78                         15
     90a                        84
15   90b                        85
     91b                        94
16   92                         95

17

18              *     *     *     *     *

19

20

21

22

23

24

25

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
|          | 1  | P-R-O-C-E-E-D-I-N-G-S                          9:43 A.M.   |
| 09:43:45 | 2  | (In open court outside the presence of the jury.)         |
| 09:43:45 | 3  | THE COURT:  Good morning.  We are in the open             |
| 09:43:47 | 4  | courtroom on the record outside the presence of the jury on |
| 09:43:50 | 5  | the case of United States versus Xu.  The government team is |
| 09:43:54 | 6  | here.  Defense team is here.  Court interpreter's here.  The |
| 09:43:59 | 7  | defendant's own interpreter is here.                      |
| 09:44:01 | 8  | Are we ready to proceed from the government's             |
| 09:44:06 | 9  | perspective?                                              |
| 09:44:06 | 10 | MR. McKENZIE:  Yes, Your Honor.                           |
| 09:44:07 | 11 | THE COURT:  All right.  And are we ready for the          |
| 09:44:09 | 12 | defendant -- from the defendant's.                        |
| 09:44:15 | 13 | MS. TAYLOR:  Yes, Your Honor.                             |
| 09:44:15 | 14 | THE COURT:  Very well.  The government may call its       |
| 09:44:17 | 15 | next witness.  Well, after we get the jury here.  May we have |
| 09:44:20 | 16 | the jury, please.                                         |
| 09:45:47 | 17 | THE COURTROOM DEPUTY:  All rise for the jury.             |
| 09:45:49 | 18 | (Jury in at 9:45 a.m.)                                    |
| 09:46:19 | 19 | THE COURT:  You may all be seated.  Thank you.            |
| 09:46:24 | 20 | All 15 jurors have returned to the courtroom.  Good       |
| 09:46:27 | 21 | morning.  We are going to proceed with the taking of testimony |
| 09:46:31 | 22 | from another witness.                                     |
| 09:46:35 | 23 | Who does the government call at this time?                |
| 09:46:37 | 24 | MR. McKENZIE:  Good morning, Your Honor.  At this         |
| 09:46:39 | 25 | time the government calls Rizwan Ramakdawala.             |

RAMAKDAWALA - DIRECT (McKenzie)                          5

| | | |
|---|---|---|
| 09:46:44 | 1 | THE COURT:  Very well.  That gentleman will |
| 09:46:47 | 2 | approach.  We are going to put you on the witness stand here. |
| 09:46:54 | 3 | And if you'll give me just a moment. |
| 09:47:04 | 4 | Now that you are seated, would you raise your right hand |
| 09:47:08 | 5 | for the oath to tell the truth?  The other right hand. |
| 09:47:08 | 6 | THE WITNESS:  Sorry. |
| 09:47:09 | 7 | THE COURT:  Do you solemnly swear or affirm that the |
| 09:47:12 | 8 | testimony you give today will be the truth subject to penalty |
| 09:47:14 | 9 | of perjury? |
| 09:47:15 | 10 | THE WITNESS:  Yes, Your Honor. |
| 09:47:30 | 11 | **RIZWAN RAMAKDAWALA, PLAINTIFF WITNESS, SWORN** |
| 09:47:16 | 12 | THE COURT:  Thank you. |
| 09:47:18 | 13 | The lawyer may proceed to begin with the questions on |
| 09:47:21 | 14 | behalf of the government. |
| 09:47:23 | 15 | **DIRECT EXAMINATION** |
| 09:47:23 | 16 | BY MR. McKENZIE: |
| 09:47:24 | 17 | **Q.**   Good morning.  Will you please state your full name and |
| 09:47:26 | 18 | spell your last name for the court reporter. |
| 09:47:28 | 19 | **A.**   My full name is Rizwan Roshanali Ramakdawala.  Last |
| 09:47:32 | 20 | name is spelled R-A-M-A-K-D-A-W-A-L-A. |
| 09:47:40 | 21 | MR. McKENZIE:  Your Honor, just for the record, this |
| 09:47:42 | 22 | is Matthew McKenzie for the government. |
| 09:47:45 | 23 | THE COURT:  Thank you, sir. |
| 09:47:47 | 24 | BY MR. McKENZIE: |
| 09:47:47 | 25 | **Q.**   By whom are you employed? |

RAMAKDAWALA - DIRECT (McKenzie)                    6

| | | |
|---|---|---|
| 09:47:48 | 1 | **A.**    I'm employed by the United States Department of |
| 09:47:51 | 2 | Defense. |
| 09:47:51 | 3 | **Q.**    Within the Department of Defense, do you have a |
| 09:47:53 | 4 | particular assignment? |
| 09:47:54 | 5 | **A.**    Yes.  I am the Manned Aircraft Division Chief at the |
| 09:47:59 | 6 | Defense Technology Security Administration. |
| 09:48:01 | 7 | **Q.**    What is the Defense Technology Security Administration? |
| 09:48:06 | 8 | **A.**    Defense Technology Security Administration, or DTSA, |
| 09:48:09 | 9 | analyzes export licenses to export technology or items that |
| 09:48:15 | 10 | are controlled under the Export Administration Regulations |
| 09:48:18 | 11 | or the International Traffic and Arms Regulations to foreign |
| 09:48:22 | 12 | entities.  So if you want to sell something to a foreign |
| 09:48:26 | 13 | government, you need permission from the U.S. government if |
| 09:48:28 | 14 | it's controlled. |
| 09:48:29 | 15 | **Q.**    I am going to just briefly define some of those terms. |
| 09:48:32 | 16 | Will you explain to the jury what an export entails? |
| 09:48:35 | 17 | **A.**    So an export is the transfer of any item, technology, |
| 09:48:40 | 18 | software, or equipment or services to a foreign party if |
| 09:48:44 | 19 | that item is controlled by the U.S. government. |
| 09:48:49 | 20 | **Q.**    And what types of export controls are there? |
| 09:48:52 | 21 | **A.**    The ones that we primarily deal with are the Export |
| 09:48:58 | 22 | Administration Regulations.  Those are commercial |
| 09:49:01 | 23 | commodities that are controlled for national security |
| 09:49:05 | 24 | reasons because they have the ability to be used in |
| 09:49:07 | 25 | conventional weapons. |

RAMAKDAWALA - DIRECT (McKenzie)                    7

| | | |
|---|---|---|
| 09:49:08 | 1 | The other is the International Traffic and Arms |
| 09:49:10 | 2 | Regulations.  These are actual munitions items or weapons |
| 09:49:14 | 3 | that are actually exported from the U.S. government or U.S. |
| 09:49:17 | 4 | contractor to a foreign entity. |
| 09:49:20 | 5 | THE COURT:  If you will give me just a moment. |
| 09:49:23 | 6 | Is the interpreter able to keep up? |
| 09:49:26 | 7 | THE INTERPRETER:  Mr. Xu was talking with his -- |
| 09:49:33 | 8 | THE COURT:  Does the witness need to slow down? |
| 09:49:35 | 9 | THE INTERPRETER:  Thank you. |
| 09:49:37 | 10 | THE COURT:  Yes? |
| 09:49:37 | 11 | THE INTERPRETER:  Yes.  Thank you, Your Honor. |
| 09:49:40 | 12 | THE COURT:  We have got an interpreter going. |
| 09:49:43 | 13 | Sentence by sentence. |
| 09:49:44 | 14 | Go ahead, counsel.  Sorry to interrupt. |
| 09:49:46 | 15 | BY MR. McKENZIE: |
| 09:49:46 | 16 | Q.   What is DTSA's role in reviewing exports and license |
| 09:49:52 | 17 | applications? |
| 09:49:53 | 18 | A.   So DTSA is not a regulatory agency.  We are a |
| 09:50:01 | 19 | recommending agency.  The U.S. Department of Commerce is the |
| 09:50:04 | 20 | regulatory agency for the Export Administration Regulations. |
| 09:50:08 | 21 | And the U.S. Department of State is the regulatory agency |
| 09:50:11 | 22 | for the International Traffic and Arms Regulations. |
| 09:50:15 | 23 | We at DTSA provide the DOD recommendation to the U.S. |
| 09:50:19 | 24 | Department of Commerce or the U.S. Department of State. |
| 09:50:23 | 25 | Q.   Remind the jury what your title is currently. |

| | | |
|---|---|---|
| 09:50:29 | 1 | **A.** I'm currently titled as the Manned Aircraft Division |
| 09:50:34 | 2 | Chief. |
| 09:50:34 | 3 | **Q.** Please explain what your duties and responsibilities are |
| 09:50:36 | 4 | in that role. |
| 09:50:37 | 5 | **A.** So I am responsible for a team of engineers and |
| 09:50:42 | 6 | analysts who review license applications and requests |
| 09:50:47 | 7 | related to any manned aircraft commodities, so both |
| 09:50:51 | 8 | commercial aircraft and military aircraft. |
| 09:50:54 | 9 | **Q.** Prior to being the Manned Aircraft Division Chief, what |
| 09:50:59 | 10 | was your title at DTSA? |
| 09:51:00 | 11 | **A.** Prior to that I was the Air, Land, and Sea Division |
| 09:51:06 | 12 | Chief. |
| 09:51:06 | 13 | **Q.** And what were some your duties and responsibilities in |
| 09:51:10 | 14 | that role? |
| 09:51:12 | 15 | **A.** So that was prior to a reorganization at that time. |
| 09:51:12 | 16 | All I had were just the engineers, so I was the division |
| 09:51:15 | 17 | chief of engineers that reviewed license requests for all |
| 09:51:18 | 18 | aircraft, all surface and submersible vessels, as well as |
| 09:51:24 | 19 | all ground vehicles. |
| 09:51:26 | 20 | **Q.** And what about prior to being the Air, Land, and Sea |
| 09:51:30 | 21 | Division Chief? Did you have another position? |
| 09:51:33 | 22 | **A.** Yes. I was a senior aerospace engineer at DTSA. |
| 09:51:37 | 23 | **Q.** And what were your duties and responsible as a senior |
| 09:51:40 | 24 | aerospace engineer? |
| 09:51:41 | 25 | **A.** So my specific areas of expertise were gas turbine |

RAMAKDAWALA - DIRECT (McKenzie)                    9

| | | |
|---|---|---|
| 09:51:47 | 1 | engines -- or jet engines as it as commonly known -- |
| 09:51:50 | 2 | composite technology, as well as helicopters. |
| 09:51:53 | 3 | **Q.**   Before we come back to those types of engines, I'd like |
| 09:52:01 | 4 | to talk to you about your educational career or educational |
| 09:52:05 | 5 | history. |
| 09:52:05 | 6 | Did you earn a bachelor's degree? |
| 09:52:07 | 7 | **A.**   Yes.  I got my bachelor's degree in science for |
| 09:52:10 | 8 | aerospace engineering at the University of Maryland, College |
| 09:52:13 | 9 | Park. |
| 09:52:13 | 10 | **Q.**   What is aerospace engineering? |
| 09:52:15 | 11 | **A.**   So aerospace engineering is a general field that deals |
| 09:52:18 | 12 | with all manners of aerospace, both in the air and space |
| 09:52:22 | 13 | equities. |
| 09:52:23 | 14 | **Q.**   In what year did you graduate? |
| 09:52:24 | 15 | **A.**   1994. |
| 09:52:27 | 16 | **Q.**   After earning your bachelor's degree, did you go on to |
| 09:52:30 | 17 | seek a master's degree? |
| 09:52:31 | 18 | **A.**   Yes.  I got a master's degree in aeronautical |
| 09:52:36 | 19 | engineering from the Naval Postgraduate School. |
| 09:52:38 | 20 | **Q.**   What is aeronautical engineering? |
| 09:52:40 | 21 | **A.**   So aeronautical specializes only in the aircraft field. |
| 09:52:44 | 22 | **Q.**   Within aeronautical engineering, did you have a |
| 09:52:48 | 23 | particular specialty? |
| 09:52:48 | 24 | **A.**   Yeah.  I specialized in gas turbine engines, |
| 09:52:52 | 25 | specifically compressor design. |

| | | |
|---|---|---|
| 09:52:55 | 1 | **Q.**   In order to obtain your master's degree, did you have to |
| 09:52:57 | 2 | write a thesis? |
| 09:52:58 | 3 | **A.**   Yes.  I wrote a thesis called "The Preliminary Design |
| 09:53:03 | 4 | Code For Axial Stage Compressors." |
| 09:53:05 | 5 | **Q.**   Is that part of a gas turbine engine? |
| 09:53:08 | 6 | **A.**   Yes, that is the front end of a gas turbine engine. |
| 09:53:11 | 7 | **Q.**   After graduating from undergraduate, did you become |
| 09:53:18 | 8 | employed? |
| 09:53:19 | 9 | **A.**   Yes.  I got a job as a project engineer for T-58 and |
| 09:53:26 | 10 | T-64 engines at the Naval Air Systems Command. |
| 09:53:29 | 11 | **Q.**   First off, what is the Naval Air Systems Command? |
| 09:53:33 | 12 | **A.**   So Naval Air Systems Command is the acquisition |
| 09:53:36 | 13 | community that is responsible for the sustainment of all |
| 09:53:40 | 14 | naval aircraft.  So F-14s, F-18s, all their helicopters, et |
| 09:53:46 | 15 | cetera. |
| 09:53:46 | 16 | **Q.**   Now as a project engineer, were you enlisted or a |
| 09:53:50 | 17 | civilian? |
| 09:53:50 | 18 | **A.**   I was a civilian. |
| 09:53:52 | 19 | **Q.**   Will you please explain to the jury what some of your |
| 09:53:54 | 20 | duties and responsibilities were as a project engineer? |
| 09:53:57 | 21 | **A.**   So I was responsible for what they call configuration |
| 09:54:02 | 22 | management, so making sure that all the parts were ensured |
| 09:54:07 | 23 | that they were meeting the quality standards, making sure |
| 09:54:10 | 24 | that all the manuals were up to date, making sure that we |
| 09:54:13 | 25 | made all the design changes for those engines. |

RAMAKDAWALA - DIRECT (McKenzie)                          11

| | | |
|---|---|---|
| 09:54:16 | 1 | **Q.**   And the engines that you just referenced, were they gas |
| 09:54:21 | 2 | turbine engines? |
| 09:54:21 | 3 | **A.**   Yes, they were all -- both the T-58 and T-64. |
| 09:54:25 | 4 | **Q.**   And who manufactured those engines? |
| 09:54:29 | 5 | **A.**   General Electric. |
| 09:54:32 | 6 | **Q.**   Did you become familiar with the plans and designs of |
| 09:54:37 | 7 | these engines? |
| 09:54:37 | 8 | **A.**   Yes. |
| 09:54:38 | 9 | **Q.**   Directing your attention now to July of 1999, did there |
| 09:54:46 | 10 | come a time that you received a new job title within Naval Air |
| 09:54:51 | 11 | Systems Command? |
| 09:54:51 | 12 | **A.**   Yes.  In 1999, I became the T-58 lead engineer. |
| 09:54:55 | 13 | **Q.**   And so explain to the jury your duties and |
| 09:54:58 | 14 | responsibilities as lead engineer. |
| 09:55:00 | 15 | **A.**   So as the lead engineer, I was what they would call the |
| 09:55:05 | 16 | airworthiness authority on the engines.  So I was |
| 09:55:08 | 17 | responsible for ensuring that the T-58 engine was safe for |
| 09:55:13 | 18 | operational use by the U.S. Navy and the U.S. Marine Corps. |
| 09:55:17 | 19 | **Q.**   This particular engine, was it a gas turbine engine? |
| 09:55:22 | 20 | **A.**   Yes, it was. |
| 09:55:23 | 21 | **Q.**   Who manufactured it? |
| 09:55:24 | 22 | **A.**   General Electric. |
| 09:55:25 | 23 | **Q.**   In your role as lead engineer, did you have to interact |
| 09:55:29 | 24 | with General Electric? |
| 09:55:30 | 25 | **A.**   Yes. |

| | | |
|---|---|---|
| 09:55:31 | 1 | **Q.**   In general, describe that interaction. |
| 09:55:34 | 2 | **A.**   So part of the job was to understand the problems with |
| 09:55:38 | 3 | the engine.  Nothing ever works the way you had hoped it |
| 09:55:41 | 4 | does.  So when the pilots or the maintainers would try to |
| 09:55:45 | 5 | fly or maintain the engine, they would obviously notice |
| 09:55:48 | 6 | issues.  It was our job to understand those issues, work |
| 09:55:51 | 7 | with General Electric to design and develop fixes, and then |
| 09:55:54 | 8 | get those fixes into production and into the engines for the |
| 09:55:59 | 9 | sailors and the Marines. |
| 09:56:01 | 10 | THE COURT:  Sir, you are doing great, but sentence |
| 09:56:03 | 11 | by sentence pause for the interpreter. |
| 09:56:07 | 12 | THE WITNESS:  Yes, Your Honor. |
| 09:56:09 | 13 | THE COURT:  Thank you. |
| 09:56:09 | 14 | BY MR. McKENZIE: |
| 09:56:10 | 15 | **Q.**   Directing your attention now to in or about October of |
| 09:56:14 | 16 | 2004, did there come a time that you received another job |
| 09:56:17 | 17 | title at Naval Air Systems Command? |
| 09:56:19 | 18 | **A.**   Yes.  At that time I became the H-46, H-3, and VH-3 |
| 09:56:26 | 19 | propulsion systems engineer. |
| 09:56:28 | 20 | **Q.**   In general terms, what were your duties in that role? |
| 09:56:32 | 21 | **A.**   So at that time, in addition to the engines, I was |
| 09:56:34 | 22 | responsible for the electrical power, power generation, and |
| 09:56:40 | 23 | power distribution in those three helicopters. |
| 09:56:44 | 24 | **Q.**   Do those three helicopters use gas turbine engines? |
| 09:56:48 | 25 | **A.**   Yes, they do. |

| | | |
|--|--|--|
|09:56:49|1|**Q.**   Were you still involved in overseeing those gas turbine|
|09:56:54|2|engines on the systems?|
|09:56:56|3|**A.**   Yes.|
|09:56:57|4|**Q.**   Directing your attention now to May of 2006, did you|
|09:57:03|5|receive another job at Naval Air Systems Command?|
|09:57:06|6|**A.**   Yes.  At that time I became the V-22 propulsion power|
|09:57:11|7|systems engineer.|
|09:57:12|8|**Q.**   Does the V-22 use a gas turbine engine?|
|09:57:16|9|**A.**   Yes.  It uses the AE-1107 gas turbine engine.|
|09:57:23|10|**Q.**   Now, in or about 2007, did there come a time that you|
|09:57:28|11|entered the Navair Leadership Development Program?|
|09:57:33|12|**A.**   Yes.|
|09:57:34|13|**Q.**   What is that program?|
|09:57:35|14|**A.**   So that is to get leaders within the Naval Air Systems|
|09:57:41|15|Command to take on more responsibilities and roles and to|
|09:57:45|16|take on potentially supervisory and other leadership duties|
|09:57:49|17|within the command.|
|09:57:50|18|**Q.**   Did you have to apply for that position?|
|09:57:51|19|**A.**   Yes, I did.|
|09:57:52|20|**Q.**   What, if any, requirements were there, in broad terms, to|
|09:58:00|21|complete the program?|
|09:58:01|22|**A.**   So part of that was to get my Lean Six Sigma black|
|09:58:07|23|belt, which is about improving processes within any|
|09:58:10|24|particular system or capability.|
|09:58:14|25|**Q.**   Did you complete the program?|

| | | |
|---|---|---|
| 09:58:16 | 1 | **A.**   Yes, I did. |
| 09:58:17 | 2 | **Q.**   During your time with the Department of Defense, have you |
| 09:58:24 | 3 | become familiar with an aircraft called the KC-135? |
| 09:58:28 | 4 | **A.**   Yes.  That is the Stratofortress.  It's an air tanker. |
| 09:58:34 | 5 | **Q.**   Explain to the jury what an air tanker does. |
| 09:58:36 | 6 | **A.**   So an air tanker allows the fighter aircraft to be |
| 09:58:40 | 7 | refueled in flight.  So those aircraft don't have large |
| 09:58:44 | 8 | tanks.  So as a result, the air tanker has to come up in |
| 09:58:48 | 9 | front of it and refuel the aircraft so it can continue |
| 09:58:52 | 10 | operations. |
| 09:58:53 | 11 | **Q.**   Are you also familiar with an aircraft known as the F-22? |
| 09:58:57 | 12 | **A.**   Yes.  The F-22 is called the Raptor.  It's an |
| 09:59:02 | 13 | air-to-air intercepter. |
| 09:59:07 | 14 | **Q.**   And which part of the United States government, if any, |
| 09:59:10 | 15 | uses the F-22? |
| 09:59:10 | 16 | **A.**   The United States Air Force. |
| 09:59:12 | 17 | **Q.**   During -- like throughout your education and your work |
| 09:59:17 | 18 | history, have you become familiar with how gas turbine engines |
| 09:59:23 | 19 | work? |
| 09:59:24 | 20 | **A.**   Yes. |
| 09:59:27 | 21 |        MR. McKENZIE:  Your Honor, at this time I ask |
| 09:59:29 | 22 | permission to show the witness and counsel what has been |
| 09:59:31 | 23 | previously marked as Government's Exhibit 78 for |
| 09:59:35 | 24 | identification. |
| 09:59:37 | 25 |        THE COURT:  Yes? |

RAMAKDAWALA - DIRECT (McKenzie)                    15

| | | |
|---|---|---|
| 09:59:40 | 1 | MS. TAYLOR:  No objection. |
| 09:59:56 | 2 | BY MR. McKENZIE: |
| 09:59:56 | 3 | **Q.**   Looking at the screen, what is this? |
| 10:00:00 | 4 | **A.**   This is a turbofan engine. |
| 10:00:03 | 5 | **Q.**   Is it a diagram of an engine? |
| 10:00:05 | 6 | **A.**   Yes.  It's called a cutaway. |
| 10:00:08 | 7 | **Q.**   Will this cutaway help the jury understand your |
| 10:00:12 | 8 | testimony? |
| 10:00:12 | 9 | **A.**   Yes. |
| 10:00:14 | 10 | MR. McKENZIE:  Your Honor, at this time I ask to -- |
| 10:00:15 | 11 | or the government moves to admit and then publish Government's |
| 10:00:20 | 12 | Exhibit 78. |
| 10:00:21 | 13 | THE COURT:  Any objection? |
| 10:00:22 | 14 | MS. TAYLOR:  No objection, Your Honor. |
| 10:00:24 | 15 | THE COURT:  It's admitted.  You can publish it. |
| 10:00:33 | 16 | (Government Exhibit 78 was received in evidence.) |
| 10:00:33 | 17 | BY MR. McKENZIE: |
| 10:00:33 | 18 | **Q.**   Using the cutaway, will you please explain to the jury |
| 10:00:39 | 19 | how a gas turbine engine works and in general terms, starting |
| 10:00:43 | 20 | at the front of the engine and moving to the back? |
| 10:00:45 | 21 | **A.**   Sure.  So the front of the engine, the big black blades |
| 10:00:50 | 22 | with the silver on the front, those are actually the fan |
| 10:00:54 | 23 | blades of the engine.  Right behind that you'll see several |
| 10:00:59 | 24 | rows of smaller blades, much smaller blades.  That is called |
| 10:01:03 | 25 | the low-pressure compressor.  And then right behind that you |

10:01:06  1    will see another row of blades before there is a shaft, and

10:01:10  2    if I can -- I don't know if I can point it out.  But those

10:01:13  3    rows, it's probably about 10 to 15 rows before that is what

10:01:17  4    they call the compressor.

10:01:19  5         So basically the air comes into the engine, and it

10:01:25  6    squeezes the air under extreme pressure and temperature,

10:01:29  7    much like a piston on the car.  So when that piston goes up

10:01:33  8    and it's skewed through that air, it increases the

10:01:35  9    temperature and pressure.  This does the exact same thing.

10:01:38  10   The physics is the same.

10:01:39  11        The next point, and it looks like a little shaft, large

10:01:43  12   shaft, that is actually the combustion section.  So just

10:01:46  13   like in your car, you take the air, you mix it with fuel,

10:01:49  14   and then you ignite that air.  And that is where you get

10:01:52  15   your hot -- very hot gas, very hot temperatures.

10:01:56  16        Then you will see like two stages or two rows right

10:01:59  17   behind that.  That is what they call the high pressure

10:02:02  18   turbine.  That is actually probably the hottest part of the

10:02:05  19   engine.  That part is where it starts to extract energy from

10:02:09  20   the air to actually do other work.  To give you the car

10:02:16  21   vernacular, when the piston goes down, that push is actually

10:02:19  22   doing work.  It pushes the next set of pistons up on the cam

10:02:23  23   shaft.  That's the same concept.  So in order to keep the

10:02:26  24   system sustaining itself over and over again, that turns the

10:02:30  25   front part.

10:02:31  1          The last set, all the way in the back -- there is

10:02:35  2     probably about seven back there -- that's the low-pressure

10:02:42  3     turbine.  That actually turns the low-pressure compressor

10:02:44  4     and that fan.  So the seven sets in the back actually turn

10:02:47  5     all the things in the front so that it can keep the system

10:02:51  6     going.

10:02:52  7          And the fan is actually propulsion.  It's actually

10:02:56  8     where most of your thrust comes from.  Most people think of

10:03:00  9     the hot gas coming out of the back of a jet engine actually

10:03:04  10    where all the power comes from.  In a commercial engine,

10:03:06  11    it's actually the fan.  The fan is responsible for 80

10:03:09  12    percent of all the thrust that comes out of an engine.

10:03:11  13    Q.   And what about the black material that is surrounding the

10:03:17  14    fan?  What is that called?

10:03:19  15    A.   That's the engine casing.  That's the fan containment

10:03:22  16    casing.

10:03:22  17    Q.   I'd like to direct your attention to the front of this

10:03:26  18    engine, and let's start with the fan blades.

10:03:31  19         Traditionally, what are fan blades in jet turbine engines

10:03:37  20    made of?

10:03:37  21    A.   Previously, they used to be all made of either steel or

10:03:41  22    aluminum or -- very rarely aluminum, but mostly titanium.

10:03:46  23    Q.   And what about the fan blade casing or the engine casing,

10:03:52  24    what was that traditionally made of?

10:03:53  25    A.   That was traditionally made of usually aluminum in

| | | |
|---|---|---|
| 10:03:57 | 1 | order to try to keep the weight down. |
| 10:03:59 | 2 | **Q.**   Now, during your training and experience, have you become |
| 10:04:05 | 3 | familiar with the term "composite" as it applies to the design |
| 10:04:10 | 4 | of aircraft parts? |
| 10:04:11 | 5 | **A.**   Yes. |
| 10:04:12 | 6 | **Q.**   Will you please explain to the jury what composite is? |
| 10:04:17 | 7 | **A.**   So, in simple terms, a composite is basically any fiber |
| 10:04:22 | 8 | that actually has a matrix or resin that connects them |
| 10:04:26 | 9 | together.  So actually, most of you have already seen |
| 10:04:30 | 10 | composites in everyday life.  Anybody who drives on the road |
| 10:04:33 | 11 | and drives on concrete, that's actually a composite.  The |
| 10:04:36 | 12 | metal rebars are actually the fiber and the cement that |
| 10:04:40 | 13 | holds those rebars together.  That's actually the matrix. |
| 10:04:42 | 14 | So that allows it to take the load as you're driving on it. |
| 10:04:46 | 15 |      Trees are actually a composite.  So the fibers and then |
| 10:04:50 | 16 | the sap is actually the resin that holds the tree together. |
| 10:04:53 | 17 | And that's what makes a tree so incredibly strong. |
| 10:04:56 | 18 |      In this case, it's actually carbon fiber with epoxy. |
| 10:05:00 | 19 | So the fiber acts as the strength and the epoxy ties it all |
| 10:05:06 | 20 | together. |
| 10:05:07 | 21 | **Q.**   Going back to these fan blades.  You mentioned that some |
| 10:05:10 | 22 | fan blades were made from steel and then they switched over to |
| 10:05:14 | 23 | aluminum.  Why switch from steel to aluminum? |
| 10:05:17 | 24 | **A.**   Mostly titanium.  The reason is because of the weight. |
| 10:05:20 | 25 | In an aircraft, weight is key.  There is no way around it. |

RAMAKDAWALA - DIRECT (McKenzie)                    19

| | | |
|---|---|---|
| 10:05:25 | 1 | You have to have the lightest aircraft possible, both |
| 10:05:27 | 2 | whether it's for military reasons or for commercial reasons. |
| 10:05:35 | 3 | **Q.** Now, what advantage -- are you aware of any -- anybody |
| 10:05:37 | 4 | who manufactures fan blades made of carbon composite material? |
| 10:05:41 | 5 | **A.** No. |
| 10:05:41 | 6 | **Q.** What -- |
| 10:05:43 | 7 | **A.** Except for General Electric. |
| 10:05:44 | 8 | **Q.** Except for who? |
| 10:05:48 | 9 | **A.** General Electric. |
| 10:05:49 | 10 | **Q.** What separates these carbon fan blades from titanium fan |
| 10:05:54 | 11 | blades? |
| 10:05:54 | 12 | **A.** So carbon fiber fan blades are about 50 percent lighter |
| 10:06:00 | 13 | than traditional titanium. |
| 10:06:00 | 14 | **Q.** And why does it matter that they are lighter? |
| 10:06:04 | 15 | **A.** So with commercial aircraft, it's all about cost per |
| 10:06:08 | 16 | passenger, right? So the more fuel efficient the engine, |
| 10:06:12 | 17 | the less the cost is per passenger so, obviously, the better |
| 10:06:17 | 18 | revenue that a U.S. airline or any airline can generate from |
| 10:06:22 | 19 | using a composite fan blade. |
| 10:06:24 | 20 | **Q.** And what about those engine encasements, what material |
| 10:06:30 | 21 | does General Electric use to manufacture that component of the |
| 10:06:35 | 22 | engine? |
| 10:06:35 | 23 | **A.** They also use carbon fiber. |
| 10:06:37 | 24 | **Q.** And what, if any, advantage does that give? |
| 10:06:43 | 25 | **A.** So that, again, gives a significant weight savings to |

RAMAKDAWALA - DIRECT (McKenzie)                          20

| | | |
|---|---|---|
| 10:06:47 | 1 | be able to protect the engine. |
| 10:06:49 | 2 | **Q.**  Throughout your employment with DTSA, have you become |
| 10:06:56 | 3 | familiar with the structure of the U.S. aviation industry? |
| 10:06:59 | 4 | **A.**  Yes. |
| 10:07:00 | 5 | **Q.**  Why is that important to your job? |
| 10:07:04 | 6 | **A.**  So in order to be able to understand the type of |
| 10:07:09 | 7 | technology that the U.S. may be willing to export to a |
| 10:07:13 | 8 | foreign party, we have to be able to assess what the U.S. |
| 10:07:17 | 9 | capability is with respect to its entire industry. |
| 10:07:21 | 10 | **Q.**  And how did you gain this familiarity? |
| 10:07:25 | 11 | **A.**  So as the U.S. company came into request licenses, we |
| 10:07:30 | 12 | were able to talk to them and understand what their systems |
| 10:07:34 | 13 | and capabilities are as well as what they intended to |
| 10:07:36 | 14 | export. |
| 10:07:37 | 15 | **Q.**  Let's explain what type of information is contained on |
| 10:07:41 | 16 | license requests for the jury, please. |
| 10:07:43 | 17 | THE COURT:  I am going to interrupt -- I'm sorry -- |
| 10:07:45 | 18 | and indicate that we need to break.  This is tough on the |
| 10:07:49 | 19 | interpreter.  The jury understands we're going to do this.  So |
| 10:07:53 | 20 | we're going to take a 20-minute break. |
| 10:07:57 | 21 | During the break, take a break.  Don't discuss the case |
| 10:08:00 | 22 | among yourselves or with anyone else.  No independent |
| 10:08:04 | 23 | research.  Continue to keep an open mind. |
| 10:08:07 | 24 | Can you guess what I'm going to say next?  Out of respect |
| 10:08:10 | 25 | for you, we will rise as you leave. |

RAMAKDAWALA - DIRECT (McKenzie)                              21

```
10:08:13   1            THE COURTROOM DEPUTY:  All rise for the jury.
10:08:14   2       (Jury out at 10:08 a.m.)
10:08:47   3            THE COURT:  We're on the break till 10:30.
10:08:52   4       Gentleman on the witness stand, please do not discuss
10:08:54   5   your testimony during the break.
10:08:57   6       We're in recess.
10:08:59   7            THE COURTROOM DEPUTY:  This court is now in recess.
10:09:01   8       (Recess from 10:09 a.m. until 10:28 a.m.)
10:28:52   9            THE COURT:  We're in pause mode off the record.
10:28:52  10       (Pause.)
10:30:10  11            THE COURT:  Are we ready for the jury from the
10:30:11  12   government's perspective?
10:30:13  13            MR. McKENZIE:  Yes, Your Honor.
10:30:18  14            THE COURT:  Defense as well?
10:30:20  15            MS. TAYLOR:  Yes, Your Honor.
10:30:21  16            THE COURT:  Call for the jury.
10:31:38  17            THE COURTROOM DEPUTY:  All rise for the jury.
10:31:40  18       (Jury in at 10:31 a.m.)
10:32:17  19            THE COURT:  You may all be seated.  Thank you.
10:32:19  20       15 members of the jury have rejoined us in the courtroom,
10:32:22  21   invigorated from their break and ready to go.
10:32:28  22       We will continue with the taking of testimony.  The
10:32:30  23   witness remains under oath.
10:32:31  24       You may proceed, counsel.
10:32:33  25   BY MR. McKENZIE:
```

| | | |
|---|---|---|
| 10:32:35 | 1 | **Q.** Will you please explain to the jury what type of |
| 10:32:39 | 2 | information is contained on the license applications that you |
| 10:32:43 | 3 | review? |
| 10:32:46 | 4 | **A.** So when an applicant submits a license, they have to |
| 10:32:51 | 5 | define what it is that they intend to export to the foreign |
| 10:32:56 | 6 | party. So they have to tell me what the actual controlled |
| 10:32:59 | 7 | item is, to the extent the controlled item is, the amount of |
| 10:33:05 | 8 | technical information, or any technical assistance they will |
| 10:33:09 | 9 | provide to the foreign party in the application. |
| 10:33:14 | 10 | **Q.** Who -- what types of entities submit these license |
| 10:33:21 | 11 | applications? |
| 10:33:22 | 12 | **A.** They are submitted by what's defined as a U.S. person, |
| 10:33:27 | 13 | so typically a U.S. company. |
| 10:33:32 | 14 | **Q.** In addition to reviewing license applications, do you |
| 10:33:38 | 15 | also read publicly available information published by U.S. |
| 10:33:42 | 16 | companies? |
| 10:33:43 | 17 | **A.** Yes. |
| 10:33:43 | 18 | **Q.** Do you also meet with representatives of U.S. companies |
| 10:33:48 | 19 | in the aviation industry? |
| 10:33:49 | 20 | **A.** Yes, I do. |
| 10:33:50 | 21 | **Q.** Will you please provide an overview to the jury of the |
| 10:33:59 | 22 | U.S. commercial airline industry starting with who |
| 10:34:04 | 23 | manufactures the actual planes? |
| 10:34:06 | 24 | **A.** So within the U.S., there is right now one major |
| 10:34:10 | 25 | aircraft manufacturer, and that's Boeing. There are other |

RAMAKDAWALA - DIRECT (McKenzie)                        23

| | | |
|---|---|---|
| 10:34:14 | 1 | smaller ones, but Boeing is the prime U.S. aviation |
| 10:34:18 | 2 | manufacturer. |
| 10:34:19 | 3 | Q.   What about for gas turbine engines? |
| 10:34:25 | 4 | A.   So for gas turbine engines, there is actually four |
| 10:34:34 | 5 | primary -- there are smaller ones -- four primary U.S. gas |
| 10:34:36 | 6 | turbine engine manufacturers, which is General Electric, |
| 10:34:39 | 7 | Rolls-Royce, Pratt & Whitney, and Honeywell. |
| 10:34:47 | 8 | Q.   Are you familiar with the design of fan blades used by |
| 10:34:50 | 9 | Rolls-Royce and Pratt Whitney? |
| 10:34:53 | 10 | A.   Yes, I am. |
| 10:34:54 | 11 | Q.   Will you please explain to the jury what type of fan |
| 10:34:57 | 12 | blades they use on their commercial gas turbine engines? |
| 10:35:04 | 13 | A.   They use what they call a hollow titanium fan blade. |
| 10:35:08 | 14 | Q.   Will you explain to the jury what a hollow titanium fan |
| 10:35:12 | 15 | blade is? |
| 10:35:15 | 16 | A.   Yes.  So in order to save as much weight as possible, |
| 10:35:18 | 17 | they try not to take it out of solid titanium because it |
| 10:35:22 | 18 | would be heavy.  So they take two sheets of titanium with |
| 10:35:25 | 19 | little ribs inside that they weld all the edges together, |
| 10:35:29 | 20 | and then they pump it with an inert gas, which basically |
| 10:35:33 | 21 | puffs it up and allows the cavity to be empty, but it has |
| 10:35:39 | 22 | the shape that they need in order to do the aerodynamic |
| 10:35:43 | 23 | work.  So that's a hollow titanium fan blade. |
| 10:35:46 | 24 | Q.   What about Honeywell?  What type of fan blades do they |
| 10:35:50 | 25 | use? |

RAMAKDAWALA - DIRECT (McKenzie)                    24

| | | |
|---|---|---|
| 10:35:50 | 1 | **A.**    They use solid, solid titanium fan blades.  They do not |
| 10:35:55 | 2 | use hollow. |
| 10:35:55 | 3 | **Q.**    And what about General Electric?  Remind the jury what |
| 10:36:01 | 4 | kind of fan blades they use. |
| 10:36:03 | 5 | **A.**    They use composite fan blades. |
| 10:36:06 | 6 | **Q.**    What about for the engine encasements?  What material is |
| 10:36:12 | 7 | used by Rolls-Royce and Pratt Whitney? |
| 10:36:16 | 8 | **A.**    I believe they use typically titanium or aluminum. |
| 10:36:21 | 9 | **Q.**    And what type of material does General Electric use? |
| 10:36:24 | 10 | **A.**    General Electric uses composite fan casings. |
| 10:36:27 | 11 | **Q.**    Has General Electric Aviation received any type of civil |
| 10:36:33 | 12 | certification from the United States government that allows |
| 10:36:35 | 13 | them to use these engines commercially? |
| 10:36:38 | 14 | **A.**    Yes.  The GE engines that use composite fan blades and |
| 10:36:46 | 15 | composite containment casings are FAA certified. |
| 10:36:48 | 16 | **Q.**    Who else in the United States manufactures FAA-certified |
| 10:36:52 | 17 | carbon fiber fan blades? |
| 10:36:55 | 18 | **A.**    No one. |
| 10:36:57 | 19 | **Q.**    Who else in the world manufactures FAA-certified carbon |
| 10:37:03 | 20 | fiber fan blades? |
| 10:37:03 | 21 | **A.**    No one I'm aware of. |
| 10:37:05 | 22 | **Q.**    Are you aware of any other companies within the United |
| 10:37:10 | 23 | States who are attempting to build carbon fiber fan blades? |
| 10:37:15 | 24 | **A.**    No. |
| 10:37:15 | 25 | **Q.**    What about in Europe? |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

RAMAKDAWALA - DIRECT (McKenzie)                    25

10:37:21    1   **A.**    So I believe Rolls-Royce is working on a composite fan

10:37:25    2   blade called the UltraFan.

10:37:27    3   **Q.**    Has Rolls-Royce received any kind of civil certification

10:37:32    4   to sell those fan blades commercially in the United States?

10:37:37    5   **A.**    No, not that I'm aware of.

10:37:39    6   **Q.**    What types of engines use GE's carbon fiber fan blades?

10:37:51    7   **A.**    Those are usually the large commercial engines.

10:37:54    8   **Q.**    Could you provide the jury with some examples of what

10:37:59    9   types of planes they are used on?

10:38:01   10   **A.**    So GEnx, which is, I believe, used on the 787; the

10:38:12   11   GE-90, which is, I believe, the 777; the new LEAP engine

10:38:17   12   that they have designed, which is for the Boeing 737 MAX;

10:38:24   13   the Airbus 320neo; as well as the COMAC C919.

10:38:34   14   **Q.**    I'd like to start with the LEAP engine.  Is that

10:38:41   15   manufactured exclusively by GE Aviation or is it part of a

10:38:45   16   joint venture?

10:38:46   17   **A.**    No.  It's part of a joint venture.

10:38:49   18   **Q.**    With whom is it a joint venture?

10:38:54   19   **A.**    Safran in France.

10:38:55   20   **Q.**    What is Safran?

10:38:56   21   **A.**    Safran is a French manufacturer of gas turbine engine

10:39:03   22   components, parts, and systems.

10:39:04   23   **Q.**    You mentioned an aircraft named the C919.  Who

10:39:20   24   manufactures that?

10:39:20   25   **A.**    COMAC in China.

| | | |
|---|---|---|
| 10:39:22 | 1 | **Q.**   I'd like to come to that in just a moment. |
| 10:39:28 | 2 |   Through your employment with DTSA, have you become |
| 10:39:32 | 3 | familiar with the structure of the PRC aviation industry? |
| 10:39:37 | 4 | **A.**   Yes. |
| 10:39:38 | 5 | **Q.**   Why is this important to your job? |
| 10:39:41 | 6 | **A.**   So if a U.S. company wishes to export technology or |
| 10:39:46 | 7 | capabilities that is export controlled to a foreign entity |
| 10:39:51 | 8 | such as COMAC, we have to make a national security |
| 10:39:54 | 9 | assessment of the potential transfer. |
| 10:39:57 | 10 | **Q.**   Please explain to the jury some of the ways in which you |
| 10:40:01 | 11 | have become familiar with the PRC aviation industry. |
| 10:40:05 | 12 | **A.**   So a lot of it comes from industry.  So in the license |
| 10:40:10 | 13 | application that U.S. industry must provide, it also has to |
| 10:40:16 | 14 | lay out all the parties that will be receiving the export |
| 10:40:22 | 15 | and who might be the end user of that technology. |
| 10:40:25 | 16 |   We also get it from open source information, as well as |
| 10:40:30 | 17 | from the foreign parties themselves.  Sometimes we will |
| 10:40:34 | 18 | actually go visit the foreign parties to understand more |
| 10:40:36 | 19 | about their systems and capabilities. |
| 10:40:39 | 20 |   MR. McKENZIE:  Your Honor, at this time I ask that |
| 10:40:41 | 21 | we publish Government's 10, which is already in evidence. |
| 10:40:46 | 22 |   THE COURT:  Very well. |
| 10:40:49 | 23 |   MS. TAYLOR:  No objection. |
| 10:40:51 | 24 |   MR. McKENZIE:  Could we zoom in on the bottom third |
| 10:40:53 | 25 | of the exhibit, please. |

RAMAKDAWALA - DIRECT (McKenzie)                              27

| | | |
|---|---|---|
| 10:41:02 | 1 | Could you scroll down a bit more? |
| 10:41:04 | 2 | Thank you very much. |
| 10:41:06 | 3 | BY MR. McKENZIE: |
| 10:41:06 | 4 | **Q.** Will you please provide an overview of the Chinese |
| 10:41:10 | 5 | aviation industry to the jury? |
| 10:41:13 | 6 | **A.** So as we understand it, COMAC is a subsidiary of AVIC, |
| 10:41:20 | 7 | and it is run by the SASAC, which is the state-owned assets, |
| 10:41:28 | 8 | which is a state-owned enterprise. |
| 10:41:31 | 9 | **Q.** What is a state-owned enterprise? |
| 10:41:32 | 10 | **A.** So a state-owned enterprise, as we understand it from |
| 10:41:36 | 11 | the Department of Defense, is an enterprise that is run and |
| 10:41:39 | 12 | governed and directed by the Chinese government. |
| 10:41:45 | 13 | **Q.** Are you familiar with the Aviation Industry Corporation |
| 10:41:48 | 14 | of China, or AVIC? |
| 10:41:50 | 15 | **A.** Yes. |
| 10:41:50 | 16 | **Q.** What is AVIC? |
| 10:41:51 | 17 | **A.** AVIC is a conglomerate of multiple smaller subsidiaries |
| 10:41:57 | 18 | that designs and develops aircraft systems. |
| 10:42:00 | 19 | **Q.** And earlier you mentioned COMAC. Is that also known as |
| 10:42:06 | 20 | the Commercial Aircraft Corporation of China? |
| 10:42:08 | 21 | **A.** Yes. |
| 10:42:09 | 22 | **Q.** What does COMAC do? |
| 10:42:11 | 23 | **A.** COMAC is -- produces what they say is commercial |
| 10:42:18 | 24 | aircraft for -- or large commercial aircraft. |
| 10:42:20 | 25 | **Q.** Have you ever been to COMAC? |

RAMAKDAWALA - DIRECT (McKenzie)                                    28

10:42:22  1    **A.**    Yes.

10:42:23  2    **Q.**    When did you visit COMAC?

10:42:25  3    **A.**    2012.

10:42:27  4    **Q.**    Why did you visit COMAC?

10:42:29  5    **A.**    So COMAC had requested something called a validated end

10:42:34  6    user license.  I guess the best way to say is like a super

10:42:39  7    license.  So rather than submitting a license for every

10:42:42  8    single transaction that they wanted, they were trying to get

10:42:47  9    a blanket license saying that they were a validated end

10:42:51  10   user, that the U.S. government blessed them to get a certain

10:42:54  11   amount of technologies and capabilities without having to

10:42:58  12   submit a license every single time.

10:43:01  13   **Q.**    When you traveled to COMAC, did you travel on an official

10:43:06  14   U.S. Visa?

10:43:07  15   **A.**    Yes.

10:43:08  16   **Q.**    Who invited you, if anyone, to COMAC?

10:43:13  17   **A.**    COMAC invited us.

10:43:15  18   **Q.**    What name did you use when you went to COMAC?

10:43:18  19   **A.**    My given name, Rizwan Ramakdawala.

10:43:29  20   **Q.**    Who did you tell them that you worked for?

10:43:30  21   **A.**    U.S. Department of Defense.

10:43:32  22   **Q.**    Did you ask to see any trade secrets while you were

10:43:35  23   there?

10:43:35  24   **A.**    No.

10:43:36  25   **Q.**    During the course of reviewing license applications, do

*Mary A. Schweinhagen, RDR, CRR   (937) 512-1604*

RAMAKDAWALA - DIRECT (McKenzie)                              29

10:43:45  1    you sometimes see U.S. trade secrets?

10:43:48  2    A.    Yes.

10:43:49  3    Q.    What, if any, restrictions do you have placed on you by

10:43:54  4    the law on what you can and cannot do with those trade

10:43:57  5    secrets?  Please explain to the jury.

10:44:00  6    A.    So if it's a commercial request, which most of these

10:44:05  7    are, it is controlled under the Export Administration

10:44:09  8    Regulation, and there is a Section 748.1(c) which dictates

10:44:16  9    confidentiality, which says that any information that the

10:44:19 10    U.S. party provides to the U.S. government is protected

10:44:21 11    under that confidentiality, and we are not allowed to give

10:44:24 12    that to any other party outside the United States

10:44:27 13    government.

10:44:30 14    Q.    Do you sometimes in the course of reviewing license

10:44:33 15    applications see foreign trade secrets?

10:44:37 16    A.    Yes.

10:44:38 17    Q.    Are you allowed to share those foreign trade secrets with

10:44:43 18    anyone?

10:44:43 19    A.    No.

10:44:44 20    Q.    Why not?

10:44:47 21    A.    So when we are given foreign trade secrets under the

10:44:51 22    auspices of a license request, we are still held by the

10:44:56 23    confidentiality requirements under the EAR.

10:44:59 24    Q.    What type of engine does GE sell to COMAC?

10:45:14 25    A.    So the engine that they are selling is the LEAP-1C

RAMAKDAWALA - DIRECT (McKenzie)                                    30

10:45:19  1    engine for the C919.  They also have sold the CF34 for the

10:45:25  2    ARJ21 aircraft.

10:45:27  3    **Q.**    In order to sell that engine to COMAC, did GE Aviation

10:45:33  4    have to get a license?

10:45:34  5    **A.**    Yes.

10:45:34  6    **Q.**    Was that license approved?

10:45:36  7    **A.**    Yes.

10:45:36  8    **Q.**    Returning back to Government's 10, are you familiar with

10:45:45  9    the Aero Engine Corporation of China, or the AECC?

10:45:50  10   **A.**    Yes.

10:45:50  11   **Q.**    Please explain to the jury what this organization is.

10:45:54  12   **A.**    So AECC is their conglomerate that they brought in 2015

10:46:00  13   to oversee all gas turbine engine development and production

10:46:04  14   for both military and commercial aviation.

10:46:08  15   **Q.**    Does AECC currently manufacture military engines?

10:46:12  16   **A.**    Yes.

10:46:13  17   **Q.**    Does AECC currently produce any commercial engines?

10:46:20  18   **A.**    No.

10:46:20  19   **Q.**    Are you familiar with what, if any, engines AECC is

10:46:27  20   currently attempting to develop?

10:46:29  21   **A.**    Yes.

10:46:32  22            MS. TAYLOR:  Objection.

10:46:34  23            THE COURT:  Basis?  Basis?

10:46:36  24            MS. TAYLOR:  Relevance, Your Honor.

10:46:39  25            THE COURT:  I am going to give some latitude.

RAMAKDAWALA - DIRECT (McKenzie)                                    31

10:46:43   1   Overruled.

10:46:45   2        You can answer the question.

10:46:46   3            THE WITNESS:  Yes, I am aware.

10:46:48   4   BY MR. McKENZIE:

10:46:50   5   Q.   And what type of fan blades are intended to be used on

10:46:56   6   this engine that AECC is developing?

10:46:59   7   A.   The way we understand it is composite fan blades.

10:47:10   8   Q.   Has AECC started selling engines with composite fan

10:47:16   9   blades yet?

10:47:16   10  A.   No.

10:47:17   11  Q.   Are you familiar with their attempts to develop this

10:47:39   12  engine?

10:47:39   13  A.   Yes.

10:47:40   14  Q.   Approximately how long have they been -- has AECC been

10:47:45   15  attempting to develop this engine?

10:47:47   16  A.   From our understanding, at least 2015.

10:47:53   17            MR. McKENZIE:  Your Honor, may I have a moment?

10:47:56   18            THE COURT:  Yes.

10:47:57   19        (Pause.)

10:48:02   20            MR. McKENZIE:  Your Honor, I have no further

10:48:03   21  questions.

10:48:03   22            THE COURT:  Very well.  The defense will have an

10:48:06   23  opportunity to ask questions.

10:48:08   24            MS. TAYLOR:  Thank you, Your Honor.

10:48:10   25            THE COURT:  Yes.

| | | |
|---|---|---|
| 10:48:11 | 1 | MS. TAYLOR:  If I may have a moment to move my |
| 10:48:13 | 2 | materials over. |
| 10:48:14 | 3 | THE COURT:  Indeed. |
| 10:49:04 | 4 | MS. TAYLOR:  Thank you for that extra moment. |
| 10:49:06 | 5 | THE COURT:  Yes. |
| 10:49:06 | 6 | MS. TAYLOR:  Your Honor, if I may, Sanna-Rae Taylor |
| 10:49:08 | 7 | on behalf of the defendant. |
| 10:49:09 | 8 | THE COURT:  You are going to need to speak right up |
| 10:49:12 | 9 | because they are fancy microphones. |
| 10:49:12 | 10 | MS. TAYLOR:  Thank you, Your Honor.  Sanna-Rae |
| 10:49:14 | 11 | Taylor on behalf of the defendant. |
| 10:49:15 | 12 | THE COURT:  You still need to speak up.  I'm not |
| 10:49:18 | 13 | trying to be difficult. |
| 10:49:18 | 14 | MS. TAYLOR:  Your Honor, if I may, I will remove my |
| 10:49:20 | 15 | mask so I can speak more clearly. |
| 10:49:22 | 16 | THE COURT:  Yes. |
| 10:49:23 | 17 | MS. TAYLOR:  Sanna-Rae Taylor on behalf of the |
| 10:49:25 | 18 | defendant. |
| 10:49:25 | 19 | THE COURT:  Thank you. |
| 10:49:27 | 20 | MS. TAYLOR:  Success.  Thank you for your patience. |
| 10:49:29 | 21 | **CROSS-EXAMINATION** |
| 10:49:29 | 22 | BY MS. TAYLOR: |
| 10:49:31 | 23 | **Q.**   Mr. Ramakdawala, thank you for your time this morning.  I |
| 10:49:33 | 24 | have a few questions that I'd like to follow up on.  I'm going |
| 10:49:35 | 25 | to do my best to be brief and not reask questions for which |

10:49:39  1    you have already provided answers.  However, there may be a

10:49:41  2    question for which I need to seek additional clarification or

10:49:45  3    explanation if I may.

10:49:46  4         So, currently, your employer is the United States

10:49:51  5    government; is that correct?

10:49:51  6    A.    That's correct.

10:49:52  7    Q.    And since you graduated, your employers have been the

10:49:55  8    United States government and the United States military?

10:49:56  9    A.    Yes.

10:49:57  10   Q.    And you've never worked in the private sector; is that

10:50:04  11   correct?

10:50:04  12   A.    That is correct.

10:50:04  13   Q.    Currently, you serve as the division chief in your

10:50:07  14   position?

10:50:07  15   A.    That is correct.

10:50:08  16   Q.    And in addition to your job duties, are you currently a

10:50:12  17   member of any professional or industry-related associations?

10:50:16  18   A.    No, I am not.

10:50:17  19   Q.    Have you previously been a member of any associations?

10:50:21  20   A.    Yes.

10:50:21  21   Q.    Can you explain what those are, please?

10:50:23  22   A.    So sometimes in order to understand how to standardize

10:50:29  23   things, associations are created to try to share information

10:50:33  24   and capabilities.  So some of the basic ones are American

10:50:40  25   Institution of Aviation, Vertical Flight Society, and others

| | | |
|---|---|---|
| 10:50:43 | 1 | like that. |
| 10:50:43 | 2 | **Q.** And you are no longer a member? |
| 10:50:45 | 3 | **A.** No. |
| 10:50:45 | 4 | **Q.** And why did you stop being a member of those |
| 10:50:47 | 5 | organizations? |
| 10:50:48 | 6 | **A.** Because I had other experts that were members. |
| 10:50:54 | 7 | **Q.** Your current work, I understand, involves reviewing the |
| 10:50:57 | 8 | opinions of a group of officers and experts relating to |
| 10:51:01 | 9 | policies that deal with the disclosure of technology and trade |
| 10:51:05 | 10 | sharing agreements; is that correct? |
| 10:51:06 | 11 | **A.** Trade sharing, no. |
| 10:51:10 | 12 | **Q.** Excuse me.  Technology sharing agreements? |
| 10:51:12 | 13 | **A.** That is correct. |
| 10:51:13 | 14 | **Q.** Okay.  And these science and technology agreements, they |
| 10:51:16 | 15 | include agreements between United States-based companies and |
| 10:51:20 | 16 | companies that are based in a foreign country; is that |
| 10:51:23 | 17 | correct? |
| 10:51:23 | 18 | **A.** That is correct. |
| 10:51:23 | 19 | **Q.** And as part of your current work, you focus on the policy |
| 10:51:28 | 20 | development and approval as it relates to the potential |
| 10:51:31 | 21 | disclosure of these technologies.  Did I understand that |
| 10:51:34 | 22 | correctly? |
| 10:51:35 | 23 | **A.** If it's export controlled, yes. |
| 10:51:37 | 24 | **Q.** If it's export controlled.  And not all technology is |
| 10:51:40 | 25 | export controlled; is that correct? |

| | | |
|---|---|---|
| 10:51:41 | 1 | **A.**    That is correct. |
| 10:51:42 | 2 | **Q.**    So then not all technology or information transfers are |
| 10:51:46 | 3 | subject to DTSA review; is that correct? |
| 10:51:48 | 4 | **A.**    That is correct. |
| 10:51:49 | 5 | **Q.**    Thank you.  So if I understand correctly then, subject to |
| 10:51:57 | 6 | policy and regulation where it applies to controlled |
| 10:52:00 | 7 | technology, that legal technology transfers do actually occur |
| 10:52:05 | 8 | between United States entities and entities in foreign |
| 10:52:07 | 9 | countries; is that correct? |
| 10:52:08 | 10 | **A.**    That is correct. |
| 10:52:08 | 11 | **Q.**    And this includes aircraft technology? |
| 10:52:12 | 12 | **A.**    Yes. |
| 10:52:13 | 13 | **Q.**    And you had talked about the ways that technology or |
| 10:52:19 | 14 | information transfers can occur.  I believe you had testified |
| 10:52:23 | 15 | that sometimes technology transfers can occur through open |
| 10:52:26 | 16 | source transfer; is that correct? |
| 10:52:29 | 17 | **A.**    How they transfer, all I get to see is what's on a |
| 10:52:34 | 18 | license. |
| 10:52:35 | 19 | **Q.**    You only get to see what's on the license? |
| 10:52:37 | 20 | **A.**    Um-hmm. |
| 10:52:37 | 21 | **Q.**    And then in terms of your opinion today, you are not here |
| 10:52:42 | 22 | to testify as an expert in the design or testing of composite |
| 10:52:46 | 23 | materials; is that correct? |
| 10:52:47 | 24 | **A.**    I'm here to testify based on the questions asked as an |
| 10:52:52 | 25 | expert in gas turbine engines. |

RAMAKDAWALA - CROSS (Taylor)                    36

10:52:55  1    Q.   In engines, but not specifically the design, testing, and

10:52:58  2    manufacturing of carbon fiber composite blades and

10:53:04  3    encasements; is that correct?

10:53:05  4    A.   No, I am an expert in composite technology.  I was

10:53:09  5    responsible for category 1(c) in the EAR in negotiations for

10:53:14  6    the United States government, which controls composite

10:53:16  7    technologies.

10:53:16  8    Q.   So then let's back it up.  Were you actually involved

10:53:19  9    then in designing and understanding the finite elements of --

10:53:24  10   A.   No.

10:53:24  11   Q.   -- composite blades.  No.

10:53:24  12   A.   No.

10:53:27  13   Q.   So you were not actually modeling --

10:53:28  14   A.   No.

10:53:29  15   Q.   -- the materials?

10:53:29  16        You were not actually designing the molds that would be

10:53:32  17   used for either fan blades or fan blade encasements?

10:53:37  18   A.   That is a correct assessment.

10:53:38  19   Q.   Thank you.  And as part of your work, if I understand

10:53:43  20   correctly, you have people that work for you, so you are not

10:53:46  21   personally researching the latest scientific and academic

10:53:49  22   literature related to composite materials.  Is that a correct

10:53:56  23   statement?

10:53:56  24   A.   That is correct.

10:53:56  25   Q.   And you have not worked for private -- or public

RAMAKDAWALA - CROSS (Taylor)                                37

| | | |
|---|---|---|
| 10:53:59 | 1 | companies such as GE Aviation; is that correct? |
| 10:54:01 | 2 | **A.**    That is correct. |
| 10:54:02 | 3 | **Q.**    And so you have not worked on the design or testing of |
| 10:54:11 | 4 | the composite materials, or composite materials -- excuse |
| 10:54:12 | 5 | me -- used in a GE Aviation fan blade or encasement |
| 10:54:17 | 6 | technology; is that correct? |
| 10:54:17 | 7 | **A.**    That is correct. |
| 10:54:18 | 8 | **Q.**    And you have not worked for any other aviation company; |
| 10:54:22 | 9 | is that correct? |
| 10:54:23 | 10 | **A.**    That is correct. |
| 10:54:24 | 11 | **Q.**    And we talked about your earlier experience when you were |
| 10:54:30 | 12 | with Navair.  I'd like to refer to a couple of items in your |
| 10:54:35 | 13 | background. |
| 10:54:36 | 14 | If I understood correctly -- let me actually get to my |
| 10:54:40 | 15 | notes on that section -- you had worked on the T-58 and the |
| 10:54:44 | 16 | T-64 projects; is that correct? |
| 10:54:46 | 17 | **A.**    That is correct. |
| 10:54:47 | 18 | **Q.**    Were those blades or encasements made from fiber |
| 10:54:50 | 19 | composite materials? |
| 10:54:51 | 20 | **A.**    No, they were not. |
| 10:54:52 | 21 | **Q.**    And then in your work between 2004 and 2006, did you work |
| 10:54:57 | 22 | on any blades or encasements that were made from composite |
| 10:55:01 | 23 | materials? |
| 10:55:01 | 24 | **A.**    No. |
| 10:55:02 | 25 | **Q.**    Fiber composite materials? |

RAMAKDAWALA - CROSS (Taylor)                    38

10:55:03   1    **A.**   No.

10:55:04   2    **Q.**   And is the same true for your work, let's see, up until

10:55:08   3    2006?  I wanted to clarify.

10:55:10   4    **A.**   Yes.

10:55:11   5    **Q.**   And then in 2006, that's when you began your leadership

10:55:20   6    course; is that correct?

10:55:20   7    **A.**   That is correct.

10:55:21   8    **Q.**   Outside.

10:55:28   9        I believe you also had testified that no one else in the

10:55:31   10   world other than GE uses carbon fiber blades and encasements.

10:55:36   11   Did I understand you correctly?

10:55:37   12   **A.**   Yes.

10:55:37   13   **Q.**   You had talked a little bit about Rolls-Royce.  Is that

10:55:44   14   correct?

10:55:44   15   **A.**   Yes.

10:55:44   16   **Q.**   And Rolls-Royce, where are they headquartered?

10:55:48   17   **A.**   UK, United Kingdom.

10:55:51   18   **Q.**   And they have operations here in the United States?

10:55:52   19   **A.**   Yes.

10:55:53   20   **Q.**   And are you aware that Rolls-Royce went through its own

10:56:02   21   design and testing process to develop fan blades and fan blade

10:56:06   22   encasement structures made from fiber composite materials?

10:56:10   23   **A.**   Yes.

10:56:11   24   **Q.**   Okay.  And you are aware that sometime before 2010,

10:56:14   25   roughly, based on the open literature, Rolls-Royce had already

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 10:56:18 | 1 | made the decision to invest in researching and developing |
| 10:56:21 | 2 | aircraft engines made from these composite materials? |
| 10:56:25 | 3 | A.   2010, that sounds about right. |
| 10:56:28 | 4 | Q.   Okay.  And by 2011, are you aware that Rolls-Royce had |
| 10:56:32 | 5 | already manufactured and tested its carbon fiber blades and |
| 10:56:37 | 6 | encasements? |
| 10:56:38 | 7 | A.   No, I was not aware. |
| 10:56:39 | 8 | Q.   And then are you aware that Rolls-Royce continued to |
| 10:56:42 | 9 | perform tests on what I think you had identified as their |
| 10:56:45 | 10 | ultra fan engine designs, including in-flight tests, during |
| 10:56:51 | 11 | 2013 and 2014? |
| 10:56:52 | 12 | A.   Yes, I was aware of that. |
| 10:56:54 | 13 | Q.   And you are aware that those occurred, those tests |
| 10:56:57 | 14 | occurred primarily at a testing field located here in the |
| 10:57:01 | 15 | United States? |
| 10:57:01 | 16 | A.   Um-hmm. |
| 10:57:01 | 17 | Q.   And are you -- well, I think actually you testified that |
| 10:57:04 | 18 | you weren't aware that Rolls Royce has actually already |
| 10:57:09 | 19 | started manufacturing the ultra fan blade for use in |
| 10:57:10 | 20 | commercial application? |
| 10:57:11 | 21 | A.   No, I was not aware. |
| 10:57:13 | 22 | Q.   So it would surprise you to know that if you do a simple |
| 10:57:16 | 23 | Google search, you can see that production is already |
| 10:57:19 | 24 | occurring for the ultra fan? |
| 10:57:20 | 25 | A.   Possibly. |

| | | |
|---|---|---|
| 10:57:45 | 1 | **Q.**   In reviewing information about DTSA -- am I saying that |
| 10:57:50 | 2 | correctly, D-T-S-A? |
| 10:57:51 | 3 | **A.**   Yes. |
| 10:57:52 | 4 | **Q.**   Your employer.  I understand that DTSA advocates |
| 10:57:54 | 5 | something called a PARTNER workforce approach.  Is that |
| 10:57:57 | 6 | something that's familiar to you? |
| 10:57:58 | 7 | **A.**   Yes. |
| 10:57:58 | 8 | **Q.**   So I understand that PARTNER is basically an acronym and |
| 10:58:02 | 9 | each letter is intended to represent a list of workforce |
| 10:58:07 | 10 | objection -- or, excuse me -- objectives in terms of how DTSA |
| 10:58:11 | 11 | members should interact with each other and with the industry; |
| 10:58:14 | 12 | is that correct? |
| 10:58:14 | 13 | **A.**   Yes.  It's a culture. |
| 10:58:17 | 14 | **Q.**   A culture.  So, for example, the P stands for being |
| 10:58:19 | 15 | proactive in one's job, and the N, it actually stands for |
| 10:58:24 | 16 | network, which is a request that colleagues interact with each |
| 10:58:27 | 17 | other and also engage with industry professionals; is that |
| 10:58:31 | 18 | correct? |
| 10:58:31 | 19 | **A.**   That is correct. |
| 10:58:33 | 20 | **Q.**   So as part of your work, have you had occasion to reach |
| 10:58:35 | 21 | out to colleagues within DTSA to discuss current trends within |
| 10:58:43 | 22 | the aviation industry? |
| 10:58:44 | 23 | **A.**   Within DTSA, no. |
| 10:58:46 | 24 | **Q.**   No.  So you have solely just done the work yourself? |
| 10:58:49 | 25 | **A.**   No.  What I meant by within DTSA, I meant by those who |

| | | |
|---|---|---|
| 10:58:51 | 1 | work for me or outside of DTSA.  There is nobody outside of |
| 10:58:54 | 2 | the main aircraft group that works on gas turbine engine or |
| 10:58:57 | 3 | aircraft technology other than us. |
| 10:59:00 | 4 | **Q.**   And then you, I think, were starting to suggest you had |
| 10:59:02 | 5 | discussed with colleagues outside of DTSA, so those were not |
| 10:59:06 | 6 | employed by DTSA -- |
| 10:59:07 | 7 | **A.**   Yes. |
| 10:59:07 | 8 | **Q.**   -- about trends in the aviation industry; is that |
| 10:59:10 | 9 | correct? |
| 10:59:10 | 10 | **A.**   That is correct. |
| 10:59:10 | 11 | **Q.**   Do you know, does DTSA conduct surveillance on foreign |
| 10:59:14 | 12 | companies operating outside the United States that are |
| 10:59:16 | 13 | involved in aircraft manufacturing? |
| 10:59:18 | 14 | **A.**   We do not. |
| 10:59:19 | 15 | **Q.**   Do you receive intelligence from non-DTSA entities that |
| 10:59:26 | 16 | provide information about aviation companies operating outside |
| 10:59:29 | 17 | the United States? |
| 10:59:30 | 18 |       MR. McKENZIE:  Objection, Your Honor.  May we |
| 10:59:34 | 19 | approach? |
| 10:59:35 | 20 |       THE COURT:  Yes. |
| 11:02:40 | 21 |     (At sidebar.) |
| 11:02:40 | 22 |       THE COURT:  Yes? |
| 11:02:40 | 23 |       MR. McKENZIE:  Your Honor, I fear that we are |
| 11:02:40 | 24 | veering into classified territory.  I would cite to SEPA |
| 11:02:40 | 25 | Section 8 as the reason for my objection.  The answer to his |

RAMAKDAWALA - CROSS (Taylor)                    42

```
11:02:40   1    question, confirming or denying what type of intelligence he
11:02:40   2    receives and from whom, would be classified.  And we did not
11:02:40   3    receive notice of this type of questioning in Section 5 of
11:02:40   4    SEPA.  Therefore, we object.
11:02:40   5         MS. TAYLOR:  Your Honor, we have no intention to ask
11:02:40   6    about classified information.  What I was actually trying to
11:02:40   7    get at is what information DTSA has that might come from
11:02:41   8    publicly available sources.  Some of the remainder of my
11:02:41   9    questions were actually just about publicly available sources
11:02:41  10    and do not need to tread into classified information.
11:02:41  11         THE COURT:  Well, then, we need to restate the
11:02:41  12    question because I am told that the answer leads to classified
11:02:41  13    information.
11:02:41  14         MS. TAYLOR:  I'll withdraw.
11:02:41  15         THE COURT:  How are you coming on your questioning?
11:02:41  16    Because we are close to a 30-minute break.
11:02:41  17         MS. TAYLOR:  Pardon me?
11:02:41  18         THE COURT:  How much more do you have?  We are at a
11:02:41  19    break.
11:02:41  20         MS. TAYLOR:  I think it probably makes sense to take
11:02:41  21    a break.  I don't have too much longer, but it would cross a
11:02:41  22    half hour.  I believe it would cross a half hour.
11:02:41  23         THE COURT:  You have a half hour more?
11:02:42  24         MS. TAYLOR:  I think so.  Let me just double check
11:02:42  25    myself.
```

| | | |
|---|---|---|
| 11:02:42 | 1 | THE COURT:  Well, that's sufficient for purposes of |
| 11:02:42 | 2 | a break.  We'll take a break now. |
| 11:02:42 | 3 | I am going to sustain the objection, and you can rephrase |
| 11:02:42 | 4 | when we come back.  We're going to take a break.  The |
| 11:02:42 | 5 | objection is sustained. |
| 11:02:42 | 6 | Thank you. |
| 11:02:42 | 7 | (In open court.) |
| 11:02:42 | 8 | THE COURT:  The objection is sustained.  We are |
| 11:02:42 | 9 | going to take our regular 30-minute break.  It's a little |
| 11:02:42 | 10 | after 11.  I'd like to see you at 11:25.  During the break, |
| 11:02:42 | 11 | take a break.  Don't discuss the case with anyone, including |
| 11:02:42 | 12 | yourselves.  No independent research.  You need to keep an |
| 11:02:43 | 13 | open mind.  We will rise as you leave for a break. |
| 11:02:43 | 14 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 11:02:43 | 15 | (Jury out at 11:02 a.m.) |
| 11:03:02 | 16 | THE COURT:  The jury's left the room.  We'll come |
| 11:03:06 | 17 | back at about 11:30 and hope to recess by 12:15 for lunch.  We |
| 11:03:13 | 18 | will see you at -- after the break. |
| 11:03:16 | 19 | The witness is not to discuss his testimony. |
| 11:03:18 | 20 | We're in recess. |
| 11:03:20 | 21 | THE COURTROOM DEPUTY:  This court is now in recess. |
| 11:03:22 | 22 | (Recess from 11 :03 a.m. until 11:26 a.m.) |
| 11:26:58 | 23 | THE COURT:  Thank you.  Ae we ready to proceed from |
| 11:27:02 | 24 | the government's perspective? |
| 11:27:04 | 25 | MR. McKENZIE:  Yes, Your Honor. |

| | | |
|---|---|---|
| 11:27:05 | 1 | THE COURT:  Defense as well? |
| 11:27:06 | 2 | MS. TAYLOR:  Yes, Your Honor. |
| 11:27:07 | 3 | THE COURT:  Very well.  Let's call for the jury. |
| 11:28:25 | 4 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 11:28:36 | 5 | (Jury in at 11:28 a.m.) |
| 11:29:01 | 6 | THE COURT:  You may all be seated.  The 15 members |
| 11:29:04 | 7 | of the jury have rejoined us after a break. |
| 11:29:08 | 8 | Welcome back.  On behalf of the Court and the community, |
| 11:29:12 | 9 | thank you for the work you are doing.  We will continue with |
| 11:29:15 | 10 | the testimony. |
| 11:29:16 | 11 | Counsel, you may proceed.  The witness remains under |
| 11:29:18 | 12 | oath. |
| 11:29:19 | 13 | MS. TAYLOR:  Thank you, Your Honor. |
| 11:29:20 | 14 | THE COURT:  Yes. |
| 11:29:22 | 15 | BY MS. TAYLOR: |
| 11:29:26 | 16 | Q.   Mr. Ramakdawala, before we broke, we had talked about |
| 11:29:29 | 17 | internal and external collaborations, and I had a question for |
| 11:29:33 | 18 | you in terms of your background. |
| 11:29:35 | 19 | During the course of your career, have you attended |
| 11:29:37 | 20 | industry conferences where speakers were brought in to talk |
| 11:29:40 | 21 | about particular areas of expertise? |
| 11:29:42 | 22 | A.   Yes, ma'am. |
| 11:29:43 | 23 | Q.   And can you give us examples of some of those conferences |
| 11:29:46 | 24 | you attended that are related to your job? |
| 11:29:48 | 25 | A.   So I've attended multiple vertical flight societies, |

11:29:54  1   which is the Society For Rotorcraft, the AIAA for Gas

11:30:01  2   Turbine Engine Technologies, and areas where we had talked

11:30:03  3   about composites and compressors.

11:30:06  4   Q.   And were you ever a presenter at one of these

11:30:08  5   conferences?

11:30:09  6   A.   No.

11:30:10  7   Q.   Okay.  And have you presented during the course of your

11:30:13  8   career, let's see, at -- on behalf of the Society For Internal

11:30:19  9   Affairs?

11:30:19 10   A.   Yes, ma'am.

11:30:19 11   Q.   So that was in 2020 at the Fall Virtual Advanced

11:30:24 12   Conference; is that correct?

11:30:24 13   A.   Yes, ma'am.

11:30:25 14   Q.   And can you tell us what you presented on?

11:30:29 15   A.   So I gave a presentation on how to submit licenses such

11:30:33 16   that the U.S. Department of Defense can understand and

11:30:38 17   provide a recommendation to try to facilitate license

11:30:42 18   applications.

11:30:43 19   Q.   Okay.  And last week we heard from Special Agent Hull

11:30:48 20   that the Farnborough International Air Show is an

11:30:53 21   international event where the aviation and aerospace industry

11:30:53 22   gathers together.

11:30:54 23       Are you familiar with Farnborough?

11:30:56 24   A.   Yes, ma'am.

11:30:56 25   Q.   And did you present at Farnborough in 2016 as well?

RAMAKDAWALA - CROSS (Taylor)                                    46

| | | |
|---|---|---|
| 11:30:59 | 1 | **A.**    Yes, ma'am. |
| 11:31:00 | 2 | **Q.**    And you made a presentation where aviation professionals |
| 11:31:02 | 3 | were invited? |
| 11:31:03 | 4 | **A.**    Yes, ma'am. |
| 11:31:03 | 5 | **Q.**    Was it well attended? |
| 11:31:05 | 6 | **A.**    (Nonverbal sound.) |
| 11:31:12 | 7 | **Q.**    We also talked about the structure of China's aviation |
| 11:31:15 | 8 | industry, correct? |
| 11:31:16 | 9 | **A.**    Yes, ma'am. |
| 11:31:17 | 10 | **Q.**    Or you had been asked questions -- excuse me -- on your |
| 11:31:24 | 11 | direct examination, correct? |
| 11:31:24 | 12 | **A.**    Um-hmm. |
| 11:31:24 | 13 | **Q.**    And you had talked about China having state-owned |
| 11:31:26 | 14 | enterprises? |
| 11:31:26 | 15 | **A.**    Yes, ma'am. |
| 11:31:27 | 16 | **Q.**    And are responsible for designing, testing, and |
| 11:31:32 | 17 | manufacturing military and commercial aircraft; is that |
| 11:31:34 | 18 | correct? |
| 11:31:34 | 19 | **A.**    Yes, ma'am. |
| 11:31:34 | 20 | **Q.**    And the U.S. government does not have really comparable |
| 11:31:38 | 21 | state-owned enterprises; is that correct? |
| 11:31:40 | 22 | **A.**    As far as I'm aware, yes. |
| 11:31:42 | 23 | **Q.**    And instead the government uses more of a bidding |
| 11:31:46 | 24 | process.  Would you agree with that? |
| 11:31:47 | 25 | **A.**    That is correct. |

RAMAKDAWALA - CROSS (Taylor)                              47

11:31:47  1   Q.   And basically what happens, as I understand it -- so

11:31:51  2   please correct me if I'm wrong -- the government would hire

11:31:53  3   what are independent contractors.  So they wouldn't have a

11:31:56  4   state-owned enterprise.  They would work with an interested

11:31:59  5   and successful bidder to create technologies according to

11:32:03  6   government specifications.  Is that accurate?

11:32:05  7   A.   Yes, that's good.

11:32:06  8   Q.   So the trade-off between the two systems, as I'll call

11:32:11  9   it, the Chinese system and the American system, is one largely

11:32:15  10  is that the government in China would own the technology,

11:32:18  11  whereas, in the United States, the independent contractor

11:32:21  12  would own the technology; is that correct?

11:32:23  13  A.   As far as ownership on their side, I do not know their

11:32:27  14  ownership structure.

11:32:29  15  Q.   Okay.  But you would agree with the latter part, that the

11:32:31  16  contractor in the United States that is performing a contract

11:32:35  17  on behalf of the government would remain the owner of that

11:32:41  18  technology; is that correct?

11:32:41  19  A.   In most cases.  If the U.S. government decides to buy

11:32:44  20  the data rights in their acquisition, only then would they

11:32:47  21  have ownership of the data.

11:32:49  22  Q.   Thank you.  And we talked a little bit about these state-

11:32:54  23  owned enterprises and a little bit about GE Aviation joint

11:32:58  24  ventures.  I'd like to ask just a few followup questions

11:33:01  25  there.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

RAMAKDAWALA - CROSS (Taylor)                    48

| | | |
|---|---|---|
| 11:33:02 | 1 | Q.   GE Aviation has operations in China, correct? |
| 11:33:04 | 2 | **A.**   That is correct. |
| 11:33:05 | 3 | **Q.**   And GE conducts research, design, and manufacturing in |
| 11:33:09 | 4 | China; is that correct? |
| 11:33:10 | 5 | **A.**   If it is, I'm not -- it could be among non-licensed |
| 11:33:15 | 6 | required entities.  But that -- is that the license required |
| 11:33:19 | 7 | that I am aware of?  No. |
| 11:33:21 | 8 | **Q.**   Okay.  Thank you.  So are you familiar with a company |
| 11:33:24 | 9 | called Aviage? |
| 11:33:26 | 10 | **A.**   Yes. |
| 11:33:27 | 11 | **Q.**   Can you tell us what Aviage is? |
| 11:33:30 | 12 | **A.**   I believe it's a joint venture between GE, and I can't |
| 11:33:34 | 13 | remember the foreign entities, where they develop avionic |
| 11:33:37 | 14 | systems for commercial aircraft in China. |
| 11:33:41 | 15 | **Q.**   And would you agree with me that that foreign company is |
| 11:33:43 | 16 | AVIC. |
| 11:33:44 | 17 | **A.**   Yes, I believe that is correct. |
| 11:33:45 | 18 | **Q.**   And can you remind the jury what AVIC is? |
| 11:33:48 | 19 | **A.**   That is the state-owned enterprises that develops and |
| 11:33:51 | 20 | produces aircraft and aircraft equipment for commercial and |
| 11:33:57 | 21 | military use. |
| 11:33:57 | 22 | **Q.**   So GE Aviation is a clear contractor for the United |
| 11:34:01 | 23 | States government, correct? |
| 11:34:04 | 24 | **A.**   Yep. |
| 11:34:04 | 25 | **Q.**   And it also partners with Chinese entities such as AVIC? |

| | | |
|---|---|---|
| 11:34:07 | 1 | **A.**    Yes. |
| 11:34:07 | 2 | **Q.**    And you had talked about in this particular case that GE |
| 11:34:12 | 3 | Aviation and AVIC have joined together to provide avionics. |
| 11:34:18 | 4 | Is that what I understood? |
| 11:34:20 | 5 | **A.**    Yes. |
| 11:34:20 | 6 | **Q.**    And can you describe what avionics are? |
| 11:34:22 | 7 | **A.**    So avionics is basically the electrical systems on an |
| 11:34:26 | 8 | aircraft.  Communication, navigation, the flight controlled |
| 11:34:30 | 9 | computers, those are the avionic systems. |
| 11:34:32 | 10 | **Q.**    And Aviage is providing the avionics for the COMAC C919; |
| 11:34:41 | 11 | is that correct? |
| 11:34:42 | 12 | **A.**    I believe so.  I am not aware in detail. |
| 11:34:44 | 13 | **Q.**    Would you be surprised if I told you that Aviage is |
| 11:34:47 | 14 | providing the avionics for the C919? |
| 11:34:52 | 15 | **A.**    No, I wouldn't be surprised. |
| 11:34:52 | 16 | **Q.**    And you talked about CFM International before.  I believe |
| 11:34:56 | 17 | you said that this was a joint venture between GE Aviation and |
| 11:34:59 | 18 | Safran; is that correct? |
| 11:35:00 | 19 | **A.**    That is correct. |
| 11:35:01 | 20 | **Q.**    And it's that joint venture that is providing the LEAP |
| 11:35:04 | 21 | engines for the COMAC C919; is that correct? |
| 11:35:07 | 22 | **A.**    That is correct. |
| 11:35:08 | 23 | **Q.**    And in terms of COMAC, are you familiar with an entity |
| 11:35:15 | 24 | called COMAC America Corporation? |
| 11:35:18 | 25 | **A.**    Not in detail, no. |

| | | |
|---|---|---|
| 11:35:20 | 1 | **Q.**   But are you aware that it's a subsidiary of the Chinese |
| 11:35:23 | 2 | COMAC? |
| 11:35:24 | 3 | **A.**   It's possible. |
| 11:35:25 | 4 | **Q.**   And do you know that they have offices here in the United |
| 11:35:28 | 5 | States in Newport Beach, California? |
| 11:35:30 | 6 | **A.**   It's possible. |
| 11:35:31 | 7 | **Q.**   And then in terms of COMAC and GE's continued |
| 11:35:35 | 8 | relationship with different entities in China, are you |
| 11:35:39 | 9 | familiar with the GCAT program? |
| 11:35:42 | 10 | **A.**   A little. |
| 11:35:43 | 11 | **Q.**   So if I tell you it's the Global Civil Aviation Talent |
| 11:35:48 | 12 | Program, would that ring a bell? |
| 11:35:49 | 13 | **A.**   No. |
| 11:35:54 | 14 | **Q.**   So do you know that that is a leadership program that is |
| 11:35:56 | 15 | a joint venture between COMAC and GE Aviation? |
| 11:36:01 | 16 | **A.**   Okay. |
| 11:36:01 | 17 | **Q.**   Are you aware that the purpose of that group, the GCAT |
| 11:36:06 | 18 | group, is to develop engineering leaders and to support |
| 11:36:09 | 19 | China's growing commercial aviation efforts? |
| 11:36:12 | 20 | **A.**   I do not know. |
| 11:36:13 | 21 | **Q.**   Do you know that as part of the GCAT leadership program |
| 11:36:18 | 22 | students attend seminars? |
| 11:36:20 | 23 | THE COURT:  Excuse me.  Excuse me.  Is there an |
| 11:36:23 | 24 | objection? |
| 11:36:23 | 25 | MR. McKENZIE:  Yes, Your Honor.  The witness has |

| | | |
|---|---|---|
| 11:36:25 | 1 | already stated that he doesn't know about this program. |
| 11:36:27 | 2 | THE COURT:  I agree.  The objection's sustained. |
| 11:36:29 | 3 | MS. TAYLOR:  Thank you, Your Honor. |
| 11:36:31 | 4 | BY MS. TAYLOR: |
| 11:36:31 | 5 | **Q.**   Are you aware that AVIC and COMAC provide funding for |
| 11:36:36 | 6 | AECC that you talked about earlier? |
| 11:36:37 | 7 | **A.**   Yes. |
| 11:36:40 | 8 | **Q.**   So these are companies with whom GE Aviation does |
| 11:36:43 | 9 | business, and they in turn provide funding to AECC; is that |
| 11:36:50 | 10 | correct? |
| 11:36:50 | 11 | **A.**   Yes, ma'am. |
| 11:36:50 | 12 | **Q.**   Thank you.  Would it surprise you to know that GE |
| 11:36:59 | 13 | Aviation -- or, excuse me -- GE signed a letter of intent to |
| 11:37:03 | 14 | purchase up to ten C919 aircraft? |
| 11:37:07 | 15 | **A.**   I am aware. |
| 11:37:19 | 16 | **Q.**   And we talked about manufacturers that are involved in |
| 11:37:22 | 17 | designing and manufacturing composite fan blades and |
| 11:37:27 | 18 | components for aircraft, correct? |
| 11:37:29 | 19 | **A.**   Yes. |
| 11:37:29 | 20 | **Q.**   Are you aware that back in 2014 Boeing contracted with |
| 11:37:35 | 21 | AVIC to produce -- I might mispronounce this.  I may need your |
| 11:37:40 | 22 | help -- empennage tests for the 777 beginning in 2017? |
| 11:37:45 | 23 | **A.**   Yes. |
| 11:37:45 | 24 | **Q.**   Can you explain what empennage means? |
| 11:37:49 | 25 | **A.**   If I had a picture, it would be easier. |

11:37:51  1        So the empennage -- so the fuselage is like the long

11:37:53  2  cigar tube, right?  So if you look at an airplane and there

11:37:57  3  is the wings, that long cigar tube is actually called the

11:38:00  4  fuselage.  At the very back it starts to kind of taper down

11:38:03  5  and then they have the stabilizers and stuff.  That

11:38:06  6  tapering-down section is called the empennage.

11:38:12  7  Q.   And so my question was to confirm that Boeing was

11:38:15  8  manufacturing tips for the empennage from composite materials,

11:38:18  9  correct?

11:38:19  10  A.   Yes.

11:38:19  11  Q.   I believe I have one more area of questioning about your

11:38:25  12  background.  In your role of division chief, you'd agree that

11:38:30  13  strategic planning is beneficial to identifying your

11:38:33  14  department's priorities?

11:38:34  15  A.   Okay.

11:38:35  16  Q.   Are you involved in strategic planning for your division?

11:38:39  17  A.   Yes.

11:38:40  18  Q.   And are you aware that your division -- the DTSA, excuse

11:38:46  19  me -- issued a strategic plan that covers a five-year term?

11:38:51  20  A.   Yes.

11:38:51  21  Q.   Did you contribute to that five-year strategic plan?

11:38:55  22  A.   Yes.

11:38:55  23  Q.   And what part did you contribute?

11:38:56  24  A.   To everything.

11:38:57  25  Q.   Is there a particular subject area?

| | | |
|---|---|---|
| 11:38:59 | 1 | **A.**    No. |
| 11:39:01 | 2 | **Q.**    Okay.  And what's the benefit of having a strategic plan |
| 11:39:04 | 3 | for an organization? |
| 11:39:04 | 4 | **A.**    The goal is to guide the organization in its ability to |
| 11:39:08 | 5 | execute its duties. |
| 11:39:10 | 6 | **Q.**    And in your area of work, your -- what are your duties? |
| 11:39:15 | 7 | Would you please summarize those? |
| 11:39:16 | 8 | **A.**    Any review of any manned aircraft technology transfers. |
| 11:39:19 | 9 | **Q.**    So in your role as division chief, you are tasked with |
| 11:39:23 | 10 | identifying technology priorities and creating policies where |
| 11:39:26 | 11 | none exist? |
| 11:39:26 | 12 | **A.**    That is correct. |
| 11:39:27 | 13 | **Q.**    And I assume that's a pretty complicated process? |
| 11:39:32 | 14 | **A.**    It can be. |
| 11:39:36 | 15 | **Q.**    Would you agree that the process is complicated by the |
| 11:39:38 | 16 | fact that other countries do not have the same rules and |
| 11:39:42 | 17 | regulations governing intellectual property as the United |
| 11:39:45 | 18 | States? |
| 11:39:45 | 19 | **A.**    Most definitely. |
| 11:39:46 | 20 | **Q.**    You would agree that one of the challenges DTSA faces in |
| 11:39:51 | 21 | making policies is that other countries have different laws |
| 11:39:55 | 22 | other than the U.S. governing legal technology transfers? |
| 11:39:58 | 23 | **A.**    Yes. |
| 11:39:58 | 24 | **Q.**    And isn't it true that some countries don't actually |
| 11:40:01 | 25 | enforce the laws they have with respect to technology |

RAMAKDAWALA - CROSS (Taylor)                                    54

11:40:04   1   transfers and protection of intellectual property?

11:40:08   2   **A.**   I don't know what they do.

11:40:10   3   **Q.**   Are you aware that some countries do not have laws at all

11:40:14   4   that govern intellectual property rights?

11:40:20   5   **A.**   Possibly.

11:40:38   6           MS. TAYLOR:  Your Honor, I am nearly done.  I just

11:40:43   7   want to gather my notes here.

11:40:45   8           THE COURT:  Very well.

11:40:47   9           MS. TAYLOR:  Thank you.

11:40:53   10  BY MS. TAYLOR:

11:40:53   11  **Q.**   Mr. Ramakdawala, are you aware that Chinese researchers

11:40:58   12  have been researching and testing composite fan blades and

11:41:01   13  encasements for decades?

11:41:03   14  **A.**   I am not aware for decades, no.

11:41:05   15  **Q.**   What is your understanding of when Chinese researchers

11:41:09   16  began researching that particular area?

11:41:12   17  **A.**   I am aware of about the 2015 time frame.

11:41:14   18  **Q.**   And what is it that keys you into the 2015?

11:41:17   19  **A.**   That is when the AECC became a state-owned enterprise,

11:41:23   20  and that is when I became aware of the CJ-1000A engine.

11:41:31   21  **Q.**   And that engine is, I believe you testified, going to be

11:41:33   22  manufactured from composite materials; is that correct?

11:41:35   23  **A.**   That's what we're -- that's what we think.

11:41:38   24  **Q.**   And then wouldn't that indicate that China has been

11:41:42   25  researching composite blades and encasements for many years

11:41:47  1   prior?

11:41:47  2   **A.**    Possibly.

11:41:48  3   **Q.**    Would you be surprised to know that back in 2006 Chinese

11:42:04  4   researchers were publishing on 3D fabric composites under

11:42:08  5   string rates in the *Journal of Composite Materials*?

11:42:12  6   **A.**    It's possible.

11:42:12  7   **Q.**    And are you aware that in 2015 the Society of Plastic

11:42:18  8   Engineers published a report -- or, excuse me -- published an

11:42:22  9   article called "The Containment Capability of 2D Triaxial

11:42:27  10  Braided Tape-Wound Composite Casing For Aero Engine"?

11:42:32  11  **A.**    Didn't read it, so I don't know.

11:42:34  12  **Q.**    And do you know that this was published by the Nanjing

11:42:37  13  University of Aeronautics and Astronautics along with Key

11:42:41  14  Laboratories in China?

11:42:42  15  **A.**    I am not aware.

11:42:45  16  **Q.**    But there is no secret that China and the United States

11:42:48  17  are both developing aircraft technology; is that correct?

11:42:52  18  **A.**    That is correct.

11:43:01  19            MS. TAYLOR:  Your Honor, if I may have a moment to

11:43:03  20  confer with counsel?

11:43:04  21            THE COURT:  Yes.

11:43:05  22            MS. TAYLOR:  Thank you.

11:43:05  23        (Pause.)

11:43:40  24            MS. TAYLOR:  Your Honor, no further questions.

11:43:41  25  Thank you.

| 11:43:41 | 1 | THE COURT:  Very well.  Thank you. |
| 11:43:43 | 2 | The government will have a chance to conduct redirect. |
| 11:43:49 | 3 | MR. McKENZIE:  Thank you, Your Honor.  I'll be |
| 11:43:51 | 4 | brief. |
| 11:43:51 | 5 | THE COURT:  Give her time to get her gear out of |
| 11:43:54 | 6 | there. |
| 11:43:56 | 7 | MR. McKENZIE:  Pardon, Your Honor?  I didn't hear |
| 11:43:58 | 8 | what you said. |
| 11:43:59 | 9 | THE COURT:  Give her a moment. |
| 11:44:00 | 10 | MS. TAYLOR:  Thank you. |
| 11:44:09 | 11 | THE COURT:  Redirect. |
| 11:44:12 | 12 | **REDIRECT EXAMINATION** |
| 11:44:14 | 13 | BY MR. McKENZIE: |
| 11:44:16 | 14 | **Q.**  On cross-examination, you were asked about Rolls-Royce's |
| 11:44:22 | 15 | attempts to develop composite fan blades.  Are you aware of |
| 11:44:31 | 16 | Rolls-Royce's general attempts to develop fan blades out of |
| 11:44:35 | 17 | composite materials? |
| 11:44:36 | 18 | **A.**  Yes. |
| 11:44:36 | 19 | **Q.**  Have they received FAA certification for these fan |
| 11:44:42 | 20 | blades? |
| 11:44:42 | 21 | **A.**  No.  Their first attempt would be EASA, which is the |
| 11:44:49 | 22 | European Airworthiness, and we are not aware of the EASA |
| 11:44:53 | 23 | certification. |
| 11:44:54 | 24 | **Q.**  Are you aware of prior attempts by Rolls-Royce to develop |
| 11:44:59 | 25 | carbon fiber fan blades? |

RAMAKDAWALA - REDIRECT (McKenzie)                    57

11:45:01  1    **A.**    No.

11:45:01  2    **Q.**    You were also asked about a publication in 2006 in China

11:45:11  3    about composite materials.  Are you aware of any manufacturer

11:45:17  4    in China who developed and marketed carbon fiber fan blades in

11:45:24  5    2006?

11:45:25  6    **A.**    No.

11:45:25  7    **Q.**    Are you aware of any commercial carbon fiber fan blades

11:45:30  8    being manufactured and marketed in China today?

11:45:33  9    **A.**    Not that are civil certified, no.

11:45:36  10   **Q.**    Are you aware of any other manufacturer on the planet who

11:45:43  11   has been able to get civil certification for carbon fiber fan

11:45:48  12   blades other than General Electric Aviation?

11:45:54  13   **A.**    No.

11:45:54  14   **Q.**    When did General Electric Aviation get this

11:45:58  15   certification, approximately?

11:45:58  16   **A.**    About 1993, I believe.

11:46:02  17   **Q.**    So for the past approximately 28 years, who, if anyone

11:46:08  18   else, has matched GE on the market?

11:46:09  19   **A.**    Nobody.

11:46:11  20            MR. McKENZIE:  Thank you, Your Honor.  No further

11:46:13  21   questions.

11:46:13  22            THE COURT:  Very well.  Recross on redirect, if any?

11:46:17  23            MS. TAYLOR:  No further questions, Your Honor.

11:46:19  24   Thank you.

11:46:20  25            THE COURT:  Very well.  You are welcome to step down

| | | |
|---|---|---|
| 11:46:24 | 1 | and go about your way.  Thank you, sir. |
| 11:46:27 | 2 | THE WITNESS:  Thank you, Your Honor. |
| 11:46:41 | 3 | THE COURT:  Ladies and gentlemen of the jury, it's a |
| 11:46:43 | 4 | little early, but it's a good time to break for lunch.  It's a |
| 11:46:47 | 5 | quarter till noon.  We will break for an hour and 15 minutes. |
| 11:46:51 | 6 | And during the break, take the break.  Don't talk about the |
| 11:46:53 | 7 | case among yourselves or with anyone else.  No independent |
| 11:46:58 | 8 | research.  Continue to keep an open mind.  Enjoy your lunch. |
| 11:47:02 | 9 | We'll rise as you leave. |
| 11:47:03 | 10 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 11:47:05 | 11 | (Jury out at 11:47 a.m.) |
| 11:47:41 | 12 | THE COURT:  The jury's left the room.  We're about |
| 11:47:44 | 13 | to break for lunch.  Is there anything that requires the |
| 11:47:47 | 14 | Court's attention? |
| 11:47:48 | 15 | MR. McKENZIE:  Your Honor, the last witness has |
| 11:47:50 | 16 | requested to enter the courtroom now that he's done testifying |
| 11:47:54 | 17 | so he can observe the rest of the proceedings until his plane |
| 11:47:59 | 18 | leaves this evening, and so I would ask the Court's |
| 11:48:02 | 19 | permission. |
| 11:48:02 | 20 | THE COURT:  Any objection from the defense? |
| 11:48:04 | 21 | MR. KOHNEN:  No objection, Your Honor. |
| 11:48:06 | 22 | THE COURT:  Very well.  And is the government going |
| 11:48:08 | 23 | to be ready at 1 or should we break longer? |
| 11:48:11 | 24 | MR. McKENZIE:  The government will be ready with our |
| 11:48:13 | 25 | next witness, Your Honor. |

RAMAKDAWALA - REDIRECT (McKenzie)                    59

| | | |
|---|---|---|
| 11:48:14 | 1 | THE COURT:  Defense have anything? |
| 11:48:15 | 2 | MS. TAYLOR:  No, Your Honor. |
| 11:48:16 | 3 | THE COURT:  All right.  We're in recess until 1 |
| 11:48:18 | 4 | o'clock. |
| 11:48:19 | 5 | THE COURTROOM DEPUTY:  This court is in recess until |
| 11:48:22 | 6 | 1 o'clock. |
| 11:48:23 | 7 | (Lunch recess from 11:48 a.m. until 1:05 p.m.) |
| 01:06:21 | 8 | THE COURT:  We're back in the courtroom on the |
| 01:06:25 | 9 | record outside the presence of the jury. |
| 01:06:34 | 10 | If there is a microphone issue shortly before we break |
| 01:06:38 | 11 | for lunch, my thought is that that would get handled during |
| 01:06:42 | 12 | the lunch break, not while we keep the jury waiting. |
| 01:06:46 | 13 | Is the government ready to proceed? |
| 01:06:49 | 14 | MR. McKENZIE:  Yes, Your Honor.  I just wanted to |
| 01:06:51 | 15 | notify the Court that our next witness, Mr. Hascoet, will be |
| 01:06:56 | 16 | speaking through an interpreter, Ms. Helene Conte, who will |
| 01:07:02 | 17 | need to be sworn in as well, Your Honor. |
| 01:07:02 | 18 | THE COURT:  Very well.  Thank you. |
| 01:07:04 | 19 | Is the government -- or defense ready to proceed? |
| 01:07:09 | 20 | MS. CORS:  Yes, Your Honor. |
| 01:07:09 | 21 | THE COURT:  Let's call for the jury, please. |
| 01:08:31 | 22 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 01:08:33 | 23 | (Jury in at 1:08 p.m.) |
| 01:09:05 | 24 | THE COURT:  You may all be seated.  Thank you. |
| 01:09:09 | 25 | The 15 members of the jury have rejoined us.  Good |

| | | |
|---|---|---|
| 01:09:13 | 1 | afternoon.  We are going to continue to hear testimony from |
| 01:09:16 | 2 | witnesses. |
| 01:09:18 | 3 | Who does the government call at this time? |
| 01:09:20 | 4 | MR. McKENZIE:  Your Honor, the government calls |
| 01:09:22 | 5 | Frederic Hascoet. |
| 01:09:25 | 6 | THE COURT:  If that gentleman would be willing to |
| 01:09:28 | 7 | approach.  He has an interpreter with him.  I am going to put |
| 01:09:32 | 8 | you over there.  And if you would both pause for a minute. |
| 01:09:40 | 9 | Madam Interpreter, do you solemnly swear or affirm that |
| 01:09:44 | 10 | you will correctly transcribe or translate these proceedings. |
| 01:09:50 | 11 | INTERPRETER CONTE:  I do, Your Honor. |
| 01:09:52 | 12 | THE COURT:  Very well.  Do you want to tell him you |
| 01:09:54 | 13 | just did that. |
| 01:06:59 | 14 | INTERPRETER CONTE:  (Complies.) |
| 01:10:02 | 15 | THE COURT:  Would you tell him I am going to |
| 01:10:03 | 16 | administer the oath to tell the truth. |
| 01:06:59 | 17 | INTERPRETER CONTE:  (Complies.) |
| 01:10:08 | 18 | THE COURT:  Does he speak English at all? |
| 01:10:11 | 19 | THE WITNESS:  A little bit. |
| 01:10:13 | 20 | THE COURT:  Would you translate my oath, please. |
| 01:10:16 | 21 | Do you solemnly swear or affirm your testimony will be |
| 01:10:21 | 22 | the truth subject to the penalty of perjury? |
| 01:10:30 | 23 | THE WITNESS:  I do. |
| 01:10:42 | 24 | **FREDERIC HASCOET, PLAINTIFF WITNESS, SWORN** |
| 01:10:42 | 25 | THE COURT:  This is going to go slowly because the |

HASCOET - DIRECT (McKenzie)                          61

| | | |
|---|---|---|
| 01:10:48 | 1 | translation is not contemporaneous as it's been with the other |
| 01:10:55 | 2 | translators. |
| 01:11:01 | 3 | Are you telling him that? |
| 01:11:02 | 4 | INTERPRETER CONTE:  Um-hmm. |
| 01:11:03 | 5 | THE COURT:  Did he hear it? |
| 01:11:07 | 6 | THE WITNESS:  (Nodded head.) |
| 01:11:09 | 7 | THE COURT:  Does he have a microphone in his ear? |
| 01:11:12 | 8 | INTERPRETER CONTE:  No. |
| 01:11:13 | 9 | THE COURT:  But he can hear you, right? |
| 01:11:15 | 10 | INTERPRETER CONTE:  Yes. |
| 01:11:15 | 11 | THE COURT:  You may proceed, counsel. |
| 01:11:18 | 12 | **DIRECT EXAMINATION** |
| 01:11:19 | 13 | BY MR. McKENZIE: |
| 01:11:20 | 14 | **Q.**   Good afternoon.  I am Matthew McKenzie. |
| 01:11:23 | 15 | Will you please state your name and spell your last name |
| 01:11:26 | 16 | for the record? |
| 01:11:43 | 17 | **A.**   My name is Frederic Hascoet.  My last name is spelled |
| 01:11:47 | 18 | H-A-S-C-O-E-T. |
| 01:11:50 | 19 | **Q.**   For whom do you work? |
| 01:11:52 | 20 | **A.**   Safran Aircraft Engine. |
| 01:12:02 | 21 | **Q.**   In what city do you work? |
| 01:12:03 | 22 | **A.**   I work in the city of Ericobe [phonetic]. |
| 01:12:11 | 23 | **Q.**   In what country is that? |
| 01:12:13 | 24 | **A.**   In France. |
| 01:12:17 | 25 | **Q.**   What does Safran do? |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 01:12:19 | 1 | **A.** Safran designs and manufactures jet engines. |
| 01:12:33 | 2 | **Q.** Does Safran have a joint venture with GE Aviation? |
| 01:12:41 | 3 | **A.** Yes. |
| 01:12:45 | 4 | **Q.** Do they build an engine together? |
| 01:12:49 | 5 | **A.** Yes. |
| 01:12:52 | 6 | **Q.** Which engine do they build together? |
| 01:13:07 | 7 | INTERPRETER CONTE: I need a repetition. |
| 01:13:17 | 8 | THE WITNESS: They've designed several together. |
| 01:13:20 | 9 | The first one was CFM56, and now they design several of them |
| 01:13:26 | 10 | called the LEAP. |
| 01:13:29 | 11 | BY MR. McKENZIE: |
| 01:13:29 | 12 | **Q.** What is your job at Safran? |
| 01:13:32 | 13 | **A.** I am the industrialization project manager for the new |
| 01:13:45 | 14 | parts. |
| 01:13:47 | 15 | **Q.** How long have you worked for Safran? |
| 01:13:49 | 16 | **A.** 34 years. |
| 01:13:57 | 17 | **Q.** Does Safran have a subsidiary in China? |
| 01:14:02 | 18 | **A.** Yes. |
| 01:14:07 | 19 | **Q.** What is the name of that subsidiary? |
| 01:14:10 | 20 | **A.** Safran Suzhou. |
| 01:14:19 | 21 | **Q.** Are you familiar with the term "Snecma Suzhou"? |
| 01:14:29 | 22 | **A.** Yes, indeed. It's the old name for Safran. |
| 01:14:34 | 23 | **Q.** Safran Suzhou? |
| 01:14:39 | 24 | **A.** Yes, Safran Suzhou, indeed. |
| 01:14:43 | 25 | **Q.** What is the relationship between Safran and Safran |

HASCOET - DIRECT (McKenzie)                          63

| | | |
|---|---|---|
| 01:14:49 | 1 | Suzhou? |
| 01:14:59 | 2 | **A.**   Safran Suzhou is a plant where we manufacture the |
| 01:15:06 | 3 | parts, engine parts. |
| 01:15:09 | 4 | **Q.**   As part of your duties, do you occasionally travel to |
| 01:15:14 | 5 | China for work? |
| 01:15:16 | 6 | **A.**   Yes. |
| 01:15:22 | 7 | **Q.**   Why do you need to go to China for work? |
| 01:15:29 | 8 | **A.**   To follow -- to follow the progress, monitor the |
| 01:15:41 | 9 | progress with the manufacturing of the first parts at the |
| 01:15:44 | 10 | Suzhou plant. |
| 01:15:46 | 11 | **Q.**   Do you interact with the Safran Suzhou employees in |
| 01:15:51 | 12 | China? |
| 01:15:52 | 13 | **A.**   Yes. |
| 01:15:59 | 14 | **Q.**   In the past ten years, approximately how many times have |
| 01:16:06 | 15 | you traveled to China? |
| 01:16:07 | 16 | **A.**   About six or seven times. |
| 01:16:19 | 17 | **Q.**   Does Safran issue you a work laptop computer? |
| 01:16:33 | 18 | **A.**   Yes. |
| 01:16:38 | 19 | **Q.**   Does that computer have an individual user ID and |
| 01:16:44 | 20 | password that is used exclusively by you? |
| 01:16:53 | 21 | **A.**   Yes. |
| 01:16:55 | 22 | **Q.**   Does Safran also provide you with a work email address? |
| 01:17:08 | 23 | **A.**   Yes. |
| 01:17:08 | 24 | **Q.**   Does Safran have policies in place for how you are to |
| 01:17:19 | 25 | handle your computer? |

HASCOET - DIRECT (McKenzie)                          64

| | | |
|---|---|---|
| 01:17:27 | 1 | **A.** Yes. |
| 01:17:29 | 2 | **Q.** Are those rules and policies explained to employees such |
| 01:17:37 | 3 | as yourself? |
| 01:17:43 | 4 | **A.** Yes. |
| 01:17:45 | 5 | **Q.** Does Safran have rules and policies regarding the taking |
| 01:17:50 | 6 | of Safran computers overseas when you travel? |
| 01:17:59 | 7 | **A.** Yes, we do have specific guidelines. |
| 01:18:10 | 8 | **Q.** Are those guidelines also communicated to employees? |
| 01:18:13 | 9 | **A.** Every time we go on an assignment. |
| 01:18:21 | 10 | **Q.** Will you share with the jury some of the guidelines that |
| 01:18:25 | 11 | are explained to you by your company? |
| 01:18:36 | 12 | MS. CORS: Objection. |
| 01:18:36 | 13 | MR. McKENZIE: Your Honor, there was an objection |
| 01:18:39 | 14 | from defense counsel. |
| 01:18:45 | 15 | THE COURT: Yes? I'm sorry. |
| 01:18:45 | 16 | MS. CORS: Your Honor, hearsay. |
| 01:18:48 | 17 | THE COURT: Can you rephrase, counsel? |
| 01:18:51 | 18 | MR. McKENZIE: Your Honor, the government's not |
| 01:18:52 | 19 | seeking this for the truth of the matter asserted but for the |
| 01:18:54 | 20 | fact that it was said for how he handles his computer abroad. |
| 01:19:00 | 21 | THE COURT: You can proceed. |
| 01:19:06 | 22 | BY MR. McKENZIE: |
| 01:19:06 | 23 | **Q.** Will you please explain some of those principles that are |
| 01:19:10 | 24 | told to you about how to handle your computer when you travel |
| 01:19:12 | 25 | abroad? |

HASCOET - DIRECT (McKenzie)                                           65

01:19:21   1    **A.**   So, yes, we do have to keep it with us, on us at all

01:19:38   2    times.  We keep it with us in the plane.  We do not work on

01:19:42   3    it in public places.  We cannot leave it in the trunk of a

01:19:51   4    car.

01:20:02   5        Yes, and we have to use all passwords and pass phrases

01:20:06   6    and encryption to access the computer.

01:20:12   7    **Q.**   Does Safran have confidential company information that

01:20:16   8    must be kept secured by employees?

01:20:26   9    **A.**   Yes, I think so.

01:20:30   10   **Q.**   Does this include certain design aspects of your engines?

01:20:39   11   **A.**   Yes, certainly.

01:20:43   12   **Q.**   I'd like to direct your attention now to November of

01:20:53   13   2013.  What were your job duties at that time?

01:21:00   14   **A.**   We were beginning to assemble new LEAP parts at Safran

01:21:22   15   Suzhou.

01:21:24   16   **Q.**   In or about November 2013, did there come a time that you

01:21:30   17   traveled to China?

01:21:36   18   **A.**   Yes.

01:21:43   19   **Q.**   In what -- to what city in China did you travel?

01:21:52   20   **A.**   I went to Suzhou, Shanghai.

01:21:56   21   **Q.**   What was the purpose of your travel?

01:21:59   22   **A.**   To monitor the progress of the assembly of the first

01:22:13   23   engine parts that I was in charge of.  So on a quality

01:22:26   24   standpoint.  Also monitoring the deadlines and the

01:22:29   25   deliveries that were to be made to France.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

HASCOET - DIRECT (McKenzie)                                66

01:22:32   1    **Q.**   In what hotel did you stay in China?

01:22:35   2    **A.**   The Crowne Plaza.

01:22:44   3    **Q.**   Did you bring a Safran-issued laptop with you in November

01:22:49   4    of 2013?

01:22:57   5    **A.**   Yes.

01:22:58   6    **Q.**   Did that laptop have a specific user name and password

01:23:06   7    given to you?

01:23:07   8    **A.**   Yes.

01:23:14   9    **Q.**   In 2013, did you also have a Safran-issued email address?

01:23:26   10   **A.**   Yes.

01:23:28   11   **Q.**   Approximately, how long did you stay in China in November

01:23:34   12   2013?

01:23:48   13   **A.**   About nine days.

01:23:52   14   **Q.**   Did you meet with Safran Suzhou employees?

01:23:54   15   **A.**   Yes, of course.

01:24:01   16   **Q.**   Are you familiar with an individual named Tian Xi?

01:24:12   17   **A.**   Yes.

01:24:14   18   **Q.**   Who is Tian Xi?

01:24:20   19   **A.**   Tian Xi was an engineer at Suzhou that was working with

01:24:33   20   us on the manufacturing of the parts.

01:24:36   21   **Q.**   Did you work with him during your visits to China?

01:24:40   22   **A.**   Yes.

01:24:45   23   **Q.**   I'd like to direct your attention now to January of 2014.

01:25:00   24   Did there come a time that you returned to China?

01:25:05   25   **A.**   Yes, I did go back to China.

HASCOET - DIRECT (McKenzie)                                    67

| | | |
|---|---|---|
| 01:25:09 | 1 | **Q.**  Where in China did you go in January 2014? |
| 01:25:17 | 2 | **A.**  Suzhou. |
| 01:25:21 | 3 | **Q.**  Why did you return to Suzhou? |
| 01:25:29 | 4 | **A.**  To continue with the project I was in charge of. |
| 01:25:34 | 5 | **Q.**  In what hotel did you stay? |
| 01:25:36 | 6 | **A.**  The Crowne Plaza. |
| 01:25:42 | 7 | **Q.**  How long were you in China on this trip, approximately? |
| 01:25:47 | 8 | **A.**  About five or six days. |
| 01:25:55 | 9 | **Q.**  Did you bring your computer with you, your Safran |
| 01:25:58 | 10 | computer? |
| 01:25:59 | 11 | **A.**  Yes, of course. |
| 01:26:04 | 12 | **Q.**  During this January 2014 trip, did you work with Tian Xi? |
| 01:26:17 | 13 | **A.**  Yes, I did. |
| 01:26:19 | 14 | **Q.**  Approximately how many times did you see him during your |
| 01:26:24 | 15 | trip? |
| 01:26:25 | 16 | **A.**  Every day that I worked. |
| 01:26:35 | 17 | **Q.**  Did you eat dinner with him? |
| 01:26:37 | 18 | **A.**  We might have.  I don't remember exactly. |
| 01:26:46 | 19 | **Q.**  Where did you keep your laptop during the working hours |
| 01:26:53 | 20 | while you were in China? |
| 01:26:57 | 21 | **A.**  On a desk.  Usually it stayed on a desk. |
| 01:27:11 | 22 | **Q.**  Was that in an office in a Safran Suzhou building? |
| 01:27:20 | 23 | **A.**  Yes, of course. |
| 01:27:23 | 24 | **Q.**  Did Tian Xi also work in that building. |
| 01:27:30 | 25 | **A.**  Yes. |

01:27:32  1    **Q.**   Where did you keep your laptop when you were eating

01:27:37  2    meals, such as dinner?

01:27:47  3    **A.**   It stayed on the desk.

01:27:49  4    **Q.**   Did you bring your laptop computer home with you to

01:27:57  5    France at the conclusion of your visit to China?

01:28:01  6    **A.**   Yes, I did.

01:28:06  7    **Q.**   At some point after you returned to France, did you

01:28:11  8    discover that there was a problem with your computer?

01:28:13  9    **A.**   Yes, when I tried connecting to the Safran site.

01:28:28  10   **Q.**   And what did you discover to be the problem?

01:28:32  11   **A.**   So the day that I was back to work in France I was not

01:28:49  12   able to connect to the site, to the Safran site.

01:28:54  13   **Q.**   Did you learn why you could not connect to the site?

01:29:02  14   **A.**   The IT department told me I had a virus on my laptop,

01:29:11  15   and they took my laptop.

01:29:15  16             THE COURT:  Objection?

01:29:18  17             MS. CORS:  Objection.  Hearsay.

01:29:19  18             THE COURT:  It's hearsay.

01:29:25  19             MR. McKENZIE:  Your Honor, again, not being offered

01:29:28  20   for the truth of the matter asserted, which we will deal with

01:29:31  21   later, but to explain what he did next.

01:29:35  22             THE COURT:  It's not offered for the truth of the

01:29:36  23   matter.  You may proceed.

01:29:38  24   BY MR. McKENZIE:

01:29:38  25   **Q.**   After you were told that by your IT department, did they

HASCOET - CROSS (Cors)                                          69

```
01:29:43   1   then take your computer's hard drive from you?
01:29:46   2   A.   Yes, indeed, they took the laptop.  They took the hard
01:29:59   3   drive.  They replaced the hard drive.
01:30:03   4   Q.   Does Tian Xi still work for Safran Suzhou?
01:30:14   5   A.   No.
01:30:16   6   Q.   Do you know what happened to him?
01:30:17   7   A.   Yes.
01:30:22   8   Q.   What was that?
01:30:22   9   A.   He was fired.
01:30:29  10        MR. McKENZIE:  Your Honor, I have no further
01:30:31  11   questions at this time.
01:30:32  12        THE COURT:  Very well.  The lawyer for the defendant
01:30:39  13   has an opportunity to ask questions of the witness now.
01:30:47  14   Counsel.
01:30:51  15        MS. CORS:  Thank you, Your Honor.
01:30:52  16                    **CROSS-EXAMINATION**
01:30:58  17   BY MS. CORS:
01:30:59  18   Q.   Jean Cors on behalf of Mr. Xu.  Good afternoon,
01:31:03  19   Mr. Hascoet.
01:31:10  20        During your direct examination, you were asked about the
01:31:13  21   job responsibilities you had in China Suzhou in January of
01:31:22  22   2014, correct?
01:31:23  23   A.   Yes.
01:31:33  24   Q.   And as I understood your testimony, your title at the
01:31:38  25   time was -- was it industrialization pilot; is that correct?
```

01:31:52   1    A.    That's correct.

01:31:55   2    Q.    And could you explain to the jury in a little more detail

01:31:58   3    what that job entailed on a day-to-day timetable?

01:32:15   4    A.    We were -- I was part of a team.  We were making sure

01:32:43   5    that the parts that were being built, manufactured in Taiwan

01:32:48   6    were assembling properly in China.  Also making sure that

01:32:51   7    some of the tools that we were receiving from France were

01:32:54   8    functioning properly.  So operation by operation, making

01:33:10   9    sure that each industrial tool was working properly.

01:33:13   10   Q.    Okay.  So you were focused on working on the industrial

01:33:17   11   tools, I understand, correct?

01:33:20   12   A.    That's correct.

01:33:23   13   Q.    And this project, what was being assembled during that

01:33:28   14   January 2014 time frame in China?

01:33:40   15   A.    We were assembling steel segments for the low-pressure

01:34:06   16   turbine for the LEAP engine.

01:34:11   17   Q.    So these -- the parts for these steel segments were

01:34:15   18   coming from Taiwan; is that correct?

01:34:20   19   A.    From Taiwan and France.

01:34:27   20   Q.    So the parts themselves were not being manufactured in

01:34:31   21   Suzhou.  They were being shipped to Suzhou for assembly there;

01:34:38   22   is that correct?

01:34:41   23   A.    That's correct.

01:34:42   24   Q.    And with respect to these parts, it sounds like you

01:34:49   25   weren't involved in any of the design of these parts; is that

01:34:55    1    correct?

01:34:55    2    **A.**    No, I wasn't.

01:35:02    3    **Q.**    Or am I correct, in the manufacture of the parts

01:35:07    4    themselves?

01:35:13    5    **A.**    No, I was.  I was.

01:35:17    6    **Q.**    In the manufacture.  And with respect to the product that

01:35:23    7    was being assembled in Suzhou, that didn't involve composite

01:35:30    8    fan blades, did it?

01:35:31    9    **A.**    No.

01:35:39   10    **Q.**    Thank you.  On your direct testimony you also talked

01:35:47   11    about a colleague of yours in China, Tian Xi, correct?

01:35:59   12    **A.**    That's correct.

01:36:00   13    **Q.**    And what was Mr. Tian Xi's role at that facility in

01:36:10   14    January of 2014?

01:36:15   15    **A.**    He was the manager for the method part of the project.

01:36:24   16    **Q.**    Okay.  And is it safe to assume that as the manager for

01:36:28   17    that project, that it would be expected that you and he would

01:36:33   18    collaborate and communicate during the day regarding the

01:36:35   19    assembly process?

01:36:48   20    **A.**    That's correct.

01:36:51   21    **Q.**    So you worked together on this project?

01:36:54   22    **A.**    Yes.

01:36:58   23    **Q.**    And I take it, it wouldn't be uncommon if you went to

01:37:03   24    dinner or socialized with a colleague who also spoke French in

01:37:14   25    China?

| | | |
|---|---|---|
| 01:37:15 | 1 | A.   Yes.  I don't remember having dinner with him by |
| 01:37:29 | 2 | myself.  We had other colleagues with us. |
| 01:37:34 | 3 | Q.   Okay.  And you talked about on your direct testimony |
| 01:37:42 | 4 | security measures that Safran has put in place with respect to |
| 01:37:47 | 5 | computers or other devices that a -- personnel like you would |
| 01:37:52 | 6 | take to China, correct? |
| 01:38:05 | 7 | A.   That's correct. |
| 01:38:07 | 8 | Q.   And is it your understanding that part of the reason for |
| 01:38:11 | 9 | some of these protocols is that China is known to monitor and |
| 01:38:16 | 10 | surveil visitors who come to China? |
| 01:38:19 | 11 | A.   Very honestly, I do not know.  I suppose so. |
| 01:38:40 | 12 | Q.   Okay.  With respect to the guidelines that you were |
| 01:38:44 | 13 | discussing, I assume some of these guidelines involve what |
| 01:38:50 | 14 | information may be stored on a laptop and what information |
| 01:38:55 | 15 | should be stored more securely on the government's data |
| 01:38:58 | 16 | management system; is that correct? |
| 01:39:16 | 17 | A.   I do not understand the question about the database |
| 01:39:19 | 18 | from the government. |
| 01:39:21 | 19 | Q.   So some documents could be stored on a hard drive of a |
| 01:39:24 | 20 | computer, correct? |
| 01:39:24 | 21 | A.   (In foreign language.) |
| 01:39:36 | 22 | Q.   Or they could be stored in a data management system |
| 01:39:39 | 23 | maintained by the company, correct? |
| 01:39:56 | 24 | A.   Yes, we had access to the database for the elements, |
| 01:40:02 | 25 | the components that we were in charge of. |

HASCOET - CROSS (Cors)                                    73

01:40:05  1    **Q.**    Okay.  And with respect to the guidelines, rules, and
01:40:10  2    regulations regarding where to save documents, whether on a
01:40:13  3    laptop or whether they should be stored on the company's data
01:40:19  4    management system, I assume you followed those guidelines
01:40:22  5    while in China?
01:40:24  6    **A.**    Yes, absolutely.
01:40:38  7    **Q.**    Thank you.
01:40:40  8            MS. CORS:  A minute, Your Honor?
01:40:42  9            THE COURT:  Yes.
01:40:43  10        (Pause.)
01:40:52  11           MS. CORS:  I have no further questions, Your Honor.
01:40:54  12       Thank you, Mr. Hascoet.
01:41:02  13           THE COURT:  The attorney for the government gets to
01:41:05  14   ask more questions if desired.
01:41:11  15       Redirect?
01:41:18  16           MR. McKENZIE:  No, Your Honor.  Thank you.
01:41:21  17           THE COURT:  This witness has finished his testimony.
01:41:35  18       Au revoir.  You may leave the courtroom.
01:41:41  19       Should we take a break or roll right into the next
01:41:46  20   witness?
01:41:48  21           MS. GLATFELTER:  Your Honor, if we are going to take
01:41:50  22   a break shortly after starting the witness, I would assume
01:41:53  23   we'd take a break now.  It's up --
01:41:57  24           THE COURT:  All right.  We will take a break now.
01:41:59  25   Thank you for your understanding.  We're going to break until

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

01:42:02   1    2 o'clock.

01:42:03   2         During the break, take the break.  Don't discuss it among

01:42:06   3    yourselves or with anyone else.  No independent research.

01:42:09   4    Continue to keep an open mind.

01:42:11   5         We'll rise as you leave.

01:42:13   6              THE COURTROOM DEPUTY:  All rise for the jury.

01:42:15   7         (Jury out at 1:42 p.m.)

01:42:52   8              THE COURT:  15-minute recess.

01:42:58   9              THE COURTROOM DEPUTY:  This court is in recess for

01:43:00   10   15 minutes.

01:43:01   11        (Recess from 1:43 p.m. until 2:0 p.m.)

02:00:50   12             THE COURT:  Bon jour.  Is the government ready to

02:00:53   13   proceed?

02:00:54   14             MS. GLATFELTER:  Yes, we are, Your Honor.

02:00:56   15             THE COURT:  The defense as well?

02:01:01   16             MS. TAYLOR:  Yes, Your Honor.

02:01:01   17             THE COURT:  Very well.  Let's call for the jury.

02:02:18   18             THE COURTROOM DEPUTY:  All rise for the jury.

02:02:21   19        (Jury in at 2:02 p.m.)

02:02:52   20             THE COURT:  You may all be seated.

02:02:54   21        The 15 jurors have rejoined us.  We will continue to hear

02:03:00   22   testimony.

02:03:02   23        Who does the government call at this time?

02:03:04   24             MS. GLATFELTER:  Your Honor, the government calls

02:03:06   25   Mr. Sun Li.

LI - DIRECT (Glatfelter)                                    75

| 02:03:08 | 1 | THE COURT:  If he would approach.  We are going to |
| 02:03:14 | 2 | put you over here. |
| 02:03:17 | 3 | And if would you pause and raise your right hand for the |
| 02:03:22 | 4 | oath to tell the truth.  Do you solemnly swear or affirm the |
| 02:03:25 | 5 | testimony you give today will be the truth, subject the |
| 02:03:29 | 6 | penalty of perjury? |
| 02:03:31 | 7 | THE WITNESS:  I do. |
| 02:03:31 | 8 | **SUN LI, PLAINTIFF WITNESS, SWORN** |
| 02:03:31 | 9 | THE COURT:  Very well.  We will put you in this |
| 02:03:33 | 10 | chair up here. |
| 02:03:34 | 11 | THE WITNESS:  Thank you. |
| 02:03:35 | 12 | THE COURT:  Once you get settled and close to the |
| 02:03:38 | 13 | microphone, we will begin with the questioning. |
| 02:03:43 | 14 | Ms. Glatfelter, you may proceed when you are ready. |
| 02:03:47 | 15 | MS. GLATFELTER:  Thank you, Your Honor. |
| 02:03:49 | 16 | THE COURT:  Very well. |
| 02:03:51 | 17 | **DIRECT EXAMINATION** |
| 02:03:51 | 18 | BY MS. GLATFELTER: |
| 02:03:52 | 19 | Q.   Mr. Li, can you state and spell your name for the record? |
| 02:03:54 | 20 | A.   Last name L-I.  First name S-U-N. |
| 02:03:57 | 21 | Q.   Thank you.  What state do you currently reside in? |
| 02:04:01 | 22 | A.   I live in the Washington state. |
| 02:04:03 | 23 | Q.   Are you currently employed? |
| 02:04:04 | 24 | A.   Yes. |
| 02:04:06 | 25 | Q.   Okay.  And do you have a bachelor's degree? |

LI - DIRECT (Glatfelter)                                    76

02:04:09    1    A.    Yes.

02:04:10    2    Q.    Where is that from?

02:04:11    3    A.    It was from Nanjing University in China.

02:04:16    4    Q.    And do you have a master's degree?

02:04:18    5    A.    No.

02:04:21    6    Q.    Are you pretty close to obtaining the master's degree?

02:04:24    7    A.    One credit short.

02:04:26    8    Q.    And what did you study for your bachelor's degree and

02:04:31    9    your master's degree?

02:04:35   10    A.    My bachelor's degree is in geography.

02:04:38   11    Q.    Okay.  How about your master's?  Or what you are studying

02:04:42   12    for for your master's.

02:04:43   13    A.    Right.  I was studying geographical information system,

02:04:50   14    known as GIS.

02:04:52   15    Q.    Now, do you have work experience in the area of IT or

02:04:58   16    information technology?

02:04:58   17    A.    I do.

02:04:59   18    Q.    And within the area of IT, do you have experience with

02:05:03   19    computer program management?

02:05:04   20    A.    Yes, I do.

02:05:06   21    Q.    Do you have special training or licensing -- I'm sorry --

02:05:12   22    licenses in conjunction or about project management?

02:05:16   23    A.    Yes.  The Project Management Institute issues a

02:05:23   24    certificate called Project Management Professional, PMP in

02:05:31   25    short.  So I have that certification.

LI - DIRECT (Glatfelter)                                    77

| | | |
|---|---|---|
| 02:05:32 | 1 | **Q.**   And, generally, can you explain to the jurors what |
| 02:05:35 | 2 | program management is? |
| 02:05:36 | 3 | **A.**   Sure.  So it's commonly known as portfolio program and |
| 02:05:51 | 4 | the project managements, the PPPM.  It's mostly known, |
| 02:05:56 | 5 | though, to general public as a project management. |
| 02:06:00 | 6 |      So that industry or field focus on productivity, |
| 02:06:11 | 7 | meaning that with limited resource, time, budget you deliver |
| 02:06:20 | 8 | business the results, the benefits that meet their business |
| 02:06:26 | 9 | needs. |
| 02:06:28 | 10 | **Q.**   Thank you.  Now, at some point during your experience |
| 02:06:32 | 11 | with IT work, did you work for the Boeing Company? |
| 02:06:35 | 12 | **A.**   I did. |
| 02:06:38 | 13 | **Q.**   For how many years? |
| 02:06:39 | 14 | **A.**   About ten years. |
| 02:06:43 | 15 | **Q.**   And, generally, what kind of business is Boeing in, or |
| 02:06:48 | 16 | involved in? |
| 02:06:49 | 17 | **A.**   As far as I know, Boeing is a global civil and defense |
| 02:06:59 | 18 | manufacturer. |
| 02:07:00 | 19 | **Q.**   Of aircrafts? |
| 02:07:02 | 20 | **A.**   Aircrafts, yeah. |
| 02:07:04 | 21 | **Q.**   And when you were working at Boeing, what were the |
| 02:07:09 | 22 | positions that you held there? |
| 02:07:10 | 23 | **A.**   I held two positions in history of the ten years.  The |
| 02:07:18 | 24 | first five years I was a technology specialist, and the |
| 02:07:23 | 25 | second five years I was a project manager for IT. |

| | | |
|---|---|---|
| 02:07:28 | 1 | **Q.**   And what does a technology specialist do? |
| 02:07:35 | 2 | **A.**   I was responsible for data backup and archive, which |
| 02:07:40 | 3 | means you stored the data produced by engineering, design, |
| 02:07:48 | 4 | manufacturing, whatever the process produce the data onto |
| 02:07:55 | 5 | computer media, and keep it there for as long as airplane's |
| 02:08:02 | 6 | flying, any model.  That's per FAA regulations.  So the |
| 02:08:06 | 7 | Boeing has to keep any engineering data when that model |
| 02:08:13 | 8 | airplane is in service, just in case they crash or something |
| 02:08:19 | 9 | happens, they can go back to check the design manufacturing |
| 02:08:23 | 10 | processes to make sure they can find the flaws or problems. |
| 02:08:28 | 11 | **Q.**   And so your part of that was backing up the data and |
| 02:08:32 | 12 | archiving the data, correct? |
| 02:08:33 | 13 | **A.**   Correct. |
| 02:08:34 | 14 | **Q.**   Okay.  And you said that was the first five years that |
| 02:08:37 | 15 | you were at Boeing, right? |
| 02:08:38 | 16 | **A.**   Yes. |
| 02:08:39 | 17 | **Q.**   And the last five years you were at Boeing you did |
| 02:08:43 | 18 | program management, I believe? |
| 02:08:45 | 19 | **A.**   Yes, program and project management. |
| 02:08:47 | 20 | **Q.**   Can you explain to the jury what kind of responsibilities |
| 02:08:51 | 21 | you had in that role? |
| 02:08:53 | 22 | **A.**   Sure.  I was working in this business unit of the |
| 02:09:00 | 23 | Boeing Company called IT International where I was mainly |
| 02:09:07 | 24 | focus on support Boeing's IT workforce globally. |
| 02:09:12 | 25 | Specifically, I was covering Russia region, which includes |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 02:09:19 | 1 | Ukraine, eastern Europe. |
| 02:09:21 | 2 | **Q.**   Okay.  And during those last five years at Boeing, at |
| 02:09:28 | 3 | some point were you contacted by an individual named Qu Hui? |
| 02:09:33 | 4 | **A.**   Yes. |
| 02:09:33 | 5 | **Q.**   How did he contact you? |
| 02:09:40 | 6 | **A.**   I believe initially via email. |
| 02:09:44 | 7 | **Q.**   And before you began communicating via email, had you met |
| 02:09:48 | 8 | him before or talked to him ever? |
| 02:09:50 | 9 | **A.**   No. |
| 02:09:53 | 10 | **Q.**   Do you know how he obtained your contact information? |
| 02:09:57 | 11 | **A.**   Mr. Xu mentioned in his email that he got my name |
| 02:10:03 | 12 | through some kind of alumni organization or a catalog, and |
| 02:10:12 | 13 | also through the department head, I guess the dean of the |
| 02:10:16 | 14 | department. |
| 02:10:18 | 15 |     And also he mentioned that he contact my dad, who is a |
| 02:10:27 | 16 | professor of that department, and I actually was his student |
| 02:10:34 | 17 | because I studied geography; he taught geography.  So |
| 02:10:39 | 18 | everybody in the department knows me pretty well.  I grow up |
| 02:10:42 | 19 | on campus, so I know a lot of professors. |
| 02:10:48 | 20 | **Q.**   When you say that he taught you, are you referring to |
| 02:10:50 | 21 | your father? |
| 02:10:50 | 22 | **A.**   Yes. |
| 02:10:51 | 23 | **Q.**   And we'll look at those emails in a moment. |
| 02:10:53 | 24 |     You said that the initial contact was through email, and |
| 02:10:57 | 25 | did there come a point in time when you met Mr. Qu Hui in |

| | | |
|---|---|---|
| 02:11:06 | 1 | person? |
| 02:11:06 | 2 | **A.**   Yes, later. |
| 02:11:07 | 3 | **Q.**   Can you tell the jury how that happened? |
| 02:11:09 | 4 | **A.**   So I visit my dad who lives in China, Nanjing, city of |
| 02:11:15 | 5 | Nanjing, on an annual basis.  So I was planning a trip to go |
| 02:11:23 | 6 | home to visit him, and then I was contacted by Mr. Xu that |
| 02:11:32 | 7 | if it's convenient to meet that time, while I was in |
| 02:11:38 | 8 | Nanjing.  So that's how it happened. |
| 02:11:40 | 9 | **Q.**   Okay.  And did you meet Mr. Qu Hui in Nanjing? |
| 02:11:46 | 10 | **A.**   Yes. |
| 02:11:46 | 11 | **Q.**   Where did you meet him? |
| 02:11:48 | 12 | **A.**   So I stayed in hotel which is close to where my |
| 02:11:53 | 13 | father's apartment is.  We met in the hotel lobby for about |
| 02:12:02 | 14 | 15, 30 minutes that day, on that particular day. |
| 02:12:07 | 15 | **Q.**   Okay.  Was Mr. Qu Hui alone or was there other people at |
| 02:12:13 | 16 | the meeting? |
| 02:12:13 | 17 | **A.**   There definitely more than himself, but I do not |
| 02:12:19 | 18 | remember is two or three persons.  Maybe it's two other |
| 02:12:23 | 19 | people with him. |
| 02:12:26 | 20 | **Q.**   And you said the meeting was about 15 to 30 minutes long? |
| 02:12:30 | 21 | **A.**   Yeah.  I don't really recall.  People tend to think -- |
| 02:12:37 | 22 | time flies fast, right?  You always underestimate.  But my |
| 02:12:42 | 23 | memory, it probably tells me about 30 minutes max. |
| 02:12:47 | 24 | **Q.**   Okay.  And what happened during the meeting? |
| 02:12:50 | 25 | **A.**   So we had a couple of email exchanges that Mr. Xu told |

LI - DIRECT (Glatfelter)                                              81

02:13:00  1    me he is interested to learn computer security, or Internet

02:13:06  2    security, or information security.  I don't know which term

02:13:09  3    he use.  But it's about security of IT.

02:13:15  4        My response was, although I have done some work, but

02:13:21  5    that's not my specialty.  Especially, I was in project

02:13:29  6    management for so many years.  Technology evolves so quick.

02:13:33  7    So my knowledge is probably out of date by that time.  But,

02:13:37  8    however, I will be willing to share my experience and the

02:13:42  9    knowledge about the project management with him.

02:13:46  10       So that meeting, since I didn't -- because I didn't --

02:13:56  11   could not or did not provide him the network security thing,

02:14:02  12   he was instead asking, say maybe we could just sit down and

02:14:06  13   get to know each other, sort of like introductory session.

02:14:10  14   Then maybe we can in future continue keep contact, see where

02:14:16  15   it goes.  So that meeting was basically about introduction

02:14:21  16   sessions.

02:14:22  17   Q.    Okay.  And after the meeting, were you interested in

02:14:24  18   continuing the relationship?

02:14:25  19   A.    I said yes, because as a PMP certification from PMI, we

02:14:36  20   have obligation to share, collaborate, educate our peers,

02:14:43  21   the general public about the best practices of project

02:14:49  22   management, how do we making business work, how do we

02:14:54  23   achieve the maximum benefits for the business.

02:14:57  24   Q.    Okay.  And you are distinguishing project management from

02:15:02  25   your IT work; is that right?  You are distinguishing -- you

LI - DIRECT (Glatfelter)                    82

| | | |
|---|---|---|
| 02:15:13 | 1 | are distinguishing your project management work that you'd be |
| 02:15:16 | 2 | willing to share versus your knowledge about Internet |
| 02:15:19 | 3 | security; is that right? |
| 02:15:19 | 4 | **A.**   Correct, yes. |
| 02:15:21 | 5 | **Q.**   Okay.  Did you meet with Mr. Qu Hui again after that |
| 02:15:27 | 6 | meeting? |
| 02:15:29 | 7 | **A.**   No.  That was the only encounter between us. |
| 02:15:30 | 8 | **Q.**   The meeting took place in a lobby.  Did Mr. Qu Hui |
| 02:15:39 | 9 | inquire about meeting someplace else? |
| 02:15:41 | 10 | **A.**   Initially, he asked if we could meet in my room.  My |
| 02:15:45 | 11 | room so small.  And also I didn't want to mix business and |
| 02:15:47 | 12 | personal matters, and so I said why don't we meet lobby, |
| 02:15:51 | 13 | which have a bigger room and is in the public open space. |
| 02:15:55 | 14 | So it's all pure business from my perspective. |
| 02:15:59 | 15 | **Q.**   Okay. |
| 02:15:59 | 16 | **A.**   That way. |
| 02:16:00 | 17 | **Q.**   That's what you mean about business and personal matters? |
| 02:16:04 | 18 | **A.**   Sorry? |
| 02:16:04 | 19 | **Q.**   You said that you didn't want to mix business and |
| 02:16:07 | 20 | personal matters? |
| 02:16:08 | 21 | **A.**   Yeah.  I didn't want to really mix my private life with |
| 02:16:12 | 22 | whatever the business we were going to talk about. |
| 02:16:15 | 23 | **Q.**   Any other reasons? |
| 02:16:18 | 24 | **A.**   No.  Other than size of room is too small to |
| 02:16:23 | 25 | accommodate anybody, but I mainly didn't want to mix those |

LI - DIRECT (Glatfelter)                                    83

02:16:29   1   two things together.

02:16:30   2   **Q.**   After the meeting -- or during the meeting -- I'm

02:16:34   3   sorry -- did Mr. Qu Hui talk about reimbursing you for your

02:16:39   4   travel?

02:16:40   5   **A.**   I don't believe it was mentioned during the meeting,

02:16:46   6   but it was afterwards in a email follow-up.

02:16:49   7   **Q.**   And did you receive that reimbursement?

02:16:56   8   **A.**   I never wanted to have that reimbursement.

02:17:00   9   **Q.**   Okay.  Can you explain to the jury why you didn't want

02:17:03   10  reimbursement?

02:17:04   11  **A.**   I visit my dad annually anyway.  I regard this as

02:17:11   12  private trip.  I was willing to spare a day of my own time

02:17:16   13  to meet Mr. Xu maybe.  I don't know what his real identity

02:17:23   14  was.  But to me, to take advantage of that money is

02:17:30   15  unethical because we, as PMP, would go by PMI code of ethics

02:17:38   16  and conduct.  I think it's unethical to take that money.

02:17:44   17  **Q.**   So you didn't receive the reimbursement?

02:17:46   18  **A.**   He kept asking me about give him the travel itinerary,

02:17:55   19  ticket information.  I said, no, thank you.  I didn't want

02:17:58   20  him to have that.

02:17:58   21  **Q.**   If we can -- you said that you received initially an

02:18:03   22  email from Mr. Qu Hui.

02:18:06   23        MS. GLATFELTER:  If we could show the witness

02:18:08   24  Exhibit 90a.

02:18:12   25        THE COURT:  Yes.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

LI - DIRECT (Glatfelter)                                            84

02:18:12  1    BY MS. GLATFELTER:

02:18:13  2    Q.   Mr. Li, do you recognize Government's Exhibit 90a on your

02:18:17  3    screen?

02:18:26  4    A.   I do.

02:18:26  5    Q.   Is this the email correspondence, generally, you were

02:18:30  6    referring to with Mr. Qu Hui?

02:18:34  7    A.   Yes.

02:18:38  8    Q.   And did you receive these emails on your own email

02:18:42  9    account?

02:18:42 10    A.   Correct, yes.

02:18:45 11    Q.   Did you have an opportunity to review those before you

02:18:49 12    testified here today?

02:18:50 13    A.   I did.

02:18:54 14         MS. GLATFELTER:  Your Honor, I'd move to admit

02:18:56 15    Government's Exhibit 90a.

02:18:58 16         THE COURT:  Any objection?

02:19:00 17         MS. TAYLOR:  No objection.

02:19:00 18         THE COURT:  It's admitted.

02:19:02 19    (Government Exhibit 90a was received in evidence.)

02:19:02 20         MS. GLATFELTER:  And if we can publish these to the

02:19:04 21    jury?

02:19:04 22         THE COURT:  Yes.

02:19:11 23    BY MS. GLATFELTER:

02:19:11 24    Q.   Mr. Li, do you see an email address on there from Mr. Qu

02:19:15 25    Hui?

LI - DIRECT (Glatfelter)                                      85

| | | |
|---|---|---|
| 02:19:16 | 1 | **A.** I do remember that email address. |
| 02:19:19 | 2 | **Q.** Okay. And what is the email address? |
| 02:19:22 | 3 | **A.** It's jastquhui@gmail.com. |
| 02:19:29 | 4 | **Q.** And the emails we are looking at are in Chinese, correct? |
| 02:19:32 | 5 | **A.** Correct. The content was. |
| 02:19:35 | 6 | MS. GLATFELTER: Okay. I'd like to show the witness |
| 02:19:37 | 7 | Exhibit 90b. |
| 02:19:43 | 8 | THE COURT: Very well. |
| 02:19:48 | 9 | BY MS. GLATFELTER: |
| 02:19:49 | 10 | **Q.** Mr. Li, do you recognize these as the English versions of |
| 02:19:52 | 11 | the emails we were looking at before? Or the translated |
| 02:19:56 | 12 | versions? |
| 02:19:59 | 13 | **A.** Are you asking me? Sorry. |
| 02:20:01 | 14 | **Q.** Yes. Do you recognize these as the English translated |
| 02:20:05 | 15 | versions of the emails we were just looking at? |
| 02:20:07 | 16 | **A.** Yes, I do. |
| 02:20:09 | 17 | MS. GLATFELTER: Move to admit and publish. |
| 02:20:11 | 18 | THE COURT: Any objection? |
| 02:20:13 | 19 | MS. TAYLOR: No objections. |
| 02:20:14 | 20 | THE COURT: It's admitted. Publish. |
| 02:20:17 | 21 | (Government's Exhibit 90b was received in evidence.) |
| 02:20:17 | 22 | BY MS. GLATFELTER: |
| 02:20:17 | 23 | **Q.** I'd like to turn to page 2 first. |
| 02:20:29 | 24 | Mr. Li, can you see that on your screen okay? |
| 02:20:32 | 25 | **A.** Yeah, I can see it. |

LI - DIRECT (Glatfelter)                                          86

02:20:33  1    **Q.**    Great.  Mr. Li, is this the first email that you

02:20:35  2    received?

02:20:36  3    **A.**    I believe so.

02:20:42  4              MS. GLATFELTER:  Can you not see it on your screens?

02:20:50  5         Can we publish it to the jury?

02:20:52  6              THE COURT:  Yes.  Did somebody kick the screen?

02:20:56  7              THE JUROR:  We have some that are static, some that

02:20:59  8    are not.

02:21:01  9              THE COURT:  All right.  We'll take a moment.

02:21:04  10   Somebody younger than I may assist you.

02:21:14  11        So what jurors can't see a screen that works?

02:21:23  12        (Hands raised.)

02:21:17  13             THE COURT:  Okay, we need to get it fixed.  If you

02:21:19  14   will bear with us.

02:21:37  15        Still missing?  No.  We have thumbs up.

02:21:41  16        Is there any juror who cannot see a working screen?

02:21:41  17        (No response.)

02:21:44  18             THE COURT:  I'm glad I was able to fix it for you.

02:21:48  19        You may proceed.

02:21:51  20   BY MS. GLATFELTER:

02:21:52  21   **Q.**    Mr. Li, was this the first email that you received from

02:21:58  22   Mr. Qu Hui?

02:22:00  23   **A.**    Yes.

02:22:04  24   **Q.**    What is the date of that email?

02:22:06  25   **A.**    That's September 17, 2015.

LI - DIRECT (Glatfelter)                                    87

02:22:09  1    Q.    And do you see his name at the bottom, how he identified

02:22:14  2    himself?

02:22:15  3    A.    Yes, correct.

02:22:16  4    Q.    And what was that name?

02:22:18  5    A.    Qu Hui.

02:22:22  6    Q.    And would you mind reading the email for the jury.

02:22:25  7    A.    Sure.

02:22:27  8          "Through the introduction of Deputy Dean KE" -- I think

02:22:31  9    it means Ke, like that, in Chinese -- "of Department of

02:22:36  10   Geographical Science of Nanjing University, I paid an

02:22:42  11   announced visit to your father.

02:22:45  12         "Jiangsu Provincial Association of International

02:22:50  13   Science and Technology Development is a secondary

02:22:53  14   association under Provincial Association of Science and

02:22:57  15   Technology.  We mainly work on strengthening science and

02:23:02  16   technology exchanges and the calibrations between China and

02:23:08  17   other countries.

02:23:12  18         "We learned about you" -- I think it is spelling

02:23:17  19   something here -- "through the overseas students' database

02:23:21  20   from Provincial Overseas Chinese Affairs Office.  We think

02:23:27  21   your information is compatible with the needs of Chinese

02:23:32  22   technology.  Currently, Chinese network development

02:23:37  23   capacity -- capability is relatively immature, so we would

02:23:43  24   like to invite you for an exchange next time you return to

02:23:48  25   China.

| | | |
|---|---|---|
| 02:23:49 | 1 | "Thanks.  Qu Hui." |
| 02:23:53 | 2 | **Q.**   Now, Mr. Li, you had said -- mentioned before that you |
| 02:23:57 | 3 | believe that he received your contact information from some |
| 02:23:59 | 4 | sort of database.  Is this the database that you are referring |
| 02:24:02 | 5 | to. |
| 02:24:03 | 6 | **A.**   I personally don't have the knowledge, but reading |
| 02:24:08 | 7 | email, it sounds like it. |
| 02:24:10 | 8 | **Q.**   I mean, this is what he told you how he received your |
| 02:24:12 | 9 | contact information -- |
| 02:24:13 | 10 | **A.**   Yes. |
| 02:24:13 | 11 | **Q.**   -- from this database?  That's what you were referring to |
| 02:24:16 | 12 | earlier? |
| 02:24:16 | 13 | **A.**   Correct. |
| 02:24:17 | 14 | **Q.**   And in this email, does he mention that he visited your |
| 02:24:21 | 15 | father? |
| 02:24:22 | 16 | **A.**   Yes. |
| 02:24:28 | 17 | **Q.**   Based on your -- based on the visit to your father, did |
| 02:24:33 | 18 | you feel any obligation to respond to this email? |
| 02:24:38 | 19 | MS. TAYLOR:  Objection, Your Honor. |
| 02:24:39 | 20 | THE COURT:  There is an objection. |
| 02:24:41 | 21 | MS. TAYLOR:  Leading.  I have tried to be patient |
| 02:24:44 | 22 | but there have been a number -- |
| 02:24:45 | 23 | THE COURT:  I heard "leading," and I am going to |
| 02:24:50 | 24 | sustain the objection and ask you to rephrase it. |
| 02:24:50 | 25 | MS. TAYLOR:  Thank you. |

| | | |
|---|---|---|
| 02:24:50 | 1 | BY MS. GLATFELTER: |
| 02:24:50 | 2 | **Q.**   What, if any, obligation did you feel to respond to this |
| 02:24:56 | 3 | email? |
| 02:24:57 | 4 | **A.**   I do feel obligated to respond to this email. |
| 02:25:00 | 5 | **Q.**   For what reason? |
| 02:25:03 | 6 | **A.**   For one thing, that my professional promote the sharing |
| 02:25:08 | 7 | and the collaboration between peers of my profession.  So is |
| 02:25:15 | 8 | I strongly felt I have obligation to follow that principle, |
| 02:25:23 | 9 | I guess, from PMI. |
| 02:25:25 | 10 | **Q.**   Okay.  And when you say "PMI," you're talking about |
| 02:25:28 | 11 | program management? |
| 02:25:28 | 12 | **A.**   Project Management Institute. |
| 02:25:31 | 13 | **Q.**   As opposed to information technology or network security? |
| 02:25:36 | 14 | **A.**   Yes, correct. |
| 02:25:38 | 15 |       MS. GLATFELTER:  Okay.  If we can go to page 1.  And |
| 02:25:44 | 16 | scroll down to the bottom. |
| 02:25:44 | 17 | BY MS. GLATFELTER: |
| 02:25:51 | 18 | **Q.**   Did you respond to -- do you know if you responded to his |
| 02:25:56 | 19 | email? |
| 02:25:57 | 20 | **A.**   Could you repeat? |
| 02:25:58 | 21 | **Q.**   Did you respond to his email? |
| 02:26:00 | 22 | **A.**   Yes. |
| 02:26:08 | 23 | **Q.**   Okay.  On what date did you respond to him? |
| 02:26:12 | 24 | **A.**   Could you scroll down a little bit?  I can't see the |
| 02:26:17 | 25 | stamp, the time stamp. |

02:26:21  1        Okay.  Thank you.

02:26:22  2        It was 2015, October 6.

02:26:25  3   Q.   Okay.  If we look at -- the bottom email is the one I am

02:26:29  4   referring to, September 22, 2015.

02:26:32  5   A.   Oh, okay.  Sorry.

02:26:34  6   Q.   The one that starts "Greetings."

02:26:38  7   A.   Right.  It's September 22, 2015.

02:26:41  8   Q.   So if you -- your response versus page 1 of 2, if we

02:26:48  9   could read your response.  If you can go ahead and read that?

02:26:53  10  A.   Just make sure, you want me to read my response?

02:26:57  11  Q.   Yes.

02:26:57  12  A.   Okay.  Thank you.

02:26:58  13       "Mr. Qu Hui, Greetings.

02:27:01  14       "Glad to receive your email.  Thank you very much for

02:27:04  15  providing the opportunity to exchange with the counterparts

02:27:09  16  and the students in China.  Due to work-related reasons, I

02:27:14  17  apologize for the delay in response.  I will certainly

02:27:29  18  contact you again with details this week.

02:27:32  19       "Thanks."

02:27:33  20            MS. GLATFELTER:  Okay.  And if we could go back to

02:27:35  21  page 1 again.

02:27:35  22  BY MS. GLATFELTER:

02:27:38  23  Q.   And did you respond to him again with a longer response?

02:27:44  24  A.   Could you zoom in little bit?

02:27:53  25            MS. GLATFELTER:  And if we can scroll down a little

02:27:55    1    bit, Jackie.  Thank you.

02:27:57    2              THE WITNESS:  Yes.

02:27:58    3    BY MS. GLATFELTER:

02:27:58    4    Q.    All right.  And what did you tell Mr. Qu Hui in that

02:28:05    5    response?

02:28:05    6    A.    Verbatim or read it or --

02:28:07    7    Q.    You can go ahead and read this one and then we will move

02:28:10    8    on.

02:28:11    9    A.    Okay.  So what I wrote was, "Mr. Qu, Greetings.

02:28:15   10        "I have some time to talk with you today.  My main

02:28:19   11    responsibility at Boeing is international IT project

02:28:24   12    establishment and management.

02:28:26   13        "Network security is often a key issue but not my

02:28:31   14    expertise.  Currently, the U.S. and China hold different

02:28:37   15    views on the issues of network security.

02:28:41   16        "With the above considerations, I am pleased to have

02:28:46   17    this opportunity to communicate and exchange with my Chinese

02:28:50   18    counterparts.  However, I do not think I am the best fit in

02:28:56   19    the field of network security.

02:28:59   20        "If you agree with my thoughts, maybe we can further

02:29:04   21    our discussions.

02:29:06   22        "Thanks."

02:29:08   23    Q.    How did Mr. -- or did Mr. Qu Hui respond to this

02:29:17   24    particular email where you told him that you could not present

02:29:21   25    to him or exchange ideas about network security?

02:29:36    1            MS. GLATFELTER:  Ms. Prim, if we could zoom out

02:29:42    2     there.  Thank you.

02:29:43    3            THE WITNESS:  Okay.  So I am reading off his direct

02:29:47    4     reply to my email here, what he said.

02:29:53    5         "Teacher" -- my last name.

02:29:56    6         "Greetings.  I am glad to receive your reply.

02:29:58    7         "Good IT establishment and management are the foundation

02:30:04    8     for the network protection.  In fact, Chinese enterprise do

02:30:10    9     not pay enough attention on network development.  Many large

02:30:14   10     enterprise network protection systems are useless.

02:30:18   11         "Boeing being an international defense enterprise, it

02:30:24   12     must have sufficient experience for us to reference.  I think

02:30:30   13     there is a lot of room for exchange even in your field of

02:30:33   14     expertise.

02:30:35   15         "Do you have plans to return to China in the near future?

02:30:42   16     We can discuss further at your convenience.

02:30:47   17         "Jastquhui."

02:30:54   18     BY MS. GLATFELTER:

02:30:54   19     Q.    Thank you.  In his response email to you, it states,

02:30:57   20     "Boeing being international defense enterprise, it must have

02:31:01   21     sufficient experiences for us to reference."

02:31:03   22         That phrase, "international defense enterprise," what

02:31:07   23     does that mean to you, or what did you understand that to

02:31:10   24     mean?

02:31:13   25     A.    I have -- at the time when I read this email, this work

LI - DIRECT (Glatfelter)                                  93

02:31:40  1   really didn't register in my mind until later I realize he's

02:31:44  2   probably specifically interest in the defense side of

02:31:47  3   technology.

02:31:48  4   Q.   Does Boeing have a commercial and a defense side to its

02:31:52  5   business?

02:31:52  6   A.   Yes, Boeing has both commercial and defense businesses.

02:31:58  7   Q.   And by "defense," what do you mean?

02:32:00  8   A.   As far as I know, like military aircraft, missiles,

02:32:12  9   maybe space vehicles.  That's my understanding.

02:32:19  10  Q.   Okay.  Now, at some point you told us that you returned

02:32:25  11  to China, right?  And you met Mr. Qu Hui.  Did you continue to

02:32:31  12  correspond with him during that period?

02:32:33  13  A.   I believe so.

02:32:36  14       MS. GLATFELTER:  Okay.  If we can show the witness

02:32:39  15  Exhibit 91b, please.

02:32:43  16       THE COURT:  91?

02:32:47  17       MS. GLATFELTER:  91b.

02:32:48  18       THE COURT:  B as in "boy"?

02:32:50  19       MS. GLATFELTER:  Yes.

02:32:51  20       THE COURT:  Very well.

02:32:54  21       MS. GLATFELTER:  And if you can zoom into that,

02:32:58  22  Ms. Prim.

02:33:03  23  BY MS. GLATFELTER:

02:33:04  24  Q.   Mr. Li, do you see the content on the screen?

02:33:06  25  A.   Yes, I do.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 02:33:09 | 1 | **Q.**   And did you have an opportunity to review this before you |
| 02:33:11 | 2 | testified? |
| 02:33:11 | 3 | **A.**   I did. |
| 02:33:12 | 4 | **Q.**   Okay.  And does this exhibit show your WeChat |
| 02:33:17 | 5 | communications with Mr. Qu Hui? |
| 02:33:21 | 6 | **A.**   It is mine with him. |
| 02:33:23 | 7 |        MS. GLATFELTER:  Your Honor, I'd move to admit 91b. |
| 02:33:26 | 8 |        THE COURT:  Any objection? |
| 02:33:27 | 9 |        MS. TAYLOR:  No objection. |
| 02:33:28 | 10 |        THE COURT:  It's admitted. |
| 02:33:31 | 11 |     (Government Exhibit 91b was received in evidence.) |
| 02:33:31 | 12 | BY MS. GLATFELTER: |
| 02:33:31 | 13 | **Q.**   And are these messages in Chinese? |
| 02:33:34 | 14 | **A.**   Yes. |
| 02:33:35 | 15 | **Q.**   Okay.  So I'd like you to look at Exhibit 92. |
| 02:33:39 | 16 |        MS. GLATFELTER:  If we could show the witness |
| 02:33:42 | 17 | Exhibit 92? |
| 02:33:43 | 18 |        THE COURT:  Yes. |
| 02:33:46 | 19 | BY MS. GLATFELTER: |
| 02:33:46 | 20 | **Q.**   Mr. Li, did you have an opportunity to review Exhibit 92 |
| 02:33:49 | 21 | before your testimony? |
| 02:33:50 | 22 | **A.**   I have. |
| 02:33:51 | 23 | **Q.**   What does Exhibit 92 contain? |
| 02:33:56 | 24 | **A.**   It looks like an email exchanges between me and him. |
| 02:34:03 | 25 | **Q.**   Okay.  And does it also include the WeChat correspondence |

LI - DIRECT (Glatfelter)                                        95

02:34:06  1    that you had with Mr. Qu Hui?

02:34:10  2    **A.**   Not on the screen.  They are all emails.

02:34:14  3    **Q.**   I am sorry.  On subsequent pages of the exhibit that you

02:34:16  4    reviewed, does it show your WeChat communications also?

02:34:22  5    **A.**   Could you show the subsequent screen pages?

02:34:24  6    **Q.**   Sure.

02:34:25  7               MS. GLATFELTER:  If we can show the witness page 4,

02:34:29  8    for example.

02:34:32  9               THE WITNESS:  Yes.

02:34:33  10   BY MS. GLATFELTER:

02:34:34  11   **Q.**   Okay.  And so is Exhibit 92, what you're looking at, a

02:34:40  12   compilation of both the emails and the WeChat messages?

02:34:42  13   **A.**   Yes.

02:34:44  14              MS. GLATFELTER:  Your Honor, at this time I'd move

02:34:46  15   to admit Government's Exhibit 92.

02:34:49  16              MS. TAYLOR:  No objection.

02:34:50  17              THE COURT:  It's admitted.

02:34:54  18       (Government Exhibit 92 was received in evidence.)

02:34:54  19              MS. GLATFELTER:  And I'd ask to publish this to the

02:34:56  20   jury.

02:34:57  21              THE COURT:  Yes.

02:35:02  22              MS. GLATFELTER:  Just making sure the jurors can

02:35:04  23   see.

02:35:04  24   BY MS. GLATFELTER:

02:35:05  25   **Q.**   Does Exhibit 92 have columns at the top, or descriptions

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

LI - DIRECT (Glatfelter)                                    96

02:35:10  1   of the columns at the top of the page?

02:35:13  2   **A.**   Yes.

02:35:14  3   **Q.**   And what are those descriptions?

02:35:16  4   **A.**   "From," "To," "Date," and "Content."

02:35:19  5   **Q.**   At this time I'd like to go ahead and read through this

02:35:23  6   exhibit with you.

02:35:26  7        Are the green messages, messages that you sent to Mr. Qu

02:35:35  8   Hui?

02:35:35  9   **A.**   Correct.

02:35:35  10  **Q.**   Let's have you read the green messages, and I'll read the

02:35:40  11  blue messages.

02:35:42  12       And for the messages, we will state with the date.  So we

02:35:45  13  will read the date and the type of communication.  And then we

02:35:49  14  will move down the page.

02:35:51  15       I believe we read the messages on the first page, so if

02:35:55  16  we can go to the second page.

02:36:01  17       October 9, 2015 email.  "Teacher, greetings.  I am glad

02:36:09  18  to receive your reply.

02:36:09  19       "Good IT establishment and management are the foundation

02:36:12  20  for the network protection.  In fact, Chinese enterprises

02:36:16  21  don't pay enough attention on network development.  Many large

02:36:22  22  enterprise network protection systems are useless.

02:36:26  23       "Boeing being an international defense enterprise, it

02:36:29  24  must have sufficient experiences for us to reference.

02:36:31  25       "I think there is a lot of room for exchange even in your

02:36:34  1    field of expertise.  Do you have plans to return to China in

02:36:37  2    the near future?  We can discuss further at your convenience."

02:36:43  3    A.   Yeah, next is my response, was dated January 20, 2016.

02:36:52  4         I said, "Mr. Qu Hui.

02:36:55  5         "I might return to Nanjing for two weeks around April.

02:37:01  6    I will be willing to share some IT and project management

02:37:04  7    experience with Chinese counterparts.  If you are

02:37:08  8    interested, we can keep in touch?

02:37:13  9         "Thanks."

02:37:14  10   Q.   Your response, January 22, 2016, email.  "Teacher,

02:37:20  11   welcome back.

02:37:21  12        "I can make arrangements for the exchange.  It is almost

02:37:24  13   spring festival now, and the universities are on break.  I

02:37:29  14   will complete related work after the holiday.  Keep in touch.

02:37:33  15   Wishing you and the family a happy New Year."

02:37:38  16        February 29, 2016 email.  "Teacher, greetings.

02:37:43  17        "Apologize for the delay in reply.  Considering you have

02:37:47  18   been working as an IT in a large company all these years, I

02:37:52  19   recently contacted Jiangsu" -- I am not sure about the next

02:37:59  20   word -- "information security technology company, Jiangsu

02:38:04  21   Cimer Information Security Technology Company, and they are

02:38:09  22   very interested in your resume and hope to hear you share your

02:38:12  23   work experience.  Who do you think?"

02:38:17  24   A.   My response was dated March 2, 2016?

02:38:23  25   Q.   Yes.

02:38:23  1    **A.**    It reads, "Thank you very much for your kindness,

02:38:25  2    Mr. Qu Hui.

02:38:27  3         "I am not trying to be difficult, but my current field

02:38:30  4    of expertise is not in information security.  I was

02:38:38  5    involved" -- I think there is typo there -- it should be "in

02:38:43  6    that ten years ago.  But information security technology is

02:38:48  7    advancing all the time.  I now focus on management

02:38:52  8    perspective.

02:38:53  9         "If there are enterprise" -- plural -- "enterprises

02:39:01  10   interested in portfolio, program, project management, and

02:39:06  11   willing to conduct exchanges, I am very willing to share

02:39:11  12   thoughts with counterparts.

02:39:13  13        "Thanks."

02:39:15  14   **Q.**    March 2, 2016, email.  "Teacher.

02:39:20  15        "Because this is an initial contact, the main purpose is

02:39:23  16   for both parties to understand each other.  Since you think it

02:39:27  17   is not a good fit, we can hold on to the exchange.

02:39:30  18        "You can tell me your itinerary to China, and I can

02:39:34  19   arrange time for us to meet.  We can communicate and see if

02:39:38  20   there is room for collaboration.

02:39:39  21        "If you send me the airline confirmation, I can help you

02:39:43  22   to resolve the issue.

02:39:45  23        "Qu Hui."

02:39:48  24        Let me stop right there and ask you a question about:  Do

02:39:52  25   you understand -- or did you understand when he said "resolve

LI - DIRECT (Glatfelter)                                    99

02:39:55  1    the issue" what he was referring to?

02:39:57  2    A.    No, I wasn't very clear what he meant by "resolve the

02:40:06  3    issue."

02:40:07  4    Q.    Okay.  If you can continue, sir.

02:40:08  5    A.    Okay.  My follow-up with him on March 5, 2016.  What I

02:40:15  6    said, it was, "If it is convenient for you, maybe we can

02:40:20  7    meet on May 4th or May 5th."

02:40:25  8    Q.    March 22, 2016, email.  "Sure, no problem.  My phone

02:40:31  9    number is 13913882316.  Call me after you arrive in China.  We

02:40:42  10   can set a time and location.

02:40:45  11       "Sent from my iPhone."

02:40:49  12   A.    I acknowledged on March 23rd -- March 23, 2016, with

02:40:56  13   "Thanks."

02:40:58  14            THE COURT:  Have we reached a breaking point?

02:41:03  15            MS. GLATFELTER:  Sure, Your Honor.

02:41:03  16            THE COURT:  We have been at it for a while.  We're

02:41:05  17   going to take a 20-minute break for the jury and all of us.

02:41:09  18       During the break, jurors, please do not discuss the case

02:41:12  19   among yourselves or with anyone else.  No independent

02:41:16  20   research.  Continue to keep an open mind.

02:41:18  21       Out of respect for you, we will rise as you leave.

02:41:22  22            THE COURTROOM DEPUTY:  All rise for the jury.

02:41:23  23       (Jury out at 2:41 p.m.)

02:41:52  24            THE COURT:  The jury's left.  20-minute break until

02:42:00  25   3 o'clock.  We're in recess.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

| | | |
|---|---|---|
| 02:42:05 | 1 | THE COURTROOM DEPUTY:  This court is in recess until |
| 02:42:07 | 2 | 3 o'clock. |
| 02:42:08 | 3 | (Recess from 2:42 p.m. until 3:00 p.m.) |
| 03:00:19 | 4 | THE COURT:  Please be seated.  Thank you. |
| 03:00:19 | 5 | The witness may retake the witness stand. |
| 03:00:21 | 6 | THE WITNESS:  Thank you. |
| 03:00:22 | 7 | THE COURT:  We're ready for the jury from the |
| 03:00:24 | 8 | government's perspective? |
| 03:00:26 | 9 | MS. GLATFELTER:  Yes, Your Honor.  Thank you. |
| 03:00:27 | 10 | THE COURT:  Defense as well? |
| 03:00:29 | 11 | MS. TAYLOR:  Yes, Your Honor. |
| 03:00:31 | 12 | THE COURT:  Very well.  Let's call for the jury. |
| 03:01:46 | 13 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 03:01:50 | 14 | (Jury in at 3:01 p.m.) |
| 03:02:22 | 15 | THE COURT:  You may all be seated.  Thank you.  15 |
| 03:02:26 | 16 | members of the jury have rejoined us. |
| 03:02:29 | 17 | Are we ready to proceed from the government's |
| 03:02:33 | 18 | perspective? |
| 03:02:34 | 19 | MS. GLATFELTER:  Yes, we are, Your Honor. |
| 03:02:36 | 20 | THE COURT:  The defense as well? |
| 03:02:38 | 21 | MS. TAYLOR:  Yes, Your Honor.  Thank you. |
| 03:02:39 | 22 | THE COURT:  Very well.  The witness remains under |
| 03:02:41 | 23 | oath. |
| 03:02:45 | 24 | Ms. Glatfelter, you may continue. |
| 03:02:48 | 25 | MS. GLATFELTER:  Thank you, Your Honor. |

03:02:49  1    BY MS. GLATFELTER:

03:02:49  2    Q.   Mr. Li, before we broke we were reading Government's

03:02:52  3    Exhibit 92, and I believe we had reached the bottom, which is

03:02:57  4    my portion, I'll say.

03:03:00  5         May 5, 2016, WeChat.  "Hello, Teacher."

03:03:04  6              MS. GLATFELTER:  And if we could flip to the next

03:03:07  7    page.

03:03:12  8              THE WITNESS:  The first line appears it's what I

03:03:17  9    sent after meeting.  So I said, "It was nice seeing you,

03:03:26  10   Minister" -- I would say -- "Cai and a Little Yu.  Keep in

03:03:32  11   touch."

03:03:37  12        I have to explain a little -- Minister Cai is his job

03:03:41  13   title.

03:03:42  14        Little Yu, it means, in Chinese custom, when you call

03:03:46  15   someone younger, you put "Little" in front of the last name.

03:03:46  16   BY MS. GLATFELTER:

03:03:51  17   Q.   Okay.  And you said this was after your meeting.  Are you

03:03:53  18   referring to your meeting with Mr. Xu -- I'm sorry -- Mr. Qu

03:03:57  19   Hui?

03:03:57  20   A.   Yes, in hotel lobby.

03:03:59  21   Q.   Okay.  And who are the people that you are referencing in

03:04:03  22   this message?

03:04:04  23   A.   This reference two other person came with Mr. Qu, set

03:04:16  24   down with me that day.

03:04:17  25   Q.   And so the two individuals, Minister Cai and Little Yu,

| | | |
|---|---|---|
| 03:04:26 | 1 | are the two other people that were with him? |
| 03:04:26 | 2 | **A.**    Correct. |
| 03:04:27 | 3 | **Q.**    Okay.  You had an opportunity to observe them during the |
| 03:04:32 | 4 | meeting.  Did they seem to be equals in terms of their |
| 03:04:36 | 5 | superiority, or can you explain that to the jury? |
| 03:04:40 | 6 | **A.**    Yes.  To me, Mr. Qu is the superior of three, because |
| 03:04:51 | 7 | by Chinese custom, the person senior always speaks.  The |
| 03:04:58 | 8 | other people listen. |
| 03:05:01 | 9 | **Q.**    And did you know the names that you used in this message |
| 03:05:05 | 10 | because they introduced themselves? |
| 03:05:08 | 11 | **A.**    I did not know them beforehand, but I believe that's |
| 03:05:16 | 12 | introducing to me by Mr. Qu. |
| 03:05:18 | 13 | **Q.**    During the meeting? |
| 03:05:19 | 14 | **A.**    During the meeting, yes. |
| 03:05:20 | 15 | **Q.**    I see.  The next message, May 5, 2016, WeChat.  "Thanks, |
| 03:05:28 | 16 | Teacher." |
| 03:05:29 | 17 |     The next message, same date.  "Teacher, how much is the |
| 03:05:32 | 18 | plane ticket for your trip back this time?  We would like to |
| 03:05:35 | 19 | keep inviting you to come back, so we can help you pay for the |
| 03:05:39 | 20 | round-trip tickets." |
| 03:05:43 | 21 | **A.**    Yeah, to that I replied, "Thanks a lot.  Not this |
| 03:05:48 | 22 | time." |
| 03:05:51 | 23 |     By that, means I do not need to be reimbursed. |
| 03:05:55 | 24 | **Q.**    Okay.  I am going to ask you some additional questions |
| 03:05:57 | 25 | about that. |

| | | |
|---|---|---|
| 03:05:59 | 1 | A few messages down, May 5, 2016, WeChat.  "No problem. |
| 03:06:06 | 2 | You are welcome. |
| 03:06:07 | 3 | The state has specific funds for experts and talents |
| 03:06:11 | 4 | introduction, so the tickets can be reimbursed." |
| 03:06:15 | 5 | "Just send me the E-tickets if it's not too much |
| 03:06:21 | 6 | trouble." |
| 03:06:21 | 7 | May 9, 2016, WeChat.  "Teacher, have you arrived in |
| 03:06:24 | 8 | Nanjing?" |
| 03:06:27 | 9 | **A.**    Yes.  The following response happened -- occurred when |
| 03:06:33 | 10 | I was in China.  So on May 9, 2016, I was traveling from |
| 03:06:40 | 11 | Shanghai, the international airport, airport land in |
| 03:06:46 | 12 | Shanghai.  Have to take high-speed train to Nanjing. |
| 03:06:49 | 13 | So this message, "Not yet.  Just got on the high-speed |
| 03:06:52 | 14 | train," it was when I was on the train. |
| 03:06:56 | 15 | **Q.**    So the next page, May 9, 2016.  "Teacher, would you like |
| 03:07:01 | 16 | to meet tonight or tomorrow morning?" |
| 03:07:05 | 17 | "Is 8:30 tomorrow morning convenient for you?" |
| 03:07:09 | 18 | So let me stop you there and ask you, these |
| 03:07:12 | 19 | messages occurred after -- did these messages occur after you |
| 03:07:15 | 20 | met Qu Hui in the hotel? |
| 03:07:19 | 21 | **A.**    These appear to be before, before the meeting occurred. |
| 03:07:27 | 22 | When I was in Nanjing, I did arrive Nanjing, after I got |
| 03:07:31 | 23 | Nanjing, and then he is trying to arrange a time for our |
| 03:07:35 | 24 | meeting. |
| 03:07:38 | 25 | **Q.**    Okay.  By the date, though, these are May 9, 2016.  That |

LI - DIRECT (Glatfelter)                                         104

03:07:41  1   would have been after the meeting?

03:07:49  2        I tell you what, sir.  I'm going to ask you to -- let's

03:07:52  3   continue reading a little bit further down the page, and maybe

03:07:55  4   that will clarify or refresh your memory.

03:07:58  5   A.   Okay.

03:07:58  6   Q.   The last message was May 9, 2016, WeChat.  "Is 8:30

03:08:06  7   tomorrow morning convenient for you?"

03:08:10  8   A.   Can I go back one more page?

03:08:20  9   Q.   Surely.

03:08:32  10  A.   Okay.  Move to the next page, please.

03:08:36  11       So you are correct, this happened after the meeting.  I

03:08:42  12  think he wants to meet again.

03:08:44  13  Q.   After your first meeting?

03:08:45  14  A.   Yes, yeah.

03:08:47  15  Q.   And if you can go ahead and read your responses.

03:08:50  16  A.   My response was, "Sorry, I'm too busy to meet."

03:08:56  17       "I will definitely contact you again," on the same day,

03:09:00  18  May 9, 2016.

03:09:01  19  Q.   Let's pause there for a moment.

03:09:04  20       Did you want to meet with Mr. Qu Hui again?

03:09:06  21  A.   Not really.  This is just the custom that you don't

03:09:10  22  want to decline, all right.  It's just a polite way to say I

03:09:17  23  am really not interested in spending more time with you.

03:09:19  24  Q.   And why weren't you interested in spending more time with

03:09:24  25  him?

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

03:09:25  1    **A.**   I only get to see my dad for two weeks in a year, so I

03:09:29  2    really wanted to spend time with my family members, not on

03:09:32  3    business.

03:09:33  4    **Q.**   Okay.  Anything else?

03:09:34  5    **A.**   And also I had a feeling that he wasn't really

03:09:40  6    interested in project management exchange sharing.  What he

03:09:46  7    is looking for is something else that I could not provide.

03:09:52  8    **Q.**   Did you -- were you able to tell what that something else

03:09:55  9    was based on your meeting with him in the hotel?

03:09:58  10   **A.**   My understanding was that he wanted to know the

03:10:02  11   Internet -- or Internet or information security.

03:10:05  12   **Q.**   And this is during the time that you were working for

03:10:09  13   Boeing?

03:10:09  14   **A.**   Correct.

03:10:11  15   **Q.**   Let's continue with these messages.

03:10:13  16        May 9, 2016, WeChat.  "No problem.  Have a safe trip."

03:10:20  17        May 12, 2016, WeChat.  "Teacher, have you returned to the

03:10:25  18   U.S.?  Please send me the tickets at your convenience.  Thank

03:10:29  19   you."

03:10:31  20        May 14, 2016, WeChat.  "Teacher, have you returned to the

03:10:36  21   U.S.?  Please send me the tickets at your convenience.  Thank

03:10:40  22   you."

03:10:42  23        May 15, 2016, WeChat.  "Teacher, I've already got the

03:10:49  24   fund from the finance department for the plane tickets of your

03:10:53  25   last trip, and it's not convenient to return it.  Can you

03:10:57  1   please send me the E-tickets as soon as possible?  I will find

03:11:03  2   some time to send it to your father and ask him to sign a

03:11:05  3   receipt.  This will be violating the financial regulations if

03:11:08  4   it takes too long and there would be a bit -- and there would

03:11:13  5   be a bit of troublesome.  Thank you for your understanding."

03:11:21  6       May 16, 2016.  "Teacher, greetings.

03:11:26  7       "I have already applied funding for the last airfare from

03:11:30  8   the finance office.  It is inconvenient for me to return it.

03:11:33  9   Please send me the electronic flight ticket confirmation as

03:11:38  10  soon as possible so I can send money to your father.  I would

03:11:42  11  only need him to issue me a receipt.  It is an accounting

03:11:46  12  violation if we prolong this.  It can be troublesome.  Hope

03:11:50  13  you can understand it.  Thanks.

03:11:52  14      "Also, I have sent you a few WeChat messages previously

03:11:57  15  but I did not receive any response.  Is there any problems?

03:12:01  16  Best wishes.  Qu Hui."

03:12:06  17  **A.**   To which I replied in WeChat -- this is actually in

03:12:11  18  email, on 17th of May, 2016.  I said, "Qu Hui, greetings.

03:12:19  19      "After returning home last Thursday, I was overwhelmed

03:12:22  20  by many things and I got behind on my work.  In addition,

03:12:27  21  jet lag played a role.  Sorry for the delay in response.

03:12:31  22      "I was going to write a detailed package and send it to

03:12:36  23  you along with electronic flight ticket confirmation.  But

03:12:41  24  it looks like you cannot wait much longer.  I am sending the

03:12:44  25  electronic flight ticket confirmation in this email.  This

LI - DIRECT (Glatfelter)                                    107

03:12:50  1   way, I can take my time creating the material.

03:12:56  2        "I do not use WeChat much.  It distracts me.  Thank you

03:13:02  3   very much."

03:13:02  4   Q.   And, Mr. Li, there were several messages leading up to

03:13:06  5   this one that you didn't respond to.  How come you responded

03:13:10  6   to this message that he sent, this last message?

03:13:14  7   A.   I don't remember the reason, but I feel like after he

03:13:25  8   sent me so many messages, I feel I need a proper wrap-up

03:13:30  9   maybe.  That's why I was thinking about that time.

03:13:33  10  Q.   What, if any, concerns did you have about him referencing

03:13:37  11  your father in the email?

03:13:44  12              MS. TAYLOR:  Objection, Your Honor.  Leading.

03:13:47  13              THE COURT:  Overruled.  Don't lead the witness.

03:13:51  14              THE WITNESS:  Could you repeat the question again?

03:13:53  15  BY MS. GLATFELTER:

03:13:53  16  Q.   Sure.  I said what, if any, concerns did you have

03:13:58  17  regarding his reference to your father in his email?

03:14:05  18  A.   I did not give it much thought.

03:14:08  19  Q.   Okay.

03:14:08  20  A.   At that time.

03:14:10  21  Q.   The next message response is -- or the next message is

03:14:15  22  June 29, 2016.  "Teacher, greetings.

03:14:19  23       "A week ago -- a weeks ago I contacted your father as I

03:14:23  24  was ready to send over the reimbursement for the flight

03:14:26  25  ticket.

03:14:26  1        "However, he said he did not hear you talking about this

03:14:30  2   matter.  For this, I sent you a few messages in WeChat, but

03:14:34  3   you did not respond.

03:14:36  4        "At your convenience, please let your father know about

03:14:39  5   this so I can resolve the issue.  Nevertheless, it is

03:14:44  6   inconvenient for me to hang on to it.  Also, if you are done

03:14:48  7   organizing the material, please send them to me, thanks.

03:14:51  8        "From the last conversation with your father, he might

03:14:55  9   have overcomplicated things.  What is between us is open

03:14:59  10  technical exchange.  Please do not overanalyze it.  Certainly

03:15:05  11  our collaboration will take into consideration of our thoughts

03:15:08  12  and feelings.

03:15:09  13       "Qu Hui."

03:15:16  14       And, Mr. Li, did you respond to that message?

03:15:20  15  **A.**   No, I did not.

03:15:22  16  **Q.**   Okay.  And on this last page, do we see additional

03:15:25  17  messages from Mr. Qu Hui that you did not respond to?

03:15:30  18  **A.**   No, I did not.

03:15:32  19  **Q.**   You didn't respond to him after that last email?

03:15:35  20  **A.**   No.

03:15:35  21  **Q.**   How come?

03:15:36  22  **A.**   I don't feel I need to continue this conversation.  I

03:15:43  23  made myself pretty clear.  And there is no point to continue

03:15:47  24  this, spend time on this.

03:15:51  25  **Q.**   And during this time, 2015 to 2016, you're working at

LI - DIRECT (Glatfelter)                                    109

```
03:16:00   1    Boeing aviation?
03:16:01   2    A.    Correct.
03:16:02   3    Q.    Were you working there in any capacity as a designer or
03:16:08   4    an engineer?
03:16:09   5    A.    No.
03:16:09   6    Q.    What area were you working in?
03:16:11   7    A.    I was working in IT field.  Two areas I worked on, like
03:16:18   8    I said.  The first job was on data backup and archive; the
03:16:24   9    second job is IT project management.
03:16:28  10            MS. GLATFELTER:  Okay.  One moment, Your Honor.
03:16:30  11            THE COURT:  Very well.
03:16:32  12            MS. GLATFELTER:  I have no further questions for
03:16:33  13    this witness.  Thank you.
03:16:35  14            THE COURT:  Very well.  The attorney for the
03:16:40  15    defendant has an opportunity to ask questions of the witness.
03:16:45  16        Cross-examination, counsel?
03:16:48  17            MS. TAYLOR:  Your Honor, may I take a moment with my
03:16:50  18    colleagues?
03:16:51  19            THE COURT:  Yes.
03:16:52  20            MS. TAYLOR:  Thank you.
03:16:52  21        (Pause.)
03:17:51  22            MS. TAYLOR:  Your Honor, thank you for the moment.
03:17:53  23    No cross-examination on behalf of the defense.
03:17:55  24            THE COURT:  Very well.  Sir, your testimony is
03:17:59  25    complete.  You are free to go.  I want you to be careful out
```

LI - DIRECT (Glatfelter)                                          110

```
03:18:03   1    there in Washington because they have horrible weather.

03:18:07   2            THE WITNESS:  Yes.  It was pouring rain yesterday.

03:18:11   3    Glad it is over.  Thank you so much, Your Honor.

03:18:14   4            THE COURT:  Very well.

03:18:20   5        Where do we stand from the government's perspective?

03:18:25   6            MR. McKENZIE:  Your Honor, the government is ready

03:18:27   7    to call our next witness, Special Agent Adam James.

03:18:31   8            THE COURT:  Very well.  If we could call for the

03:18:33   9    agent, special agent.

03:18:37   10           MS. TAYLOR:  Your Honor, counsel for --

03:18:38   11           THE COURT:  Yes?

03:18:39   12           MS. TAYLOR:  Counsel for defense is going to change

03:18:43   13   places at the tables.

03:18:43   14           THE COURT:  Change what?

03:18:43   15           MS. TAYLOR:  Change places at the tables if that's

03:18:44   16   okay?

03:18:45   17           THE COURT:  Yes.

03:18:45   18           MS. TAYLOR:  Thank you.

03:19:02   19           THE COURT:  If the witness would be willing to

03:19:03   20   approach, we're going to put you in the witness stand over

03:19:06   21   here.

03:19:10   22       If you'd be willing to pause for the oath to tell the

03:19:13   23   truth.  If you'd raise your right hand.  Do you solemnly swear

03:19:16   24   or affirm that your testimony today will be the truth, subject

03:19:21   25   to penalty of perjury?
```

03:19:23   1              THE WITNESS:  I do.

03:19:24   2              THE COURT:  Very well.  Once you get seated, get

03:19:27   3   close to the microphone.

03:19:30   4        The lawyer for the government may begin with questions.

03:19:30   5        **ADAM ROBERT JAMES, PLAINTIFF WITNESS, SWORN**

03:19:33   6                  <u>**DIRECT EXAMINATION**</u>

03:19:33   7   BY MR. McKENZIE:

03:19:34   8   **Q.**   Good afternoon.  My name is Matthew McKenzie.

03:19:38   9        Will you please state your full name and spell your last

03:19:40   10  name for the record?

03:19:41   11  **A.**   My name is Adam Robert James, J-A-M-E-S.

03:19:49   12  **Q.**   By whom are you employed?

03:19:51   13  **A.**   The FBI.

03:19:53   14  **Q.**   To which field office are you assigned?

03:19:58   15  **A.**   I'm assigned to the San Diego field office.

03:20:02   16  **Q.**   What is your current position within the FBI?

03:20:06   17  **A.**   I am a special agent.

03:20:09   18  **Q.**   How long have you been a special agent?

03:20:11   19  **A.**   I became a special agent on July 5th of 2010.

03:20:17   20  **Q.**   Do you have a particular focus?

03:20:21   21  **A.**   Yes.  I'm focused on cyber crime investigations.

03:20:24   22  **Q.**   What types of activities are included in cyber crime?

03:20:30   23  **A.**   There's various types of cyber crime that the FBI

03:20:33   24  investigates.  It could be ransomware.  It could be business

03:20:39   25  email compromises.  But I mainly focus on computer intrusion

JAMES - DIRECT (McKenzie)                                              112

03:20:43   1    activity.

03:20:45   2    **Q.**   Has the FBI provided you with any training regarding

03:20:50   3    computer intrusions and cyber investigations?

03:20:53   4    **A.**   Yes, it has.

03:20:54   5    **Q.**   Could you provide the jury with an overview of your

03:20:59   6    training that was provided by the FBI?

03:21:01   7    **A.**   Yes.  So when you get hired by the FBI, they send you

03:21:05   8    to the FBI Academy for about five months for general

03:21:08   9    training.  That covers a little bit of cyber crime training,

03:21:12   10   but very little.

03:21:13   11       When you get assigned to a cyber squad once you get out

03:21:17   12   of the academy, they send you to additional training.  So

03:21:20   13   the first training I took was a two-week general cyber

03:21:25   14   investigation course where they kind of tell you here's all

03:21:29   15   the elements of the FBI that does cyber crime

03:21:33   16   investigations, and then they give you kind of like a brief

03:21:37   17   week-long course in cyber investigations.

03:21:40   18       And then since then I have taken over 400 hours of

03:21:43   19   training both online and in person.  That has included

03:21:47   20   everything from interview and interrogation techniques;

03:21:51   21   hacker tactics, techniques, and procedures; reverse

03:21:55   22   engineering malware; and computer forensics; and intrusion

03:21:59   23   investigations.

03:21:59   24   **Q.**   We'll come back and define some of those terms in a

03:22:03   25   moment.  But prior to joining the FBI, where did you work?

| | | |
|---|---|---|
| 03:22:10 | 1 | **A.**   Immediately prior to joining the FBI, I worked for a |
| 03:22:15 | 2 | computer security consulting company in Omaha, Nebraska. |
| 03:22:17 | 3 | **Q.**   And what were some of your duties and responsibilities? |
| 03:22:19 | 4 | **A.**   My primary duty immediately before joining the FBI was |
| 03:22:23 | 5 | computer forensics and incident response.  Prior to that I |
| 03:22:27 | 6 | did some third-party risk assessments and policy writing for |
| 03:22:33 | 7 | various companies. |
| 03:22:35 | 8 | **Q.**   Did you ever -- in that capacity as a consultant, did you |
| 03:22:41 | 9 | ever contract with the U.S. government? |
| 03:22:42 | 10 | **A.**   I took a -- about a nine-month leave of absence from my |
| 03:22:49 | 11 | job with the consulting company, and I did media forensics |
| 03:22:53 | 12 | for a U.S. military in Iraq. |
| 03:22:58 | 13 | **Q.**   Will you just explain to the jury in basic terms what you |
| 03:23:02 | 14 | did over in Iraq? |
| 03:23:05 | 15 | **A.**   Yeah.  So basically what my job was, is when the |
| 03:23:08 | 16 | military would go out and detain suspected terrorists or |
| 03:23:12 | 17 | insurgents, they would take the person and all of their |
| 03:23:15 | 18 | papers, electronic devices, computers, all that type of |
| 03:23:19 | 19 | stuff.  They would bring them back to be reviewed and |
| 03:23:22 | 20 | interrogated.  So while the military was interrogating the |
| 03:23:26 | 21 | suspect, my job would be to go through all of their |
| 03:23:29 | 22 | electronic media and pull off whatever information was |
| 03:23:33 | 23 | available. |
| 03:23:36 | 24 | **Q.**   What was your first job in information technology -- |
| 03:23:40 | 25 | **A.**   My first -- |

JAMES - DIRECT (McKenzie)                                    114

```
03:23:41   1    Q.   -- after you graduated?
03:23:42   2    A.   My first job in information technology, I was a
03:23:46   3    business analyst at Mutual of Omaha.  And I worked up
03:23:50   4    through several jobs at Mutual of Omaha, from a business
03:23:54   5    analyst to a computer programmer, and then ultimately I was
03:23:57   6    a security analyst at Mutual of Omaha.
03:24:01   7    Q.   Did you earn a bachelor's degree?
03:24:06   8    A.   I did.
03:24:07   9    Q.   From which institution did you earn that degree?
03:24:10   10   A.   The University of Nebraska at Omaha.
03:24:12   11   Q.   When did you earn the degree?
03:24:13   12   A.   In 2003.
03:24:14   13   Q.   What was the subject?
03:24:15   14   A.   Management information systems.
03:24:18   15   Q.   What is information systems?
03:24:21   16   A.   Information systems is a, I guess a generic term for
03:24:25   17   computers.
03:24:26   18   Q.   After earning your bachelor's degree, did you go on to
03:24:30   19   earn a master's degree?
03:24:31   20   A.   I did.
03:24:32   21   Q.   Where did you earn this degree?
03:24:34   22   A.   Also from the University of Nebraska at Omaha.
03:24:37   23   Q.   And what was the subject of your degree?
03:24:39   24   A.   Management information systems.
03:24:44   25   Q.   And when did you earn it?
```

03:24:45   1   **A.**   In 2005.

03:24:48   2   **Q.**   In addition to your education and work experience, have

03:24:55   3   you had the occasion to earn professional certifications?

03:25:00   4   **A.**   I have.

03:25:00   5   **Q.**   Could you explain to the jury some of the certifications

03:25:03   6   that you've earned and held?

03:25:05   7   **A.**   Yes.  So probably the biggest certification I've held

03:25:09   8   was I held a CISP, which is a very broad industry standard

03:25:15   9   certification for information security.  And I've also held

03:25:19   10  multiple more specific certifications, several related to

03:25:24   11  computer forensics, one related to reverse engineering

03:25:29   12  malware, one related to computer networking devices, and,

03:25:34   13  you know, several other more generic ones.

03:25:39   14  **Q.**   Through your education, your work experience with the FBI

03:25:44   15  and also prior to the FBI, have you become familiar with the

03:25:49   16  term "digital media" as it pertains to cyber investigations?

03:25:55   17  **A.**   Yes, I am.

03:25:56   18  **Q.**   Will you please explain to the jury what "digital media"

03:25:59   19  means and give some common examples?

03:26:01   20  **A.**   Okay.  So digital media is going to be anything that

03:26:05   21  can store data in a binary format or in a data format used

03:26:10   22  by computers.  And that could include a computer, your cell

03:26:14   23  phone, the MMC card or the multimedia card you put into your

03:26:19   24  camera, a CD.  It could be a, you know, electronic music

03:26:23   25  device.  All of those would be considered digital media.

JAMES - DIRECT (McKenzie)                                      116

03:26:27  1   **Q.**   Are you familiar with the term "forensic examination" as

03:26:31  2   it pertains to digital media?

03:26:33  3   **A.**   I am.

03:26:33  4   **Q.**   Will you please provide a basic definition of what this

03:26:38  5   means, "forensic examination"?

03:26:40  6   **A.**   Yes.  So for -- a forensic examination of digital media

03:26:44  7   is analyzing a piece of digital media -- so it could be a

03:26:49  8   computer, cell phone, anything -- in a manner which can be

03:26:52  9   replicated and verified by another person.

03:26:57 10   **Q.**   Including your work in private industry, including your

03:27:02 11   time in Iraq and your time with the FBI, approximately how

03:27:09 12   many forensic examinations have you conducted?

03:27:12 13   **A.**   I've performed over 100 examinations of digital media.

03:27:18 14   **Q.**   And approximately how many hours of training have you

03:27:20 15   received in this field?

03:27:22 16   **A.**   In the field specific of digital media examinations

03:27:26 17   or --

03:27:27 18   **Q.**   Yeah.

03:27:29 19   **A.**   I would say over a hundred hours of training.

03:27:33 20   **Q.**   Will you please explain to the jury the basic steps in

03:27:38 21   conducting a forensic examination of digital media?

03:27:41 22   **A.**   Okay.  So the first basic step that's going to be

03:27:46 23   conducted when you are analyzing digital media is you are

03:27:49 24   going to make a copy of the original media.  We call that a

03:27:52 25   forensic image.  And the reason in which you do that is,

03:27:57  1    again, as I stated, computer forensics is conducting an

03:28:00  2    analysis in a way that's repeatable and able to be verified.

03:28:05  3         So when I take a forensic copy, I'm going to try to

03:28:08  4    work off of something that's not the original media in

03:28:11  5    case -- so that we limit or minimize the changes that occur

03:28:16  6    to the original evidence.  And then we run a set of

03:28:20  7    standardized tools that will extract evidence from the

03:28:23  8    specific media type for the investigation that is being

03:28:26  9    conducted.

03:28:28  10   Q.   And what types of files are you looking for during a

03:28:31  11   forensic examination of a hard drive in a computer intrusion

03:28:35  12   case?

03:28:36  13   A.   So in a computer intrusion case we would generally be

03:28:39  14   looking for two general types of files.  One is malicious

03:28:45  15   tools, so that could be malware or any additional file used

03:28:50  16   by the computer intruders.  And then we are also looking for

03:28:54  17   files which contain information about how the malware was

03:28:59  18   executed on the system.

03:29:02  19   Q.   So I think to back up and define computer intrusion -- I

03:29:06  20   should have done that earlier.  What is a computer intrusion?

03:29:08  21   A.   A computer intrusion is when somebody accesses a

03:29:14  22   computer without authorization or exceeds their

03:29:16  23   authorization.

03:29:17  24   Q.   And I heard the word "malware."

03:29:24  25   A.   Um-hmm.

JAMES - DIRECT (McKenzie)                                          118

03:29:24  1    **Q.**    What is malware?

03:29:26  2    **A.**    Malware is any code that is placed on a computer that

03:29:29  3    does something that the user doesn't want their computer to

03:29:32  4    do.  So there's a lot of different types of malware.

03:29:36  5    **Q.**    Are there common names that people use to refer to

03:29:40  6    malware?

03:29:41  7    **A.**    Yes.

03:29:42  8    **Q.**    What are some of those common names?

03:29:44  9    **A.**    So a common term would be a computer virus, would be

03:29:49  10   what most people think about when they think of malware.

03:29:51  11   **Q.**    Now, is there just one thing called malware, or are there

03:30:00  12   many types of malware?

03:30:02  13   **A.**    There are many types of malware.

03:30:07  14   **Q.**    Are you familiar with the term "remote access trojan"?

03:30:12  15   **A.**    I am.

03:30:13  16   **Q.**    Is that also referred to as a RAT?

03:30:17  17   **A.**    It can be.

03:30:22  18   **Q.**    Will you please explain to the jury what a remote access

03:30:26  19   trojan is?

03:30:27  20   **A.**    A remote access trojan is a program on a computer that

03:30:31  21   provides remote access to the computer to a user that the

03:30:35  22   owner of the computer would prefer not to have access.

03:30:39  23   There are legitimate remote access tools, which especially

03:30:43  24   in current times with remote work you see commonly.  But

03:30:47  25   what sets a RAT, or a remote access trojan, apart is that

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                    119

```
03:30:51   1    the user or owner of the computer does not intend it to be

03:30:58   2    there.

03:30:58   3    Q.    In general, how does a RAT or how does a remote access

03:31:03   4    trojan work?

03:31:04   5    A.    There's two general ways a remote access trojan can

03:31:09   6    work.  The first way is it can be installed on a computer

03:31:13   7    and it can open up the computer to access remotely on an

03:31:18   8    inbound connection from another location.  So think of that

03:31:22   9    as it opens up the door.  As long as somebody can see that

03:31:25   10   the door is open, they can walk in.

03:31:27   11          The other manner in which a remote access trojan can

03:31:31   12   operate is it can get installed on the computer and it can

03:31:33   13   initiate a connection outbound to some place on the Internet

03:31:38   14   to let the remote user or the remote intruder know that it's

03:31:44   15   there to be used.

03:31:45   16   Q.    Is there a name for that process of the program reaching

03:31:52   17   out to a remote user?

03:31:53   18   A.    Yes.  We generally call that a beacon.

03:32:00   19   Q.    Now, is there only one remote access trojan or are there

03:32:05   20   multiple versions of remote access trojan?

03:32:09   21   A.    There are many versions of remote access trojans.

03:32:13   22   Q.    Are you familiar with the term "Sakula"?

03:32:16   23   A.    I am.

03:32:16   24   Q.    What is Sakula?

03:32:19   25   A.    Sakula is a specific type of remote access trojan.
```

JAMES - DIRECT (McKenzie)                                    120

| | | |
|---|---|---|
| 03:32:25 | 1 | **Q.**   And just for the court reporter, it's S-A-K-U-L-A. |
| 03:32:33 | 2 | Will you explain to the jury how Sakula works? |
| 03:32:38 | 3 | **A.**   Yeah.  Sakula is a fairly basic remote access trojan. |
| 03:32:42 | 4 | So when it gets installed on a user's computer, it will |
| 03:32:46 | 5 | reach out to somewhere on the Internet with a beacon, and it |
| 03:32:49 | 6 | has a very specific beacon format.  So there is a protocol |
| 03:32:53 | 7 | it uses to communicate with its controller on the Internet. |
| 03:32:57 | 8 | And what it allows the remote user to do is it can upload |
| 03:33:01 | 9 | files, download files, and run arbitrary commands on the |
| 03:33:04 | 10 | computer.  It also can be told to uninstall itself. |
| 03:33:10 | 11 | **Q.**   Does Sakula -- what, if any, remote access or control |
| 03:33:16 | 12 | does Sakula give somebody of a computer on which it is |
| 03:33:21 | 13 | installed? |
| 03:33:22 | 14 | **A.**   So like I said before, they can run whatever commands |
| 03:33:26 | 15 | they want to at the command line of the system.  They also |
| 03:33:29 | 16 | can upload and download files. |
| 03:33:34 | 17 | **Q.**   How do you distinguish Sakula from another remote access |
| 03:33:39 | 18 | trojan? |
| 03:33:40 | 19 | **A.**   We generally distinguish remote access trojans based on |
| 03:33:48 | 20 | two general things.  One is the control that's present on |
| 03:33:51 | 21 | the disk; and the other thing, which is more pertinent to |
| 03:33:54 | 22 | this case, is the communication format that it uses when it |
| 03:33:58 | 23 | beacons. |
| 03:34:00 | 24 | **Q.**   What does that mean in general terms, the communication |
| 03:34:06 | 25 | format it uses to beacon? |

JAMES - DIRECT (McKenzie)                                    121

03:34:08  1    A.    We call that a communication protocol.  So what a

03:34:11  2    communication protocol is, is the way two things

03:34:14  3    communicate.  In this case it's on the Internet, but it can

03:34:16  4    be in your normal, everyday life.

03:34:18  5         So a good example of a communication protocol would be

03:34:21  6    if you want to make a phone call to somebody else in the

03:34:24  7    U.S., you pick up the phone, you dial the number that you

03:34:27  8    want to call.  You start to hear it ring.  So that's the

03:34:30  9    first part of the protocol.  The other person hears it ring

03:34:34  10   on their end, and they pick up the phone.  When they pick up

03:34:36  11   the phone -- in my case I say, "Hello.  This is Adam."  Then

03:34:42  12   you know that you have established a communication that is

03:34:44  13   an English phone call.

03:34:47  14   Q.    Are you familiar with the term "plugX."

03:34:53  15   A.    I am.

03:34:54  16   Q.    What is plugX?

03:34:55  17   A.    PlugX is a variant of a remote access trojan.

03:34:59  18   Q.    In general terms, how does plugX work?

03:35:03  19   A.    PlugX works very similar to Sakula.  It gets installed

03:35:08  20   on a computer, and it will initiate a beacon outbound to a

03:35:12  21   predefined location on the Internet.

03:35:16  22   Q.    Does plugX have a different protocol than Sakula?

03:35:20  23   A.    It does.

03:35:21  24   Q.    Is the ultimate affect of providing remote access

03:35:25  25   similar, though?

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

03:35:25    1    **A.**    It is similar.

03:35:27    2    **Q.**    Just one more term I'd like to loop back to.  Are you

03:35:32    3    familiar with the phrase "executable file"?

03:35:36    4    **A.**    I am.

03:35:37    5    **Q.**    Could you provide a basic definition of what this term

03:35:42    6    means and provide a couple examples of what are executable

03:35:47    7    files?

03:35:47    8    **A.**    An executable file is a program that can be run on a

03:35:50    9    computer.  So a good example of an executable file is if you

03:35:55   10    go to your computer or your phone or whatever you use to

03:35:57   11    browse the Internet and you click on the icon that opens up

03:36:00   12    a web browser, what the computer in the background is doing

03:36:03   13    is opening up an executable file that causes the browser to

03:36:08   14    be displayed to you, which then allows you to be connected

03:36:12   15    to the Internet.

03:36:12   16    **Q.**    I'd like to direct your attention now to October of 2019.

03:36:18   17         Did there come a time that you conducted a forensic

03:36:20   18    examination of a hard drive?

03:36:23   19    **A.**    Yes, I did.

03:36:24   20    **Q.**    Who provided you with the hard drive?

03:36:27   21    **A.**    The hard drive was provided by DGSI.

03:36:32   22    **Q.**    What is DGSI?

03:36:34   23    **A.**    DGSI is roughly equivalent to the domestic

03:36:40   24    investigation and intelligence arm of the French government

03:36:44   25    as it relates to cyber matters.

JAMES - DIRECT (McKenzie)                                    123

03:36:47  1    **Q.**    Does it have a law enforcement component to it?

03:36:49  2    **A.**    Yes, it does.

03:36:51  3    **Q.**    And does the FBI and DGSI have a law enforcement

03:36:55  4    relationship?

03:36:56  5    **A.**    We do.

03:36:57  6    **Q.**    And as a result of this relationship, did they share this

03:37:01  7    computer with you?

03:37:02  8    **A.**    Yes.

03:37:03  9    **Q.**    Did you then conduct a forensic examination of the

03:37:08  10   computer -- or of the hard drive?  Excuse me.

03:37:11  11   **A.**    Yes, I did.

03:37:12  12   **Q.**    As part of that examination, were you able to determine

03:37:19  13   what computer system and network the hard drive belonged to?

03:37:23  14   **A.**    Yes.

03:37:24  15   **Q.**    And what company, if any, did the hard drive belong to?

03:37:30  16   **A.**    So the company was registered -- sorry.  The hard drive

03:37:34  17   was registered to Snecma.

03:37:37  18   **Q.**    And what is Snecma?

03:37:40  19   **A.**    Snecma is a subsidiary of Safran Group.

03:37:44  20   **Q.**    And where is Safran located?

03:37:46  21   **A.**    Safran is headquartered in France.

03:37:49  22   **Q.**    And as part of your examination of the hard drive, were

03:37:53  23   you able to identify a user profile?

03:37:57  24   **A.**    Yes, I was.

03:37:58  25   **Q.**    Were you able to view emails and other documents?

JAMES - DIRECT (McKenzie)                                          124

03:38:04  1    **A.**    Yes, I was.

03:38:05  2    **Q.**    Were you able to identify a particular user of that hard

03:38:11  3    drive as a result of your analysis?

03:38:14  4    **A.**    Yes.

03:38:14  5    **Q.**    Was that person Frederic Hascoet?

03:38:19  6    **A.**    It was.

03:38:20  7    **Q.**    Will you please provide the jury with an overview of how

03:38:26  8    you conducted the forensic examination of this hard drive?

03:38:30  9    **A.**    Yes.  So we first took a forensic image of the hard

03:38:35  10   drive, and then I conducted analysis against the forensic

03:38:38  11   image.  The first step that I did is I created a timeline of

03:38:43  12   activities that were on the system, and then I reviewed the

03:38:47  13   timeline to see if there was any indication of a computer

03:38:50  14   intrusion.

03:38:51  15   **Q.**    As a result of your analysis, what, if any, malware did

03:39:00  16   you find?

03:39:00  17   **A.**    On the hard drive, I found one variant of Sakula

03:39:07  18   malware and two variants of plugX.

03:39:11  19   **Q.**    Were you able to determine when these malware programs

03:39:15  20   were installed on the hard drive?

03:39:16  21   **A.**    Yes.

03:39:17  22   **Q.**    I'll come -- I'll come back to that.

03:39:22  23        I'd like to start with a discussion of Sakula.  Was there

03:39:29  24   just one file associated with Sakula or were there multiple

03:39:35  25   files associated with this program?

JAMES - DIRECT (McKenzie)                                        125

03:39:37  1    A.    For Sakula, there was two files still on disk that were

03:39:41  2    related to Sakula.

03:39:44  3    Q.    Were you able to determine what Sakula was set up to do?

03:39:48  4    A.    Yes, I was.

03:39:50  5    Q.    Will you please explain that to the jury?

03:39:53  6    A.    The Sakula variant that was located on the hard drive I

03:39:57  7    analyzed was set up to initiate beacons to two domains on

03:40:04  8    the Internet.

03:40:04  9    Q.    What is a domain?

03:40:08  10   A.    A domain is a shortened version of domain name.  So a

03:40:12  11   domain name is how normal people access locations on the

03:40:17  12   Internet.  So computers communicate via IP addresses.  So

03:40:22  13   think of an IP address of a computer as similar to your

03:40:26  14   telephone number.

03:40:26  15         A domain name would be equivalent to setting up a

03:40:29  16   contact in your phone to link a phone number to a name that

03:40:33  17   you remember.  So like if I want to go to www.fbi.gov,

03:40:39  18   that's what I type in my web browser.  But on the back end,

03:40:43  19   the domain name system is doing the correlation between

03:40:50  20   www.fbi.gov and an IP address that is assigned to that

03:40:56  21   domain.

03:40:57  22   Q.    Quickly, for the IP address, does the "IP" stand for

03:41:02  23   Internet protocol?

03:41:03  24   A.    It does.

03:41:04  25   Q.    Is it a series of numbers and periods?

JAMES - DIRECT (McKenzie)                                    126

03:41:08  1    **A.**    Essentially, yes.

03:41:09  2    **Q.**    Okay.

03:41:09  3          THE COURT:  Have we reached an opportunity where we

03:41:10  4    could break?

03:41:12  5          MR. McKENZIE:  Of course, Your Honor.

03:41:13  6          THE COURT:  Very well.  We're going to take a

03:41:16  7    20-minute break and going to come back at 4.  And it would

03:41:19  8    appear you are going to survive.  During the break, please

03:41:23  9    take a break.  Don't discuss the case among yourselves or with

03:41:25  10   anyone else.  No independent research.  Continue to keep an

03:41:29  11   open mind.

03:41:31  12       Out of respect for you, we will rise as you leave.

03:41:34  13          THE COURTROOM DEPUTY:  All rise for the jury.

03:41:36  14       (Jury out at 3:41 p.m.)

03:42:06  15          THE COURT:  The jury's left the room.  The door is

03:42:19  16   closed.

03:42:20  17       We're going to recess till 4.  It's almost 20 minutes.

03:42:24  18   And then when we come back at 4, what's the likelihood that

03:42:28  19   the government will finish direct?

03:42:30  20          MR. McKENZIE:  Zero percent, Your Honor.

03:42:32  21          THE COURT:  Zero percent.

03:42:34  22          MR. McKENZIE:  Zero percent.

03:42:35  23          THE COURT:  So he is not going home to San Diego

03:42:40  24   tonight.

03:42:44  25          MR. McKENZIE:  Not tonight, Your Honor.

*Mary A. Schweinhagen, RDR, CRR   (937) 512-1604*

JAMES - DIRECT (McKenzie)                                    127

| | | |
|---|---|---|
| 03:42:46 | 1 | THE COURT: We are in recess until 4. Hoping to |
| 03:42:48 | 2 | break at 4:30. |
| 03:42:48 | 3 | THE COURTROOM DEPUTY: All rise. We are in recess |
| 03:42:50 | 4 | until 4 p.m. |
| 03:42:53 | 5 | (Recess from 3:43 p.m. until 3:59 p.m.) |
| 03:59:58 | 6 | THE COURT: Back on the record, about to get the |
| 04:00:05 | 7 | jury. |
| 04:00:05 | 8 | Mr. McKenzie, have the odds changed? |
| 04:00:08 | 9 | MR. McKENZIE: You know, I took another look at my |
| 04:00:11 | 10 | outline, and I bump up to maybe five percent. I'm feeling a |
| 04:00:15 | 11 | little more bullish. |
| 04:00:16 | 12 | THE COURT: Let the record reflect that. |
| 04:00:19 | 13 | Are we ready for the jury from the government's |
| 04:00:21 | 14 | perspective? |
| 04:00:22 | 15 | MR. McKENZIE: Yes, Your Honor. |
| 04:00:22 | 16 | THE COURT: And the defense? |
| 04:00:24 | 17 | MS. TAYLOR: Yes, Your Honor. |
| 04:00:25 | 18 | THE COURT: Very well. Let's call for the jury. |
| 04:01:17 | 19 | We need to remember we have an interpreter at the end of |
| 04:01:20 | 20 | a long day, so if we can all try and talk slowly, that will |
| 04:01:25 | 21 | accommodate her. |
| 04:01:32 | 22 | THE COURTROOM DEPUTY: All rise for the jury. |
| 04:01:34 | 23 | (Jury in at 4:01 p.m.) |
| 04:02:05 | 24 | THE COURT: You may all be seated. Thank you. |
| 04:02:10 | 25 | 15 jurors have returned from a break. We will continue |

JAMES - DIRECT (McKenzie)                                    128

04:02:15   1    hearing testimony from this witness, who remains under oath.

04:02:19   2         The prosecutor may continue.

04:02:19   3    BY MR. McKENZIE:

04:02:24   4    Q.   Before the break, we were defining what a domain name is.

04:02:33   5    And prior to that, you testified about Sakula beaconing to a

04:02:41   6    domain name.

04:02:43   7         How many domains, if any, did the Sakula malware beacon

04:02:50   8    to?

04:02:50   9    A.   It was configured to beacon to two domain names.

04:02:53   10   Q.   And were there particular domain names that the malware

04:02:58   11   beaconed to?

04:02:59   12   A.   Yes, there were.

04:03:01   13   Q.   Do you remember those domain names?

04:03:04   14   A.   I do.

04:03:04   15   Q.   What was the first domain it beaconed to?

04:03:10   16   A.   The first domain was oa.ameteksen.com.

04:03:19   17   Q.   Are you familiar with a company called Ametek Sensors?

04:03:25   18   A.   I am.

04:03:26   19   Q.   What is Ametek Sensors?

04:03:29   20   A.   Ametek Sensors is a subsidiary of a larger company

04:03:35   21   named Ametek, which is a part supplier for Snecma.

04:03:42   22   Q.   And by part supplier, is that like airline parts?

04:03:45   23   A.   Yes.

04:03:46   24   Q.   Does Ametek Sensors have a website?

04:03:53   25   A.   Yes, they do.

JAMES - DIRECT (McKenzie)                                    129

| | | |
|---|---|---|
| 04:03:54 | 1 | **Q.** Have you visited that website? |
| 04:03:56 | 2 | **A.** I did at the time. |
| 04:04:00 | 3 | **Q.** Are you familiar with the term "doppelganger domain"? |
| 04:04:09 | 4 | **A.** I am. |
| 04:04:10 | 5 | **Q.** Would you please explain to the jury what a doppelganger |
| 04:04:14 | 6 | domain is? |
| 04:04:15 | 7 | **A.** Doppelganger domain is a domain name that's intended to |
| 04:04:20 | 8 | look similar to a legitimate company's domain but it's not |
| 04:04:23 | 9 | owned by the legitimate company. |
| 04:04:25 | 10 | **Q.** And how are doppelganger domains used in computer |
| 04:04:32 | 11 | intrusions and in cyber investigations? |
| 04:04:33 | 12 | **A.** There are several ways that doppelganger domains can be |
| 04:04:38 | 13 | used in computer intrusion activity. One good example is if |
| 04:04:42 | 14 | I wanted to click on something that has malicious -- some |
| 04:04:46 | 15 | kind of malicious attachment. If I send you a domain name |
| 04:04:50 | 16 | that is maybe one letter off of something you're likely to |
| 04:04:55 | 17 | go to, it's going to be more likely to entice you to click |
| 04:04:58 | 18 | on that link and download the malware. |
| 04:05:01 | 19 | Another way, which is more pertinent to this instance, |
| 04:05:04 | 20 | is when a company has any kind of computer on their internal |
| 04:05:12 | 21 | network trying to reach out to something on the Internet, |
| 04:05:15 | 22 | they monitor those systems to make sure they are -- |
| 04:05:20 | 23 | generally their users are going to places they should be. |
| 04:05:23 | 24 | And so if you create a doppelganger domain and put it in |
| 04:05:27 | 25 | malware, when it beacons out to the Internet it looks like |

JAMES - DIRECT (McKenzie)                                    130

| | | |
|---|---|---|
| 04:05:30 | 1 | more legitimate traffic. |
| 04:05:32 | 2 | **Q.**   Did you investigate or look into oa.ameteksen.com? |
| 04:05:47 | 3 | **A.**   Yes, I did. |
| 04:05:47 | 4 | **Q.**   Is that a web domain name owned by Ametek Sensors? |
| 04:05:49 | 5 | **A.**   It is not. |
| 04:05:50 | 6 | **Q.**   Now, you mentioned that the Sakula malware beaconed to a |
| 04:06:04 | 7 | second domain.  Will you please share that second domain with |
| 04:06:07 | 8 | the jury? |
| 04:06:08 | 9 | **A.**   The second domain that it was configured to beacon to |
| 04:06:11 | 10 | was secure.safran-group.com. |
| 04:06:18 | 11 | **Q.**   Are you familiar with Safran Group, the company? |
| 04:06:22 | 12 | **A.**   I am. |
| 04:06:23 | 13 | **Q.**   Did you visit secure.safran-group.com? |
| 04:06:31 | 14 | **A.**   I did not directly visit that domain. |
| 04:06:33 | 15 | **Q.**   Are you aware if safran-group.com is a legitimate domain |
| 04:06:38 | 16 | owned by Safran, the company? |
| 04:06:40 | 17 | **A.**   It is owned by Safran, the company. |
| 04:06:44 | 18 | **Q.**   Backing up to your forensic analysis.  Were you able to |
| 04:06:53 | 19 | determine if Sakula actually did beacon to these domains? |
| 04:06:59 | 20 | **A.**   I was able to determine that. |
| 04:07:00 | 21 | **Q.**   And how do you know? |
| 04:07:01 | 22 | **A.**   There was evidence located on the hard drive of |
| 04:07:07 | 23 | outbound connections to both of those domains in the format |
| 04:07:09 | 24 | of a Sakula beacon. |
| 04:07:11 | 25 | **Q.**   Now, you mentioned earlier that there were more than one |

JAMES - DIRECT (McKenzie)                    131

| | | |
|---|---|---|
| 04:07:20 | 1 | file -- that there was more than one file associated with this |
| 04:07:24 | 2 | Sakula malware.  Did any of those files have visible |
| 04:07:34 | 3 | interfaces that you could interact with and see on the screen |
| 04:07:37 | 4 | of the computer? |
| 04:07:37 | 5 | **A.**    Yes, one of them did. |
| 04:07:41 | 6 | **Q.**    In which language was that program? |
| 04:07:43 | 7 | **A.**    It was in the Chinese language. |
| 04:07:46 | 8 | **Q.**    Were you able to determine when the Sakula malware was |
| 04:07:55 | 9 | installed on the hard drive? |
| 04:07:58 | 10 | **A.**    I was. |
| 04:07:59 | 11 | **Q.**    And what date was the malware installed on the hard |
| 04:08:05 | 12 | drive? |
| 04:08:05 | 13 | **A.**    January 25th of 2014. |
| 04:08:09 | 14 | **Q.**    How do you know it was January 25th of 2014? |
| 04:08:14 | 15 | **A.**    Because evidence associated with the file, like the |
| 04:08:18 | 16 | created date indicated it was that date. |
| 04:08:22 | 17 | **Q.**    What, if anything significant, happened with the hard |
| 04:08:27 | 18 | drive prior to Sakula being installed on the computer?  What, |
| 04:08:34 | 19 | if anything, from the log? |
| 04:08:36 | 20 | **A.**    There was several things that happened.  A USB device |
| 04:08:40 | 21 | was inserted into the computer immediately before the |
| 04:08:48 | 22 | installation. |
| 04:08:48 | 23 | **Q.**    What is a USB drive? |
| 04:08:51 | 24 | **A.**    A USB device is a piece of removable media that is |
| 04:08:55 | 25 | generally used by people to store files to transfer between |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                      132

| | | |
|---|---|---|
| 04:08:59 | 1 | computers. |
| 04:08:59 | 2 | **Q.**   How do you know that a USB drive was installed into the |
| 04:09:02 | 3 | computer before the Sakula malware was installed? |
| 04:09:09 | 4 | **A.**   So when a user takes actions on a computer, the |
| 04:09:13 | 5 | operating system of that computer records information about |
| 04:09:15 | 6 | the actions that were taken.  Generally, these are being |
| 04:09:20 | 7 | recorded to improve the user experience on the computer. |
| 04:09:24 | 8 | And so when you insert a USB device into a computer, the |
| 04:09:28 | 9 | computer records information about that USB device.  So if |
| 04:09:32 | 10 | you plug the same one in again in the future, your user |
| 04:09:36 | 11 | experience is going to be as close to as possible as the |
| 04:09:38 | 12 | first time you inserted it. |
| 04:09:41 | 13 | **Q.**   On what date was the USB drive installed into the hard |
| 04:09:45 | 14 | drive? |
| 04:09:46 | 15 | **A.**   It was inserted into the computer on -- |
| 04:09:50 | 16 | **Q.**   Into the computer.  I'm sorry. |
| 04:09:55 | 17 | **A.**   -- on January the 25th, 2014. |
| 04:09:58 | 18 | **Q.**   I'd like to take a step back from your forensic |
| 04:10:01 | 19 | examination for a moment. |
| 04:10:07 | 20 |     As part of your investigation, did you review text |
| 04:10:09 | 21 | messages sent and received by the defendant? |
| 04:10:13 | 22 | **A.**   I did. |
| 04:10:14 | 23 |     MR. McKENZIE:  Before we get to those, Your Honor, I |
| 04:10:16 | 24 | ask that we publish to the jury Government's Exhibit 21b, |
| 04:10:22 | 25 | which is already in evidence, and I ask that we turn to page |

JAMES - DIRECT (McKenzie)                                        133

| | | |
|---|---|---|
| 04:10:26 | 1 | 1. |
| 04:10:27 | 2 | THE COURT:  Very well. |
| 04:10:31 | 3 | BY MR. McKENZIE: |
| 04:10:32 | 4 | Q.   Directing your attention to page 1, could you please read |
| 04:10:34 | 5 | the name listed in the top left corner? |
| 04:10:38 | 6 | A.   Xu Yanjun. |
| 04:10:42 | 7 | Q.   Moving to the middle of the page, can you read what is |
| 04:10:45 | 8 | written under "Current Post"? |
| 04:10:49 | 9 | A.   "Deputy division director at Sixth Bureau of Jiangsu |
| 04:10:54 | 10 | Province Ministry of State Security." |
| 04:10:56 | 11 | Q.   I'd like to direct your attention now to page 2.  And |
| 04:11:02 | 12 | specifically to the job posting from August 2010 to November |
| 04:11:10 | 13 | 2014.  Could you please read that job posting? |
| 04:11:15 | 14 | A.   "Section chief at Second Section of Fourth Bureau of |
| 04:11:22 | 15 | Jiangsu Ministry of State Security, the agency renamed to |
| 04:11:26 | 16 | the Sixth Bureau in December, 2013." |
| 04:11:28 | 17 | THE COURT:  Sir, you are doing great.  Can you keep |
| 04:11:30 | 18 | your voice up, please.  A couple old men in the back row |
| 04:11:33 | 19 | having trouble hearing you. |
| 04:11:36 | 20 | THE WITNESS:  Do you want me to read it again? |
| 04:11:39 | 21 | THE COURT:  No. |
| 04:11:40 | 22 | BY MR. McKENZIE: |
| 04:11:40 | 23 | Q.   No. |
| 04:11:42 | 24 | MR. McKENZIE:  Your Honor, may we now publish what |
| 04:11:44 | 25 | is in evidence as Government's Exhibit 110, and direct the |

JAMES - DIRECT (McKenzie)                              134

| | |
|---|---|
| 04:11:50 | 1 |

witness's attention to page 1?

04:11:55  2        THE COURT:  Yes.

04:11:59  3  BY MR. McKENZIE:

04:12:02  4  **Q.**    Looking at the key at the very, very top, in what color

04:12:06  5  are the messages sent by Xu Yanjun?

04:12:10  6  **A.**    Blue.

04:12:13  7  **Q.**    Will you please read the first message sent on November

04:12:20  8  19, 2013?

04:12:23  9  **A.**    Xu Yanjun contacted Tian Xi.  He said, "On what date

04:12:31  10  does the Frenchman arrive?  Is it possible to make

04:12:34  11  arrangements for him to meet with Teacher Wu Tieying and I

04:12:40  12  in Suzhou?  Under the name of Nanjing University of

04:12:47  13  Aeronautics and Astronautics in the evening."

04:12:48  14  **Q.**    In what country is Safran located?

04:12:50  15  **A.**    They are located in France.

04:12:52  16  **Q.**    Who sent this message that you just read?

04:12:54  17  **A.**    Xu Yanjun.

04:12:58  18  **Q.**    And who received the message?

04:12:59  19  **A.**    Tian Xi.

04:13:02  20        MR. McKENZIE:  Your Honor, I ask that we now show

04:13:04  21  the witness what is in evidence as Government's Exhibit 111.

04:13:09  22  And I ask that we direct the -- or excuse me -- publish to the

04:13:15  23  jury 111 and direct the witness's attention to page 6.

04:13:21  24        THE COURT:  Yes.

04:13:28  25  BY MR. McKENZIE:

JAMES - DIRECT (McKenzie)                                  135

04:13:28  1    Q.    I am showing you what is in evidence as Government's 111.
04:13:31  2    Are these business records from Safran?
04:13:33  3    A.    Yes, it is.
04:13:34  4    Q.    Directing your attention to the -- the top of the page,
04:13:43  5    who is the sender of this letter?
04:13:45  6    A.    Safran Aircraft Engines Suzhou Company, Limited.
04:13:51  7    Q.    Turning your attention to the first paragraph of the
04:13:56  8    column on the right.  Who is the recipient of this letter?
04:14:00  9    A.    Tian Xi.
04:14:04  10   Q.    About midway through there is a title.  Will you please
04:14:08  11   read the title of this letter?
04:14:10  12   A.    "Position of Manufacturing Engineer."
04:14:13  13   Q.    Under "Re:" -- do you see where it says "Re:  Termination
04:14:18  14   Letter"?
04:14:18  15   A.    Oh, yes.
04:14:19  16   Q.    And then directing your attention to the first full
04:14:22  17   paragraph, does it list Tian Xi's position as manufacturing
04:14:30  18   engineer?
04:14:30  19   A.    It does.
04:14:31  20   Q.    We'll return to this exhibit later.  I would like to
04:14:41  21   please go back to Government's 110, page 1.
04:14:47  22        I will read the responses from Tian Xi, and you please
04:14:55  23   read the messages for Xu Yanjun.
04:14:58  24        Tian responded, "Next Monday.  I'll be here with another
04:15:03  25   Frenchman that frequently comes to Suzhou.  I think they will

JAMES - DIRECT (McKenzie)                                    136

| | | |
|---|---|---|
| 04:15:08 | 1 | be together all the time.  It's not good to talk to both of |
| 04:15:10 | 2 | them.  I will [mention] it to him." |
| 04:15:16 | 3 | "Mention it to him and see what reaction he has." |
| 04:15:21 | 4 | A.   Xu Yanjun then replies, "Good, thanks." |
| 04:15:25 | 5 | Q.   Moving to November 25, 2013, will you again read the |
| 04:15:32 | 6 | messages from Xu Yanjun, and I will read the messages from |
| 04:15:39 | 7 | Tian Xi. |
| 04:15:40 | 8 | A.   "Do you have any knowledge of the company Firth Rixon |
| 04:15:45 | 9 | Company?" |
| 04:15:45 | 10 | Q.   "The Suzhou Company isn't far from us but I've no |
| 04:15:48 | 11 | knowledge of it." |
| 04:15:50 | 12 | A.   "Are those two Frenchmen arriving today?  Are they |
| 04:15:53 | 13 | going to Shanghai together on the weekend?" |
| 04:15:57 | 14 | Q.   "Yes." |
| 04:15:57 | 15 | A.   "What's the other Frenchman's name?  What position does |
| 04:16:00 | 16 | he hold?  Is it his first time here?  Will come often in the |
| 04:16:05 | 17 | future?  Are you familiar with him?" |
| 04:16:08 | 18 | Q.   "Both come often.  One has been here ten times or so this |
| 04:16:11 | 19 | year.  The other's office is next door.  First time coming |
| 04:16:15 | 20 | over." |
| 04:16:17 | 21 | A.   "Do you have their business cards?  If not, can you get |
| 04:16:20 | 22 | them?" |
| 04:16:21 | 23 | Q.   "I have one.  Will ask the other one." |
| 04:16:24 | 24 | A.   "Okay.  Please help me to get the information.  I'm |
| 04:16:28 | 25 | sending what I need to your email.  Thanks." |

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                    137

04:16:31   1    **Q.**   "Got it."

04:16:32   2    **A.**   "Email sent.  Please check."

04:16:33   3    **Q.**   "Okay."

04:16:36   4         Will you please read the message from November 26, 2013?

04:16:40   5    **A.**   "When is it convenient for you to talk on the phone?"

04:16:47   6    **Q.**   Will you please read the last message on this page from

04:16:52   7    November 27, 2013?

04:16:55   8    **A.**   "I'll bring the horse to you tonight.  Can you take the

04:16:59   9    Frenchman out for dinner tonight?  I'll pretend I bump into

04:17:04   10   you at the restaurant to say hello.  This way we don't need

04:17:08   11   to meet in Shanghai."

04:17:10   12   **Q.**   Who sent that message?

04:17:12   13   **A.**   Xu Yanjun.

04:17:15   14   **Q.**   To whom did he send it?

04:17:17   15   **A.**   Tian Xi.

04:17:19   16   **Q.**   What does the phrase "horse" mean in cyber

04:17:21   17   investigations?

04:17:22   18   **A.**   Remote access trojan.

04:17:24   19   **Q.**   Where does the horse -- how does trojan derive -- let me

04:17:30   20   rephrase.  How do you get "horse" from the phrase "trojan"?

04:17:34   21   **A.**   Yes.  So the name "remote access trojan" in computer

04:17:38   22   security is taken from the old Greek mythology of the trojan

04:17:43   23   horse.  So in that story in Greek mythology the Greeks built

04:17:47   24   a trojan horse.  They enticed the trojans to bring it inside

04:17:50   25   their city, and then it allowed -- you know, some soldiers

| | | |
|---|---|---|
|04:17:53|1|got out and opened the gates to allow the Greek Army in.|
|04:17:57|2|    And so that's similar to a piece of malware being|
|04:18:01|3|installed on your computer and then allowing your remote|
|04:18:05|4|user to access it, similar to how it was used Greek|
|04:18:08|5|mythology.|
|04:18:08|6|**Q.**   Is a remote access trojan a type of trojan horse?|
|04:18:11|7|**A.**   It is.|
|04:18:12|8|**Q.**   Is Sakula a type of trojan horse?|
|04:18:14|9|**A.**   It is.|
|04:18:14|10|**Q.**   And remind me, where is Safran located?|
|04:18:20|11|**A.**   It's headquartered in France.|
|04:18:23|12|    MR. McKENZIE:  Could we please see page 2 of Exhibit|
|04:18:27|13|110.|
|04:18:27|14|BY MR. McKENZIE:|
|04:18:31|15|**Q.**   I'd like to continue reading the messages from November|
|04:18:33|16|27th.  I will read Tian Xi.|
|04:18:39|17|    He responded, "I will find out if they have other|
|04:18:42|18|arrangements."|
|04:18:42|19|**A.**   "Good.  Is tonight on?"|
|04:18:44|20|**Q.**   "No."|
|04:18:47|21|**A.**   "I'm on the train.  Be in Suzhou around five."|
|04:18:51|22|    "Best to have dinner arrangement for tonight.  If not,|
|04:18:55|23|I'll stay at the hotel where they stay and then you can say|
|04:18:59|24|we'll have breakfast with them tomorrow morning and can go|
|04:19:03|25|to work together.  This way I can also meet them."|

JAMES - DIRECT (McKenzie)                                    139

| | | |
|---|---|---|
| 04:19:07 | 1 | "Most important is to meet them face to face." |
| 04:19:11 | 2 | **Q.** "Got it. They'll have a telephone conference call this |
| 04:19:14 | 3 | afternoon with France. I am discussing with them the matter |
| 04:19:18 | 4 | of having dinner tonight." |
| 04:19:25 | 5 | I'd like to move on to the next set of messages. |
| 04:19:33 | 6 | "It's possible they don't get off work until rather |
| 04:19:37 | 7 | late." |
| 04:19:37 | 8 | **A.** "Okay." |
| 04:19:38 | 9 | "It's tough." |
| 04:19:40 | 10 | "If you're successful in arranging a meal, where would |
| 04:19:43 | 11 | it be? I'll soon be in Suzhou." |
| 04:19:47 | 12 | "I can wait for you there first." |
| 04:19:49 | 13 | "I'm in a taxi, first heading to Yinxiang City." |
| 04:19:55 | 14 | **Q.** "Let's meet in Yinxizng City. They're having a telephone |
| 04:19:58 | 15 | conference meeting and will be late." |
| 04:20:01 | 16 | **A.** "Good." |
| 04:20:02 | 17 | **Q.** "They are going straight to eat at the hotel today." |
| 04:20:06 | 18 | **A.** "I am here." |
| 04:20:07 | 19 | "I'm on the fourth floor, Dayu. Waiting for you at the |
| 04:20:13 | 20 | booth seat in the back." |
| 04:20:15 | 21 | **Q.** "Haven't left work yet. Wait an hour for me." |
| 04:20:18 | 22 | **A.** "No worry, this is a buffet. I can wait." |
| 04:20:22 | 23 | "Which hotel are they staying at?" |
| 04:20:24 | 24 | **Q.** "Crowne Plaza." |
| 04:20:27 | 25 | **A.** "I've arrived." |

JAMES - DIRECT (McKenzie)                                        140

04:20:31   1    **Q.**   Let's continue to read the messages from November 29,

04:20:36   2    2013.

04:20:39   3    **A.**   "No chance these two days?"

04:20:41   4    **Q.**   "Not yet.  I'll pay attention."

04:20:50   5    **A.**   "Good."

04:20:51   6          MR. McKENZIE:  Can we turn to the next page, please.

04:20:51   7    BY MR. McKENZIE:

04:20:54   8    **Q.**   Will you please read the first message from December 6,

04:20:58   9    2013?

04:20:58   10   **A.**   "Horse hasn't been planted."

04:21:01   11   **Q.**   Who sent that message?

04:21:02   12   **A.**   Xu Yanjun.

04:21:04   13   **Q.**   To whom did he send it?

04:21:05   14   **A.**   Tian Xi.

04:21:09   15   **Q.**   In the context of cyber investigations, what does it mean

04:21:12   16   to plant a horse?

04:21:13   17   **A.**   To install a remote access trojan.

04:21:16   18   **Q.**   Let's continue reading the messages.

04:21:20   19        "Not yet.  I'll replay your email this weekend."

04:21:24   20   **A.**   "Good."

04:21:28   21   **Q.**   And let's continue on to December 9, 2013.

04:21:34   22   **A.**   "Have you sent the email to me?"

04:21:36   23   **Q.**   "Will send tonight, sorry about that."

04:21:39   24   **A.**   "It's nothing.  Ho, ho."

04:21:45   25   **Q.**   And we'll continue on to the 26th of December.

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                    141

04:21:51  1   **A.**   "That old man came over this time but still can't find

04:21:54  2   an opportunity?"

04:21:56  3   **Q.**   "No.  Will notify you when it's planted."

04:22:03  4        Again, what does "planted" mean in this context?

04:22:06  5   **A.**   To install a remote access trojan.

04:22:11  6   **Q.**   Directing your attention to the first message of January

04:22:16  7   16, 2014.  Will you please read just the first message?

04:22:23  8   **A.**   "Little Gu, will you be in Suzhou tomorrow?"

04:22:29  9   **Q.**   Who sent that message?

04:22:30  10  **A.**   Xu Yanjun.

04:22:33  11  **Q.**   And who received the message?

04:22:34  12  **A.**   Gu Gen.

04:22:38  13        MR. McKENZIE:  Your Honor, at this time I ask

04:22:40  14  permission to publish to the jury what is in evidence as

04:22:43  15  Government's 111 and show the jury page 1.

04:22:49  16        THE COURT:  Yes, it's in evidence.  I thought we

04:22:52  17  were just looking at that.

04:22:54  18        MR. McKENZIE:  Yes.

04:22:54  19        THE COURT:  Okay.  Page 1.

04:22:54  20  BY MR. McKENZIE:

04:22:59  21  **Q.**   Directing your attention to the top left of the page,

04:23:02  22  what is listed under "Name"?

04:23:05  23  **A.**   Gu Gen.

04:23:07  24  **Q.**   Near the bottom of the screen that's being displayed

04:23:10  25  right now, will you please read what it is in the box next to

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                    142

04:23:16  1   "Position"?

04:23:16  2   A.   "Senior IT infrastructure manager and information

04:23:20  3   security officer."

04:23:22  4   Q.   Directing your attention to the bottom of the page, which

04:23:26  5   will require a scroll down, will you please read who is listed

04:23:31  6   as the employer where we have that stamp?

04:23:34  7   A.   It says, "Safran Beijing Enterprise Management Company

04:23:39  8   Limited, Suzhou Branch."

04:23:43  9   Q.   All right.

04:23:45  10          MR. McKENZIE:  Your Honor, I ask to return to

04:23:47  11  Government's 110, page 3, and publish that now to the jury.

04:23:51  12          THE COURT:  Yes.

04:23:55  13          MR. McKENZIE:  And could we scroll down now to the

04:23:58  14  messages on January 16th.

04:23:58  15  BY MR. McKENZIE:

04:24:02  16  Q.   I will read the Gu Gen response.

04:24:07  17       "Yes."

04:24:08  18  A.   "I may go to Suzhou tomorrow.  Let's meet if you are

04:24:14  19  available."

04:24:15  20  Q.   "Okay."

04:24:17  21       Can we please read the first set of messages on January

04:24:24  22  17, 2014?  And we'll stop when we get to 11:07 a.m.

04:24:36  23  A.   Okay.

04:24:36  24       "Let's meet in the evening at Yinxiangcheng."

04:24:39  25       "What time do you prefer?"

*Mary A. Schweinhagen, RDR, CRR  (937) 512-1604*

JAMES - DIRECT (McKenzie)                                143

| | | |
|---|---|---|
| 04:24:42 | 1 | **Q.** Gu Gen replied, "I should be able to get there around 6." |
| 04:24:47 | 2 | **A.** "Okay." |
| 04:24:48 | 3 | "Little Gu, my schedule changed. I may arrive in |
| 04:24:52 | 4 | Suzhou late. Shall we meet at 8 instead? Still in 'Tea and |
| 04:24:59 | 5 | Seat' in Yinxiangcheng. Let's just have a chat instead of |
| 04:25:03 | 6 | dinner. What do you think?" |
| 04:25:05 | 7 | "Sorry about that." |
| 04:25:07 | 8 | **Q.** "8 o'clock is a little bit too late. What about we do a |
| 04:25:10 | 9 | phone chat instead?" |
| 04:25:12 | 10 | **A.** "It won't take long. 30 minutes will do. I will |
| 04:25:15 | 11 | arrive in Suzhou around 7. I can be there by 7:30 at the |
| 04:25:20 | 12 | earliest." |
| 04:25:21 | 13 | **Q.** "Okay." |
| 04:25:22 | 14 | **A.** "I got on an earlier train. Will arrive at |
| 04:25:25 | 15 | Yinxiangcheng in 30 minutes." |
| 04:25:30 | 16 | MR. McKENZIE: Can we please go to page 4. |
| 04:25:30 | 17 | BY MR. McKENZIE: |
| 04:25:35 | 18 | **Q.** "Okay. I'm on my way." |
| 04:25:36 | 19 | **A.** "I have arrived." |
| 04:25:38 | 20 | **Q.** "Will be there soon." |
| 04:25:39 | 21 | **A.** "No hurry." |
| 04:25:41 | 22 | **Q.** Let's -- let's stop right there. |
| 04:25:44 | 23 | I'm going to direct your attention to just the next |
| 04:25:48 | 24 | message. Will you please read that message? |
| 04:25:55 | 25 | **A.** "I just met with Little Gu and he said Safran cautioned |

JAMES - DIRECT (McKenzie)                                    144

| | | |
|---|---|---|
| 04:26:00 | 1 | people were posing as company leadership sending out |
| 04:26:04 | 2 | letters.  Did you all do that?" |
| 04:26:06 | 3 | **Q.**  Who sent that message? |
| 04:26:08 | 4 | **A.**  Xu Yanjun. |
| 04:26:10 | 5 | **Q.**  To whom did he send it? |
| 04:26:12 | 6 | **A.**  Chai Meng. |
| 04:26:16 | 7 | MR. McKENZIE:  Your Honor, I ask that we publish to |
| 04:26:18 | 8 | the jury what is in evidence as Government's 39b and direct |
| 04:26:22 | 9 | their attention to page 1. |
| 04:26:25 | 10 | THE COURT:  Yes. |
| 04:26:25 | 11 | BY MR. McKENZIE: |
| 04:26:29 | 12 | **Q.**  Directing your attention to the fourth message sent on |
| 04:26:36 | 13 | the right there.  Is that the message that you just read? |
| 04:26:39 | 14 | **A.**  That is what I just read. |
| 04:26:42 | 15 | **Q.**  And is the recipient there on the left Chai Meng? |
| 04:26:49 | 16 | **A.**  Yes, it is. |
| 04:26:50 | 17 | MR. McKENZIE:  Your Honor, I'd like to return now to |
| 04:26:52 | 18 | the Government's Exhibit 110, where we left off. |
| 04:26:57 | 19 | THE COURT:  Very well. |
| 04:26:58 | 20 | MR. McKENZIE:  Page 4?  Page 3.  I apologize.  With |
| 04:27:02 | 21 | the Chai Meng.  No, page 4.  On page 4. |
| 04:27:02 | 22 | BY MR. McKENZIE: |
| 04:27:10 | 23 | **Q.**  And I will read Chai Meng's response. |
| 04:27:13 | 24 | "We pretended to be the webmaster sending out the letter |
| 04:27:17 | 25 | but not posing as leadership.  It's unknown how many want to |

04:27:20  1    engage Safran each day."

04:27:22  2    **A.**    "How is it that you all didn't bother them by

04:27:25  3    cautioning?  I just stated that it was you that had done

04:27:30  4    it."

04:27:30  5    **Q.**    "Gu believed we did it?"

04:27:33  6    **A.**    "No doubt."

04:27:34  7    **Q.**    Are you familiar with the term "phishing," spelled

04:27:41  8    P-H-I-S-H-I-N-G, in the context of cyber intrusions?

04:27:46  9    **A.**    I am.

04:27:47  10   **Q.**    Will you explain to the jury what phishing is?

04:27:52  11   **A.**    Phishing is when you send an email to somebody that

04:27:55  12   looks like an email that they would get from a person that

04:27:58  13   they would expect to get an email from, but what you do is

04:28:01  14   you embed some kind of either malicious link or you add a

04:28:05  15   malicious attachment that if they click on it or open the

04:28:08  16   attachment, it will compromise their computer and give you

04:28:11  17   access to it.

04:28:13  18   **Q.**    What stands out to you about this exchange that we just

04:28:18  19   read?

04:28:19  20   **A.**    What stands out to me most is that Gu had told them

04:28:26  21   that Safran had cautioned people, that people were posing as

04:28:31  22   the leadership to send out letters, which could also be

04:28:35  23   emails.

04:28:37  24   **Q.**    I'd like to pause from reading these messages for a

04:28:41  25   moment and return to your analysis of the computer.

JAMES - DIRECT (McKenzie)                                        146

04:28:44  1      On which date was the Sakula malware you found installed

04:28:49  2  on the computer?

04:28:50  3  A.    January 25th of 2014.

04:28:55  4  Q.    On which date was the USB drive installed on the

04:28:58  5  computer?

04:28:59  6  A.    It was inserted into the computer on January 25, 2014.

04:29:03  7  Q.    Returning to the Government's Exhibit 110, I would like

04:29:08  8  to begin reading the messages from January 25, 2014.  Is this

04:29:14  9  the same day that the malware was installed?

04:29:17  10  A.    It is.

04:29:17  11  Q.    Will you please read, even though it's in green, but will

04:29:21  12  you please read the first message from January 25, 2014?

04:29:26  13  A.    "The horse is planted this morning."

04:29:29  14  Q.    Will you please remind the jury what it means to plant a

04:29:32  15  horse?

04:29:32  16  A.    To install a remote access trojan.

04:29:35  17  Q.    Who sent that message?

04:29:36  18  A.    Tian Xi.

04:29:39  19  Q.    To whom did he send it?

04:29:43  20  A.    Xu Yanjun.

04:29:43  21  Q.    Will you please read just the defendant's response?

04:29:52  22  A.    "Good."

04:29:54  23  Q.    Now, the next message on the screen, who sent that

04:30:01  24  message?

04:30:02  25  A.    Xu Yanjun.

JAMES - DIRECT (McKenzie)                                    147

04:30:03   1    Q.    To whom did he send it.

04:30:05   2    A.    Chai Meng.

04:30:07   3    Q.    What did the defendant tell Chai Meng?

04:30:09   4    A.    "I have reported the Suzhou incident to Zha, and I will

04:30:14   5    start my vacation today.  Please direct any inquiries or

04:30:17   6    reports to Chen.  Thanks."

04:30:19   7    Q.    I will now read Chai Meng's response.

04:30:25   8          "Okay.  A device with a Nanjing IP address is now online.

04:30:30   9    I'm taking a look at."

04:30:35   10         Will you please remind the jury what an IP address is?

04:30:41   11   A.    An IP address is how a device that's on the Internet is

04:30:46   12   communicated with.  So it's the address at which that device

04:30:50   13   is located.

04:30:51   14   Q.    What does it mean to have a Nanjing IP address?

04:30:57   15   A.    There are ways to geolocate, so to determine where a

04:31:01   16   physical computer is, based on the IP address.  So in this

04:31:05   17   instance, they indicate that the IP address is geolocating

04:31:11   18   to Nanjing.

04:31:12   19   Q.    In the context of remote access trojans in general and

04:31:17   20   Sakula in particular, what does it mean to be online?

04:31:21   21   A.    To be online for remote access trojan means that the

04:31:26   22   beacon has been received by a controller that is controlled

04:31:29   23   by the IP intruders.

04:31:31   24   Q.    Based on your review of the Sakula malware, does that

04:31:35   25   program allow a user to take a look at the computer?

JAMES - DIRECT (McKenzie)                                        148

04:31:38    1    **A.**    Yes, it would allow them to access the computer.

04:31:44    2    **Q.**    Will you please read the next message?

04:31:51    3    **A.**    "I saw this person's device, but his IP shows Nanjing.

04:31:56    4    Is that person in Nanjing?"

04:31:58    5    **Q.**    Who sent that message?

04:31:59    6    **A.**    Xu Yanjun.

04:32:02    7    **Q.**    To whom did he send it?

04:32:04    8    **A.**    Tian Xi.

04:32:06    9    **Q.**    And how did Tian Xi respond?

04:32:10   10    **A.**    "No, he is in Suzhou."

04:32:14   11    **Q.**    Directing your attention now to January 26, 2014,

04:32:20   12    messages, will you please read the first message that was

04:32:23   13    sent?

04:32:25   14    **A.**    "Destroy the horse."

04:32:28   15    **Q.**    Who sent that message?

04:32:29   16    **A.**    Xu Yanjun.

04:32:32   17    **Q.**    To whom did he send it?

04:32:34   18    **A.**    Tian Xi.

04:32:35   19    **Q.**    Did Tian Xi reply, "Acknowledged"?

04:32:39   20    **A.**    He did.

04:32:41   21             THE COURT:  We are past 4:30.  Are we at a good

04:32:44   22    break point?

04:32:45   23             MR. McKENZIE:  As good as any, Your Honor.

04:32:47   24        Actually, you know what?  If I can ask two more

04:32:50   25    questions, we will be at an even better break point.

04:32:54   1              THE COURT:  I'll count them.  Go ahead.

04:32:54   2    BY MR. McKENZIE:

04:32:59   3    Q.  Question 1:  Based on your review, your forensic review

04:33:02   4    of the computer, was the Sakula malware altered on January 26,

04:33:10   5    2014?

04:33:11   6    A.  It was not.

04:33:11   7    Q.  In this context, what does "destroy the horse" mean?

04:33:18   8    A.  In this context, it could mean to either remove the

04:33:20   9    malware from the compromised computer or to destroy the

04:33:25  10    device that the horse was originally located on.

04:33:28  11              MR. McKENZIE:  I'm a man of my word, Your Honor.  I

04:33:30  12    will pause questioning until tomorrow.

04:33:32  13              THE COURT:  Let the record reflect that.

04:33:34  14        Ladies and gentlemen of the jury, you have done a good

04:33:37  15    job today.  I've been watching you.  You're taking notes.

04:33:41  16    You're focused.  You're working hard.  On behalf of the court

04:33:45  17    and the community, we express a thanks for the work you are

04:33:48  18    doing.

04:33:48  19        I want you to take a break tonight and go back to family

04:33:51  20    and loved ones.  Do not answer any of their questions about

04:33:54  21    what's going on in the court.  Tell them the judge has ordered

04:33:58  22    you not to.  So no discussing the case with anyone, including

04:34:02  23    among yourselves.  No independent research.  Continue to keep

04:34:06  24    an open mind.  Get a good night's sleep.  We'll ask you to be

04:34:11  25    here, as always, at 9:15 in the hope that we can get you in

| | | |
|---|---|---|
| 04:34:15 | 1 | the courtroom at 9:30. |
| 04:34:16 | 2 | Out of respect for you, we will rise as you leave for the |
| 04:34:20 | 3 | day. |
| 04:34:20 | 4 | THE COURTROOM DEPUTY:  All rise for the jury. |
| 04:34:22 | 5 | (Jury out at 4:34 p.m.) |
| 04:35:02 | 6 | THE COURT:  The jury's left the room.  The door is |
| 04:35:04 | 7 | closed.  Is there anything that requires the Court's attention |
| 04:35:07 | 8 | before we adjourn for the evening, first from the government? |
| 04:35:15 | 9 | MR. MANGAN:  Your Honor, I -- |
| 04:35:17 | 10 | THE COURT:  Should I sit down?  Is this going to -- |
| 04:35:18 | 11 | everybody better sit down. |
| 04:35:20 | 12 | MR. MANGAN:  I didn't think it would be that long, |
| 04:35:21 | 13 | but, Your Honor, tomorrow we discussed with the defense that |
| 04:35:24 | 14 | after calling a few witnesses what we wanted to do was publish |
| 04:35:28 | 15 | some exhibits that have been admitted but have not yet been |
| 04:35:31 | 16 | read to the jury. |
| 04:35:32 | 17 | We have a number of exhibits that we admitted but have |
| 04:35:35 | 18 | not yet published, one of which is a lengthy transcript of a |
| 04:35:40 | 19 | recording, and what we wanted to do was have a couple people |
| 04:35:44 | 20 | read the transcript to publish it to the jury.  We weren't |
| 04:35:50 | 21 | going to do that through a witness.  We were just going to |
| 04:35:52 | 22 | bring people in to read as the publication.  The defense |
| 04:35:56 | 23 | indicated they have an objection to that process.  So I wanted |
| 04:36:00 | 24 | to at least raise it today so that if the Court has a |
| 04:36:04 | 25 | preference or an instruction, we can abide by it. |

| | | |
|---|---|---|
| 04:36:07 | 1 | THE COURT: Very well. Defense wish to be heard? |
| 04:36:14 | 2 | MR. MIEDEL: I'll step over here, Your Honor. |
| 04:36:14 | 3 | THE COURT: Okay. |
| 04:36:17 | 4 | MR. MIEDEL: Yes, Your Honor, we object to that |
| 04:36:17 | 5 | process because the exhibit that the government is talking |
| 04:36:20 | 6 | about is a lengthy transcript. It's a recording. It's |
| 04:36:23 | 7 | already in evidence. So now the government is simply seeking |
| 04:36:27 | 8 | to bring in people from the outside to read parts of that |
| 04:36:32 | 9 | transcript to the jury without a witness on the stand. That's |
| 04:36:36 | 10 | just not an appropriate process of doing that. |
| 04:36:38 | 11 | The government can obviously -- the exhibit is in |
| 04:36:41 | 12 | evidence. It will be in the hands of the jury. The |
| 04:36:44 | 13 | government, in summation, can point to whatever they want in |
| 04:36:46 | 14 | that transcript that they think is important. But it's not |
| 04:36:52 | 15 | appropriate to bring outside people in who were not |
| 04:36:56 | 16 | eyewitnesses to simply do a reading of an exhibit. |
| 04:36:59 | 17 | THE COURT: I tend to agree. I am not yet |
| 04:37:02 | 18 | comfortable with the process. I will continue to think about |
| 04:37:04 | 19 | it. |
| 04:37:04 | 20 | Did you wish to be heard further at this time, |
| 04:37:08 | 21 | Mr. Mangan? |
| 04:37:09 | 22 | MR. MANGAN: Your Honor, I guess what I would say is |
| 04:37:10 | 23 | that at some point we want to get those admitted exhibits in |
| 04:37:14 | 24 | the, you know, in the hands or the eyes of the jury so they |
| 04:37:16 | 25 | can digest what is in there. |

*Mary A. Schweinhagen, RDR, CRR (937) 512-1604*

| | | |
|---|---|---|
| 04:37:19 | 1 | THE COURT:  Typically, that would happen when the |
| 04:37:20 | 2 | exhibit goes to the witness room. |
| 04:37:24 | 3 | MR. MANGAN:  They can certainly do it then, Your |
| 04:37:26 | 4 | Honor.  This is simply a method of, you know, reading through |
| 04:37:29 | 5 | some of these items for the jury.  I suppose we could -- we |
| 04:37:34 | 6 | could put a witness on the stand and just read, similar to any |
| 04:37:37 | 7 | other exhibit, but it may be a witness that wouldn't do |
| 04:37:41 | 8 | anything more than read.  You know, there would be no |
| 04:37:45 | 9 | commentary on it.  It's simply reading. |
| 04:37:48 | 10 | THE COURT:  That sounds exciting. |
| 04:37:49 | 11 | MR. MANGAN:  Oh, it's going to be gripping either |
| 04:37:52 | 12 | way, but, you know -- so if we need to put somebody on the |
| 04:37:56 | 13 | stand, we can; but generally, what we were simply trying to do |
| 04:37:59 | 14 | was to read to the jury.  I think that's at least a preferable |
| 04:38:04 | 15 | way than to handing it out and then just having them sort of |
| 04:38:07 | 16 | read on their own. |
| 04:38:08 | 17 | THE COURT:  Well, I'm still not comfortable with it. |
| 04:38:10 | 18 | I'll work on it. |
| 04:38:11 | 19 | MR. MANGAN:  All right.  That's all we had, Your |
| 04:38:13 | 20 | Honor. |
| 04:38:13 | 21 | THE COURT:  Very well.  Does the defense have |
| 04:38:15 | 22 | anything before -- to interfere with my ability to leave at |
| 04:38:19 | 23 | this time? |
| 04:38:20 | 24 | MS. CORS:  No, Your Honor.  Thank you. |
| 04:38:21 | 25 | THE COURT:  That's a credit to you. |

04:38:25   1          The special agent will not discuss his testimony that

04:38:28   2   he's given during the break, and if you will behave yourself

04:38:31   3   in the city of Cincinnati.

04:38:34   4              THE WITNESS:  Will do.

04:38:35   5              THE COURT:  We're in recess for the day.

04:38:38   6              THE COURTROOM DEPUTY:  All rise.  This court is now

04:38:39   7   in recess.

04:38:40   8          (Proceedings adjourned at 4:38 p.m.)

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

*Mary A. Schweinhagen, RDR, CRR   (937) 512-1604*

1                        CERTIFICATE OF REPORTER

2

3          I, Mary A. Schweinhagen, Federal Official Realtime

4    Court Reporter, in and for the United States District Court

5    for the Southern District of Ohio, do hereby certify that

6    pursuant to Section 753, Title 28, United States Code that the

7    foregoing is a true and correct transcript of the

8    stenographically reported proceedings held in the

9    above-entitled matter and that the transcript page format is

10   in conformance with the regulations of the Judicial Conference

11   of the United States.

12

13   s/Mary A. Schweinhagen

14   _____ 20th of January, 2022

15   MARY A. SCHWEINHAGEN, RDR, CRR
     FEDERAL OFFICIAL COURT REPORTER
16

17

18

19

20

21

22

23

24

25