```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
                             - - -


  UNITED STATES OF AMERICA,         : Case No. 1:18-cr-0043
                                    :
           Plaintiff,                :
                                    :
           - v -                     : Jury Trial
                                    :
  YANJUN XU, also known as XU        : Thursday, November 4, 2021
  YANJUN, also known as QU HUI,      : 9:30 a.m.
  also known as ZHANG HUI,          :
                                    : Cincinnati, Ohio
           Defendant.               :

                             - - -

              TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE TIMOTHY S. BLACK, DISTRICT JUDGE

  For the Plaintiff:         TIMOTHY S. MANGAN, ESQ.
                             EMILY N. GLATFELTER, ESQ.
                             Assistant United States Attorneys
                             221 East Fourth Street, Suite 400
                             Cincinnati, Ohio  45202
                                and
                             MATTHEW J. McKENZIE, ESQ.
                             United States Department of Justice
                             National Security Division
                             950 Pennsylvania Avenue NW
                             Washington, D.C.  20530
                                and
                             JACQUELINE K. PRIM
                             Special Assistant, Paralegal
                             United States Department of Justice
                             National Security Division
                             950 Pennsylvania Avenue NW
                             Washington, D.C.  20530

  For the Defendant:         RALPH W. KOHNEN, ESQ.
                             JEANNE MARIE CORS, ESQ.
                             SANNA-RAE TAYLOR, ESQ.
                             Taft Stettinius & Hollister
                             425 Walnut Street, Suite 1800
                             Cincinnati, Ohio  45202
                                and
```

Proceedings recorded by stenotype; transcript
produced by computer-aided transcription.

```
                            ROBERT K. McBRIDE, ESQ.
                            AMANDA JOHNSON, ESQ.
                            Taft Stettinius & Hollister
                            50 East RiverCenter Boulevard
                            Suite 850
                            Covington, Kentucky  41011
                              and
                            FLORIAN MIEDEL, ESQ.
                            Miedel & Mysliwiec, LLP
                            80 Broad Street, Suite 1900
                            New York, New York  10004

Also Present:               Mae Harman, Interpreter
                            Robin Murphy, Interpreter
                            Yanjun Xu, Defendant

Law Clerk:                  Cristina V. Frankian, Esq.

Courtroom Deputy:           Rebecca R. Santoro

Court Reporter:             M. Sue Lopreato, RMR, CRR
                            Potter Stewart U.S. Courthouse
                            Southern District of Ohio
                            100 East Fifth Street
                            Cincinnati, Ohio  45202
                            513.564.7679

                           -  -  -
```

```
1                    P R O C E E D I N G S
2                   (In open court at 9:30 a.m.)
3                            - - -
4           THE COURT:  Good morning.  Please be seated.  It's a
5    couple minutes toward 9:30.  All jurors are here.  I'm
6    prepared to call for them to briefly welcome them, admonish
7    them, send them upstairs.
8        Is there anything that requires the Court's attention
9    before we get the jury, first from the government?
10           MR. MANGAN:  No, Your Honor.
11           THE COURT:  Defense?
12           MR. KOHNEN:  No, Your Honor.
13           THE COURT:  Very well.  Both teams are here in full.
14   Defendant is here with both interpreters.
15       Let's call for the jury, please.
16       (Jury in at 9:32 a.m.)
17           THE COURT:  Thank you.  You may all be seated.
18       Twelve members of the jury have rejoined us on the record
19   in the courtroom.  Good morning.  Thank you for being here
20   timely.
21       I told you this would be brief.  I just wanted to count
22   noses, and I count 12.  You're all here.
23       Your work, pursuant to the Constitution, begins again
24   today.  Make sure everyone has a chance to talk and express
25   their opinion.  Take whatever time you need.
```

1     If, during the proceedings, you need to take a break,
2  somebody needs to, God forbid, smoke a cigarette, or go to the
3  bathroom or something, you're welcome to take a break.
4     But during the break, do not discuss the case until all
5  12 of you are back together. You don't have to ask my
6  permission to take the break. The foreperson will direct you.
7     Are you ready to go?
8     Out of respect for you, we'll rise as you leave.
9     (Jury out to deliberate at 9:33 a.m.)
10        THE COURT: The jury's left the room. Doors are
11 closing. They look ready to go.
12    I'm prepared to recess, unless there's something further.
13 Anything from the government?
14        MR. MANGAN: No, Your Honor. Thank you.
15        THE COURT: The defense?
16        MR. KOHNEN: No. Thank you, Judge.
17        THE COURT: We need a cell phone where we can get you
18 immediately, and I suspect Ms. Frankian has that. You'll make
19 sure that she does, and we'll await to hear from the jury.
20    Thank you all. We're in recess until that time.
21    (Recess.)
22        THE COURT: We're back on the record, in the
23 courtroom. It's a couple of minutes before 4:30. I
24 understand the jury is ready to go home at 4:30.
25    The government team is here in full. The defense team is

1     here in full, defendant and two interpreters.
2         Are we ready to get the jury from the government's
3     perspective?
4             MR. MANGAN:  Yes, Your Honor.
5             THE COURT:  And the defense?
6             MR. KOHNEN:  Yes, Your Honor.
7             THE COURT:  Very well.  Let's call for the jury.
8         (Jury in at 4:32 p.m.)
9             THE COURT:  Thank you.  You may all be seated.  The
10    12 members of the jury have rejoined us.  It's 4:30.
11        I'm advised that you're ready to break at our normal
12    break time.  You've had a good full day.  It's a credit to
13    you.
14        I'd ask you be back again, as you were today, by 9:15 so
15    we can get you timely at 9:30 just to come in to the courtroom
16    for me to count noses and send you back upstairs.   Don't
17    start talking about the case until you've seen me after 9:30.
18        And tonight, absolutely no discussing the case among
19    yourselves as you leave, anybody at home, no looking at the
20    news.  Continue to stay focused on the fact that you're not to
21    talk about it until you've reached your final verdict.
22        Out of respect for you, we'll rise as you leave for the
23    day.
24        (Jury out at 4:33 p.m.)
25            THE COURT:  The jury has left the room.  The door is

1   closed.  They're leaving for the day, so are we.
2       I'd ask that you be back here in time for us to have the
3   jury in the courtroom at 9:30.
4       Anything else before we break for the day from the
5   government?
6           MR. MANGAN:  No, Your Honor.
7           THE COURT:  Defense?
8           MR. KOHNEN:  No.  Thank you, Judge.
9           THE COURT:  Very well.  We're in recess until
10  tomorrow.
11          (Proceedings adjourned at 4:34 p.m.)
12                       - - -
13              C E R T I F I C A T E
14                       - - -
15      I, M. SUE LOPREATO, RMR, CRR, certify that the foregoing
    is a correct transcript from the record of proceedings in the
16  above-entitled matter.
17
18  /s/ M. Sue Lopreato                    April 22, 2022
    M. SUE LOPREATO, RMR, CRR
19  Official Court Reporter
20
21
22
23
24
25