# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:18-cr-00043 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | **NOTICE OF WITHDRAWAL OF** |
| YANJUN XU, | : | **COUNSEL** |
|    a/k/a Xu Yanjun, | : | |
|    a/k/a Qu Hui, | : | |
|    a/k/a Zhang Hui, | : | |
| | : | |
| Defendant. | : | |
| | : | |

     Notice is hereby given that Ralph W. Kohnen is withdrawing his appearance as counsel for Defendant Yanjun Xu, pursuant to S.D. Ohio Crim. R. 83.4(a). Mr. Xu continues to be represented by the below-listed counsel from Taft Stettinius & Hollister LLP, and by *pro hac vice* counsel, Florian Miedel.  Mr. Xu is aware of and consents to the withdrawal.

                                     Respectfully submitted,

                                       */s/ Ralph W. Kohnen*
                                       Jeanne M. Cors (0070660)
                                       Sanna-Rae Taylor (0091302)
                                       Taft Stettinius & Hollister LLP
                                       425 Walnut Street, Suite 1800
                                       Cincinnati, Ohio 45202-3957
                                       Phone: (513) 381-2838
                                       Fax: (513) 381-0205
                                       cors@taftlaw.com
                                       srtaylor@taftlaw.com

                                       Florian Miedel *(pro hac vice)*
                                       Miedel & Mysliwiec LLP
                                       80 Broad Street, Suite 1900
                                       New York, NY 10004
                                       Telephone: (212) 616-3042
                                       fm@fmamlaw.com
                                       COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

                                                          */s/ Ralph W. Kohnen*