# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:18-CR-0043 |
| | : | |
| v. | : | **Judge Timothy S. Black** |
| | : | |
| **YANJUN XU** | : | **NOTICE OF WITNESS** |
| **(a/k/a Xu Yanjun and Qu Hui)** | : | |

Pursuant to the Court's Order, the government discloses that it will call Nick Kray as a witness at the August 23, 2022 evidentiary hearing. Mr. Kray's background and qualifications are set forth in his prior testimony during the jury trial. Mr. Kray will testify as to Attachment A submitted by the government in connection with the intended loss calculation under the Sentencing Guidelines.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney

        *s/Timothy S. Mangan*
        TIMOTHY S. MANGAN (0069287)
        EMILY GLATFELTER
        Assistant United States Attorneys
        221 East Fourth Street, Suite 400
        Cincinnati, Ohio 45202
        Office: (513) 684-3711
        Fax: (513) 684-6385
        E-mail: timothy.mangan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system upon defense counsel, this 1st day of August, 2022.

*s/Timothy S. Mangan*
TIMOTHY S. MANGAN (0069287)
Assistant United States Attorney
