<pre>
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
 2                        WESTERN DIVISION
                            -  -  -

 3
     UNITED STATES OF AMERICA,      : CASE NO. 1:18-cr-0043
 4                                  :
                    Plaintiff,      : **EVIDENTIARY HEARING**
 5           vs.                    :
                                    : 23rd of August, 2022
 6   YANJUN XU, also known as XU    : 10:34 a.m.
     YANJUN, also known as QU HUI,  :
 7   also known as ZHANG HUI,       :
                                    :
 8                    Defendant.    :


 9                            -  -  -
                   **TRANSCRIPT OF PROCEEDINGS**
10         **BEFORE THE HONORABLE TIMOTHY S. BLACK, JUDGE**
                            -  -  -

11
     APPEARANCES:
12
     For the Plaintiff:
13                       Timothy S. Mangan, Esq.
                         Emily N. Glatfelter, Esq.
14                       Assistant United States Attorneys
                         221 East Fourth Street, Suite 400
15                       Cincinnati, Ohio 45202
                              And
16                        Matthew John McKenzie, Esq.
                          DOJ-Nsd, National Security Division
17                        950 Pennsylvania Avenue
                          Washington, DC 20530
18
     For the Defendant:
19                       Jeanne Marie Cors, Esq.
                         Sanna-Rae Taylor, Esq.
20                       Taft Stettinius and Hollister
                         425 East Walnut Street, Suite 1800
21                       Cincinnati, Ohio 45202
                              And
22                       Florian Miedel, Esq.
                         Miedel & Mysliwiec, LLP
23                       80 Broad Street, Suite 1900
                         New York, New York 10004
24
     Also present:       Robin Murphy, Interpreter
25                       Mae Harmon, Interpreter
                         Yanjun Xu, Defendant
</pre>

```
1    Law Clerk:          Cristina V. Frankian, Esq.

2    Courtroom Deputy:   Rebecca Santoro

3    Stenographer:       Lisa Conley Yungblut, RDR, RMR, CRR, CRC
                         United States District Court
4                        100 East Fifth Street
                         Cincinnati, Ohio 45202
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Proceedings held in open court at 10:34 a.m.)

 2              THE DEPUTY:  All rise.  This United States District

 3     Court for the Southern District of Ohio is now in session,

 4     the Honorable Timothy S. Black, District Judge, presiding.

 5              THE COURT:  Thank you.  Please be seated.  Good

 6     morning.  We're here in the open courtroom on the record in

 7     the criminal docket in the case of United States versus Xu.

 8     Let me make a brief statement, but before I do, I would

 9     like, for the record, people to enter their appearances.  I

10     know who you are, but for purposes of the record, would the

11     attorneys for the United States identify themselves and

12     anybody sitting with them?

13              MR. MANGAN:  Good morning, Your Honor.  Tim Mangan

14     on behalf of the United States.  With me at counsel table is

15     Emily Glatfelter and Matthew McKenzie.

16              MS. GLATFELTER:  Good morning, Your Honor.

17              THE COURT:  Good morning to the three of you.

18          And on behalf of Mr. Xu?

19              MR. MIEDEL:  Good morning, Your Honor.  Florian

20     Miedel on behalf of Mr. Xu and also Jeanne Cors and

21     Sanna-Rae Taylor.

22              THE COURT:  Good morning to the three of you.  The

23     defendant is seated next to you and with the interpreter in

24     between you; is that right?

25              MR. MIEDEL:  Yes.
```

```
 1                 THE COURT:  Did he respond?

 2                 INTERPRETER MURPHY:  Good morning.

 3                 THE COURT:  Good morning to the interpreter as

 4     well.  Do we need to swear the interpreter?  Madam

 5     Interpreter, you're going to survive.  Good morning.  Thank

 6     you.  I need you to take the oath to tell the truth.

 7          Do you solemnly swear or affirm that you will

 8     accurately and truthfully translate these proceedings today

 9     subject to the penalty of perjury?

10                 INTERPRETER MURPHY:  Yes, Your Honor.

11                 THE COURT:  Thank you.  You may be seated.  If at

12     any time you need a break or you need to go back, just let

13     me know.  The Court and the community appreciate the work

14     you're doing.

15                 INTERPRETER MURPHY:  Thank you.

16                 THE COURT:  Who is the individual behind counsel's

17     table, not Ms. Cors, Counsel.  No, your table.

18                 MR. MIEDEL:  Oh, Mae Harmon, who is also an

19     interpreter.

20                 THE COURT:  She's retained by the defense?

21                 MR. MIEDEL:  That's correct.

22                 THE COURT:  Good morning.

23                 INTERPRETER HARMON:  Good morning, Your Honor.

24                 MR. MIEDEL:  Your Honor, just before we get

25     started, I would ask for Mr. Xu to be unshackled as he was
```

1    during the trial.  He's going to be taking some notes.  He's

2    going to be corresponding or talking with us, and it makes

3    it easier, if it's okay with the marshals and the Court.

4            THE COURT:  You're talking about hand shackles?

5            MR. MIEDEL:  Yes.

6            THE COURT:  Well, let me tell you the truth, the

7    United States Marshal is in charge of security in this

8    courtroom, not me.  Their standard policy is that people

9    remain shackled.  In this case, he's a convicted felon and

10   the policy would be retained to keep him shackled by his

11   hands.  I suspect it's in my discretion.

12        Does the marshal wish to be heard?  I'll put you right

13   on the spot.  Go ahead.  If you'll tell me your name for the

14   record, please.  I know your name.

15           MS. KAY:  Yes, Your Honor.  Sarah Kay with the

16   marshal service.  We didn't have any issues with him at

17   trial, so I'm fine either way.  Whatever the Court would

18   like, we are fine with.

19           THE COURT:  Very well.  You may remove the hand

20   shackles.  If you would assist.

21           MR. MIEDEL:  Thank you, Your Honor.

22           THE COURT:  Very well.

23       (Pause.)

24           THE COURT:  The task has been accomplished.  I wish

25   to make a brief opening statement and then we'll proceed.

1     On November 5, 2021, following a jury trial, Defendant

2  Xu was convicted of four criminal counts, including

3  conspiracy to commit and attempting to commit economic

4  espionage, Counts I and II, as well as conspiracy to commit

5  and attempting to commit trade secret thefts, Counts II

6  (sic) and IV.

7     Are the interpreters interpreting -- is the court

8  interpreter interpreting for the defendant as I speak or are

9  you waiting to try and cough out my entire sentence?

10          INTERPRETER MURPHY:  Your Honor, I'm going

11  simultaneously.

12          THE COURT:  Very well.  Thank you.  Am I going too

13  quickly?

14          INTERPRETER MURPHY:  No, you're fine, Your Honor.

15          THE COURT:  You'll raise your hand if I am?

16          INTERPRETER MURPHY:  Yes.

17          THE COURT:  Particularly as to the witnesses,

18  correct?

19          INTERPRETER MURPHY:  Yes.

20          THE COURT:  Very well.

21     After the jury trial and the convictions, the Court

22  ordered the preparation of and has since received a

23  thorough, written presentence investigation report, as in

24  all cases.  At the time of sentencing, the Court, this

25  Judge, will rely upon the information set forth in the

1    presentence report, among other things, in the Court's

2    consideration of the 3553(a) factors.

3        One of the factors the Court must consider is what the

4    guidelines recommend.  The guidelines are an effort by

5    Congress to bring consistency, similarity, sameness, to

6    federal sentences across the country.  Here, due to the

7    nature of the charges, a primary driving force of the

8    guideline computation is the loss amount.  The government

9    asserts, and the PSR agreed, that the loss amount here is

10   $107 million.  The defense objects to this figure and I

11   believe asserts that the loss amount is zero.  Accordingly,

12   the parties requested that this Court hold today's hearing

13   in order to receive evidence that will hopefully assist the

14   Court in making a final determination of the loss amount

15   prior to sentencing.

16       You will recall that I was here every day during the

17   jury trial.  I want to be clear that this Judge sat through

18   the entirety of the trial, heard all of the evidence.  The

19   jury convicted the defendant of all four offenses beyond a

20   reasonable doubt.  For purposes of sentencing, judicial

21   findings of fact are based upon a preponderance of the

22   evidence standard.

23       So today's hearing will not be an opportunity for the

24   parties to restate their evidence as to guilt.  Rather, the

25   government must offer evidence to support its loss amount,

1    and if the defense disagrees, defendant must produce some

2    evidence that calls reliability or correctness of the loss

3    amount into question.  This burden of production requires

4    more than a bare denial.  My interest today is understanding

5    how the parties propose this Court should value the loss

6    amount, if any, in this case.

7        Under the guidelines, the loss amount is defined as the

8    greater of actual loss or intended loss.  Court may also

9    look to the actual or reasonably foreseeable pecuniary harm

10   or the gain to the defendant or others from the offense.  So

11   that's what I'm focused on here today.

12       Are we ready to proceed from the government's

13   perspective?

14           MR. MANGAN:  Yes, we are, Your Honor.

15           THE COURT:  And from the defense?

16           MR. MIEDEL:  Yes, Your Honor.

17           THE COURT:  Very well.  I want you to tell Mr.

18   Kohnen that I miss his presence.  He's an outstanding trial

19   lawyer.

20           MR. MIEDEL:  We will certainly do that.

21           THE COURT:  Very well.  On behalf of the

22   government, do you have evidence you wish to present at this

23   time or precede it with argument?

24           MR. MANGAN:  Yes, Your Honor.  The way we propose

25   to proceed would be to call one witness from GE, Mr. Nick

1    Kray, who testified previously at trial.  That would be to

2    support the evidence that we had submitted regarding the

3    cost of development, which is what supports that particular

4    number in the PSR.  We would also propose being able to

5    follow up with -- and this could either be in our sentencing

6    memorandum or in a post-hearing brief, but a summary of our

7    position on the loss, the overall loss amount.  That would

8    not only summarize our views on what transpired today, but

9    also help show why this sentencing range is reasonable for

10   the Court to adopt, even if you adopt -- even if you look at

11   other approaches, such as what the overall market value

12   might be for these sales.

13       But today we're going to focus on -- what we're going

14   to present relates to the cost of development, which is one

15   of the primary factors cited in the guidelines.

16           THE COURT:  Very well.  I wish to give the parties

17   an opportunity after today to present argument in writing to

18   me.  I will miss oral argument today, but, surely, you

19   understand.

20           MR. MANGAN:  Understood, Your Honor.

21           THE COURT:  Very well.

22           MR. MANGAN:  Then, Your Honor, if we would proceed

23   by calling Mr. Nick Kray from GE.

24           THE COURT:  If that gentleman would approach.

25   We're going to come up here.  You can just leap over the

1    barrier.

2         (Witness took the stand.)

3         THE COURT:  If you would be willing to pause where

4    you are for the oath to tell the truth.  If you would raise

5    your right hand.  Do you solemnly swear or affirm that your

6    testimony today will be the truth subject to the penalty of

7    perjury?

8         THE WITNESS:  I do.

9         THE COURT:  Very well.  You may be seated.  Seat

10   tips back.  The microphone is expensive, use it.

11        THE WITNESS:  Okay.

12        THE COURT:  And I have a transcript of every word

13   you said in this courtroom.

14      The government may proceed.

15        MR. MANGAN:  Thank you, Your Honor.

16                          **NICK KRAY**

17   of lawful age, Witness herein, testified as follows:

18                     **DIRECT EXAMINATION**

19   **BY MR. MANGAN:**

20   **Q**    Mr. Kray, since you already testified in this case,

21   I'll try not to be too repetitive.

22        THE COURT:  Let the record reflect that.

23   **Q**    All right.  But to refresh our memories, can you state

24   what your role is at GE Aviation?

25   **A**    Yes.  I'm currently a chief consulting engineer,

1    specific to composite design.

2    **Q**    And is composites your area of speciality?

3    **A**    That is correct.

4    **Q**    All right.  At trial you explained how those

5    composites worked with fan blades and encasements.  Can you

6    just remind us, when did GE first use composite fan blades?

7    **A**    So composite fan blades started in early the 1990s,

8    specific to our GE90 dash 94B triple fan engine that was

9    certified in 1995 and delivered to our first customer in

10   1995.  That began a legacy of several other developments

11   that built upon that experience.

12   **Q**    And then when did GE add a composite case?

13   **A**    First composite case was on the GEnx engine, which is

14   the second predecessor after GE90-94B, that was in about a

15   2002, I think, time frame.

16   **Q**    All right.  And just still today, are there any other

17   commercial engine manufacturers that have an engine in the

18   air that has composite fan blades and a composite case?

19   **A**    No other competitor has certified a composite fan

20   blade/case combination.

21   **Q**    All right.  Now, how long have you been involved in

22   the design/development of the composite engines at GE?

23   **A**    I started in 1997/'98 time frame on the initial

24   GE90-115B program, which was the second program after the

25   initial 94B program.

1  **Q**    Okay.  You were talking about the GE90 engines.  Then,

2  was there a series of engines called the GEnx engines?

3  **A**    Yes.  The lineage that we have is:  The GE94B was

4  initial, the GE90-115B followed that, the GEnx-1B, followed

5  by the GEnx-2B, and most recently GE9X.

6  **Q**    All right.  And were you part of the work on the

7  composite fan module in those engines?

8  **A**    Yes, correct.

9  **Q**    All right.  And then just for background before we

10  turn to sort of the development process, when GE has already

11  developed an engine that is successful and employs these

12  composite parts, why do you need to design and come up with

13  new engines?

14  **A**    Well, there's a couple, couple reasons.  The first one

15  is any engine design is really specifically tailored towards

16  an air frame, whether it's a triple 7 or a 787, so

17  typically, we have to tailor the performance of the engine,

18  the thrust rating, to fit the air frame or our customer,

19  whether it be Boeing or Airbus.

20      The second reason is that certainly economics of

21  performance, performance is very critical to our customers,

22  so the better we can perform an engine, make it take less

23  fuel or fly farther, is very critical to our competitive

24  advantage to sell that engine.

25  **Q**    Okay.  So let's talk a little bit about what that

1    design process is for a new commercial engine at GE.  Are

2    there multiple design teams involved in that process?

3    **A**    Yes.  Our engines are typically built in what we call

4    modules.  There's a fan module, which is up in the front of

5    the engine, which is the area we're concerned about today.

6    But there's other modules, the compressor module, the

7    combustor module, the high-pressure and low-pressure turbine

8    module.  So there are these module teams, if you will, that

9    design specific areas of the engine.

10   **Q**    All right.  And then are there also individuals that

11   work on certain parts of development, such as materials or

12   testing or certification?

13   **A**    That's correct.  So in addition to the module teams,

14   you have performance teams that strictly deal with aero

15   performance, you know, how well a blade can pump air, for

16   example, or how well a combustor can work its combustion and

17   fuel, you know, usage.  And then there's materials folks all

18   that deal specifically in materials to support those

19   modules, if you will.

20   **Q**    All right.  So let's focus in on the fan module, all

21   right?

22   **A**    Um-hmm.

23   **Q**    Is that the area where you specialize?

24   **A**    That's correct, yeah.

25   **Q**    And that's -- when we've been talking about the fan

1  blades and the composite cases, that's all in this fan

2  module section?

3  **A**    That's correct.  There are several I'm going to

4  call -- things that you can consider to be composites

5  throughout the engine.  The composites we're dealing with

6  here are called polymeric composites, which are typically a

7  lower temperature usage, which would be a fan module.  Our

8  ceramic composites, which are in the back of the engine, can

9  survive much higher temperatures.  They're still considered

10 composites, but they're a different.  There are different

11 criteria to make those designs work versus the fan module.

12 **Q**    All right.  Within the fan module, are there different

13 teams for performance versus mechanical?

14 **A**    There typically is.  I mean, any module will have the

15 mechanical team, which is most of the making the actual

16 structures work, but then there's performance teams, there's

17 system integration teams.  Yes.

18 **Q**    Okay.  The group that you're typically in, what team

19 is that called?

20 **A**    Mechanical.

21 **Q**    All right.

22 **A**    Mechanical design.

23 **Q**    Let's talk about the mechanical design team for the

24 fan module on a new engine, okay?

25 **A**    Um-hmm.

1 **Q** Typically, approximately, how many people are on that

2 specialized team?

3 **A** It can vary. It's typically closer to anywhere

4 between five and ten people --

5 **Q** Okay.

6 **A** -- specifically for the mechanical.

7 **Q** All right. And is that the team that's focussing on

8 the composite blades and the case?

9 **A** That's correct.

10 **Q** All right. You mentioned that the GE9X is the most

11 recent engine that's been developed?

12 **A** Correct.

13 **Q** All right. Approximately, how many people were on

14 that mechanical design team?

15 **A** I think mechanical design was seven.

16 **Q** All right. And were you part of that seven?

17 **A** I don't fall into that head count. Since I'm a chief

18 consultant engineer, I kind of float between several

19 programs across GE Aviation, but that would be seven

20 dedicated individuals specific to the 9X program.

21 **Q** All right. Do you recall the GE employee who is sort

22 of at the center of this case that met with Mr. Xu --

23 **A** Yes.

24 **Q** -- Mr. Kray?

25 **A** Yes. Daihui Zheng.

1    **Q**    Was he one of the members of that small team?

2    **A**    Yes.

3    **Q**    All right.  And if someone is part of that small

4    mechanical team for the fan module, do they have access to

5    all of the information that the other members of the team

6    have?

7    **A**    Typically, it's a very open environment for that

8    design team.  They would share obviously conversations

9    because they all sit in the same proximity of each other,

10   but our computer systems are also set up to have shared

11   directories where we store files that everybody would have

12   access to as well.

13   **Q**    Okay.  So at least within that core mechanical design

14   team, there is -- the information is shared within them?

15   **A**    Yes, certainly, it would, design information as well

16   as test data, test results, that sort of thing.

17   **Q**    Are you familiar with the term at GE called a "key

18   technology"?

19   **A**    Yes.

20   **Q**    And how is that term used?

21   **A**    So internally in GE Aviation, we look at -- we

22   classify different technologies across the turbine fan

23   engine as critical to our competitiveness.  Key technology

24   would be things -- such things as composites, polymeric

25   composites, specifically fan blade/fan case interactions.

1    Other examples would be things such as CMCs in the back of

2    the engine.

3    Q    And this design -- mechanical design team that focuses

4    on the fan module, would they be involved in using that key

5    technology?

6    A    Yes, certainly.

7    Q    All right.  Did you review the directory of

8    Mr. Zheng's GE laptop --

9    A    Yes, I did.

10   Q    -- that was at issue in this case earlier?

11   A    Yes.

12   Q    All right.  And in that file directory, did you --

13   were you familiar with a number of those file names and what

14   they meant?

15   A    Yeah, I did a pretty thorough search of all of the

16   files, and, yeah, pretty familiar with what was on there,

17   yes.

18   Q    Did they pertain primarily to the 9X engine?

19   A    Yes.

20   Q    And did they pertain to the work of that fan module

21   mechanical design team?

22   A    Yes.  A lot of mechanical design files as well as

23   manufacturing files, you know, how the case was made with

24   our vendors.

25   Q    All right.  Were you asked to estimate GE's cost of

1    development for developing a new commercial engine that

2    would include composite fan blades and encasements?

3    **A**    Yes, I was.  I specifically focused on the fan module

4    assessment.

5            MR. MANGAN:  All right.  Your Honor, at this point,

6    we would like to have him go through what's been marked as

7    Exhibit A.  This was submitted as part of the PSR, and I

8    believe you have a copy.

9        Your Honor, we would like this material to stay under

10   seal, if we could.

11           THE COURT:  Very well.  Order this material sealed,

12   unless there's an objection at this time from the defense.

13           MR. MIEDEL:  No, Your Honor.  We don't think that

14   this --

15           THE COURT:  Very well.

16           MR. MIEDEL:  All right.

17   **Q**    All right.  Do you have a copy of what's been marked

18   as Exhibit A in front of you?

19   **A**    I do.

20   **Q**    All right.  And is this -- looking at page 1, is this

21   the estimate that you worked on creating?

22   **A**    Yes, it is.

23   **Q**    All right.  So before we turn to the cost part of

24   developing that part of the engine, can you explain for

25   us -- using perhaps that block on the top left, the pyramid,

1  can you explain for us the steps involved in the process?

2  **A**    Sure.  So if we focus on the upper left area here,

3  call it development Building Block approach, this is a

4  well-known approach in industry.  It actually comes from

5  *Composite Materials Handbook 17*, which is an industry

6  standard for composite design.  And really it shows here how

7  you basically start from a very lower-level design approach,

8  coupon level evaluations, and then you proceed into more

9  complex designs and testing to validate your lower-level

10  assumptions, and it builds up to more and more complex

11  full-level assessments of any type of component you would

12  design.

13  **Q**    So starting at the bottom where it says "Block 1,

14  Material Screening and Selection," roughly, what is involved

15  in that, that stage?

16  **A**    So, typically, the thing -- unique thing about

17  composites is there's a multitude of fibers and resins and

18  architectures that apply.  Unlike metals, which are very

19  limited to certain types of metals for your applications,

20  composites has a much bigger sand box to play in.  So trying

21  to down-select how to combine these fibers and resins to

22  meet your objectives or your design criteria in a most

23  efficient way feeds into that material down-select.

24  **Q**    Okay.  You talked about "down-select."  How is that --

25  what do you mean by that phrase?

1    **A**      So when you say "down-select," again, multiple

2    candidates that would satisfy your requirements.  If your

3    requirements are for containment or for fatigue, et cetera,

4    there's a multitude, multiple combinations of things that

5    would meet that.  What you try to do there is to pick the

6    best candidate for weight, for meeting all of the criteria

7    at the same time and be durable.

8    **Q**      All right.  You mentioned coupon testing.  Does that

9    mean you're talking about testing a very small, small

10   section that you're testing?

11   **A**      That's correct.  A coupon is -- typically starts out

12   with a very small, you know, flat plate-type of coupon where

13   you'll do rudimentary type of testing to validate material

14   properties, characteristics of the material, how it

15   interacts, what is the best architecture, you know, whether

16   it's a braided or a woven or a lay-up of different composite

17   angles, what is the best combination or how you -- it's

18   really understanding the physics of all of that that you can

19   make that down-select process.

20   **Q**      Then, eventually are you actually coming up with a

21   shape for your fan blade?

22   **A**      That would typically come up in the higher levels up

23   here.  I guess you'd call it Block 4 and 5, is where you

24   actually start getting into the more of an, okay, I have a

25   candidate material, now I have to see how it does in an air

1    flow shape, for example, or a containment case where I have

2    a limited thickness, you know, how well does it absorb

3    energy.

4    **Q**    Okay.  So sounds like there's a lot of work at the

5    beginning to get the right material, get the right

6    combination, before you get into the shape of the blade?

7    **A**    Exactly, yeah.

8    **Q**    All right.

9    **A**    And, again, you know, I think when we started to do

10   the 94B, there was probably 15 different type of materials

11   that we were looking at as initial candidates that we

12   down-selected to a single one.

13   **Q**    All right.  And it's that critical; if you pick the

14   wrong horse at the beginning, that could impact whether it's

15   ultimately successful?

16   **A**    Yeah.  The problem there is you could pick the wrong

17   horse, you might get through the coupon testing okay, you

18   might down-select, but then as you get to higher and higher

19   complex levels of design, component level, the architecture,

20   the bigger blades, you might find out you're wrong, and then

21   you have to go back.

22   **Q**    Okay.

23   **A**    The thing about composites is they're not always

24   scalable.  We call it scalable.  If you go from a coupon to

25   a full-size structure, you may lose some of that type of

1   scaleability in the understanding of the material system.

2   **Q**    All right.  Let's turn to the development timeline

3   that you have over in the larger blue box; do you see that?

4   **A**    Yes.

5   **Q**    Okay.  The very first item on the left there where it

6   talks about material property data and down-select, is that

7   the process that we've just been discussing related to the

8   material selection?

9   **A**    That's correct.  That would be the coupon level where

10  you're trying to sort out again the architectures and the

11  right material slash, you know, resin slash fiber

12  combinations.

13  **Q**    And for that, you've got roughly five years; is that

14  correct?

15  **A**    That's correct.

16  **Q**    Is there some variability there if you've already got

17  some material you like versus if you're starting with a

18  whole lot of candidates?

19  **A**    Well, certainly, there would be variability there,

20  right, if you have an existing material system.  For

21  example, on our fan blades, we have an existing material

22  system that we've leveraged for a couple of programs, that

23  timeline would certainly be potentially shorter.

24  **Q**    All right.  So if you've already got that material and

25  you're going to use that same material, you're really

1    starting at the -- at that line that you've got, that

2    vertical line at the five-year mark?

3    **A**    You would save an appreciable amount of time, yeah.

4    **Q**    All right.  And how did you estimate the cost related

5    to the material selection?

6    **A**    So fees and tech cost is certainly labor, and our

7    labor costs, I'm ballparking it, about 200 or $250,000 per

8    what we call man year, which is one person working full-time

9    for an entire year.  So that's $250,000.  If you think

10   there's a couple of people there working for five years,

11   that's, you know, 5, 10 man years at 250, that's

12   $2-and-a-half million there.  Then, you have all of the

13   material costs themselves, the processing costs, and all of

14   the tooling that goes along with that.

15   **Q**    All right.  Let's turn to the next arrow that's down.

16   It's called Design Labor Manpower?

17   **A**    Um-hmm.

18   **Q**    Is that seven people for seven years?

19   **A**    Yes.  So that's --

20   **Q**    What are you referring to there?

21   **A**    That is seven people for seven man years, if you will,

22   seven people working full-time for seven years.

23   **Q**    All right.  And what is that referring to; is that the

24   mechanical design team for the fan module?

25   **A**    Yes.  So we talked previously about, you know, the

1    design team.  That was the seven people that were involved

2    in the latest program, the GE9X, and that 9X took seven

3    years to do that mechanical design.

4    Q    Okay.  So with respect to this small team, seven

5    people, it takes more than seven people to design an engine,

6    correct?

7    A    Certainly.  Again, this is just the mechanical design

8    team of the fan module.  All right.  So you've got other

9    people.  You've got the systems, you've got the aero folks,

10   you know, it's -- when you talk about the whole engine,

11   you're probably talking 200 people, 250 people, 300 people.

12   It's a big effort.  This is very specific to mechanical

13   design.

14   Q    All right.  And then the amount that you estimated

15   there, that was based on the labor costs related to the

16   seven individuals?

17   A    That's just a hundred percent labor, yes.

18   Q    Okay.  The next line down is the Material Property FAA

19   Characterization.  Explain what that is.

20   A    Okay.  So for any new material system that you put

21   into an engine, whether it's composites or a metal that may

22   not have been used in the past, you have to do a

23   certification program to the FAA.  It's supported by a Part

24   3315 report that has to be submitted to the FAA which fully

25   characterizes that material so that you prove to the

1    regulatory agencies that you fully understand the material,

2    it's supported by several lots of -- say "lots" of material,

3    it's different -- when the material gets manufactured at the

4    material manufacturer, they make it in batches, lots, if you

5    will, and it requires several different lots so you make

6    sure you characterize -- that you don't maybe get one lot

7    that might vary over time, if you make it again six months

8    later, it might be different.  So you have to have a big

9    spread of material characterization that you don't get

10   surprises down the road.

11   **Q**    All right.  And how did you estimate the cost for that

12   section?

13   **A**    Okay.  So that $2 million cost is based on two

14   material systems.  It's what we have in the 9X.  There's a

15   new material system for the fan blade and a material system

16   for the fan case.  Typically -- and this is historically our

17   number -- it's about a million dollars per material to make

18   that 3315 Report and all the supporting data behind it.

19   **Q**    All right.  The next arrow says "Subcomponent

20   Testing."

21   **A**    Um-hmm.

22   **Q**    Which if we go back over to the triangle, that's

23   roughly Block 5, right, so we're pretty far along.  Can you

24   explain what the subcomponent testing is?

25   **A**    Okay.  So we talked about as you progress from the

1    coupon level to the component level or subcomponent level is

2    where you start getting into the architectures of the actual

3    component you're designing.  So whether it be a fan blade or

4    maybe a fan blade dovetail or a fan case thickness, geometry

5    distribution, architecture, that's when you would actually

6    make those components and do component testing on them,

7    whether it's shooting projectiles at a flat plate or a

8    curved plate or shooting birds at an air flow shape to

9    characterize that material system under more representative

10   geometries and engine environments.

11   **Q**    So there's a period of time where you're doing

12   incremental testing on larger and larger samples?

13   **A**    That's correct, yes.

14   **Q**    All right.  And you estimated about a half a million

15   for the subcomponent testing?

16   **A**    Correct.  That's just for the testing because, again,

17   all of the labor that's on the man hour bar kind of supports

18   that.

19   **Q**    All right.  The next section is the containment rig

20   testing, and then it says "3 rigs."  What is that?

21   **A**    So, you know, with the fan module, one of the biggest

22   design hurdles for that system to work is containment of a

23   released blade.  It is a requirement by the FAA that we have

24   to demonstrate that that happens.  So you have to do a final

25   test of that release and containment.  You don't want the

1    blade to exit the engine and cause fuselage damage.

2         All right.  So typically what we do as we get higher

3    and higher confidence at the subcomponent level that the

4    architectures are going to work, then, we would progress

5    into these containment rigs.  And that rig is essentially a

6    fully bladed rotor which has our composite blades in it and

7    a composite shell encasement around it, and that is spun up

8    to our high-speed take-off speed, and that blade is then

9    intentionally released in that event, and we capture a

10   couple of things.  Obviously, we capture containment, you

11   know, binary, yes, it did contain or not, but also all of

12   the associated -- you know, how does it absorb energy, what

13   is the case deformations, how does the blade fragment.  All

14   of those things get put into the rigs.

15        That is what we call an engineering rig.  It's not

16   visible to the FAA.  It's not visible to -- a lot of times

17   not even to our customers.  We do it internally as a

18   learning exercise.  And, typically, it takes more than one

19   rig because you learn and you have to adjust designs.  And

20   in our case of the GE9X, it took three rigs to do that

21   understanding.  Again, a rig is just a very -- the

22   conditions are not like a full engine because a full engine

23   is very expensive, but it's just testing that

24   encasement/blade combination.

25   Q    So this containment rig testing where you're going

1   through these rigs for the blade-out, is that just testing

2   the fan module; it doesn't have the other pieces of the

3   engine?

4   **A**    Just testing the fan module, that's correct.

5   **Q**    All right.  And it could take more than three rigs,

6   but that's what you estimated here?

7   **A**    Yeah.  Well, three rigs was based on the GE9X, that's

8   what it took there.  Other experiences we've had -- and I go

9   back to the GE94B, I think we were several rigs, I think we

10  were probably four or five rigs.  So, again, as you learn

11  more and more about how to get from Point A to Point B, you

12  can make that trip faster.

13  **Q**    Okay.  And this is obviously more expensive than some

14  of the other items, is that because it involves the

15  destruction of the material?

16  **A**    Yes.  So certainly it's a destructive test, so you

17  damage, you know, a whole set of development fan blades,

18  which can be very expensive, and a development case, which

19  obviously is also very expensive, and it takes time.  I

20  mean, each one of these rigs is probably a six-month effort,

21  dedicated effort, just to get all of the test blade hardware

22  designed, all of the balancing, all of the coordination with

23  the test facility.  These are run in big vacuum vessels, so

24  big containment, you know, structure for safety, because if

25  you have a surprise in the test, you don't want to, you

1    know, harm anybody.  So these are very, very complex tests.

2    Q    All right.  And then as we're moving along the

3    timeline, we're getting towards the final stage.  What

4    happens after you get through the containment rig testing

5    and you feel you're ready for the next step?

6    A    Yeah.  Once you do your containment rig testing and

7    you're confident, so now you have a fan module that you're

8    happy with, again, that now has to be validated to the

9    agencies, the FAA, that indeed it meets the requirements for

10   containment.  So that is now a certification test to meet --

11   I think it's 3379 for containment, and you actually have to

12   demonstrate that on a full engine.

13        All right.  So that is now -- this last part here is a

14   full engine test, which has to release a fan blade at top

15   speed and show basically that you can contain and you don't

16   have a fire and/or you don't release the engine from the

17   mounting structures, et cetera.

18   Q    All right.  So this final containment certification

19   test, the fan module is now affixed with the full engine,

20   correct?

21   A    Correct.

22   Q    But the test itself, is that still focused on the

23   blade-out event?

24   A    Yes.

25   Q    And the containment?

1    **A**    That is one of the main things of the test.

2    Certainly, other things are tested at the same time, right,

3    because it's now a system.  I have the whole engine behind

4    me, behind the fan module, so, again, the mounting

5    structures, all of the loads that get generated during this

6    big dynamic event of a blade release, have to show that they

7    can also survive.

8    **Q**    Okay.

9    **A**    Yeah.  Again, it's a very high-cost test.  It is a

10   complete demonstrator engine, and at this phase, the engine

11   is not, I'm going to say, industrialized.  So there's a lot

12   of development work that goes into it and it's very

13   expensive at that point.

14   **Q**    All right.  Mr. Kray, I realize this was an exercise

15   in estimating a general development scheme.  Overall, what

16   was the timeline that you came up with for a hypothetical

17   engine development like this?

18   **A**    Typically, it's on the order of, you know, getting

19   close to 15 years, you know, 12 to 15 years when you start

20   way back from, you know, material.  If you were to start

21   from zero, it would be on the order of 12 to 15 years.

22   **Q**    And if you're starting with the material, there's

23   still at least seven years of this testing?

24   **A**    Oh, yeah.  Even if you had the right material system,

25   some of these tests are required for certification.

1   **Q**    All right.  Okay.  Now, before we turn from this, I do

2   want to mention this timeline and cost estimate.  First of

3   all, what was the total that it added up to in your

4   estimate?

5   **A**    $107 million.

6   **Q**    All right.  That $107 million and that time frame,

7   that's relating to a successful development of an engine,

8   correct?

9   **A**    That's correct.

10  **Q**    If the wrong material -- and I say "wrong."  If a

11  material is selected that turns out to be incorrect, that

12  would impact this, correct?

13  **A**    Oh, certainly, yeah.

14  **Q**    Would the timeline be longer?

15  **A**    Certainly, yeah.

16  **Q**    Would the cost be higher?

17  **A**    Oh, yes.

18  **Q**    All right.  I guess any time the timeline -- any time

19  you have to start over, you're going to increase the cost?

20  **A**    Right.  And remember that -- this may be not shown in

21  this diagram -- that, you know, typically when these

22  programs get launched, we have commitments to our customers,

23  whether it be Boeing or Airbus, to supply an engine to an

24  aircraft.  So in parallel, they're designing an aircraft,

25  for example, and that timeline is very, very rigid because

1    they have commitments.  They typically sell an aircraft

2    before it's even completely designed, and they have

3    commitments to their customers, who are the American

4    Airlines, the Deltas, et cetera.

5         So a lot of timelines are very, very rigid with

6    respect to commitments.  If you were to have to go back and

7    redo some of this testing, commitments can be very -- the

8    schedule gets very -- a lot of, a lot of scrutiny, and that

9    can be very costly from a penalty perspective, whether it be

10   an Airbus that has an airplane sitting there that doesn't

11   have engines to go on it or a customer is waiting that has

12   built a business plan for a triple 7, for example, that's

13   not in its hangar because Boeing hasn't delivered it to

14   them.

15   **Q**    Are aware of competitors that have invested money in

16   trying to develop something similar and have either stopped

17   or failed or had to restart?

18   **A**    Yes.  So one of the industry-known examples is Rolls

19   Royce on the RB -- RB211 program, and I believe it was in

20   the '70s, 1970s, I think, they tried to do a composite fan

21   blade for that program.  They were not successful.  And they

22   tried it twice, and the second time, they almost bankrupted

23   Rolls Royce corporation because of those commitments and

24   time frames that were dedicated to that.

25   **Q**    All right.  And so since GE is the only manufacturer

1    that currently has a certified engine that's in the air like

2    this, this is essentially the shortest that it's ever been

3    done; is that fair to say?

4    **A**    I would say yes, because the 94B took much longer than

5    that --

6    **Q**    All right.

7    **A**    -- because it was our first time through.

8    **Q**    So it can be much longer if it runs into problems or

9    is unsuccessful?

10    **A**    Yes.

11    **Q**    Or it could just flat-out fail and a competitor could

12    just never reach the finish line, is that possible?

13    **A**    Or you would have to -- as in Rolls Royce's case, they

14    had to go back and put a metal fan blade on that, so their

15    performance did not meet their commitments, and there are

16    certainly penalties they have to pay for that.

17    **Q**    All right.  Thank you.  Let me turn to page 2 of this

18    exhibit, and can you just describe for the Court -- we won't

19    go through every single line, but can you summarize -- and

20    we won't go through all of the math.  But if you could start

21    by summarizing for the record what does this show and what

22    was it that you were trying to capture?

23    **A**    Okay.  So what we tried to capture here was that over

24    and above the development costs, what is our value to the

25    customer?  In other words, why would the customer pay for a

1   GE engine versus a competitor's engine, which I captured

2   here.  This is really our -- what I call customer value.

3   And composites, as we talked about, the real advantage of

4   composites is weight, and the composites fan case/fan blade

5   combination here saves us approximately 200 pounds per

6   engine.  All right.  And there's two engines on an aircraft,

7   at least most aircrafts, 747-800 has four, but most aircraft

8   have two.

9        So it's really -- I worked with our performance folks

10  to try to capture the customer value here.  And as you take

11  weight out of the engine, you get -- it takes less fuel,

12  obviously, because it's a lighter aircraft.  So I can --

13  either I can save on fuel costs or I can go longer routes,

14  so I can have a better structure for my airline customers.

15  And that's what I tried to build here, is the SFC, specific

16  fuel consumption, advantage of a lighter weight aircraft.

17  **Q**    I'm sorry, in the end, what did you estimate were the

18  savings for that aircraft?

19  **A**    Okay.  So if you take the typical life-span of an

20  aircraft, which is 35 years, and that's industry standard,

21  it's about $1-and-a-half million of savings just on

22  operational costs to our customer for every aircraft that

23  has composite fan blades and fan cases on them.

24  **Q**    That's just on the fuel side of it?

25  **A**    That's correct.

1   **Q**    All right.  If they wanted to take that weight and use

2   it to have more seats or something like that, is that

3   another way that a manufacturer could utilize the value?

4   **A**    Sure, yeah.  Certainly, yeah.

5   **Q**    All right.  And this is simply for one aircraft over

6   its lifetime?

7   **A**    That's correct.

8   **Q**    All right.  Do you know how many GE engines with

9   composite fan blades are out there, roughly?

10  **A**    Yeah.  So we have four variants, as I mentioned

11  earlier, GE90-94B, GE-90-115B, GEnx 1B, and GEnx 2B.  The

12  GE9X is certified but has not made it to the customers yet.

13  But between those four variants, there's over 2,000

14  aircraft, which means, you know, 4,000 engines that go into

15  those.

16  **Q**    Okay.  All right.  And then, finally, I want to ask

17  you one last set of questions regarding composite

18  technology.  Polymeric composites, are they used in other

19  products other than jet engines?

20  **A**    Well, certainly, yeah.  Composites, you know, are used

21  for recreational sports.  You know, your carbon shafts on

22  your golf clubs, for example, are composite.  There's a wide

23  range of use of composites.  The unique thing about

24  aerospace composites are the rigor that goes behind the

25  control process to make those products and to actually make

1    the raw material, if you will, of the carbon resin

2    structures.

3    **Q**    Are there universities and other research facilities

4    that do testing on composites and publish the results?

5    **A**    Certainly.  It's well-known in academia that

6    composites are -- you know, everybody wants to use

7    composites, so there's a lot of academia research on

8    composites, a lot of studies, a lot of, I'm going to say,

9    component testing level that's done.  Yes.

10   **Q**    Are you familiar with something called the *Composites*

11   *Material Handbook*?

12   **A**    Yes.  It's a -- it's an industry-lead handbook, if you

13   will, which tries to capture a best practice of very

14   high-level design approaches.  In other words, the pyramid

15   that we showed on the first page was essentially from that

16   handbook.  We are, GE Aviation is, a participant in the

17   material handbook for composites as well as our competitors,

18   Rolls Royce and Pratt & Whitney.  And there's academia also

19   involved in that handbook structure or content.

20   **Q**    So to a degree, there is shared information about

21   composites, generally?

22   **A**    Oh, certainly, yes.

23   **Q**    All right.  And the analytical tools that you use, I

24   think you mentioned at trial there's a software called

25   LS-Dyna?

1    **A**    Um-hmm.

2    **Q**    Are those publicly available to others?

3    **A**    Yes, yeah.  Certainly, industry tools such as LS-Dyna,

4    Ansys, you know, finite element codes, that is open to

5    basically worldwide, you know, that is supported worldwide

6    at a commercial level.  So anybody can buy that, whether

7    it's any other country or any university.  Certainly, it's

8    available.

9        The key thing there is, you know, a lot of that I'm

10   going to call -- it is what I call open architecture.  So it

11   may have the framework of analytical predictions, how -- how

12   you -- the input is -- or the output is only as good as the

13   input.  So how well you understand the input makes your

14   predictions and your success, if you will, very dependent on

15   that.

16   **Q**    All right.  Now, I take it, within GE's files, within

17   your fan module mechanical design team files, you have

18   information and processes that are not made public; is that

19   fair to say?

20   **A**    Oh, yeah, certainly.

21   **Q**    All right.  Can you describe what it is in general

22   terms, sort of the difference between what's publicly known

23   about composites versus the value that GE has from its own

24   internal information?

25   **A**    Yeah.  So I think it's certainly the characterization

1      level of understanding material.  We talked about these

2      analytical codes and the input that goes into those codes,

3      the constants, they call them material constants.  These

4      codes, such as LS-Dyna, basically are basically mathematical

5      tools to predict an outcome.  All right.  So I can model --

6      if you want to call it modeling, I can model an

7      architecture, I can model kinetic energies and how the

8      material might respond to that kinetic energy impulse, and

9      that's all done mathematically.

10         But really to support those mathematical predictions

11     are what I call constants, the input into that material

12     modeling and some of the composites because it is

13     directionally dependent, it's not like metal, isotropic,

14     composites are orthotropic, so it's directional dependent.

15     So instead of one direction applying to everything, it is

16     biased in architecture and may be stronger in one direction

17     versus another.  To understand all of that and put those --

18     and understand those constants or derive those constants to

19     put into that predictive tool is kind of the key.  All

20     right.  So that's one thing.

21         And then the other thing is the path.  Again, we

22     talked to get from Point A to Point B.  You know, from my --

23     basically, my conception of I want a composite part to

24     actually certifying that composite part, what is the testing

25     that you have to go through, what is the right process of,

1    okay, as I build myself up that pyramid, how do I -- how do

2    I choose the right test at the right time, to down-select I

3    have confidence in so I don't have to fall back and start

4    over again, that's the key.

5    Q    All right.  I take it, over your period of time in

6    working in this field with GE Aviation, you've seen

7    developments of fan modules where you've made mistakes,

8    you've had learnings, you've had some trial and error; is

9    that fair to say?

10   A    Yeah.  I think in any design process, it's -- that's

11   the beauty of engineering, a lot of it is trial and error,

12   and there's multiple ways to skin a cat; but to be the most

13   efficient is really the key that's going to give you that

14   competitive advantage, getting to the market first, making a

15   product that's durable and meets all of the criteria of

16   federal regulations.

17            MR. MANGAN:  All right.  That's all I have.

18            MS. GLATFELTER:  One moment, Your Honor.

19            MR. MANGAN:  One moment, Your Honor.

20            THE COURT:  Very well.

21        (Pause.)

22   Q    If we could go back to the GE9X.

23   A    Yes.

24   Q    Can you talk through -- I know this case kind of came

25   about in 2017; was that still under development at that

1    time?

2    **A**    Yes.  Actually, the GE9X from an engine perspective

3    was certified in 2020.  The aircraft I believe has been

4    certified, maybe.  The Boeing aircraft, which is the triple

5    7 9X, has not been delivered to customers yet.  It is

6    flying.  It has GE9X engines on it, but the actual engine

7    from an FAA perspective has been certified in 2020.

8    **Q**    All right.  And so when was it first put on a plane?

9    **A**    I think 2021 is when they start doing first flights on

10   a triple 7.  Now, that being said, we have a flying -- what

11   we call a flying test bed, which GE owns.  It's a 747

12   aircraft where we typically put our demonstrator engines on

13   even before they're certified.  So it did fly in probably

14   2019 on that demonstrator flying test bed, but, certainly,

15   it could not carry passengers at the time.  Just for

16   development purposes.

17   **Q**    So in 2017 when Mr. Xu was working on the GE9X, would

18   you say you're towards the tail end of the development

19   process?

20   **A**    Yes, that would be correct.

21   **Q**    Okay.

22   **A**    I believe -- I think we were -- we hadn't done the

23   containment cert test.  We were probably -- on this chart,

24   probably in that ten-year type of time frame mark.

25   **Q**    All right.  And then, I apologize, if we can go back

1    to the total that you have on page 1.

2    **A**    Um-hmm.

3    **Q**    I think we may have the wrong total that we've added

4    up, so I want to go back and check the math for the Court.

5    **A**    Okay.

6         MR. MANGAN:  So apologize for just discovering this

7    now, Your Honor.

8         THE COURT:  I was doing it in my head.  Go ahead.

9    **Q**    If we add that up, is that -- it looks like that adds

10   up to 98 million, not 107?

11   **A**    Okay.

12   **Q**    Do you see that?

13   **A**    I can't do it in my head here, but probably true.

14   **Q**    All right.

15   **A**    It seems like a big number you say, whether it's 98 or

16   a hundred, but when you go back to the 94B engine, which was

17   the first engine we developed for composites, that overall

18   engine cost was $2 billion, and that's in open literature of

19   what our cost was.

20   **Q**    Was this -- was this reflecting sort of the most

21   current ability as you estimate it that GE could do in terms

22   of developing an engine and just the fan module part of that

23   engine?

24   **A**    Yeah.  I mean, the people we had working, the seven

25   people here, we talk about a fan module team, they are

1    experienced engineers who had worked with composites before,

2    were familiar with the process.  We have design process

3    templates internally in GE that guide us through that

4    process to get there most efficiently.  So this was not a --

5    was not, you know, inexperienced engineers.  These were

6    people that were familiar with this.

7              MR. MANGAN:  All right.  That's all I have, Your

8    Honor.  Thank you.

9              THE COURT:  Very well.  Witness has been on the

10   stand for almost an hour.  We're accommodating interpreters.

11   Always like to ask this:  Counsel, how long do you

12   anticipate your cross will be?

13             MR. MIEDEL:  I would expect about half an hour or

14   45 minutes.

15             THE COURT:  I think at everyone's deference, we

16   should take a break at this point.  You can sharpen your

17   tools.  I would like to take a tight 10 minutes.  The

18   Internet says it's 11:32.  I would like us all back and

19   ready to proceed at 11:42.  We'll take a short break.

20   Please do not discuss your testimony.

21             THE DEPUTY:  All rise.  This court is in recess

22   until 11:42.

23        (Recess taken from 11:32 a.m. to 11:42 a.m.)

24             THE DEPUTY:  All rise.  This court is back in

25   session pursuant to the recess.

1          THE COURT:  Thank you.  Please be seated.  The

2    witness may retake the stand, and he remains under oath.

3    And he understands, correct?

4          THE WITNESS:  Correct.

5          THE COURT:  Very well.  Cross-examination.

6          MR. MIEDEL:  Thank you, Your Honor.

7          THE COURT:  Brace yourself.

8          MR. MIEDEL:  Good morning, Mr. Kray.

9          THE WITNESS:  Good morning.

10         MR. MANGAN:  My name is Florian Miedel.  I'm one of

11   the attorneys for Mr. Xu.

12         THE COURT:  He's from New York.

13         MR. MIEDEL:  I hope you don't hold that against me,

14   Mr. Kray.

15                     **CROSS-EXAMINATION**

16   **BY MR. MIEDEL:**

17   **Q**    Let's start out really simple.  As you understand it,

18   this case involves the attempted theft of trade secrets from

19   GE Aviation, correct?

20   **A**    Correct, yes.

21   **Q**    Specifically relating to fan blades and encasements

22   made of composite materials, right?

23   **A**    Correct.

24   **Q**    Okay.  And you testified at the trial, as we know,

25   correct?

**A**     Correct.

**Q**     Now, at the trial, you testified that if someone was
successful in obtaining some of GE Aviation's trade secrets,
that could affect GE's competitive advantage down the road,
right?

**A**     That's correct.

**Q**     And you said that because, as you mentioned today too,
GE currently enjoys a significant competitive advantage,
right?

**A**     That is correct.

**Q**     Because right now it's the only manufacturer of
composite fan blades and encasements that has it on engines
that are in the air, right, that are certified?

**A**     Correct.

**Q**     So essentially, GE has a monopoly, right, on this
product?

**A**     I would say we have the right technology at the time.

**Q**     Okay.  Now, if some competitor obtained GE secrets in
this process and as a result could build an engine using
composite materials a little bit faster, that might lead to
a reduction of GE's market share down the road, correct?

**A**     I think it would prove to be competition down the
road.  Sure.

**Q**     It would what?

**A**     Prove to be competition down the road.  Yes.

1    **Q**    Right.  And if there is competition, presumably, there

2    would be some loss of market share to GE, correct?

3    **A**    Potentially, sure.

4    **Q**    Now, just to be clear, obviously, if someone steals

5    some of GE's proprietary information in this area, that

6    doesn't prevent GE from continuing to make -- design, make,

7    sell, fan blades and encasements, right?

8    **A**    That's correct.

9    **Q**    GE doesn't lose the ability to develop, make, market,

10   and sell those products?

11   **A**    I think the key thing is that we're always trying to

12   go the next step in efficiency, so having that process that

13   you can leverage up onto next engine design is key.  Yes, we

14   would certainly --

15   **Q**    I understand.  And GE would continue to do that?

16   **A**    Certainly.

17   **Q**    Continue to work in this area, right?

18   **A**    Certainly.

19   **Q**    Regardless of whether or not someone had obtained

20   trade secrets or not from GE?

21   **A**    I think it wouldn't -- it wouldn't affect my

22   day-to-day effort, no.

23   **Q**    Okay.  And so any potential loss to GE Aviation when a

24   trade secret is stolen isn't immediate; it might be in the

25   future, correct?

1    **A**    It would be -- certainly, the design cycle, you know,

2    if you lost technology today, to actually see it show up in

3    the field might be five or ten years, right.  So yeah, it

4    wouldn't happen tomorrow, but it would happen down the road,

5    yes.

6    **Q**    Right.  So, for example, if someone steals something

7    tangible, like let's say your 1963 Corvette Stingray that

8    you've lovingly restored, one, you would want the car back,

9    right?

10   **A**    Correct.

11   **Q**    And if the car is lost, you'd want the thief to pay

12   what the car was worth, including the time that you spent

13   working on it, right, ideally?

14   **A**    I think in that case, you're correct.

15   **Q**    Okay.  Here, we're talking about something totally

16   different, right, this is -- GE has not lost a product, it

17   hasn't lost its knowledge, its know-how, its expertise, its

18   skills to make these products, right?

19   **A**    I think it loses its competitive advantage at some

20   point.

21   **Q**    At some point, right?

22   **A**    (Nodding head.)

23   **Q**    Okay, sure.  Now, a future reduction or loss of

24   competitive advantage, that depends on a number of different

25   factors; do you agree?

1    **A**    Oh, yeah, certainly.

2    **Q**    That can depend on how fast, for example, a competitor

3    can research, develop, and build their own technology,

4    right?

5    **A**    Certainly.

6    **Q**    It depends on how far along a competitor might already

7    be in the process at the time when they acquire the trade

8    secret, right?

9    **A**    That's true.

10   **Q**    It obviously depends on what the actual trade secret

11   is; some trade secrets may be of great use and some might

12   not, right?

13   **A**    I would say yes; but, you know, if it's considered a

14   trade secret, we have deemed it to be very important

15   internally in our GE Aviation.

16   **Q**    Well, sure.  That's information that you don't want

17   out there, certain test results, for example, right?

18   **A**    Right.

19   **Q**    But we'll talk about this more, but some test results

20   may be of little use to a competitor who's already had their

21   own testing done, right?

22   **A**    Potentially, sure.

23   **Q**    Okay.  So you would agree, right, that sitting here

24   today calculating what such a future potential loss to a

25   competitive advantage or market share -- calculating a

1    number would be really difficult, right?

2    **A**    I would say the number would only go up.  Right.

3    **Q**    Well, but you can't, you can't put a number on that

4    right now because of all of these variables that we talked

5    about; isn't that right?

6    **A**    Okay.  Another way to look at it, sure.

7    **Q**    Okay.  Okay.  Let's -- let me ask you some questions

8    about the Building Block method that you already discussed.

9         General Electric Aviation in manufacturing these

10   products uses the Building Block method, correct?

11   **A**    That's correct.

12   **Q**    And the Building Block method is an approach, a method

13   of how -- of how to build something, correct?

14   **A**    It's a philosophy more so than a method.

15   **Q**    Okay.

16   **A**    And it's really very logical.  It doesn't take much

17   thought behind it to say that you don't start with the final

18   product, I start from a very basic understanding as I work

19   up to more and more complex issues.

20   **Q**    Right.  You start very small?

21   **A**    Um-hmm.

22   **Q**    You test, you analyze, you make it bigger, you test,

23   you analyze, so on, you move up the chain?

24   **A**    Right.

25   **Q**    And would it be fair to say that the Building Block

1    method is the method that's used by everyone who builds jet

2    engines?

3    **A**    I would say it's probably used by anybody who makes

4    anything.  You know, *Composite Material Handbook 17*, which

5    the Building Block comes from, is not specific to turbine

6    fan engines.  It's used for aircraft structures as well, so

7    it's not specific to engines.

8    **Q**    Right.  But you're not aware of anyone -- any

9    manufacturer of jet engines, specifically, who uses any

10   method other than the Building Block method, right?

11   **A**    I would agree.  Again, you know, GE is a member of the

12   CMH 17 Handbook committee, if you will, as well as our

13   competitors.  So yes.

14   **Q**    Got it.  Now, the Building Block method is the

15   philosophy that is sort of an overarching approach to

16   building something, but how something is built depends on a

17   lot of different factors, correct?

18   **A**    Certainly.

19   **Q**    It depends on the materials that are being used,

20   right?

21   **A**    Correct.

22   **Q**    It depends on what architecture you decide to make the

23   composite, whether it's braided, woven, laminated, right?

24   **A**    Correct.

25   **Q**    It depends on what prior knowledge you might have

1    institutionally that you can apply to the process, right?

2    **A**    I think, I think you base it upon learning, sure.  I

3    mean, what you learn from experience base, whether it's

4    previous programs or your own testing, you learn what works

5    and what doesn't work, yes.

6    **Q**    Okay.  It also depends on the specific manufacturing

7    methods that you use, correct?

8    **A**    Correct.

9    **Q**    And that includes also the tools and the machines that

10   you use?

11   **A**    Exactly.

12   **Q**    All right.  So with that background, let's look at

13   this chart in Exhibit A.

14   **A**    Um-hmm.

15   **Q**    Government's Exhibit A.  And I want to direct your

16   attention to the right diagram, the blue chart, and actually

17   go to the bottom of that.  And you discussed some of this on

18   direct, but I just wanted to follow up on that.

19         The bottom arrow, so to speak, is the containment

20   certification test, correct?

21   **A**    Correct.

22   **Q**    And as you said, before an engine is allowed to fly on

23   an airplane, it has to be certified; in the United States,

24   it has to be certified by the FAA, right?

25   **A**    Before it's allowed to fly, I'm going to call it, in

1    revenue service, before it's allowed to carry passengers.

2    **Q**    Carry passengers?

3    **A**    Yeah.

4    **Q**    Sure.  And there are similar agencies to the FAA in

5    other countries, correct?

6    **A**    Oh, yeah, certainly.

7    **Q**    And, in fact, the FAA has agreements or treatises or

8    whatever they're called between -- with other agencies to

9    ensure consistency, correct?

10   **A**    Yeah.  I mean, one that comes to mind is EASA, which

11   is the European agencies, and they try to harmonize their

12   approaches to certification.

13   **Q**    Okay.

14   **A**    Yes.

15   **Q**    And you discussed this.  In order to certify an

16   engine, the FAA requires a full engine blade-out test,

17   correct?

18   **A**    That is one of the requirements, yes.

19   **Q**    All right.

20   **A**    That is not the only requirement, but that is one of

21   the requirements.

22   **Q**    Understood, yes.  And that means, as you said, you

23   have to build an entire engine, right?

24   **A**    (Nodding head.)

25   **Q**    That means the front section, the fan blade section,

1    the other parts, the hot section, as they're called, right,

2    everything, right?

3    **A**     Yeah.  And that engine has to be conformed.  When I

4    say conformity, it has to be the exact architecture that you

5    plan to submit for certification.  So even though the fan

6    module is basically a fan test, the turbine discs, for

7    example, have to be the exact disc architecture, material,

8    geometry.  It has to be signed off by an FAA person to say,

9    yes, that conforms to your design and what you're testing

10   actually represents what will be flying to the public.

11   **Q**     Okay.  And then the engine basically gets destroyed,

12   right?

13   **A**     That is correct.

14   **Q**     So that's why, among other reasons, this test is very

15   expensive, right?

16   **A**     Um-hmm.

17   **Q**     And by the time you get to it, you want to make sure

18   you've done everything else right, correct?

19   **A**     You want to go into that test with as high confidence

20   as possible because not only is that test expensive, but

21   it's also visible to the agencies.  In other words, you

22   don't want to go to the agencies and have a test failure,

23   because not only do you lose confidence in your agencies

24   because you're trying to test something that didn't pass,

25   but you also -- you know, there's a lot more scrutiny then

1    behind those test results.

2    **Q**    Of course.

3    **A**    Yeah.

4    **Q**    And any competitor of GE Aviation's who builds a jet

5    engine would have to go through this certification process,

6    correct?

7    **A**    Yes.

8    **Q**    And that's whether or not they built that engine

9    using, let's say, GE's proprietary information, right?

10    **A**    I would say any engine that gets built has to be

11    certified to those rules.

12    **Q**    Right.  And my question is, even if that engine uses

13    some trade secrets of GE's to be built --

14    **A**    It would still have to be certified, sure.

15    **Q**    -- it would still have to be certified, right?

16    **A**    Yeah.

17    **Q**    And GE has to have that engine certified whether or

18    not some of its trade secrets were stolen, right?

19    **A**    That's the only way to sell it to the customer.  Yes.

20    **Q**    Right.  In other words, the cost of the certification

21    test has to be born by GE whether or not there was a trade

22    secret theft, correct?

23    **A**    I think to get it -- to get a product to the public,

24    yes, it has to be certified.

25    **Q**    Okay.  And in this chart, the certification

1    containment test is $50 million, right?

2    **A**    Correct.

3    **Q**    Out of the total of $98 million?

4    **A**    Correct.

5    **Q**    Okay.  Now moving down the chart to the containment

6    rig testing.

7    **A**    Um-hmm.

8    **Q**    You described that as a series of tests where you

9    built essentially the front section of the engine and you

10   put it through testing, right?

11   **A**    That's correct.  We put it through a -- basically, a

12   simulated blade-out test.  It's driven by -- not driven by

13   an engine at this point.  It's driven by an electric motor

14   to get the right RPM into the fan module, and then the

15   release is executed, and the containment and the other

16   dynamics of the engine is understood.

17   **Q**    Okay.  By the way, at what stage do you do the bird

18   strike test?

19   **A**    That's probably -- I would put that into subcomponent

20   testing.

21   **Q**    All right.  So going back to the rig testing, that

22   test or those series of tests are also very expensive

23   because you do have to build the entire module and put it

24   through these tests, right?

25   **A**    Yeah.  So the containment rig testing is really just

1   the case, the discs -- the disc, one disc, the fan disc and

2   the blades.

3   **Q**    Right.  And any competitor who builds a jet engine

4   using composite materials has to also go through the

5   containment rig testing, right?

6   **A**    Well, again, you don't have to.  It's an engineering

7   test, so it's not required.  It's not required by any

8   agencies.  It's something we do in-house because of the

9   confidence-building and the understanding, getting an

10  understanding, but it is not a requirement.

11  **Q**    Right.  But if you skip that test -- if you skip those

12  tests, that could lead to all kinds of problems, right?

13  **A**    Well, it could lead to, again, a surprise in your

14  certification test, which is -- you know, that's much more

15  costly.

16  **Q**    Right.  And nobody wants a surprise in the

17  certification test?

18  **A**    Exactly.

19  **Q**    Because it's so expensive?

20  **A**    Exactly.

21  **Q**    So it would make sense -- even if it's not required by

22  the FAA, for example, it would make sense that anyone who

23  builds an engine like this would go through that kind of

24  testing to get to that stage, correct?

25  **A**    It would be very cavalier not to.

1    **Q**    Right.  And then below that, we're talking about the

2    subcomponent testing?

3    **A**    Um-hmm.

4    **Q**    And, again, testing is really a primary feature of the

5    Building Block approach, right; you're constantly testing

6    things, whether in -- you know, using the actual materials

7    or using computer models, right?

8    **A**    Correct.

9    **Q**    And, again, although it's not -- there isn't any

10   specific requirement by the FAA or some other agency like

11   that, presumably, as you said, it would be cavalier to skip

12   tests along the way because, for one, you would compromise

13   safety, correct?

14   **A**    Correct.

15   **Q**    And you might not succeed in your certification test?

16   **A**    Right, which would affect your overall schedule.

17   **Q**    Right.  And so anyone, whether they obtained --

18   whether they built the engine completely on their own or

19   they used some proprietary material of somebody else's,

20   would have to go through that testing, correct?

21   **A**    I think that would be up to the individual company.

22   Certainly, the required testing is certification.  How you

23   would feel -- again, cavalier -- in skipping some tests

24   would be up to that individual company.

25   **Q**    Okay.  All right.  Now, let's skip down to the first

1    arrow, the material property data and down-select arrow.

2    **A**    Um-hmm.

3    **Q**    That's a very beginning of this process, correct?

4    **A**    That's correct.

5    **Q**    And, in fact, the very beginning of the process is

6    selection of the fibers that you're going to use, right?

7    **A**    Fiber and resin system.

8    **Q**    Right.  So a composite is a very -- basically made up

9    of carbon fibers and then a resin and sort of mixed

10   together, right?

11   **A**    Correct.

12   **Q**    Now, the choice of what fiber you use, that can affect

13   the entire design cycle, correct?

14   **A**    That is true.  The general use here is what we call

15   intermediate modulus fiber, IM, intermediate modulus, which

16   is a specific modulus range of carbon fiber, which is in

17   industry called intermediate modulus.  So there's lots of

18   suppliers of it, but it's typically intermediate modulus

19   fiber.

20   **Q**    Right.  But I think -- and I believe you testified to

21   this at trial, and I could refresh your recollection about

22   it -- is that the fiber that is selected, that can control

23   the entire design cycle in the sense that if you pick one

24   fiber versus another fiber, they can have different results?

25   **A**    That's true.

1    **Q**    Okay.  So in other words, right, if you, GE Aviation,

2    get your fibers from Fiber Manufacturer A and a competitor

3    gets their fibers from Fiber Manufacturer B, that there

4    could be significant differences in the way that the design

5    occurs later on?

6    **A**    Well, typically, we control our fiber by internal

7    specifications, which include the modulus.  We don't specify

8    by manufacturer.  So even though we use a single

9    manufacturer, typically, we start out with that we don't

10   deviate, that fiber specification could be met by other

11   suppliers.

12   **Q**    Okay.  But the -- but you use a commercial vendor to

13   sell you the fiber, correct?

14   **A**    Could you repeat the question?

15   **Q**    You use a commercial vendor, a supplier essentially,

16   manufacturer?

17   **A**    Yeah.  We don't make composite fiber and/or resin.

18   **Q**    And it's your understanding that carbon fibers are

19   export controlled, correct?

20   **A**    The fiber itself is, yes.

21   **Q**    Okay.  Which means that a country such as China could

22   not buy its fiber from the same manufacturer that you get it

23   from, correct?

24   **A**    That is true.  That's covered under the Department of

25   Commerce.

1   **Q**    Yeah.

2   **A**    C010.b, I believe it is, which covers composite

3   material.

4   **Q**    Right.  So, again, China could not buy its fibers from

5   the same manufacturer as you buy your fibers from?

6   **A**    The raw fiber itself, yes.

7   **Q**    Right.  And, again, different fibers could have impact

8   on the design cycle down the road?

9   **A**    Again, we specify it by fiber specifications, so

10  whether it's made by Vendor A or Vendor B, if it meets the

11  specifications, it could be used to meet that design.

12  **Q**    Okay.  There are also variations or differences in the

13  resin, correct?

14  **A**    Yes.  Resins are -- you know, there's a whole host of

15  different resins.  They are not export controlled, at least

16  the polymeric epoxy resins are not, so yes.

17  **Q**    Okay.  Then, of course, the way that they are -- the

18  architecture of the design, whether you braid these

19  materials together or you weave them or whatever, obviously,

20  that decision can ultimately lead to a very different result

21  in design?

22  **A**    Certainly, and that's part of this first bar here, is

23  the material down-select.  It's not just the material

24  itself, it's the architecture that goes behind it as well.

25  **Q**    Okay.  Now, if, if a competitor wished to

1    hypothetically replicate General Electric Aviation's

2    process, they would have to know exactly the fiber that was

3    used, right?

4    **A**    They would have to know the specifications of the

5    fiber.

6    **Q**    The specifications of the fiber?

7    **A**    Um-hmm.

8    **Q**    They would have to know the resin and have the same

9    resin, right?

10   **A**    Correct.

11   **Q**    They would know exactly what tests were conducted and

12   what the tolerances are that you evaluate them at, right?

13   **A**    Correct.

14   **Q**    Okay.

15   **A**    And you did mention that fiber is export controlled,

16   that is true; but, you know, when we talked about composite

17   material, you know, there's raw fiber and then what we call

18   prepreg, right, which has resin already impregnated into the

19   fiber, that is not export controlled for epoxies.

20   **Q**    Does GE Aviation use prepregs?

21   **A**    Yes, for composite fan blades, yeah.

22   **Q**    All right.  So I was asking you if somebody else was

23   seeking to replicate GE in this process, right, and you said

24   the materials would have to be the same, the testing would

25   have to be the same, right; the manufacturing method would

1    have to be the same, correct?

2    **A**    I would say that certainly manufacturing process would

3    have to be the same, right, because it makes the end product

4    and that's dependent on how you process it.  The testing

5    would not necessarily have to be the same.  It would be --

6    again, if you had that commercial advantage, you might be

7    able to skip that testing phase.

8    **Q**    Okay.  I'm sorry.  If you had the commercial advantage

9    like GE does?

10   **A**    Right.

11   **Q**    Because you already have --

12   **A**    If you had the knowledge base.

13   **Q**    Already gone through it?

14   **A**    That's right.

15   **Q**    You would have to have a production line that was

16   essentially set up identically, correct, to have the same

17   product at the end?

18   **A**    I would say not identical, but it would have to do the

19   same processing, yes.

20   **Q**    Okay.  And if a competitor were not to have all of

21   those essentially same or identical processes, materials,

22   that sort of thing, tools, they would have to go through

23   this process on their own, wouldn't they?

24   **A**    That's correct.

25   **Q**    Okay.  Mr. Kray, you testified that a commercial jet

1    engine consists of multiple parts, correct?

2    **A**    Correct.

3    **Q**    There are different modules?

4    **A**    Correct.

5    **Q**    And so there are different teams of engineers that

6    work on different parts of the engine, right?

7    **A**    That's correct.

8    **Q**    In other words, one engineer wouldn't work both on the

9    fan section and the turbine section, right?

10   **A**    That would be very, very unusual, unless -- we have

11   what we call system engineers, which are more of an

12   overarching integration, if you will, you know, how well the

13   air comes from the fan through the turbines, et cetera, they

14   would have exposure to that complete engine level.

15   **Q**    But, generally, these different parts of the engine

16   require different skill sets?

17   **A**    I would say, yes, true.

18   **Q**    And at General Electric, engineers who work on one

19   part of an engine, they don't generally have access to the

20   information or data or proprietary information that govern

21   other parts of the engine; is that correct?

22   **A**    I would say at the module level, yes, that's true.

23   **Q**    Okay.

24   **A**    In other words, fan module typically wouldn't have to

25   deal with technologies of a turbine module.

1   **Q**    It's compartmentalized and it's sort of a need-to-know

2   kind of situation, correct?

3   **A**    That's true, that's true.

4   **Q**    Now, Mr. Zheng, he worked, as you said, on the module,

5   in that seven-person module on the fan blade encasements,

6   right?

7   **A**    That's correct.

8   **Q**    He specifically worked on just encasements; he didn't

9   work on fan blades, right?

10  **A**    That's correct.

11  **Q**    And, by the way, on direct you mentioned the directory

12  that you saw of the computer files, right?

13  **A**    Yes, correct.

14  **Q**    And those computer files on that directory, first of

15  all, those were not actual computer files, they were created

16  by the FBI, right?

17  **A**    I'm not aware of that.

18  **Q**    Okay.

19  **A**    All I know was that it was the directories that were

20  represented and that it was BC.

21  **Q**    But what you saw in the directory concerned that

22  specific module, right, that Mr. Zheng was working in?

23  **A**    I don't know any otherwise.

24  **Q**    You don't know otherwise?

25  **A**    I just saw what I saw and that's all.

1    **Q**    That's fine, that's fine.

2         And, Mr. Zheng, he worked on the containment casing

3    for the GE9X engine, right?

4    **A**    Yes, but as I mentioned in trial, Mr. Zheng, Daihua,

5    you know, prior to working on the 9X containment case worked

6    at our GE Niskayuna facility, our global research facility,

7    and in that capacity, he worked on our GEnx engines and case

8    containment technologies as well.  So, again, he was -- we

9    talked about the seasoned engineers of the 17, and he was

10   very seasoned in that approach.

11   **Q**    But when he was here in Ohio working at the plant

12   here, he was working on the GE9X, right?

13   **A**    That's correct.

14   **Q**    The GE9X, that's a big engine, correct?

15   **A**    Yes.

16   **Q**    It goes on big planes?

17   **A**    Goes on a triple 7 9X, which is the biggest, biggest

18   twin engine that will be flying here soon.

19   **Q**    And it's the only -- the triple 7, that's made by

20   Boeing, right?

21   **A**    That's correct.

22   **Q**    The triple 7 is the only airplane that that engine is

23   designed for, right?

24   **A**    As of today, that's true.

25   **Q**    Okay.  And you testified on direct, I think that you

1    said that an engine is specifically tailored to a particular

2    plane, right?

3    **A**     That's correct.

4    **Q**     And so in this case, the 9X is specifically tailored

5    to the 777, right?

6    **A**     That is correct.

7    **Q**     Okay.  Now, you're aware that currently China has just

8    one home-built commercial aircraft, and that's the C919,

9    right?

10   **A**     That is correct, yes.

11   **Q**     And that's not a large plane, that's a --

12   **A**     It's like a medium, like a 737 type size.

13   **Q**     Right.  In fact, China has not yet built a wide-body,

14   large airplane itself, right?

15   **A**     That is correct, as far as I know, yes.

16   **Q**     Okay.  And the C919, the plane that China currently

17   has, that's fitted with a LEAP engine, right?

18   **A**     That is correct.  That is a GE slash Safran product

19   that we offer.

20   **Q**     Right.  And Mr. Zheng did not work on the LEAD engine,

21   right?

22   **A**     Not that I know of, no.

23   **Q**     Okay.  And, obviously, I mean this goes without

24   saying, but the 919 could not be fitted with a GE9X, too

25   big?

1    **A**      Yeah, yeah, yes.

2    **Q**      Okay.

3    **A**      And, you know, in the technology as -- a composite

4    technology in the LEAP engine is different than the

5    technology in a 9X engine composite technology.

6    **Q**      It's different?

7    **A**      It's different.

8    **Q**      You can't interchange the two?

9    **A**      Yeah.  The architecture and actually the carbon itself

10   is different.

11   **Q**      Got it.  You testified -- moving on, just looking at

12   this last page here, the customer value page.

13   **A**      Um-hmm.

14   **Q**      You testified that:  GE engines with composite

15   materials will likely save the customer about $1.55 million

16   per plane over the life of the plane, right?

17   **A**      That's correct.

18   **Q**      Now, your customer, GE's customer, is the aircraft

19   manufacturer, right?

20   **A**      Well, a lot of times the aircraft manufacturer,

21   whether it be Boeing or Airbus, sells an airplane to an

22   airline.

23   **Q**      Of course.

24   **A**      And the airlines a lot of times have the liberty to

25   choose an engine, whether it's GE, Pratt & Whitney or Rolls

1 Royce.  Take the 787, for example, we compete with both of

2 those competitors to engine that aircraft.  So Boeing will

3 offer the aircraft frame, and then the customer will make

4 the engine selection.

5 **Q**    Okay.  Would you agree, though, Mr. Kray, that the

6 $1.5 million figure that you have here for future customer

7 value, that depends on a number of variables, right?

8 **A**    Well, this 1.5 is just based on cost of operation due

9 to the weight reduction of composites.

10 **Q**    Right.  But, I mean, whether the customer saves that

11 $1.5 million per plane depends on a number of factors,

12 right?

13     For example, it depends on whether GE remains the sole

14 manufacturer of composites, right, because if they put on a

15 different -- if they put on a jet engine made by a

16 competitor with composite materials, then, GE wouldn't --

17 that wouldn't be a benefit to GE, right?

18 **A**    It would -- it gives us our competitive advantage.  I

19 mean, so our asking price for an engine may be different

20 from a competitor.  At that point, it's up to the customer

21 to say whether I save the money today and buy a cheaper

22 engine which may not be as efficient or I buy the GE engine

23 which I pay a premium for and I make my savings in

24 long-term.

25 **Q**    Right, right, and I was going to ask you that

1    actually.  I mean, if you are saving $1.5 million per plane

2    by using an engine made by GE with composites -- let's say

3    I'm an airline and I decide, you know what, but I can buy an

4    engine that's $10 million cheaper than GE's engine, you

5    know, the savings maybe don't matter to me that much, right?

6    A    That is the business plan of the customer, the

7    customer airline, of which way they want to go.  Certainly,

8    you know, with fuel costs as volatile as they have been, I

9    think it's become more and more important that the customer

10   looks at the operating cost versus the -- I'm going to call

11   it the cheap road, if you will, of a cheaper engine that's

12   not as efficient.

13   Q    Understood.  It also obviously depends on the number

14   of planes that are fitted with these engines, right?

15   A    Certainly, all depends on the business plan of the

16   customer.

17   Q    And it depends on how far along China is in building

18   their own composite materials, right?

19   A    Potentially.

20   Q    You say it's over the life of an airplane, which is

21   35 years, but if China catches up within 5 years and puts

22   their own engines on their planes, then, you wouldn't have a

23   35-year time period, right?

24   A    Right.  But, remember, we're always trying to advance

25   the technology, so what is new today will be old in five

1    years and we'll be on to the next iteration, if you will, of

2    composite technologies.  I mean, that's our -- kind of our

3    business plan, is to lead with technology, so we're always

4    pushing for more complex systems, better architectures, you

5    know, better products to keep this type of business

6    advantage.

7    **Q**    Right.  But when you're trying to calculate a number

8    of what -- what loss GE might suffer by not being able to

9    sell its engines down the road, right, that number is far

10   ahead in the future because sitting here today, as you said

11   earlier, you can't really calculate that number, right?

12   **A**    A way to look at it, sure.

13   **Q**    Okay.  I'm almost done, Mr. Kray.  Just a couple more

14   questions.

15        The development, manufacture, testing of composite fan

16   blades and encasements is an extremely complicated process;

17   you would agree with that, right?

18   **A**    I would agree, yes.

19   **Q**    This is a highly engineered product, right?

20   **A**    Yes.  It's highly sought-after by the customer as

21   well.

22   **Q**    Right.  But my question is:  It's a highly engineered

23   product, right?

24   **A**    It is.

25   **Q**    And you would agree, right, that no competitor could

1    steal some proprietary information, let's say something

2    about some design or some test result or how strong certain

3    materials are, and then be able based just on that to

4    replicate a GE entire process, right?

5    **A**    I think it would give them a leg up.  It would give

6    them a jump start, if you will, in the process; but,

7    certainly, they would have to go through their own magnitude

8    of testing, certainly.

9    **Q**    Right.  You said it might give them a leg up, so to

10   speak?

11   **A**    Um-hmm.

12   **Q**    But you don't know how high that leg is, right, you

13   have no way of knowing?

14   **A**    That's true.

15   **Q**    And if anyone takes shortcuts in the building of an

16   aircraft engine, they risk not getting -- getting through

17   certification, right?

18   **A**    That's true.

19   **Q**    They risk their product failing, right?

20   **A**    True.

21   **Q**    And how high that leg up is or how -- you know, how --

22   how fast or how much faster this timeline might be also

23   depends on a number of factors, right, for example, how long

24   they already are in the process, how far along they are in

25   the process, right?

1   **A**    Yeah.  As I mentioned, you know, the timeline that we

2   had laid out for the 9X was, and that's a timeline based on,

3   you know, the exact program --

4   **Q**    I understand.

5   **A**    -- itself, but that was with seasoned engineers who

6   knew the process, who were familiar with it, who built upon

7   the previous architectures of the previous programs of

8   composite blades and cases.  So that is a pretty aggressive

9   timeline, but without that, it would be much longer.

10  **Q**    But that's GE's timeline.  GE's timeline would be

11  completely unaffected by whether somebody took some

12  proprietary information from GE, right?

13  **A**    It wouldn't affect our timeline.

14  **Q**    It wouldn't affect your timeline?

15  **A**    That's right.

16  **Q**    Whether it's a long timeline or a short timeline, it

17  really doesn't matter for these purposes, right?

18  **A**    That's right.

19  **Q**    So just going back to where I started, and I'll end

20  there, you agree that -- you know, you've said this -- that

21  the theft of a trade secret could have the potential to

22  affect GE's competitive advantage down the road, right?

23  **A**    That's correct.

24  **Q**    That's the potential loss that GE could suffer, right?

25  **A**    That's correct.

1    **Q**    It's not the money that GE spent to research, develop,

2    build, test, certify an engine with composite fan blades or

3    encasements, correct?

4    **A**    That is correct.

5            MR. MIEDEL:  Thank you.

6            THE COURT:  Redirect, if any.

7                    **REDIRECT EXAMINATION**

8    **BY MR. MANGAN:**

9    **Q**    Just briefly, Mr. Kray.  With respect to the laptop

10   files that you were asked to look at, there's a directory

11   that was discussed.  Did you actually look at the laptop

12   itself and be able to click into the physical files?

13   **A**    Yes, yes.

14   **Q**    And you did do that?

15   **A**    Yes.

16   **Q**    Okay.  And so your testimony is based on you

17   physically examining the electronic files?

18   **A**    Not every file, but -- because there were a lot of

19   files on there, but, yes, I did do quite a bit of poking

20   around.

21   **Q**    Those were related to which engine?

22   **A**    GE9X.

23   **Q**    And specifically the work on the fan module?

24   **A**    That is correct.

25   **Q**    All right.  And were they specific to Mr. Zheng's work

1    in that area?

2    **A**    That is correct.

3            MR. MANGAN:  All right.  Nothing else, Your Honor.

4            THE COURT:  Very well.  Recross on redirect?

5            MR. MIEDEL:  No, Your Honor.

6            THE COURT:  Very well.  You appear to have

7    survived, sir.  Court releases you, you may leave if you

8    choose.  You may step down.

9        (Witness left the stand.)

10           THE COURT:  And I want to talk to the lawyers about

11   timing.  It's about 12:20.  I'm concerned about taking a

12   lunch break given the tight parameters of time.  And now

13   I'll really put you on the spot, what's your estimation of

14   the three witnesses from the defense timeline on direct?

15           MS. CORS:  Your Honor, Jeanne Cors.  We have two

16   witnesses we're calling.  Dr. Zheng will be relatively short

17   and I would expect 30 to 45 minutes.  Our second witness,

18   Mr. Davidson, will go longer.  I would expect it would be an

19   appropriate time to take a lunch.

20           THE COURT:  You tailed off at the end on the key

21   question.

22           MS. CORS:  Dr. Davidson I expect to go about as

23   long as Dr. Kray.  It may be shorter, but I would estimate

24   about the same.

25           THE COURT:  I have to get on an airplane at the end

1     of the day.  I need to get there early to see what sort of

2     fan blades are on it, so I want you to be cognizant of that.

3     In terms of lunch, if you guys want to order lunch and then

4     we take a short 15, 20-minute break when lunch has arrived,

5     I would be willing to consider that.  I think that's what

6     we're going to do.  But I'd like to just keep cranking.

7          Is the defense ready to call its first of two

8     witnesses?

9               MS. CORS:  Yes, Your Honor, we are.

10              THE COURT:  This is the short witness?

11              MS. CORS:  This is the short witness.

12              THE COURT:  That will be a test.

13              MS. CORS:  The only question I guess I would have,

14    Your Honor, is whether the interpreter needs a break.

15              THE COURT:  Do you need a break?

16              INTERPRETER HARMON:  I'm okay, Your Honor.

17              THE COURT:  As long as it's short, she's okay.

18    That was a joke.  Do what you need to do.

19          Ms. Cors, the gallery is leaving.

20              MS. CORS:  I'm so insulted.

21              THE COURT:  If the witness would be willing to

22    approach, I'm going to put you over here.

23          (Witness took the stand.)

24              THE COURT:  And if you could pause where you are.

25    You speak English?

1          THE WITNESS:  Yes.

2          THE COURT:  I'm going to ask you to swear to tell

3     the truth.  Raise your right hand.  Do you solemnly swear

4     that the testimony you're going to give today is the truth

5     subject to the penalty of perjury?

6          THE WITNESS:  Yes.

7          THE COURT:  Is that a yes?

8          THE WITNESS:  Yes.

9          THE COURT:  You may have a seat.  Seat tips back.

10    Stay close to the microphone.  Thank you.

11          MS. CORS:  Thank you, Your Honor.

12          THE COURT:  You may proceed.

13          MS. CORS:  Good afternoon, Mr. Zheng.  I'm Jeanne

14    Cors.  I'm one of the attorneys for Mr. Xu.

15          THE WITNESS:  Good afternoon.

16                         **DAVID ZHENG**

17    of lawful age, Witness herein, testified as follows:

18                    **DIRECT EXAMINATION**

19    **BY MS. CORS:**

20    **Q**    Would you please state your name for the record?

21    **A**    First name is D-A-V-I-D, last name Z-H-E-N-G.

22    **Q**    Thank you.  And, Mr. Zheng, you testified at trial in

23    this matter, correct?

24    **A**    That's correct.

25    **Q**    And I'm going to try not to repeat questions from your

1  trial testimony questions that you were asked then.  We're

2  really going to focus on your time at GE and your job

3  responsibilities, okay?

4  **A**    Okay.

5  **Q**    Where were you employed between 2012 and 2017?

6  **A**    GE Aviation in Cincinnati.

7  **Q**    Okay.  And what was your job title during that time

8  period?

9  **A**    I was a lead engineer and then promoted to staff

10  engineer.

11  **Q**    And this was with GE Aircraft Engine Division,

12  correct?

13  **A**    That's correct.

14  **Q**    And where did this position, staff design engineer,

15  fall within the technical rankings at the division?

16  **A**    So I was staff engineer.  Above my level, there was

17  technical lead, and then principle engineer.  Above that,

18  there would be chief engineer.

19  **Q**    Okay.  Did you supervise any engineers in your role?

20  **A**    No.

21  **Q**    Okay.  And could you please describe to the Court your

22  job responsibilities as a staff design engineer at GE

23  Aircraft Division?

24  **A**    I was responsible for design and manufacturing of the

25  next generation composites, fan containment, and case for

1    the next generation aircraft engine.

2    **Q**    Okay.  And then was this for commercial jet engines?

3    **A**    That's correct.

4    **Q**    Did you work on any engines that were to be placed in

5    military aircraft?

6    **A**    No.

7    **Q**    Did you have any type of security clearance from the

8    Department of Defense or any other agency of the US

9    government?

10   **A**    No.

11   **Q**    Okay.  And we've heard testimony today that you have

12   the fan encasement, but then the fan blades are housed

13   within that encasement, correct?

14   **A**    That's correct.

15   **Q**    And as part of your job responsibilities, were you

16   involved in the design of the fan blades themselves?

17   **A**    I was not involved in the design, manufacture, of the

18   fan blades, but I have limited access to the information in

19   order to perform my job.

20   **Q**    And we've heard the phrase "need-to-know access"; is

21   that the type of access you had for your job at GE Aviation?

22   **A**    That is correct.

23   **Q**    And can you explain just practically what that would

24   mean in terms of the information you would have access to

25   and what you might not have access to?

1    **A**    May I use an example?

2    **Q**    Of course.

3    **A**    If I say -- if I want to design, if I need to design

4    certain components of the fan casing component, I would have

5    to request approval from certain technical ranking in the

6    company to get access to the design specification and design

7    practices.

8    **Q**    Okay.  So you didn't have automatic access?

9    **A**    No.

10   **Q**    You would have had to have asked for approval to

11   obtain access to those materials?

12   **A**    That's correct.

13   **Q**    Okay.  And did your ranking, the fact that you were a

14   staff engineer, have any impact on what information you may

15   have access to with respect to fan encasements and fan

16   blades?

17   **A**    Yes.

18   **Q**    Would it limit your access as well to the information

19   that you might need to know for your job responsibilities?

20   **A**    That is correct.

21   **Q**    Okay.  I'd like to take you back to the events of

22   2017, and I believe you testified to this at trial, but is

23   it correct that the first reach-out you received from

24   someone in China was through LinkedIn?

25   **A**    That is correct.

1    **Q**    And at the time, did your LinkedIn profile describe

2    the position you held at GE?

3    **A**    Yes, briefly.

4    **Q**    Okay.  Did it include any description of your job

5    responsibilities?

6    **A**    Yes, briefly.

7    **Q**    Okay.  And then you -- as you testified, you went to

8    China and you made a presentation, correct?

9    **A**    That's correct.

10    **Q**    And did you meet with individuals from China,

11    including Mr. Xu, outside of the context of that

12    presentation?

13    **A**    Can you repeat your question, please?

14    **Q**    Did you have some social engagements while you were in

15    China as well, dinners, lunches, anything like that?

16    **A**    Yes.

17    **Q**    Okay.  And in your conversations with the individuals

18    in China, did you talk generally about the position you held

19    at GE?

20    **A**    Yes.

21    **Q**    And did you talk generally about the type of work you

22    did, not getting into specifics, but generally the type of

23    work that you did at GE?

24    **A**    That's correct.

25          MS. CORS:  A minute, Your Honor?

1          THE COURT:  Yes.

2      (Pause.)

3   **Q**    Mr. Zheng, do you still currently work in the aviation

4   industry?

5   **A**    No.

6   **Q**    And do you still do any work for GE Aviation?

7   **A**    No.

8          MS. CORS:  Thank you.

9          THE WITNESS:  Thank you.

10          MS. GLATFELTER:  May I inquire, Your Honor?

11          THE COURT:  I'm just gathering my strength.  Did

12   you conclude with your examination?

13          MS. CORS:  I have.

14          THE COURT:  Very well.  Yes, government may

15   inquire.

16          MS. CORS:  I took your directive to heart, Your

17   Honor.

18          MS. GLATFELTER:  Good afternoon, Dr. Zheng.

19          THE WITNESS:  Good afternoon.

20                    **CROSS-EXAMINATION**

21   **BY MS. GLATFELTER:**

22   **Q**    And you said before that you testified during trial in

23   this matter, right?

24   **A**    Yes.

25   **Q**    And your testimony was true and correct, to the best

1    of your knowledge, right?

2    **A**    Yes.

3    **Q**    Okay.  Your expertise at GE Aviation was in composite

4    materials and design; is that correct?

5    **A**    That's correct.

6    **Q**    And your Ph.D. dissertation pertained to composites?

7    **A**    Yes.

8    **Q**    Now, you were a GE Aviation employee -- well, a GE

9    employee from 2007 to 2018?

10   **A**    That's correct.

11   **Q**    Right.  The first five years, you worked for GE in New

12   York on composite issues?

13   **A**    Yes.

14   **Q**    And in that capacity, did you have access to broader

15   information about composite materials?

16   **A**    Very limited.

17   **Q**    But you had access to composite materials in that --

18   **A**    Yes.

19   **Q**    -- position?

20   **A**    Yeah.

21   **Q**    And that composite information related to other GE

22   engines, correct?

23   **A**    Yes.

24   **Q**    Other models, like GEnX?

25   **A**    That's correct.

1   **Q**    All right.  From 2012 to 2017, you worked in Evendale?

2   **A**    Yes.

3   **Q**    And that was at GE Aviation?

4   **A**    That's correct.

5   **Q**    In 2016, you were promoted to staff attorney (sic),

6   right?

7   **A**    Staff engineer, yes.

8   **Q**    Okay.  And in that -- for that promotion, you were

9   working on the GE9X, correct?

10  **A**    That's correct.

11  **Q**    That's the -- that was the newest and latest model of

12  the GE engine?

13  **A**    That's correct.

14  **Q**    And you were on a design team related to the GE9X,

15  right?

16  **A**    That's correct.

17  **Q**    And that design team that you were on related to the

18  fan module?

19  **A**    That's correct.

20  **Q**    Okay.  And there were approximately seven people that

21  you worked regularly with on that team?

22  **A**    Yes.

23  **Q**    And you would collaborate with those people?

24  **A**    Yes.

25  **Q**    Share information?

1    **A**      Yeah.

2    **Q**      And you would have access generally to what

3    information you needed to perform your duties, right?

4    **A**      That's correct.

5    **Q**      And if you needed additional information, you could

6    request it?

7    **A**      Yes.

8    **Q**      And as of 2017, when you traveled to China, the GE9X

9    engine was still under development, correct?

10   **A**      That is correct.

11   **Q**      And that's what you were working on?

12   **A**      Yeah.

13   **Q**      Now, when you went to China, you were able to transfer

14   some GE files to your personal computer?

15   **A**      That's correct.

16   **Q**      In fact, before your trip, you transferred five zipped

17   GE Aviation files to your personal laptop, right?

18   **A**      Yes, through my personal e-mail, yes.

19   **Q**      All right.  And one of those files had export control

20   markings, right?

21   **A**      That's correct.

22   **Q**      And at one point on the trip to China, during your

23   presentation, someone from the university placed a thumb

24   drive -- or gave you a thumb drive to insert into your

25   computer, right?

1    **A**    That's correct.

2    **Q**    And during the presentation, you were asked things

3    that you didn't feel comfortable answering because it was

4    too specific about GE proprietary information --

5    **A**    That is correct.

6    **Q**    -- is that correct?

7            MS. GLATFELTER:  Okay.  One moment, Your Honor.

8            THE COURT:  Very well.

9        (Pause.)

10           MS. GLATFELTER:  Those are all of my questions.

11   Thank you, Your Honor.

12           THE COURT:  Very well.  Redirect, if any?

13           MS. CORS:  Very short, Your Honor.

14           THE COURT:  I believe you.

15           MS. CORS:  One minute, Your Honor?

16           THE COURT:  Yes.

17       (Pause.)

18           MS. CORS:  Thank you, Your Honor.

19           THE COURT:  Yes.

20                      **REDIRECT EXAMINATION**

21   **BY MS. CORS:**

22   **Q**    Now, Dr. Zheng, you were asked about your employment

23   in New York for GE prior to your tenure at Evendale,

24   correct?

25   **A**    Can you repeat your question again?

DAVID ZHENG - REDIRECT EXAM

1   **Q**    You were just asked, correct, about the work that you

2   did in New York prior to coming to Cincinnati and working

3   for GE Aviation in Evendale, correct?

4   **A**    That's correct.

5   **Q**    Did you maintain access to all of the materials you

6   had in New York when you switched jobs and came to Evendale?

7   **A**    No.

8   **Q**    And I take it that you did not maintain any type of

9   confidential information from that job that you stored on a

10  work-top or personal laptop during your tenure at GE

11  Aviation in Evendale, correct?

12  **A**    Yeah, not in a personal laptop.

13  **Q**    Okay.  Now, you were asked about some zip files that

14  you had on your personal laptop when you visited China; you

15  were just asked about that, correct?

16  **A**    That's correct.

17  **Q**    Did you ever share those zip files with anyone in

18  China?

19  **A**    No.

20  **Q**    Okay.  And during your communications with the

21  individuals in China, did you inform them that you would not

22  be able to share any confidential information of GE

23  Aviation?

24  **A**    Yes.

25  **Q**    And did they ever ask you to share any confidential

1    information of GE Aviation at that time?

2    **A**    They did not ask.

3            MS. CORS:  Okay.  One minute, Your Honor.

4            THE COURT:  Very well.

5        (Pause.)

6            MS. CORS:  No further questions.

7            THE COURT:  Very well.  Sir, thank you.  You may

8    step down.  You're free to go.

9            THE WITNESS:  Thank you.

10           THE COURT:  I can release this witness from the

11   government's perspective?

12           MR. MANGAN:  Yes, Your Honor.

13           THE COURT:  Defense as well?

14           MR. MIEDEL:  Yes, Your Honor.

15       (Witness left the stand.)

16           THE COURT:  All right.  I think we should take a

17   30-minute lunch break.  I hope you ordered lunch.  It's

18   12:37, so at 1:07, I'd like everybody in the courtroom ready

19   to proceed.

20       Is there anything that stands between us and adjourning

21   at this time, from the government?

22           MR. MANGAN:  No, Your Honor.

23           THE COURT:  Defense?

24           MR. MIEDEL:  No, Your Honor.

25           THE COURT:  30-minute break.  Thank you.

1          THE DEPUTY:  All rise.  This court is now in recess

2    for 30 minutes.

3          (Lunch recess taken from 12:37 p.m. to 1:11 p.m.)

4          THE COURT:  Court is back in session.  Counsel has

5    arrived.  Defense prepared to call a witness at this time?

6          MS. CORS:  Your Honor, our interpreter, Mae Harmon,

7    I think just stepped into the restroom, and she'll be back

8    in a minute.

9          THE COURT:  Very well.  The Court will continue to

10   wait.

11         (Off the record from 1:11 p.m. to 1:14 p.m.)

12         THE COURT:  Second interpreter has arrived.  We're

13   in session.  Defense prepared to call a witness at this

14   time?

15         MS. CORS:  Yes, Your Honor, we are.  The defense

16   calls Dr. Barry Davidson to the stand.

17         THE COURT:  Doctor would be willing to approach.

18   We're going to put you over on the witness stand.

19         (Witness took the stand.)

20         THE COURT:  Good afternoon.  If you would pause

21   where you are, I'm going to ask you to take the oath to tell

22   the truth.  Will you raise your right hand?  Do you solemnly

23   swear or affirm that your testimony today will be the truth

24   subject to the penalty of perjury?

25         THE WITNESS:  I do.

1          THE COURT:  Very well.  You can step into the

2     witness stand.  In the spirit of full disclosure, the seat

3     tips back.

4          THE WITNESS:  Okay.  Thank you.

5          THE COURT:  Going to need you really close to that

6     fancy microphone.

7          THE WITNESS:  All right.  I'll do my best.

8          THE COURT:  Don't be messing with my screen.

9          THE WITNESS:  Sorry about that.  That's your

10    screen?  I was trying to get close.  I do tend to talk fast,

11    so do tend to slow me down.

12         THE COURT:  I caution you not to speak too quickly.

13         THE WITNESS:  Yeah, feel free.

14         THE COURT:  All right.  Now you may proceed,

15    questions for the witness.  Go ahead.

16         MS. CORS:  Thank you, Your Honor.

17                    **BARRY D. DAVIDSON, Ph.D.,**

18    of lawful age, Witness herein, testified as follows:

19                    **DIRECT EXAMINATION**

20    **BY MS. CORS:**

21    **Q**     Dr. Davidson, would you please state your name and

22    spell it for the record?

23    **A**     Barry D. Davidson, D-A-V-I-D-S-O-N.

24    **Q**     And would you please describe your educational

25    background?

1    **A**    Certainly.  I obtained my bachelor's degree summa cum

2    laude in 1991 -- 1981 from State University of New York at

3    Buffalo.  I worked after my bachelor's degree.  I went back

4    to school at California Institute of Technology for my

5    master's, which I obtained in I think May '93.  And I worked

6    after that and went back to school and got my Ph.D. at Texas

7    A&M University.  I should say my bachelor's was in aerospace

8    engineering.  My master's was in aeronautical engineering at

9    Cal Tech, and my Ph.D. was in aerospace engineering from

10   Texas A&M and that was in 1998.

11   **Q**    And since you completed your education, what area of

12   engineering in terms of aerospace or general engineering

13   have you focused on?

14   **A**    So immediately after my bachelor, I focused on --

15   actually, I was a designer on the Space Shuttle Orbiter, so

16   did just kind of general spacecraft design.  Since my

17   master's degree, I've been essentially exclusively involved

18   in composite materials, majority of which have been

19   polymeric matrix composites.

20   **Q**    And can you expound a little bit on your knowledge and

21   experience with respect to polymeric composite materials?

22        THE COURT:  Will you all keep your voice up for

23   this old man, please, and don't trail off at the end?

24        MS. CORS:  Yes, Your Honor.  Sorry about that.

25        THE COURT:  I was cautioning her, sir.

1          THE WITNESS:  Is this okay?

2          THE COURT:  Yes.

3          THE WITNESS:  All right.  So I guess experience is

4    easier to address than knowledge.  So experience, when I

5    graduated from Cal Tech, I joined into and within three

6    months took over control of Rockwell International Space

7    Division's advanced composites program that was in their

8    advanced engineering.  I was responsible for supporting

9    proposals on all new spacecraft, which involved composites,

10   did space station.

11       I had internal research and development, a budget of

12   300K or so a year, which actually in 1983 was a lot of

13   money, could do a lot with it.  I had about three to five

14   people working on me -- working for me.  We also did

15   application to Space Shuttle Orbiter and a number of other

16   projects in terms of advancing Rockwell's state of knowledge

17   with respect to composites.  Subsequent to my -- went back

18   from Rockwell for my Ph.D.

19       Subsequent to that, I ran the Jet Propulsion Lab's

20   composites program.  JPL does unmanned spacecraft.  So at

21   Rockwell, I was doing heavy-duty structure for manned

22   spacecraft.  JPL was a much lighter spacecraft structure.

23   One of the biggest issues was impact damages when you're

24   launching it and micro meteorite damage and things like

25   that.

1    I went from JPL to Syracuse University where I spent

2    31 years.  I developed and ran the Syracuse University

3    Composite Materials Lab, SUCML, which became a

4    world-renowned lab.  Students came from all over the world

5    to work with me and work in my lab.  Certainly, as a

6    professor, I taught courses in every aspect of structural

7    analysis, composite materials, that you can imagine.

8    But a university professor actually kind of runs a

9    small business, so really my job was mostly research.  That

10   is, my job was to bring in research money to the university.

11   So I would go to the FAA, to NASA, to the Navy, to the Air

12   Force, to the Army, National Science Foundation, identifying

13   projects that were in need to be addressed for composite

14   materials.  I was -- I controlled $26 million in research

15   funding over the years.

16   Our basic focus was on developing predictive models or

17   models that could predict failure in composites under many,

18   many different situations and verifying them by experiment.

19   So my money would be used to buy equipment, buy supplies,

20   pay my students' salaries.  We would build structures,

21   develop models, and we would show that we can actually

22   predict failure.  I published and places like GE and Boeing

23   and others used my models to design structure.  If they can

24   predict failure, it won't -- you know, they can design it so

25   it won't fail.

1          During that time, I did quite a bit of consulting.  I

2     teach short courses on design analysis composites.  I teach

3     short courses on damage tolerance composites, both generally

4     at conferences and specific.  I've taught courses for

5     Sikorsky on design analysis and damage, composite rotor

6     blades.  Israel Aircraft Industries for damaged on jet

7     aircraft composite fighters, and the issue there is in ways

8     analogous to what's in this trial.  That is, if you think

9     about damaged fighters, a fighter jet gets battle damage, a

10    rotor craft gets impact damage.  The issue is the structure

11    takes damage and it has to get home safely, and so you need

12    to be able to predict the damage that occurs and predict how

13    it grows and design the structure to withstand that.

14         So through this, I've really gained an expertise in all

15    phases, design, analysis, testing, manufacturing, costing.

16    People would say I'm -- you know, I'm internationally and

17    nationally known.  I've been asked and, you know, agreed to

18    chair the world's largest conference on composite materials

19    in 2016.  My works are highly cited in the literature, which

20    means that people use my work, that I'm not just publishing

21    out there.  I published -- I don't really keep track, 150 to

22    200 papers in the area of composite materials.

23         I decided to retire from Syracuse University a couple

24    of years ago, and NASA heard about this, and so right now,

25    I'm a NASA consultant.  I run a large program on a

1    high-temperature composite developing a next-generation

2    space plane, basically a hypersonic vehicle, does more than

3    five times the speed of sound.  High-temperature composites

4    where we are -- do everything from the research level

5    through the Building Block approach to the manufacturing,

6    testing very large-scale structures.

7    **Q**    And as part of your work, did you routinely review

8    literature within the industry with respect to composites,

9    peer-reviewed articles, other types of literature, publicly

10   available information?

11   **A**    Yeah, gosh, yeah.  So first of all, I publish

12   extensively, so part of publishing is you need to be

13   completely aware of what's gone on before you because you're

14   building on a body of knowledge, you're not just working in

15   a vacuum.  So any time you're doing a publication, you're

16   doing a vast literature review on everything that's been

17   done on that, and you're showing that you know expert --

18   that you have knowledge of that and how your work

19   contributes to that and advances it.

20        I also work in a tremendously wide range of composite

21   materials.  So I'm constantly doing literature searches

22   for -- you know, I might have ten students, so I know what

23   my ten students are working on, and I usually know more

24   about their projects than they do for my consulting jobs.  I

25   would conservatively estimate I've read 15,000 papers on

94

1    composite materials in the course of my career.

2    **Q**    How about conferences and seminars, did you attend

3    conferences and seminars as part of your work at Syracuse?

4    **A**    Yes.  Used to be regularly, you know, less regularly

5    as I got more advanced in my career.  I chaired conferences,

6    and at conferences there's technical exchanges of two types.

7    One is people give presentations obviously on their work,

8    and you sit and you listen, you ask questions, you have

9    technical interchanges.  And then the second, of course, is

10   in the hallways, at lunch, we all exchange information.  You

11   know, the academics, we talk about our issues.

12        We always -- academics will ask the people in

13   industry, well, how are you doing this or how are you doing

14   that because, one, we're just curious because we're

15   engineers, but also that's how we make our livelihood, by

16   addressing problems of pressing concern to industry because

17   that's really what government does.  They fund academics to

18   solve those problems and fill the gaps.

19   **Q**    Okay.  I'd like to turn now to the Building Block

20   approach, and specifically you were -- had the opportunity

21   to listen to the government's witness, Mr. Kray, correct?

22   **A**    Um-hmm.

23   **Q**    And would you generally agree with Mr. Kray's

24   testimony regarding the Building Block approach?

25   **A**    Absolutely.  I think he did a nice job of walking

1    through it.

2    **Q**    Can you discuss from your perspective the role of the

3    Building Block process in developing composite parts for

4    aircraft engines?

5    **A**    I would agree with Mr. Kray, it's really kind of the

6    gold standard.  It's the approach that people use.  You

7    know, it arose over a period of many years, but it is the

8    approach used certainly in aerospace without exception.

9    **Q**    And are you aware of any instance of a manufacturer

10   manufacturing a composite part that wasn't developed -- for

11   aircraft engines that wasn't developed through the Building

12   Block approach?

13   **A**    No.  I guess I would echo Mr. Kray's answer, I would

14   say not for any part of an aircraft not, say, since at least

15   1995 in either civilian or military application.  No.

16   **Q**    Are you familiar with an FAA Advisory Circular

17   20-107B?

18   **A**    Composite Structures For Aircraft, I believe is the

19   name of it.  Yes, I'm familiar with it.

20   **Q**    Correct.  One that addresses the use of the Building

21   Block approach in the design and development of composite

22   components for aircraft?

23   **A**    Correct.

24   **Q**    And what does that advisory state regarding the

25   Building Block approach?

1    **A**    So I guess to move back or step back, so that advisory

2    circulars are ways that the FAA communicates to aircraft

3    manufacturers and other manufacturers how to -- really how

4    to get your structure certified because, you know, they want

5    you to come in and they want you to be ready.

6         So 20 dash 107B addresses composite structures.  And

7    so it says:  How do you comply with FAA certification

8    regulations for composite structures?  And what it says,

9    interestingly enough, is it says:  You can use the Building

10   Block approach or you can use an equivalent approach.  But

11   it doesn't give the equivalent approach, and it goes into

12   extensive detail about how to get composite structure

13   certified by the Building Block approach.  So that's really

14   come to mean and be interpreted by the community that you

15   use the Building Block approach to certify composite

16   structures.

17   **Q**    Okay.  Are you familiar with another document on the

18   FAA website entitled *Implementation Procedures For Air*

19   *Worthiness*?

20   **A**    Yes, yeah, I am.

21   **Q**    And can you describe for the Court what that document

22   is?

23   **A**    Yeah.  That's actually an agreement with the FAA and

24   the CAAC, the essentially FAA equivalent in China, China's

25   aircraft certifying agency, and it's somewhat like Mr. Kray

1    talked about with the European agencies.  It's that the FAA

2    and CAAC have looked at each other's procedures, decided

3    that they are essentially equivalent and said that if one

4    certifying agency certifies a structure, it's equivalent to

5    the other one.  So Chinese aircraft are cleared to fly in

6    American air space and vice versa, and, you know, they use

7    the same processes.

8    **Q**    And with respect to this bilateral agreement, does it

9    touch on the Building Block process?

10   **A**    So it's an overarching, so by implication, that means

11   that the Chinese are going to use the Building Block

12   approach for composites.  And if you look through the

13   Chinese literature where they -- you know, they publish

14   their results the same way we do -- it's clear they use the

15   Building Block approach in exactly the same way that we do.

16   **Q**    So we've talked about the Building Block approach in

17   general in Mr. Kray's testimony.  But I would like to ask

18   you why in your view is it so important for manufacturers to

19   follow the Building Block approach in designing composite

20   components for aircraft engines?

21   **A**    That's a good question.  So, you know, again, I wasn't

22   at the trial, so I don't know how much this came up.  But

23   composites are incredibly complex, right.  If you look at a

24   metal, it looks the same, doesn't matter how you turn it

25   over.  As a matter of fact, if you look at it under a

1    microscope, it looks the same.  It looks the same until you

2    get down to the element, you know, the atomic level.  And

3    they have a few very simple failing modes, "simple"

4    quote/unquote, but we don't really understand them.

5         If I can indulge you for a minute and talk about a

6    composite.  Some of this has been given.  So let's talk

7    about a laminated composite.  Each layer or ply is composed

8    of fiber and a resin or a matrix.  And the matrix, it's a

9    glue, it's an epoxy, okay, and it starts off soft and tacky;

10   you put it on a part and it gets hard.  Now, the fibers

11   are -- I don't know, 5, 10,000th-inch diameter.  So when you

12   buy this material, it come in about sixteenths-of-an-inch

13   thick and 20 fibers through the thickness.

14        So if I have all the fibers in the same direction, I

15   make a part, and it's going to be very strong and stiff in

16   the fiber direction, and in the other direction, it's going

17   to be less strong.  (Indicating.)  Now, if I pull it to

18   failure in the fiber direction, chances are I'm going to

19   pull it, pull it, and fibers are going to snap, so I get

20   fibers to fail.  If I pull it in the other direction, I'm

21   going to get cracks in the matrix, and so the matrix can

22   fail.  Okay.  If I shear it, like this, well, the matrix is

23   going to fail, but it's going to fail differently.  Think

24   about it, it's almost like it's a shear fail.  It's almost

25   like pulling Silly Putty.  It doesn't crack, it just kind of

1    shears along.  Right.

2        If I push on the fibers, they're going to kink, the

3    individual fibers, they're going to kink out.  These are all

4    dramatically different modes, right, and this is just one

5    ply.  As a matter of fact, I have some materials, if I push

6    at them, none of these things will happen; the fibers will

7    debond from the matrix.  The bond between the fiber and the

8    glue will break.  I start stacking plies, put one at 0, one

9    at 90, one at 45, one at minus 45, and another failure mode

10   is delamination, they pull apart.

11       Now, when composites fail, they don't fail by one of

12   these, they cascade.  So I have this complex part, and the

13   kinds of things that Mr. Kray deals with this stuff all of

14   the time, I'm sure.  I start loading it up, I get a split in

15   one ply, a crack, matrix crack, and a matrix crack in

16   another, and a shear failure, and they interact, and they

17   cause a delamination, and fibers start breaking, and it's a

18   whole cascading and incredibly complex process.  And that's,

19   you know, why we have these incredibly complicated computer

20   models, but it's different for every composite material.

21   All right.  So, so it's just really exceedingly complex.

22       And when composites kind of hit the collective kind of

23   consciousness of the aerospace manufacturer, say in the

24   '70s, they -- carbon is black, so they looked at composite

25   really as a black metal.  And they started designing

1    aircraft structure the way they would out of metal and they

2    started making big pieces.  And to get that structure, you

3    kind of bend up a big piece of sheet metal, right, or used a

4    machine on it, and they started getting spectacular

5    failures.  Fortunately, there was no deaths throughout this.

6    But by the early '80s, the manufacturers of aircraft were

7    saying we're done, we're not touching composite structures

8    for our vehicles because it's too risky, it's too costly,

9    it's too dangerous, you know, we're not taking any chances.

10       So the NASA put in the Advanced Composite Technology

11   Act.  Jim Starnes, a friend of mine, actually ran it, gave

12   out contracts to Rockwell, Northrup, Grumman, Lockheed, et

13   cetera, et cetera, a bunch of universities, all kinds of

14   aero, and said figure this out.  And by the end of the '80s,

15   somewhere around 1990, 1991, the Building Block approach was

16   formed.  And so in short, it was formed, it was needed,

17   because the aerospace community said they couldn't design

18   safe structures, effective structures, from composites.

19       And what the Building Block approach does is it gives

20   us -- you know, Mr. Kray calls it a philosophy, which is

21   fine, or people will call it a formula or an approach or a

22   process, whatever you want your word, to go through step by

23   step by step to develop a composite material regardless -- a

24   composite structure regardless of the material, regardless

25   of the way it fails.

1          And there's all of these complex failure modes, and

2     every new material that comes out every year is different.

3     Regardless of what it is, it gives us this process to

4     develop a structure that's going to meet our goals.  Okay.

5     It's going to do so cost effectively, reasonably so,

6     depending on, you know, see how many mistakes we make along

7     the way.

8          It's going to be lighter than metals, because lot of

9     times in old days, by the time we were done fixing it, we

10    lost the weight savings.  And, obviously, most importantly

11    for aerospace, it's going to have the safety and reliability

12    we need.  So it filled a huge gap.  And once the Building

13    Block approach went into effect, composites started

14    gradually exploding and got to the point where they are now

15    where they're really ubiquitous in the aerospace industry.

16    **Q**     What is the role of testing analysis in this Building

17    Block approach?

18    **A**     So that's huge.  As Mr. Kray described, we start off

19    at -- you know, so there's -- just go through the screening

20    test.  We start off at -- but we start at a coupon level,

21    very simple, flat plate models.  And even at that level,

22    we're starting to build up simple models that can predict

23    failure under just very simple things like, you know,

24    pulling a thing, pulling something to failure.  Now put an

25    open hole in it and pull it until it breaks, well, that's

1    actually a very different problem, and it's very complex.

2    So I want to figure out how to do that, so I develop a

3    computer model to do that.

4        What if I impact a composite, not even bird strike

5    that we're worrying about, I just have runway debris, it

6    creates internal damage.  I create a model for that, very

7    simple.  Now I go to the next level where I start making --

8    I take a flat plate and I bolt it to a bracket or I make,

9    you know, a curved beam or I bond, you know, an I-beam to a

10   curved or flat plate.  I do those tests.  I start with my

11   simple models and I expand them to my next level, and I see

12   that I can predict that.  And as I work my way up the

13   Building Block, my models have all of the basics in them,

14   and they keep adding complexity, but I'm just -- I've

15   already got the fundamentals in them.

16       And as Mr. Kray said, you know, I get to this

17   containment rig test and, you know, which is the precursor

18   of the certification test.  Containment rig tests are really

19   expensive.  Well, how did I get to containment rig tests?  I

20   had to design that part.  How did I design that part?  I had

21   to use these models.  So these models got developed through

22   the Building Block approach and I verified their accuracy.

23   I've designed this part for this $10 million test.  I build

24   it.  As Mr. Kray said, sometimes it still fails, and

25   sometimes I might go back and redesign it, but when it

1    failed, I update my model.  So now I learned something.  Why

2    did it fail, what did I miss; I learned that.  I update my

3    model.

4        I now come in, my model says, well, just, you know,

5    change this detail, make a new piece, test it.

6    Eventually -- and, you know, Mr. Kray did it in three tests,

7    that's -- you know, I think that's kind of ballpark typical

8    what it's going to take at that level.  I have something

9    that I have confidence in and I'm going to spend the money

10   to do that full-level certification.  I can't do it just by

11   models alone because they won't reflect reality.  They need

12   physical grounding and calibration.  I can't do it by

13   testing alone because it's just guesswork.  It's the

14   marriage of the two that makes it work.

15   Q    Would you ever rely on another company's testing and

16   testing data in building a composite part?

17   A    No, no, absolutely not.  It's a ludicrous question.

18   No.  There's way too much at stake.  And, you know, as I

19   said, composites are so complex and any little variation in

20   my material, manufacturing processes, material handling, you

21   know, everything can be different.  So no, you do it

22   yourself.

23   Q    Are you aware of any expert in the field who would

24   skip steps in this process and rely on someone else's

25   testing data to build a composite part?

1  **A**    No.  I mean, the stakes are too high.  You know, I

2  mean, Mr. Kray used the word someone could cavalierly do

3  that, and that may be the right word, but you don't find too

4  many cavalier engineers, if you will, you don't find too

5  many cavalier engineering companies.  We think about

6  aerospace companies as being cutting edge because they

7  really push the technology.  Space companies are exceedingly

8  conservative because the stakes for failure are so super

9  high.  They don't take chances.  GE doesn't want to put a

10  plane (sic) on the triple 7 and in the second year of

11  operation have a spectacular failure.  They do due

12  diligence.  Every manufacturer is the same.  And so, no,

13  they're not going to do any different.

14  **Q**    Okay.  So I would like to kind of just talk generally

15  about building a composite component using this Building

16  Block approach.

17  **A**    Okay.

18  **Q**    Where would you start, like with one of your projects,

19  just give us an example, provide the Court an example, how

20  do you begin to -- how do you start the process, what do you

21  evaluate, what are your steps?

22  **A**    All right.  So think about this.  So, so there's kind

23  of a first series of issues you need to grapple with, and

24  then there's -- once you've identified and grappled with

25  those issues, then, there's either approach you implement.

1    So let me break it up.  So there's a list of issues and let

2    me just kind of think top, top issues, and let me just list

3    them first just to get my thoughts in parts.

4        I'd say my top issue is certainly application, you

5    know, where am I going, what do I want to do.  And let me

6    just list them off so I can just get it in my brain.

7    Material, architecture, manufacturing method, I guess

8    experience base, goal -- your goal, which I'll talk about in

9    a minute.  What else do we have here?  I'd say your overall

10   company culture is certainly important and probably your

11   tolerance risk and things like that.  All right.  So let me

12   go through that.

13       So you have an application.  You want to build an

14   engine.  So now you kind of know what -- first of all, kind

15   of what it looks like, curved panels, it's not all straight.

16   Also, you're not walking in green.  People who have never

17   seen an engine or never see a composite are not doing this.

18   So someone who's doing this knows, all right, well, you

19   know, I need to have clearly strength, I need to have

20   stiffness to, you know, contain the loads.

21       But what's probably going to be the biggest driver of

22   my -- and we're talking about the cold end of the engine, so

23   we're talking fan, fan and containment case.  So I'm going

24   to have bird strike is going to be clearly very important,

25   you know, and there's a lot of dynamic and vibration

1     response of the blade as well as damage to the blade and

2     certainly fan blade-out, so containment.  So I know energy

3     absorption is an important issue.

4          All right.  So now I've already got kind of thinking

5     in my mind, I have this application that's a drive, and I'm

6     also thinking about what it is.  You know, it's different if

7     I'm going to design an engine for a Cessna four-passenger

8     plane versus an Airbus A380 double-decker, right.  They're

9     different things, they're different concerns, and I'm going

10    to go about it differently.  All right.  So there's my

11    application.

12         Then, material, architecture, and manufacturing.

13    Okay.  So material, Mr. Kray talked about, you know, the

14    fiber and the resin, clearly.  And there's also a third

15    material -- actually, two materials, the sizing and

16    finishing materials that go on the fiber that promote

17    adhesion of the fiber to the resin.  So if I'm going to buy

18    the fiber and the resin separately, I've also got to think

19    about sizing.  If I'm going to buy prepreg, the manufacturer

20    has thought about it.

21         Architecture, you know, am I going to deal with a

22    laminated material?  Am I going to deal with woven?  Woven,

23    is it going to be 2D, 3D?  Braided, same thing, 2D, 3D?  So

24    let's kind of just leave it at that, architecture.

25         Now, manufacturing method.  So for these, I can make

1    things in a lot of different ways, right.  So a laminated, I

2    can buy a just kind of a large tape-laying machine, a 3-axis

3    or a 5-axis machine, I can do hand lay-up.  I can invest a

4    lot more money and do a tape placement machine, which is

5    going to be able to place small bits of fiber in a lot of

6    different ways.  And, you know, so braiding has its own

7    methods, and woven has its own method.  So there's a lot of

8    kind of what am I willing -- what's my manufacturing methods

9    I'm open to.  All right.  So those are really important,

10   material, architecture, manufacturing methods.

11        So experience comes in next.  What's my company's

12   knowledge base?  All right.  What's my experience, what do I

13   kind of know about this?  And let me -- maybe I can go

14   through the other ones together.  So material -- let me talk

15   about timing.  So the timing is important both in terms of

16   when I do it in physical time and what my programatic

17   timeline is, which Mr. Kray talked about.

18        Physical time, you know, Mr. Kray talked about the

19   problems of creating a -- I think he said a GE94 blade in

20   1990, which, you know, he said was a huge effort of

21   $1 billion.  In 1990, that was a laminated blade and it was

22   pushing the technology.  I would argue that if I would do

23   that today, 2020, that's tried-and-true technology.  There's

24   an incredible amount of information in the literature.  I

25   can run -- computer codes are just -- I can run a computer

1   code on my mobile laptop work station in less time today

2   than it took me to run on the super computer in 1990.  Okay.

3   So the technology is really different.  So when you do

4   something is very important in terms of the timing and in

5   terms of do I also want it on the market in three years,

6   five years, et cetera, like that.

7        My company culture, am I risk-taking, am I

8   risk-adverse?  Do I want to restrict myself to only a set

9   of, you know, specific materials that I have experience

10  with?  Right.  Do I want to open it up to all materials?  So

11  all of these things come into play as at a high level, I

12  have application, I've got to decide on the scope.  I've got

13  to set the boundaries of my box, and the boundaries of my

14  box, I'm open to anything, that means I'm not risk-adverse,

15  I've got a lot of money to invest, right.  I'm willing to

16  try it.  My goal, am I revolutionary or evolutionary?

17        Okay.  So I have a market study.  I want an engine for

18  this aircraft.  I want it in this much time.  I decide with

19  my company we're going to open it up to, you know, a series

20  of manufacturing methods, and now I can go out and --

21        MR. MANGAN:  Your Honor -- I'm sorry to interrupt,

22  sir -- but I do want to object at this point in terms of,

23  one, we're kind of getting apart from the questions.  But in

24  terms of foundation, there's been a lot of testimony from

25  this witness about here's what an aviation company would do,

1    here's what they're doing, here's how they're thinking, when

2    he just testified he's worked in academia, in research, for

3    30 years, and we have no testimony that he's been employed

4    in an aviation company in the last 30-some years.  So I just

5    don't want him to get too far off of what his expertise may

6    be.

7              THE WITNESS:  I can address that.

8              THE COURT:  No.  It's addressed to me.

9          When are we going to get to the amount of the loss, if

10    any?

11             MS. CORS:  We are getting there.

12             THE COURT:  The thing I have learned from this

13    witness -- and I'm extraordinarily impressed with his

14    background -- is the emphasis of how complex the development

15    process is --

16             THE WITNESS:  Yeah.

17             THE COURT:  -- and, therefore, how valuable the

18    intellectual property is to whomever developed it.  That

19    just makes a hundred-million loss seem insignificant to

20    account for the true value of the design.  The objection,

21    the defendant not having had an opportunity to respond, I

22    agree.

23          When are we going to get to the loss amount?

24             MS. CORS:  We are getting there, Your Honor.  It

25    was simply to lay the foundation for what he is going to

1    discuss.

2            THE COURT:  You get the drift.

3            MS. CORS:  Yes, I do.

4            THE WITNESS:  So then you go through the Building

5    Block approach --

6            THE COURT:  Excuse me, excuse me.

7            THE WITNESS:  I'm sorry.

8            THE COURT:  Do you have a question for the witness?

9            MS. CORS:  Yes, Your Honor.

10   **Q**    You heard testimony about the importance of resin and

11   fibers.  Can you please address from your perspective the

12   importance of availability of fiber and which fiber you

13   choose in this Building Block process?

14   **A**    So Mr. Kray covered this.  You know, different fibers,

15   different resins, different sizings will lead you to

16   composites with different failure modes, as I discussed, and

17   that will drive you through a different path through the

18   Building Block approach and will drive you -- will dictate

19   your design, along with manufacturing method.

20   **Q**    As part of your work, have you looked at the types of

21   fibers used by GE Aviation in their development of composite

22   engine parts?

23   **A**    Yeah.  I mean, for this preparation for this trial,

24   certainly, I've done Internet searches and seen what's out

25   there.

1    **Q**    Okay.  And with -- what was your finding with respect

2    to China's access to the types of fibers that GE Aviation

3    uses in its jet engine composite parts?

4    **A**    Well, responding to, you know, C10, which is part of

5    the Commerce Control List, it's Category 1, so the

6    technology, pretty much any fiber manufactured after around

7    the early 1990s is covered by CCL 1 by the fiber

8    restriction.  I know in the LEAP engine, GE's a Design 7,

9    which would be covered by technology restriction.  In GE9X,

10   they don't publish the fiber, but they said that, you know,

11   it was a new fiber in 2017 -- 2014, it was a new fiber.  It

12   was, you know, designed in 2015, is what's in the

13   literature.  They claimed it was a fourth-generation fiber.

14   So that would be controlled by CCL, CCL Category 1, export

15   controlled, and it would be well beyond what China can

16   manufacture domestically.  All of the information you can

17   find, China is at about Generation 2 fibers, so they're

18   talking about a Gen 4 fiber for GE9X.

19   **Q**    Okay.  And so just to summarize, from your review and

20   your understanding, China did not have access back in 2017

21   to the generation of fibers that GE Aviation was using in

22   the GE9X?

23   **A**    That is correct.  Either they -- either -- they

24   couldn't make themselves and they couldn't purchase them,

25   agreed.

1    **Q**    Can you talk about these export controls, how about

2    with respect to equipment and manufacturing, are there any

3    export controls that may limit China's access to the

4    equipment used by GE Aviation?

5    **A**    Absolutely.  So there's all of these different

6    manufacturing methods, and they require a very specific

7    equipment to do it, and there's variation within the

8    equipment.  They can buy, you know, a weaving machine from

9    Company A or Company B and there will be differences in what

10   I will get.  But in the west, a company can go out and buy

11   all of that manufacturing equipment for the development

12   of -- you know, manufacturing of aerospace-grade composite

13   structures is all export controlled, and I should add also

14   as is nondestructive inspection equipment.  And, again, you

15   caught me going on and on, and so I'll make it quick.

16         I'll say nondestruction equipment, the ability to find

17   flaws in composite materials which happens during

18   manufacturing service is a critical part of design, and so

19   China cannot buy the manufacturing equipment we have, you

20   know, and GE can.  And they cannot buy the nondestructive --

21   the inspection equipment that GE can.

22   **Q**    Thank you.  I would like to now turn to the Government

23   Exhibit A, the round cost for the fan blade and containment

24   case.  As part of your work in this case, were you asked to

25   review and evaluate Exhibit A?

**113**

1    **A**    I was.

2    **Q**    And can you please provide to the Court your

3    conclusions regarding the amounts set forth in Exhibit A?

4    **A**    Okay.  So if you had asked me this question yesterday,

5    you know, I would have said, you know, it's just a number,

6    it's just some speculation, I don't know, I don't know.  I

7    agree with the individual steps that are listed, but the

8    numbers were, you know, kind of -- could have been made up.

9         And Mr. Kray talked about how this applied

10   specifically to GE9X, and I listened to his testimony.  It

11   seems reasonable.  I will just say that, you know, kind of

12   comparing where I was yesterday and today, the cost of --

13   you know, it says composite fan blade and case development

14   is not a fixed cost.  It depends on all of these different

15   factors we've been talking about, you know, what material

16   I'm going to choose, what architectures, what my company

17   knows, you know, what my company has done before,

18   experience.  So it's -- there's an incredibly wide range of

19   costs for engine development.  For GE9X and GE's experience,

20   this seems appropriate.

21   **Q**    And as part of your work, did you also evaluate the

22   benefit, if any, to China of obtaining information from GE

23   Aviation regarding each of these categories?

24   **A**    I did.

25   **Q**    And what was your conclusion?

1     **A**     Well, so I started with the knowledge that China could

2     not get the same material system that GE could.  They're

3     starting with different material.  And so by definition,

4     right off the get-go, their material selection, first row,

5     they have a very different suite of materials to look at.

6     Okay.  And their materials are going to respond and are

7     going to fail very differently than the suite of materials

8     that GE is looking at.  And, remember, these failure modes

9     are what drive your path through the Building Block

10    approach.

11          All right.  So thinking about that, I said, well,

12    first of all, I think containment certification test,

13    starting at the top, we can just take it off because it

14    doesn't matter.  Everyone needs to do a containment

15    certification test.  So I think we could just -- that's

16    not -- if we were talking about -- I think what we're saying

17    is, is this an appropriate cost -- and make sure I'm

18    answering the right question.

19          You're saying if these costs were kind of true, so to

20    speak, for GE, as I believe, would they be roughly

21    equivalent for the Chinese or would they change if the

22    Chinese knew all of the information; is that correct?

23    **Q**     Yeah.

24    **A**     All right.  So I would say, well, they've still got to

25    do -- they've got to choose their materials, so they've got

1    to do their material property and down-select from their

2    materials.  This is a fairly standard approach.  I mean, you

3    can talk -- you see it in CMX 17.  I don't think there's any

4    savings there.

5         Material property, FAA characterization, so I don't --

6    I assume that that's basically allowables testing, which is

7    developing, you know, material strengths under different

8    conditions as well as, you know, characterizing different

9    batches, chemical composition, showing you can repeatedly

10   make laminates, things like that.  Chinese are using a

11   different material, they have to do that.  It doesn't matter

12   what they know, they cannot not do that step.  Okay.

13        Let me leave component testing for a moment.

14   Containment rig testing.  Now they've got a different

15   material.  They're going to have a -- by definition, they're

16   going to have a different design.  It's just there's no two

17   ways about it.  And so they have got to do their own

18   containment rig testing.  They're not cavalier.  They're not

19   going to go from subcomponent testing to designing a big,

20   full-scale rig test and end testing it.  So they've got to

21   do containment rig testing, so it doesn't save them

22   anything.  So I would say Rows 1, 3, 5, 6 make no difference

23   whatsoever.

24        All right.  So subcomponent testing.  Now I start

25   thinking about this.  Well, you know, GE has been making

1    composite engines for a long time, and I can look through

2    the literature and I can see lots of subcomponent tests that

3    are appropriate.  If you asked me to build, put together, a

4    Building Block approach, I could have subcomponent tests.

5    Now, all right, is it possible GE has kind of some special

6    sauce that they know a test that they haven't published,

7    obviously, because it wouldn't be in their best interest to

8    do so, that may be kind of -- instead of having to do

9    these -- now, within subcomponent tests, there might be six

10   or eight or ten tests, all right, first of all.

11        So does GE maybe know one that, instead of doing eight

12   tests, I can get by with six tests?  Possibly.  I mean, I

13   can't discount that.  So I would say that if there's any

14   savings to the Chinese, it's in subcomponent testing, and of

15   this point 5 million, it's a portion of it.  I don't know.

16   So maybe they save 10 percent, maybe they save 1 out of 10

17   tests, maybe they save something like that, so maybe they

18   save 500K.  And then there's a sliver of design labor that

19   they would save because they saved that 1K.  So that's the

20   kind of savings I think the Chinese would achieve.

21   **Q**    And in your view, what kind of impact would that have,

22   if any, on China's timeline for developing composite engine

23   parts?

24   **A**    None, minimal to none.

25   **Q**    Okay.  As part of your work, were you asked -- also

1    asked to evaluate the state of China's development of

2    composite containment structures and fan blades as of 2017?

3    **A**    I was.  You did ask me to do this.

4    **Q**    And what did you learn?

5    **A**    So I did a comprehensive literature search with the

6    focus on 2017, so saying what did the Chinese know in 2017,

7    and the only way I can look at this is what were they

8    publishing in the public literature, which as we know, is

9    probably a fraction of what they know, but I don't want to

10   surmise.  I just want to say what they publicly published.

11   So by 2017, they were pretty far along.

12        I mean, first of all, let me talk to the chart.  Okay.

13   So, you know, they knew how to do material properties,

14   select.  They knew how to do the first, the down-select, how

15   to look at different materials.  They certainly knew how to

16   do material property characterization, allowable testing.

17   They've done many subcomponent tests.  Really, you can see a

18   progression like -- let me just talk about containment rig.

19   So in 2017, they published a subscale containment rig test.

20   So it's really the same thing GE does, but on a scaled-down

21   containment rig.

22        And that was the culmination of about four, about four

23   different publications over the previous four or five years

24   where you could see their progression through the Building

25   Block approach of their -- of all of their different tests,

1    and you could see also the development of all of their

2    models.  So they had done all of this, they had designed

3    this.  So you can see that they had a fairly high level of

4    sophistication, that they understood the Building Block

5    approach, they understood the subcomponent tests they had to

6    do, and they really were quite, you know, technologically

7    literate and advanced on this.  And I found the same thing

8    for fan blades.

9    **Q**    Do you have an opinion as to whether in 2017 China

10   needed GE trade secrets to develop composite fan blades and

11   encasement structures?

12   **A**    No, I don't see that.  I think they had -- they were

13   already pretty much there.  I mean, they had demonstrated

14   subscale testing.  They were at the point that if they

15   wanted to put a little bit of money in and scale up what

16   they did and go into and, you know, build this for an

17   engine, they were ready to do so.

18   **Q**    And in your opinion, given their state of development

19   in 2017, would it have made any economic sense for China to

20   go back to the beginning and try to replicate what GE was

21   doing?

22   **A**    I mean, no.  So, so first of all, the Chinese had

23   already moved, they were already moving along.  So it was

24   not like, you know, what they -- they were well past -- I

25   don't know how to state this.  Let me back up.

1        Regardless of where the Chinese were in the process,

2    if they had obtained all of this information from GE, they

3    could not have used GE's information as a design guide

4    because they -- it doesn't work that way, Building Block

5    approach doesn't work that way.  There's no design guide.

6    You progress through the Building Block approach based on

7    what your test results give you and what your models tell

8    you, and that gives you your next level.  So there's no

9    design guide, and they had to do what their data told them

10   to do, okay, and they did that.

11       Now, by the time 2017 came along, they were already

12   doing subscale testing.  Now, they had a material that was

13   different than GE's material.  Now, why didn't they end up

14   with the material that was like GE's material?  Because they

15   didn't have GE's material available to them.  Now, maybe if

16   they had it available to them, they would have chosen

17   something similar.

18       So to do -- they wouldn't go back in time, they

19   wouldn't say, oh, well, let's redo GE's subcomponent test,

20   because now they would be on a parallel track.  And it's a

21   foregone conclusion, they've already figured out that's not

22   going to work, this approach is going to work better, and

23   they demonstrated it worked.  So no, it would have slowed

24   them down, it would have cost them money.

25   Q    Okay.  You heard some references to "prepreg."  Can

1    you describe for the Court what that is?

2    **A**    Prepreg is, like I talked about before, fibers in a

3    laminate.  So prepreg is when I buy it from a supplier with

4    the fibers already pre-impregnated with resin, it's rolled

5    up, so it's just kind of ready to go, to roll out and make

6    laminated parts with.

7    **Q**    And were you asked to look at whether there were any

8    export control restrictions with respect to prepreg as part

9    of your work?

10   **A**    Yeah.  I mean, I would respectfully disagree with Mr.

11   Kray on that.  My understanding of CCL 1 is that any prepreg

12   that contains a fiber that is export controlled, that that

13   prepreg is equally export controlled.  And so I think any

14   prepreg manufactured after, you know, like I said, early

15   1990s is export controlled.

16   **Q**    And with respect to the GE9X engine, do you know if

17   prepreg is even used for the composite parts of that engine?

18   **A**    So GE's played that one close to the vest,

19   understandably, but from what is out there, the GE9X uses a

20   2-dimensionally woven case, and my guess is it's also a

21   woven fan blade.  It certainly sounds that way from the

22   literature, from everything that's been published.

23              MR. MANGAN:  Your Honor, I object to the guessing

24   that's going on.

25              THE WITNESS:  Okay.  So from what I --

1          THE COURT:  Excuse me.  Typically, I have to

2     respond.  No more guesses.  I'll let it in for what it's

3     worth.  Please proceed.

4          THE WITNESS:  So from what I can see from what's in

5     the literature, the inference in the literature is that the

6     GE9X blade has a woven blade that is kind of

7     next-generation, and it uses a -- and it explicitly says

8     they use a fourth-generation fiber.  It appears -- it

9     certainly says it's -- there's enough indication that it's

10    not a laminated blade, it's a woven blade.  I can't, can't

11    vouch for the accuracy of what's in there, but that's my

12    understanding from what I've read.  It has absolutely been

13    written that it's a woven containment case.

14    **Q**    Okay.  You heard Mr. Kray talk about sort of the

15    internal processes that GE Aviation uses to develop

16    composite parts.  Do you have an opinion with respect to

17    processes and what value GE's processes may have to another

18    manufacturer?

19    **A**    And I guess also if I could back up a minute to the

20    woven case.  I think it's also important that the woven case

21    is not made with prepreg.  It's actually -- you have to put

22    your own resin in.  Manufacturing a woven case is incredibly

23    complex, and GE spent hundreds of millions of dollars

24    working this out, and their process really cannot be

25    replicated.

1       So, so if the Chinese were to make a woven case, they

2    would be using a different material, they would be using

3    different manufacturing equipment.  They would definitely

4    get a different weave.  They would definitely get a

5    different fiber volume fraction, different resin

6    distribution, different resin flow, which I can go through

7    in great detail.  It would not shorten any aspect of their

8    Building Block approach.

9       In terms of -- I'm sorry, ask me the question again

10   because it was still --

11   **Q**    It was the testimony regarding processes and the

12   internal processes GE Aviation uses.

13   **A**    So I guess would there be -- if the Chinese had some

14   information on GE's internal processes, would it provide

15   them, you know, a leg up, so to speak?  And, again, beyond a

16   few tests here and there, I don't see it because, you know,

17   GE's internal processes really are much -- and, you know,

18   I've worked in aerospace companies, and I consult with

19   aerospace companies, and I deal with this all the time, and

20   I can substantiate that, if you would like.

21      But companies develop these internal processes based

22   on their institutional knowledge.  So these processes tend

23   to be very good when a company is working within its

24   experience base, and they tend to have to be flexed a little

25   when they go out.  So the value to the Chinese of GE's

1    processes depends on the Chinese having materials,

2    processes, approaches, applications within kind of GE's

3    experience base, and I don't see that there's really a

4    mapping there.

5    **Q**    Okay.  You're aware that this case, the trial, was

6    about efforts to obtain confidential GE trade secret

7    information regarding their development of composite fan

8    encasements and fan blade, correct?

9    **A**    Correct.

10           THE COURT:  Are you whispering for some reason?

11           MS. CORS:  Sorry, Your Honor.  Let me speak up.

12   **Q**    So you're aware that this case is about efforts on the

13   part of China to obtain information from GE Aviation

14   regarding its fan encasements and fan blades, correct?

15   **A**    I am aware, yes.

16   **Q**    Based on your testimony today and the limited value,

17   if any, any information from GE would have had to China in

18   their development of their own encasements and fan blades,

19   do you have an opinion as to why another manufacturer would

20   be interested in a company's information?

21           MR. MANGAN:  Objection, speculation.

22   **Q**    Why would you be interested in another company's

23   information regarding their Building Block process?

24           MR. MANGAN:  Same objection.

25           THE COURT:  Overruled.  I want to hear the answer.

1    THE WITNESS:  Oh, well, I'm an engineer and I'm

2  curious.  I mean, I've asked before and like in my current

3  position where I actually run a Building Block process, when

4  I just did parts of it in academia and I consulted, there

5  are certainly things I would ask people in the industry all

6  the time these kinds of questions.  If I'm -- and I'm

7  involved in it now where people ask me these kind of

8  questions.  I guess from my experience, there's really kind

9  of three, three things you're trying to get from it when

10 you're in industry.  The first are three answers you kind of

11 expect, maybe I should say.

12    The first answer is they're doing things more or less

13 the way you are, and that's just kind of a confirmation that

14 you know what you're doing, and that's just nice because you

15 get a warm fuzzy feeling you're doing things right.

16 Sometimes they're doing things different, and, you know, you

17 look at it and you talk about it with your colleagues, and

18 you decide they're wrong, they're misguided, and, you know,

19 and you've learned a little something.  You've talked about

20 things, you've seen different ways, and, you know, you feel

21 also good that you really understand the process and you're

22 ahead of this company, and that's kind of nice to know.

23    But there's kind of the third one, which is the one

24 that you probably want or are looking for the most, is that

25 this company has looked at the same kind of thing you're

1    doing, and they thought about it, and they come up with a

2    little different way of doing things, and so you ask

3    questions.  And you think about that and you think about,

4    well, can we do that, can we do things better?  And

5    sometimes the answer is yes.  Sometimes the answer is no.

6    Sometimes the answer is yes, but it's really not applicable

7    to this particular product, but let's kind of put it in our

8    bag of tricks.  Sometimes it's yes, but, you know, we're not

9    in that line of work.  But you learn stuff and that's why

10   you want it, that's why you ask.

11   **Q**    So getting back to the information here in 2017, do

12   you have an opinion as to the impact, if any, GE's

13   confidential trade secret information regarding the

14   development of their composite encasement and fan blades

15   would have had -- the impact that would have had on China's

16   development?

17   **A**    So, you know, I've thought -- you've asked me to think

18   about this a lot obviously to prepare, and certainly with

19   respect to the Government Exhibit A, I saw a small, a small

20   impact.  I thought a lot about modeling.  And actually I

21   thought about the issues that Mr. Kray brought up in the

22   sense that he's absolutely correct, there's these general

23   purpose codes out there, like LS-Dyna and ABAQUS, and they

24   all have to be tuned, if you will, to specific material

25   responses, and you tune this through experiments and

1       obtaining model parameters and certain modeling approaches.

2       But that tuning is material-specific, okay, so it only

3       applies to not only the material, but the architecture, you

4       know, and the manufacturing method.  The tuning applies to

5       all of these things.

6              Now, there's lots of these material parameters out in

7       the literature for lots of different materials, I can find

8       all of this stuff, but for some, I can't.  So GE has their

9       own proprietary manufacturing method; of course, I can't

10      find it.  But I also know that the Chinese materials are

11      going to be different by definition because they can't get

12      GE's.  I know their manufacturing method is going to be

13      different because GE has a custom manufacturing system that

14      they built and it's all proprietary; and, you know, Chinese

15      can't even buy that.  So no, so their models aren't going to

16      help them in any way.

17             As a matter of fact, they can get more information,

18      they can get from here to there faster, from the open

19      literature than they can from what GE does, and they've

20      demonstrated that.  I mean, they have these models.  They

21      have the parameters.  They have the correlation of extensive

22      experiments with their models.  So, so no, I mean, maybe

23      there's some little thing in there, but there's no

24      game-changer here.  There's nothing that would have changed

25      the Chinese course of action or in my view significantly

1      changed their timeline or their cost.

2              MS. CORS:  Thank you.  No further questions.

3              THE COURT:  Very well.  Cross-examination.  Brace

4      yourself.

5                        **CROSS-EXAMINATION**

6      **BY MR. MANGAN:**

7      **Q**    Now, sir, let me follow up on just a few of these

8      things.  We spent a lot of time talking about the materials

9      and the availability of materials.  Bear with me.

10     Hypothetically, if China was able to access the same

11     material, would that change your final conclusion?

12     **A**    Not significantly, no.

13     **Q**    If they were able to input the same materials and have

14     all of GE's processes?

15     **A**    If they were able to access --

16     **Q**    Excuse me, the inside trade secrets.

17     **A**    Bear with me.  If I can extend your analogy, if they

18     were able to access the same materials, and if GE were to

19     travel down to China and install their manufacturing

20     equipment, their quality control equipment, their inspection

21     equipment, ensured that they were getting the right type of

22     weave, the right type of -- kind of in terms of resin

23     transfer molding, the right type of resin infusion, the

24     right type of resin distribution, the right type of fiber

25     wet-out, the right amount -- you know, the lowest amount of

1   porosity, limited amount of delamination, they weren't

2   getting, you know, fiber waviness, fiber distortions, they

3   weren't getting race tracking, if GE worked that out for

4   them and worked out the manufacturing method for the Chinese

5   so that Chinese could start with the same material and get

6   the same finished product, then, yeah, then they could use

7   it, but I don't think GE would do that.

8       And I think that if the -- first of all, there's --

9   you know, there's hundreds of ways to do a 3-dimensional

10  braid, and then for each one of these, there are multiple

11  manufacturers that make these things in the US and then in

12  China.  And then, you know, that's only the first part of

13  braiding it.  So, you know, think about you've got to braid,

14  you braid a sweater, you have a braided sweater --

15  **Q**   Sir, I don't want to --

16  **A**   No, so no, they don't.  Go on.

17  **Q**   I think you had answered it.

18  **A**   Sorry, sorry.

19  **Q**   All right.  Let me ask you, then, certainly, there are

20  aspects of GE's composite program with respect to fan blades

21  and their encasements that are not publicly known --

22  **A**   Yes.

23  **Q**   -- would you agree with that?

24  **A**   Oh, absolutely.

25  **Q**   And would you agree that that fan blade and case

1  program that GE has is incredibly valuable in the

2  marketplace?

3  **A**    Yeah.  I mean, I would agree GE has made some great

4  advances and their engine is highly competitive and is a

5  great value to them, absolutely.

6  **Q**    With respect to composite fan blades and cases, you

7  would say they are the leader in the industry; is that fair

8  to say?

9  **A**    That's fair to say; but it's not fair to say that I

10  could take their fan blade and case and pop it on my engine

11  and have a competitive engine, no.

12  **Q**    Wasn't what I was asking you.

13  **A**    Okay.  So yeah, they're the leader.

14  **Q**    Are they the only one that has the composite fan blade

15  and case on an engine and working today that's certified?

16  **A**    Yes, again, but not necessarily because no one else

17  can.  Pratt & Whitney chose to do a geared turbo fan.  When

18  GE invested in composites, Pratt & Whitney invested in

19  geared turbo fans.  They're competitive engines, different

20  architecture.  Composites doesn't mean you're the winner, it

21  just is a approach.

22  **Q**    All right.  And so you think all of the competitors

23  can do it, they just don't want to?

24  **A**    I think -- well, I think, you know, it's driven by

25  market forces, right.  So Rolls Royce was going to do it,

1    they backed off because the market changed, but they did

2    demonstrate technology.  I think when China has the right

3    application, I think they are capable of building a

4    composite engine, yeah, a composite front-end cold section

5    of an engine, yes.

6    **Q**    For now as we stand here today, would you agree that

7    that intellectual property that GE has is quite valuable?

8    **A**    I would agree that GE is the leader right now in

9    composite fan blades and containment cases, and for that

10   matter --

11              THE COURT:  What was the question, please?

12              THE WITNESS:  It was -- I'm sorry.

13              MR. MANGAN:  I believe the --

14              THE COURT:  Would you agree that intellectual

15   property that GE has is quite valuable?

16              THE WITNESS:  Okay.  So define "intellectual

17   property" for me.  I guess that's the problem.  That's why I

18   had a problem answering the question.  So define what you

19   mean by that term and what it encompasses.

20              MR. MANGAN:  Well, let me move on here since you're

21   having difficulty with these questions.

22   **Q**    So let's go to the part that you -- throughout here

23   you talked in your opinion about the information that Mr. Xu

24   was attempting to acquire from GE.  All right.  And I

25   realize originally in this case you were retained to look at

1    a particular PowerPoint presentation that you had received;

2    do you recall that?

3    **A**    Correct.  Yes, I do.

4    **Q**    That's going way back.  But when you were considering

5    what technology he was seeking, were you only thinking of

6    that particular presentation or were you told to consider

7    all of the information that Mr. Xu was seeking?

8    **A**    It evolved.  I started off with a PowerPoint, and

9    then, you know, as you would expect, over time, I saw other

10    information associated with a trial, yes.

11    **Q**    Okay.  So did they eventually give you additional

12    communications that occurred between Mr. Xu and Mr. Zheng?

13    **A**    Yes.

14    **Q**    All right.  Did you see the domestic requirements

15    document that Mr. Xu had given to him which had a list of

16    things that they were looking for?

17    **A**    Yeah.  It was like -- I don't know, like 60 or 69 or

18    something like that, Exhibit 60 or 69, one of those.

19    **Q**    All right.  Do you remember a set of questions that

20    asked about prepreg and what type of materials they were

21    using?

22    **A**    I do.

23    **Q**    All right.  Did you also look at the computer

24    directory?

25    **A**    I did.

1    **Q**    Okay.  So you're aware of all of that?

2    **A**    I am.

3    **Q**    All right.  And were you also aware that Mr. Xu said

4    to Mr. Zheng this won't be the last time we'll be meeting

5    together, suggesting that he could collect more information?

6    **A**    I do not recall that, but I -- no.  I mean, I think

7    that probably isn't anything I'm an expert on, so I might

8    not have seen that.

9    **Q**    So when it comes to the amount of information that Mr.

10   Xu was seeking during this case, all right, do you

11   understand, you weren't limiting it simply to the

12   PowerPoint?

13   **A**    Absolutely not.

14   **Q**    All right.  So you were considering it as all of the

15   information that that employee may have had access to?

16   **A**    Yes.

17   **Q**    Which would have included the fan blade and the --

18   excuse me, the fan blade and the fan case technology that he

19   was available to provide?

20   **A**    Correct.

21   **Q**    Okay.  And as I understand your opinion, even if you

22   took all of that information that GE has in their vast

23   resources and gave it to China, it would not significantly

24   change their program at all to develop their own engine?

25   **A**    Okay.  So --

1    **Q**    Am I understanding that correctly?

2    **A**    From what I saw -- so I will say that from the

3    directory, I can only infer, right, what's in those files,

4    right, because all I saw was the file names, I didn't see

5    the files.

6    **Q**    Sure.

7    **A**    And, you know, my inference may differ from yours and

8    it may differ from what was in there, but, you know, I mean,

9    I work with people from industry and I see files like this,

10   and I see a lot of them that don't tell me much.  So there

11   was nothing -- there was no smoking gun in anything, because

12   that's what the defense asked me to look for in terms of,

13   you know, do you look -- is this something we need to be

14   really worried about our case.  I mean, that's obviously

15   what they were retaining me for.

16         And there was never a case where I said -- there was

17   never a situation where I said this is critical, this would

18   make a dramatic difference.  There were a few situations

19   where I said, yeah, they might learn a thing or two here and

20   they might learn a thing or two there; but because it always

21   came back to they were using different materials, different

22   architectures, different manufacturing methods, a different

23   application, I didn't see it, no.

24   **Q**    All right.  So I think you were talking about where

25   China was within -- at least by 2017 with their own program.

1     **A**     2017.

2     **Q**     And you were basing that strictly on what you saw in

3     the published literature; is that correct?

4     **A**     Correct.

5     **Q**     All right.  Were you basing that on media reports or

6     anything else?

7     **A**     I don't trust media reports.  No, sir.

8     **Q**     Okay.

9     **A**     I mean, I looked at media reports, but my conclusions

10    were always based on peer-reviewed publications.

11    **Q**     Okay.  So whether we're talking about 2017 or now,

12    would you agree that currently China does not have -- they

13    do not produce their own jet engine for either medium or

14    large-frame planes?

15    **A**     The composite, a composite jet engine, they do not

16    produce their own composite engine?

17    **Q**     With or without composites.

18    **A**     Yeah.  Actually, I don't know where the CJ-1000 is

19    produced, whether it's kind of a joint effort or not.  I

20    know they have joint efforts with Russia.  So I couldn't say

21    for certain that whether they produced their own metallic

22    engine.  I never actually looked into that.

23    **Q**     Okay.  The 1000 was not with composites, correct?

24    **A**     It was not with composites, that is correct.

25    **Q**     All right.  And the C-919 that was referenced earlier

1   is the new plane that they are trying to get launched

2   currently, correct?

3   **A**    As I understand it, yes.

4   **Q**    And that's using the LEAP engine?

5   **A**    Correct.

6   **Q**    Right.  And then they've also had separate efforts

7   with Russia to try to develop a plane together --

8   **A**    Correct.

9   **Q**    -- you mentioned?

10  **A**    Yeah, correct, engines, yes.

11  **Q**    And again -- but, again, that has not come to fruition

12  at this point?

13  **A**    You mean the engines have not been certified?  Yeah,

14  as far as my reading of that is, those are still in

15  development stages, agreed.

16  **Q**    Is it fair to say that China still aspires to be the

17  manufacturer of a jet engine with composite fan blades and

18  encasements?

19  **A**    You know, that's a speculation, but I would expect

20  that China would like at some point to do this, yes,

21  certainly.

22  **Q**    But based on what you've seen in the literature, they

23  are trying to work towards that ultimate goal?

24  **A**    That's right, I would say so.

25  **Q**    All right.  So that would be an ambition at some point

1    that they're trying to fulfill?

2    **A**    Certainly, certainly.

3    **Q**    All right.  And they are trying to get there in a

4    variety of means; they are working on it themselves, you're

5    saying, through the literature?

6    **A**    Yes.

7    **Q**    All right.  They may have ways of trying to acquire

8    the technology financially?

9    **A**    Potentially.

10   **Q**    Okay.  And then they may also be trying to steal trade

11   secrets as part of those efforts, fair to say?

12   **A**    Potentially, yeah.  I mean, that's what this trial was

13   about, so, you know.

14   **Q**    Yeah.

15   **A**    And they're doing joint development with the Russians

16   too.

17         THE COURT:  I need to check on the interpreter's

18   stamina.  I thought I heard you winding up.  How are you

19   doing?  Would you like a break?

20       She would like a break.  How much more do you have on

21   your piece, two or three more questions or categories?

22         MR. MANGAN:  I could edit it down during the break,

23   Your Honor.

24         THE COURT:  You don't have to edit it.  I am

25   wondering if we can pop through the last few questions

1    before we break or not; my sense is we cannot.  We'll take a

2    10-minute break.

3         Can you imagine having to interpret simultaneously and

4    whatever the other adverb is?  Thank you for your work.

5         We're going to recess for 10 minutes.  It's a tight

6    10 minutes.  The Internet tells us it is 2:24.  We'll be

7    back at 2:34.  We're in recess until that time.  Thank you.

8              THE DEPUTY:  All rise.  This court is now in

9    recess.

10        (Recess taken from 2:24 p.m. to 2:34 p.m.)

11             THE DEPUTY:  All rise.  This court is in session

12   pursuant to the recess.

13             THE COURT:  Thank you.  Please be seated.  The

14   witness can retake the stand.  He remains under oath, and he

15   understands, correct?

16             THE WITNESS:  (Nodding head.)

17             THE COURT:  Is that a yes?

18             THE WITNESS:  That's a yes.

19             THE COURT:  Very well.  Does the government wish to

20   inquire further?

21             MR. MANGAN:  Yes, Your Honor.

22   **Q**    Sir, just a few more questions.  So just to

23   understand, obviously, you're here to talk about your

24   expertise in composites.  Is it fair to say you are not an

25   expert on China?

1    **A**     Yes, that's fair to say.

2    **Q**     All right.  Not an expert on Chinese technology or

3    policy?

4    **A**     That's fair to say, yes.  I only know what my search

5    is.

6    **Q**     Okay.  Now, with respect to you were talking a little

7    bit about -- I think you were asked on direct examination

8    why someone would try to obtain trade secrets in this

9    particular field; do you recall those questions, like why

10   would they even try to do this?

11   **A**     Yeah, yes, yes, asked me why, yes.

12   **Q**     During your answer, you mentioned there were three

13   different things other than curiosity?

14   **A**     I was asked about information.  I said why would they

15   obtain this information.  I didn't get into any, you know,

16   trade spying, but yes, go ahead, I said that.

17   **Q**     All right.  But did you understand that question -- so

18   you understood the question as to why would someone ask

19   information about information with another company, not

20   trade secrets, though?

21   **A**     That's the way I answered the question, yes.  As you

22   said, I'm not an expert on international diplomacy, so I

23   don't want to offer an opinion why people might engage in

24   spycraft, if that's where you're going.

25   **Q**     All right.  So with respect to China at least, you

1     don't know why they would engage in this particular conduct?

2     **A**     Well, certainly, you know, I mean, I'm aware of the

3     news and what goes on in the world, and I'm certainly aware

4     that there is a lot of technological espionage on the part

5     of China. Yes.

6     **Q**     All right. But in this particular case, for this

7     technology that we've been talking about, is it fair to say

8     that your opinion would be that acquiring that information

9     from GE would not have ultimately helped China in its

10     efforts to develop a similar product?

11     **A**     Was that it would have small effect, yes, not that it

12     wouldn't. Would be a small effect.

13     **Q**     I think you said something marginal, something like

14     that?

15     **A**     In this particular situation, given the information

16     that I know that was at stake, that is what I would have

17     said, yes -- that is what I did say, excuse me.

18     **Q**     So if you had a chance to talk with China, let's say,

19     before all of this, would it have been your opinion that

20     you're wasting your time trying to get that information from

21     GE because replicating it wouldn't be possible?

22     **A**     Because -- yes, I would have and that's, you know,

23     right. So I obviously don't know China's motivations, but,

24     yes, that's correct. They weren't --

25     **Q**     Fair enough. You don't know their motivations, but --

1    **A**    But --

2    **Q**    -- by doing this, you would have told them that

3    they're wasting their time, this would have been futile on

4    their part?

5    **A**    From what --

6              MS. CORS:  Objection.

7              THE COURT:  Basis?

8              MS. CORS:  That wasn't his testimony, Your Honor.

9              THE COURT:  Overruled.  He can answer the question,

10   if he's able.

11             THE WITNESS:  So before, when I talked to them in

12   your hypothetical situation, I know everything that I know

13   now, meaning I know China's state-of-the-art, I know the

14   kind of material that was involved in this, I knew all about

15   technology restrictions, et cetera, that's just to frame it

16   make sure I'm answering the right question.

17   **Q**    Yes, yes.

18   **A**    Okay.  So I would have said here's the deal, here's

19   where I think you are, here's what I think you might learn;

20   you know, I don't think you're going to get a lot out of it,

21   do what you want.

22   **Q**    Okay.  So even if they had gotten those crowned

23   jewels, they wouldn't -- in your opinion, they wouldn't have

24   been successful in being able to replicate GE's process; is

25   that a fair statement?

1    **A**    I agree, they would not have been able to replicate

2    GE's process.  I agree with that, yes.

3          MR. MANGAN:  No further questions, Your Honor.

4          THE COURT:  Very well.  Defense wish to examine the

5    witness?

6          MS. CORS:  Yes, Your Honor.

7                      **REDIRECT EXAMINATION**

8    **BY MS. CORS:**

9    **Q**    Dr. Davidson, an engine has many parts beyond just a

10   composite fan blade and encasement of fan blade, correct?

11   **A**    Absolutely.

12   **Q**    And with respect to China's development of a fully

13   functioning jet engine with composite encasement, composite

14   fan blades, it's possible, isn't it, that the reason they

15   don't have a fully functioning jet engine is due to issues

16   with other parts of the engine, not the composite

17   containment casing and fan blade?

18          MR. MANGAN:  Objection, speculation.

19          THE COURT:  The objection is speculation, and it's

20   overruled.  I want to hear what this witness says.  The

21   question was -- you can roll it down for me, ma'am.

22          THE STENOGRAPHER:  Okay.

23          MS. CORS:  Okay.  You've testified that -- oh, I'm

24   sorry.

25          THE COURT:  And with respect to China's development

1    of a fully functioning jet engine with composite encasement,

2    composite fan blades, it is possible, isn't it, that the

3    reason they don't have a fully functioning jet engine is due

4    to issues with other parts of the engine, not the composite

5    containment casing and fan blade?

6           THE WITNESS:  Yes.  And you asked me to look into

7    this as part of the -- as part of my research, and from what

8    I gather from the literature, as well as political analysis

9    from military experts and technology experts that are --

10   that have been published, China lags the west in the

11   development of the hot section of the engine by a

12   significant margin.

13        As a matter of fact, there are people that would argue

14   that the technology in the hot section of the engine is not

15   only the most complex in the engine, that it's the most

16   complex materials technology on the planet.  You know, they

17   engineer almost -- they design parts atom by atom on super

18   computers, and GE is pretty darn good in this and the west

19   is pretty darn good on this.  And the benefit of composite

20   cold -- you know, front-end cold section is really largely

21   obtained -- the better your hot section is, the more sense

22   it makes for you to go to a composite front end.

23          THE COURT:  The answer was yes?

24          THE WITNESS:  The answer was yes.  Thank you.  See,

25   he's getting to know me.

**Q**     One final question.  Dr. Davidson, you just heard Mr.
Mangan refer to GE's "crowned jewels," the information that
they have, confidential information relating to these
composite materials used in jet engines.

In summary, I know you've already testified about
this, but do you believe there's any game-changing crowned
jewel information at GE Aviation that could have had a
substantial impact on China's own development of its
containment casing and fan blades?

**A**     Given the constraints of China, you know, having the
limitations it does due to export controls, I don't see it,
no.  I would say no, there is not.

THE MS. CORS:  Thank you.  No further questions, Your
Honor.

THE COURT:  Recross?

MR. MANGAN:  No, Your Honor.  Thank you.

THE COURT:  You appear to have survived.

THE WITNESS:  Barely.

THE COURT:  You are free to step down.  Are you
flying home?

THE WITNESS:  Not until tomorrow.

THE COURT:  Do you know the fan blades?

THE WITNESS:  No, but I'll take a good look, but,
see, I have bigger concerns because I taught undergrad
aerospace engineers, so I might stop flying altogether.

1          THE COURT:  I wish you the best.  You may step

2     down, sir.  The witness is free to go, from the government's

3     perspective?

4          MR. MANGAN:  Yes, Your Honor.

5          THE COURT:  The defense as well?

6          MR. MIEDEL:  Yes, Your Honor.

7        (Witness left the stand.)

8          THE COURT:  Okay.  From defendant's perspective,

9     you have concluded your evidentiary presentation for today;

10    is that right?

11         MS. CORS:  That's correct, Your Honor.

12         THE COURT:  The government as well; is that right?

13         MR. MANGAN:  That's correct, Your Honor.

14         THE COURT:  All right.  So we have gotten the

15    evidentiary hearing under our belt.  I told you when we

16    started, I would like written argument on this, and I would

17    propose that you incorporate it into your sentencing

18    memorandum.  And in terms of sentencing memorandum, I'd like

19    it due -- typically, it's three days before sentencing.  I'd

20    like it due at least a week before; and in looking at the

21    calendar, I would hope we could do that by September 23rd,

22    if we get a transcript of these proceedings in one to two

23    weeks.  So I wonder if we can start to consider whether

24    October 3rd or 4th would be an appropriate sentencing date?

25        Does the government have any ration from the collective

1    seat of your pants?

2          MR. MANGAN:  Could we have one moment, Your Honor,

3    just on the date?

4          THE COURT:  Yes, yeah.

5       (Pause.)

6          MR. MANGAN:  Your Honor, Mr. McKenzie will be in

7    trial, and Ms. Glatfelter will be out that entire week.  I'd

8    like to at least have, you know, one of them be able to

9    attend.  Is it possible to do it the week after?

10         THE COURT:  I don't know.  We'll have to look at

11   the calendar.  I don't think so.  How about do it the last

12   week of January or any week in February?

13         MR. MANGAN:  That might be another trial, Your

14   Honor.

15         THE COURT:  That was a joke.

16         MR. MANGAN:  I know.

17         THE COURT:  We'll look at our calendars.  That's

18   what we're doing.  What's the defense's sense of timing,

19   seat of the pants?

20         MR. MIEDEL:  Well, I was going to say that that

21   week is also not ideal for us.

22         THE COURT:  Okay.

23         MR. MIEDEL:  The following week would be good, the

24   week of the 10th.  Obviously, the Court can receive these

25   submissions however you want.  It seemed to us that it might

1    make sense to do a post-hearing submission on the loss issue

2    because, obviously, it could make a huge difference in terms

3    of what the ultimate guideline is.  Our sentencing memo

4    might look vastly different if it's one thing versus another

5    in terms of asking for downward departures and that sort of

6    thing.  But if you want to put it all into one, we will make

7    that work.

8            THE COURT:  We'll get back to you.

9            MR. MIEDEL:  Okay.

10           THE COURT:  This has been helpful today.  I would

11   like the transcript prepared, and I'll be in touch with you.

12   And I need to go inspect some fan blades.  So it's been a

13   high honor and great privilege to have this recurring

14   nightmare back, and I will see you in due course.  We'll

15   rise as we adjourn.

16           THE DEPUTY:  All rise.  Court is now adjourned.

17       (Proceedings concluded at 2:46 p.m.)

18                    **C E R T I F I C A T E**

19       In accordance with 28 U.S.C. Section 753, I certify
     that the foregoing is a correct transcript of the record of
20   proceedings in the above-entitled matter prepared from my
     stenotype notes and that the transcript page format is in
21   accordance with the regulations of the Judicial Conference
     of the United States.

22                    *Lisa Conley Yungblut*
     /s/_____    08/31/2022_
23   LISA CONLEY YUNGBLUT, RDR, RMR, CRR, CRC       DATE

24

25

1

*I N D E X*

2                      *GOVERNMENT'S WITNESS*                    *PAGE*
                              *NICK KRAY*
3      *DIRECT EXAMINATION BY MR. MANGAN:*                        *10*
       *CROSS-EXAMINATION BY MR. MIEDEL:*                         *43*
4      *REDIRECT EXAMINATION BY MR. MANGAN:*                      *72*

5                    *DEFENDANT'S WITNESSES*
                          *DAVID ZHENG*
6      *DIRECT EXAMINATION BY MS. CORS:*                          *75*
       *CROSS-EXAMINATION BY MS. GLATFELTER:*                     *80*
7      *REDIRECT EXAMINATION BY MS. CORS:*                        *84*

8                   *BARRY D. DAVIDSON, Ph.D.,*
       *DIRECT EXAMINATION BY MS. CORS:*                          *88*
9      *CROSS-EXAMINATION BY MR. MANGAN:*                        *127*
       *REDIRECT EXAMINATION BY MS. CORS:*                       *141*

10

11                      *E X H I B I T S*

           *GOVERNMENT'S*          *IDENTIFIED*          *ADMITTED*
12          *Exhibit A*                *18*          *(Previously)*

13

14

15

16

17

18

19

20

21

22

23

24

25