**iPhone 7**
(35 SMS messages)

| Big Brother Xu from Jiangsu<br>8613913882316 | Ji Chaoqun<br>13126836385<br>+8615210969787 |
|---|---|

12/18/2013 10:48:05 AM (UTC+0)

> Hi Big Brother XU. This is JI Chaoqun. I am taking #203, arriving Nanjing South Station at 22:37
> *SENT*

12/18/2013 10:48:46 AM(UTC+0)

Ok, I'll come pick you up.
*READ*

12/19/2013 2:04:53 AM(UTC+0)

> Big Brother XU, I left the house.
> *SENT*

12/19/2013/ 2:05:59 AM(UTC+0)

Ok.
*READ*

12/19/2013/ 2:32:00 AM(UTC+0)

Which station have you reached?
*READ*

12/19/2013 2:32:17 AM(UTC+0)

> Big Brother XU, which exit shall take?
> *SENT*

**GOVERNMENT EXHIBIT**

**403-T**

**iPhone 7**
(35 SMS messages)

| Big Brother Xu from Jiangsu | Ji Chaoqun |
|---|---|
| 8613913882316 | 13126836385 |
| | +8615210969787 |

12/19/2013 2:32:22 AM(UTC+0)

> Just reached Huashen Temple
> **SENT**

12/19/2013 2:32:35 AM(UTC+0)

> Whichever
> **READ**

12/19/2013 2:33:33 AM(UTC+0)

> Ok, where do I wait for you?
> **SENT**

12/19/2013 2:34:03 AM(UTC+0)

> At the exit.
> **READ**

12/22/2013 4:48:25 AM(UTC+0)

> Big Brother XU, we are going to Shanghai today, back to Beijing tomorrow. The room key is returned to the reception. Thank you for everything for the past few days!
> **SENT**

12/22/2013 4:51:41 AM(UTC+0)

> Ok, see you next month. Have a good time!
> **READ**

12/22/2013 6:53:00 AM(UTC+0)

> JI, did you not leave me the tickets?
> **READ**

**iPhone 7**
(35 SMS messages)

| Big Brother Xu from Jiangsu | Ji Chaoqun |
|---|---|
| 8613913882316 | 13126836385 +8615210969787 |

12/22/2013 7:50:29 AM(UTC+0)

> Don't want to bother you, big brother. What I have are loose tickets.
> *SENT*

12/22/2013 11:04:19 AM(UTC+0)

> That's not a problem. Bring me those tickets next time.
> *READ*

1/3/2014 3:10:42 AM(UTC+0)

> JI, can you come over next Wednesday?
> *READ*

1/3/2014 4:41:50 AM(UTC+0)

> Is Thursday ok, Big Brother XU? Or Friday?
> *SENT*

1/3/2014 5:40:38 AM(UTC+0)

> Fine. Thursday, then.
> *READ*

1/8/2014 5:31:01 AM(UTC+0)

> JI, today I am going to buy your train ticket for tomorrow morning.
> *READ*

1/10/2014 12:11:58 AM(UTC+0)

> Big Brother XU, I got on the subway.
> *SENT*

**iPhone 7**
(35 SMS messages)

| Big Brother Xu from Jiangsu | Ji Chaoqun |
|---|---|
| 8613913882316 | 13126836385 / +8615210969787 |

*1/10/2014 12:12:56 AM(UTC+0)*

**Get off at Huashen Temple Station.**
READ

*1/10/2014 12:43:41 AM(UTC+0)*

**Big Brother XU, I exited the station. I am at Exit 1.**
SENT

*1/11/2014 11:15:57 AM(UTC+0)*

**Big Brother XU, we plan on going back to Beijing tomorrow. Please help me buy the tickets for G132. JI Chaoqun 370502199102111233, GAO Hanyu 410102199011100089 Thank you, Big Brother XU!**
SENT

*1/11/2014 11:35:11 AM(UTC+0)*

**(1/2) Order No. E271311500. Mr. ZHAO, you purchased G132, car 11. Seats 05D and 05F, departing on 1/12 at 13:43. Ji Chaoqun and GAO Hanyu.**
READ

*1/11/2014 11:35:48 AM(UTC+0)*

**Once you get there and have the tickets, mail them to me.**
READ

*1/11/2014 11:36:00 AM(UTC+0)*

**Thank you, Big Brother XU. Received.**
SENT

## iPhone 7
(35 SMS messages)

**Big Brother Xu from Jiangsu**
8613913882316

**Ji Chaoqun**
13126836385
+8615210969787

---

1/11/2014 11:36:45 AM(UTC+0)

> Ok, Big Brother XU. Don't worry.
> *SENT*

1/12/2014 5:45:14 AM(UTC+0)

> Big Brother XU, we are back in Beijing. Thank you for your hospitality!
> *SENT*

1/12/2014 6:41:42 AM(UTC+0)

> Ok. Have a safe trip!
> *READ*

1/12/2014 12:41:58 PM(UTC+0)

> JI, mail the train tickets to the following address: Nanjing City, Yuhuatai District, Software Avenue #33-6. To XU Yanjun, postal code 210000
> *READ*

1/12/2014 1:34:25 PM(UTC+0)

> Ok, Big Brother XU. I was about to ask you. I am mailing it out to you tomorrow.
> *SENT*

1/12/2014 2:08:08 PM(UTC+0)

> No hurry.
> *READ*

**iPhone 7**
(35 SMS messages)

| Big Brother Xu from Jiangsu 8613913882316 | Ji Chaoqun 13126836385 +8615210969787 |
|---|---|

2/18/2015 1:52:17 PM(UTC+0)

> Big Brother XU, Happy New Year from JI Chaoqun! Wishing you and your family health and happiness in the New Year of the Ram!
> *SENT*

2/18/2015 2:00:41 PM(UTC+0)

> You, too! Wishing you and your family a Happy New Year with health and happiness.
> *READ*

1/27/2017 12:59:08 PM(UTC+0)

> Teacher, Happy New Year from JI Chaoqun here! Wishing you and your family health and happiness in the New Year, the Year of the Rooster!
> *SENT*