# iPhone 7
(7 iMessages)

| Big Brother XU from Jiangsu Province 8613913882316 | Ji Chaoqun 13126836385 +8615210969787 |
|---|---|

**1/30/2014 2:19:55 PM(UTC+0)**

> Happy New Year of the Horse to Big Brother XU from JI Chaoqun! Wishing you all the health, good luck and success in the New Year! Happy Spring Festival!
> *SENT*

**6/11/2014 6:47:28 AM(UTC+0)**

> Yilege Tea House, kitty – corner from the South Gate of Zhongguancun Book Building.
> *READ*

**6/11/2014 6:48:37 AM(UTC+0)**

> Okay, Big Brother XU.
> *SENT*

**6/11/2014 6:49:36 AM(UTC+0)**

> When will you arrive?
> *READ*

**6/11/2014 6:51:44 AM(UTC+0)**

> Ok.
> *READ*

**6/11/2014 6:52:20 AM(UTC+0)**

> Should arrive in about 7-8 minutes.
> *SENT*

**6/11/2014 7:04:27 AM(UTC+0)**

> Big Brother XU, I have arrived. Where are you?
> *SENT*

GOVERNMENT EXHIBIT 407-T