QQ

(167 messages)

**Big Brother XU**
2538093402

**JI Chaoqun**

7/14/15 6:46

Big Brother XU

*SENT*

7/14/15 6:46

*You have blocked messages from your close friend Big Brother XU*

7/14/15 6:47

Big Brother XU

*SENT*

7/14/15 6:47

*You have given permission to receive messages from your close friend Big Brother XU*

7/14/15 6:47

Big Brother XU

*SENT*

7/14/15 6:47

GAO came sometime ago.

*SENT*

7/14/15 6:47

Didn't return your text messages. Worried that might not be convenient.

*SENT*

7/14/15 14:52

Oh. How's your job hunting going?
*RECEIVED*

GOVERNMENT EXHIBIT

600-T

QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

7/14/15 14:53

Long time no communication. Don't know how you are doing lately.
*RECEIVED*

7/14/15 14:53

Currently, doing an internship at Motorola.
*SENT*

7/14/15 14:54

Able to stay there?
*RECEIVED*

7/14/15 14:54

Pretty much.
*SENT*

7/14/15 14:54

Congratulations.
*RECEIVED*

7/14/15 14:54

Thank you, Big Brother XU.
*SENT*

7/14/15 14:55

Where is GAO now?
*RECEIVED*

QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

7/14/15 14:55

She just graduated.

*SENT*

7/14/15 14:55

She went to China Institute of Atomic Energy.

*SENT*

7/14/15 14:57

How are you two going to handle living at two different places?

*RECEIVED*

7/14/15 14:58

She'll come over as soon as she fixes her household registration in Beijing.

*SENT*

7/14/15 14:58

Will she resign?

*RECEIVED*

7/14/15 14:58

Yes.

*SENT*

7/14/15 14:59

Since she's moving overseas, why does she still care about her household registration?

*RECEIVED*

QQ
(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

7/14/15 14:59

She wants to keep it as a backup.
*SENT*

7/14/15 14:59

Ha, ha.
*RECEIVED*

7/14/15 15:03

I don't think it necessary either.
*SENT*

7/14/15 15:07

Hope everything goes well with you guys.
*RECEIVED*

7/14/15 15:11

Thanks, Brother XU.
*SENT*

7/14/15 15:11

My parents will go back to China in August.
*SENT*

7/14/15 15:11

Do you need them to bring you anything?
*SENT*

## QQ

(167 messages)

**Big Brother XU**
2538093402

**JI Chaoqun**

7/14/15 15:11

They are on the plane coming over right now.

*SENT*

7/14/15 15:25

Not right now.
*RECEIVED*

7/14/15 15:25

Thank you.
*RECEIVED*

7/14/15 15:25

Ok.

*SENT*

7/14/15 15:25

Let me know whenever you have a need.

*SENT*

7/14/15 15:26

What are good bargains in the United States now?
*RECEIVED*

7/14/15 15:27

Electronics, cosmetics, handbags, and some baby products.

*SENT*

7/14/15 15:28

Oh.
*RECEIVED*



QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/25/15 1:57

Are you there?
*RECEIVED*

8/25/15 1:58

I have a favor to ask.
*RECEIVED*

8/25/15 1:58

I'm here.
*SENT*

8/25/15 1:58

Please go ahead, Big Brother XU.
*SENT*

8/25/15 2:02


*RECEIVED*

QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/25/15 2:02

Ok

*SENT*

8/25/15 2:02

Query information about these few people on these three websites separately.

*RECEIVED*

8/25/15 2:03

Ok.

*SENT*

8/25/15 2:03

A final report will be generated.

*RECEIVED*

8/25/15 2:03

For each person?

*SENT*

8/25/15 2:03

Fees are required for such queries and they need to be paid with a foreign Visa card.

*RECEIVED*

8/25/15 2:03

*Are you tired from typing? Click here to start an audio conversation. It's easier.*

8/25/15 2:03

Oh, ok. Let me give it a try.

*SENT*

QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/25/15 2:04

My card was canceled. Now it's a Discover card.

*SENT*

8/25/15 2:04

I will give it a try first.

*SENT*

8/25/15 2:04

You see, you are more suitable for providing this assistance.
*RECEIVED*

8/25/15 2:06

Bill me for all the fees associated with this when all is over. I'll send the money to you.
*RECEIVED*

8/25/15 2:06

Ok, ok I will give it a try first.

*SENT*

8/25/15 2:06

May need a few hundred US dollars.
*RECEIVED*

8/25/15 2:07

Ok, how do I send it to you when the time comes?

*SENT*



**QQ**
(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/25/15 2:07

Do I send it to Big Brother GENG's mailbox or QQ account?
*SENT*

8/25/15 2:07

You compress it, add a password, and send it to my QQ box.
*RECEIVED*

8/25/15 2:08

Ok, no problem.
*SENT*

8/25/15 2:08

GENG has been transferred to another department.
*RECEIVED*

8/25/15 2:08

Oh.
*SENT*

8/25/15 2:10

Thanks.
*RECEIVED*

8/25/15 2:07

You are welcome.
*SENT*

QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/27/15 0:44

How is it going?
*RECEIVED*

8/30/15 15:39

How is it going?
*RECEIVED*

8/30/15 15:40

Big Brother XU.
*SENT*

8/30/15 15:40

There are still a few that I haven't got yet.
*SENT*

8/30/15 15:40

How long did it say it would take?
*RECEIVED*

8/30/15 15:41

Three days.
*SENT*

8/30/15 15:41

When will you have them?
*RECEIVED*

QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/30/15 15:42

This is also considered gray industry in the United States.
*RECEIVED*

8/30/15 15:43

Maybe Monday afternoon.
*SENT*

8/30/15 15:43

Some data can be found directly from the websites.
*SENT*

8/30/15 15:44

Ok. When the reports are out, send everything to me together.
*RECEIVED*

8/30/15 15:44

Ok, Big Brother XU.
*SENT*

8/30/15 15:44

We just want to see the results of queries using these websites.
*RECEIVED*

8/30/15 15:45

Ok, I'll send them to you once I have them.
*SENT*



QQ
(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/30/15 15:57

On each report, make a note of the time and fees you spent, so that we can compare these websites' quality-price ratio and results.
*RECEIVED*

8/30/15 15:58

Some websites charge by month, the others by number of queries.
*RECEIVED*

8/30/15 16:31

Ok, Big Brother XU.
*SENT*

8/31/15 0:14

Big Brother XU, I just sent them to you.
*SENT*

8/31/15 0:14

The QQ number is the password.
*SENT*

8/31/15 1:32

Ok.
*RECEIVED*

8/31/15 1:33

I called once today to rush them.
*SENT*



QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/31/15 1:33

It's extremely difficult to do the download from the second website.

*SENT*

8/31/15 1:54

Also, Big Brother XU, you need to change the suffix from rrr to rar.

*SENT*

8/31/15 2:53

The third website is ok, but it offers too little information.

*SENT*

8/31/15 2:54

All three websites require users to purchase memberships for further queries.

*SENT*

8/31/15 3:10

Not just purchase memberships, one also is required to pay for detailed reports, correct?

*RECEIVED*

8/31/15 3:11

Yes, it is required.

*SENT*



QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/31/15 10:49

I haven't received it yet. Which mailbox did you send them to?
*RECEIVED*

8/31/15 13:03

I sent them to your QQ mailbox.
*SENT*

8/31/15 13:04

Let me send them again.
*SENT*

8/31/15 15:02

I still haven't received them.
*RECEIVED*

8/31/15 15:02

How about you send them to 3025544@qq.com?
*RECEIVED*

8/31/15 15:04

Ok.
*SENT*

8/31/15 15:04

I have sent them to 3025544.
*SENT*



QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/31/15 15:05

It showed delivery failed.

*SENT*

8/31/15 15:06

Delivery to the following recipient failed permanently:

3025544@aq.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain aq.com by mail3.battleon.com. [75.126.77

The error that the other server returned was:
550 5.1.1 Recipient unknown

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:in-reply-to:references:date:message-id:subject:from:to
     :content-type;
    bh=bW4sWOIlj16MwPWrO+6K5eWqUH6WQWKUKBwh8Blc6/M=;
    b=V3/eE824T2Ugfr4dcvzPGsf88gmqvdW3w2Zhaxh3oIlM3J12BWMDSJCHERobSazROK
     NRJVDiL5W4OiAJIVBUauKf8Cdo XAcd3HlFljR0FGw6vFkDb3nBju6Qgct4Oxmc7/NIoX
     WkAwKy42fqfywHsC8Hrk7/a/rN+M/zW7wmyqPekefoATJAqJ6CDbHbKPcX/EMaYBsqML
     fM4ZmpFvHkdTgDH1Z88Ejpu8xx3t+c1YS3nnIQBvmp4ra7ruHXvDlk5GWg82/47G7vRa
     QY1QUfvyFkl2OCToZ+m4oRSv9hZavD86ukAVLWP/8h6m5xkHo4h+uz6AIOu++R19s62N
     eXWg==
MIME-Version: 1.0
X-Received: by 10.107.33.81 with SMTP id h78mr22714772ioh.108.1441033447790;

*SENT*

8/31/15 15:07

**Strange.**
*RECEIVED*

8/31/15 15:07



This was sent to this QQ account.

*SENT*

QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/31/15 15:07

I will try one more time.

SENT

8/31/15 15:08

jastxyj@gmail.com

RECEIVED

8/31/15 15:08

OK, this one was sent. Please check.

SENT

8/31/15 15:09

Could these be sitting in the QQ account's spam folder?

SENT

8/31/15 15:10

Strange, the spam folder is empty too.

RECEIVED

8/31/15 15:12

Did you receive the gmail message?

SENT

QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

8/31/15 15:20

Ok, I'll take a look at the reports first tomorrow.
RECEIVED

8/31/15 15:20

Give me your card number. I'll send you the money.
RECEIVED

8/31/15 15:20

Do you want US dollars or Renminbi?
RECEIVED

8/31/15 15:21

Whichever is convenient for you, Big Brother XU.
SENT

8/31/15 15:21

I have only the subtotal here.
SENT

8/31/15 15:21

I will calculate the grand total in a minute.
SENT

8/31/15 15:21

Ok.
RECEIVED



QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

8/31/15 15:23

Go ahead and do your calculation.  I am going to bed now.
*RECEIVED*

8/31/15 15:23

Ok.
*SENT*

8/31/15 15:23

Good night,  Big Brother XU.
*SENT*

8/31/15 15:23

Is it night where you are? / [grin]
*RECEIVED*

8/31/15 15:24

Ha ha.
*SENT*

8/31/15 15:24

I just got up.
*SENT*



**QQ**

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

---

9/6/15 7:38

Give me the figure when you are done with your calculation.
*RECEIVED*

9/7/15 3:51

Big Brother XU, I have done the calculation.
*SENT*

9/7/15 3:51

The total is $407.06.
*SENT*

9/7/15 3:52

The total for the first one is $287.39 with the $29.99 membership fee and three reports at $85.8 each.
*SENT*

9/7/15 3:52

The total for the 2nd one is $84.82 with the $22.86 membership fee, $1.99 pdf usage fee, and three reports at $19.99 each.
*SENT*

9/7/15 3:53

The total for the third one is $34.85 with the $14.95 membership fee and two reports at $9.95 each.
*SENT*

9/7/15 12:36

Ok.
*RECEIVED*



QQ
(167 messages)

Big Brother XU
2538093402

JI Chaoqun

9/18/15 1:09

Are you there?
RECEIVED

9/18/15 1:10

Yes, I'm here, Big Brother XU.
SENT

9/18/15 1:10

Give me your account number. Preferably an domestic account.
RECEIVED

9/18/15 1:10

Oh oh, ok.
SENT

9/18/15 1:10

An account that takes US dollars.
RECEIVED

9/18/15 1:10

I'll send you $1,000.
RECEIVED

9/18/15 1:11

Ok.
SENT

QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

9/18/15 1:11

Let me ask my family for one.

SENT

9/18/15 1:11

Also, please do me another favor.

RECEIVED

9/18/15 1:11

Please use a card under your name, preferably.

RECEIVED

9/18/15 1:12

If you don't have one, use your family's card.

RECEIVED

9/18/15 1:12

Ok, I have an authorized user card.

SENT

9/18/15 1:12

It should take US dollars.

SENT

9/18/15 1:12

Please do me a favor. Please look up another person for me.

RECEIVED

9/18/15 1:13

Ok.

SENT



QQ

(167 messages)

**Big Brother XU**
2538093402

**JI Chaoqun**

9/18/15 1:13

Use the second website from your last queries.
*RECEIVED*

9/18/15 1:13

Eh.
*SENT*

9/18/15 1:13

Ok.
*SENT*

9/18/15 1:13

xiaohong H
*RECEIVED*

9/18/15 1:13

xiaohong H Li
*RECEIVED*

9/18/15 1:14

Ok.
*SENT*

9/18/15 1:14

One person?
*SENT*

## QQ

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

9/18/15 1:14

In California.
*RECEIVED*

9/18/15 1:14

47 years old.
*RECEIVED*

9/18/15 1:14

The related person is Yingjie Li.
*RECEIVED*

9/18/15 1:14

Ok.
*SENT*

9/18/15 1:15

Just query this one person, thanks.
*RECEIVED*

9/18/15 1:15

When you complete the query, send the information to me.
*RECEIVED*

9/18/15 1:16

Ok, I'll do this query as soon as I get home today.
*SENT*

9/18/15 1:19

Ok, thanks.
*RECEIVED*



**QQ**

(167 messages)

**Big Brother XU**
**2538093402**

**JI Chaoqun**

---

11/19/15 7:17

I asked for your account number last time, but your haven't given it to me
*RECEIVED*

11/19/15 7:17

A dual-currency account that can take deposits in US dollars.
*RECEIVED*

11/23/15 3:42

Big Brother XU, my account number is 4340 6221 8005 4324. It's with China Construction Bank. It's a card under my own name.
*SENT*

12/23/15 11:41

I have deposited the money to your card. Please check.
*RECEIVED*

12/23/15 21:49

Ok, thank you, Big Brother XU
*SENT*

1/5/16 7:44

Happy New Year ! Any plan to come back soon?
*RECEIVED*

1/9/16 3:39

Happy New Year, Brother XU !
*SENT*



QQ

(167 messages)

Big Brother XU
2538093402

JI Chaoqun

1/9/16 3:39

I do not have any plans to go back for now. I'm looking for a job.

*SENT*

1/10/16 12:45

Ok, wish you success!

*RECEIVED*