(1) Queried three people on *www.Intelius.com*

1. *LI RONGSHENG*     *Boeing* Company

2. *YAN Weizhong*     *Lockheed Martin* Corporation

3. *JC CHEN*     *NASA*: Age 53; studied at Zhejiang University.

(2) Queried three people on *www.instantcheckmate.com*

1. *HU ZHAOLI*     *GE* Company; Age 43; relatives include *Hang LI, Keduo Hu*.

2. *CHEN BOSU*     Retired; Age 55

3. *CHANGBIAO WANG* Grumman Corporation

(3) Queried two people on *www.spokeo.com*

1. *CHEN YAOCHUNG*   Grumman Corporation; Age 55; relatives includes *Ryan Chen*.

2. *CHOU YEONG-CHANG*     Grumman Corporation; must enter "—" in name.

GOVERNMENT EXHIBIT 601-T