

yi bid <pricebid001@gmail.com>
Send to 2538093402

Attached please find the most recent three years' midterm

Midterm Exam Paper.rrr

From: yi bid <pricebid001@gmail.com>
To: 2538093402@qq.com
Date: 8/30/2015 5:46 PM
Subject: Midterm Exam Questions
Mail Delivery Domain: gmail.com

: This is an important email. Hard to explain why.

To: 2538093402@qq.com

Attached please find midterm exam questions from the most recent three years totaling 8 sets.

GOVERNMENT EXHIBIT 603-T