

Fri 9/18/2015 1:27 AM

JI Chaoqun <buaajcq@gmail.com>

September Report

To 2538093402@qq.com

September Report. rrr
2 MB

GOVERNMENT EXHIBIT 801-T