

Sun 8/30/2015 5:47 PM
yi bid <pricebid001@gmail.com>
Midterm Exam Questions

To  2538093402@qq.com

Midterm Exam Paper.rrr
22 MB

Attached please find midterm exam questions from the most recent three years totaling 8 sets.

GOVERNMENT EXHIBIT 1203-T



Mon 8/31/2015 6:24 PM

Mail Delivery Subsystem <mailer-daemon@googlemail.com>

Delivery Status Notification (Delay)

To  pricebid001@gmail.com

This is an automatically generated Delivery Status Notification

THIS IS A WARNING MESSAGE ONLY.

YOU DO NOT NEED TO RESEND YOUR MESSAGE.

Delivery to the following recipient has been delayed:

   2538093402@qq.com

Message will be retried for 2 more day(s)

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:date:message-id:subject:from:to:content-type;
    bh=E8HQ3Zc7htsIOHpInHV5yPaVDHVtefJR/n+yUpMMW6s=;
    b=D41jhdSJwrFYin7A28H9u0B1Qh12TeG/2QSh1xTwQPGZ0Hy8cIIi94nceMf+OrV3Eo
    ZtRYXMBgyuNCAdICCytf1uKSty7GnRSSiey93jL7jWc6gAMUoOpJxYn2XJfDQ2H5nNhF
    MAOgux7KHmDyNv2t4px3xvInZRqkdz9c314mYkRDXr7J74nhb0wVJGO/854re3f3jf5e
    rtFUUzhOJ1Mu1jr/VNtoL95SXO12+e0JQfgtvnTzc92xtvODjLnptb9sVdnxcSfOuZoF
    k1ARTN6t7LTvgZ3aogQBZNAsAUXFBzvBwpjaXHf03UxRC2z3Crdf/vpO2nN+3ZtQhwfq
    wuHA==
MIME-Version: 1.0
X-Received: by 10.107.130.141 with SMTP id m13mr26899471ioi.22.1440974800156;
 Sun, 30 Aug 2015 15:46:40 -0700 (PDT)
Received: by 10.64.62.193 with HTTP; Sun, 30 Aug 2015 15:46:40 -0700 (PDT)
Date: Sun, 30 Aug 2015 17:46:40 -0500
Message-ID: <CABWOq25MXC80GzwM30uN_m8ik-o7i=-6sBNbceQeVzD-_VZptg@mail.gmail.com>
Subject: =?UTF-8?B?5pyf5Lit6K+V6aKY?=
From: yi bid <pricebid001@gmail.com>
To: 2538093402@qq.com
Content-Type: multipart/mixed; boundary=001a113f9c061d35a4051e8f1747

Attached please find midterm exam questions from the most recent three years totaling 8 sets.