

Mon 8/31/2015 10:08 AM
yi bid <pricebid001@gmail.com>
Fwd: Midterm Exam Questions

To: jastxyj@gmail.com

Midterm Exam Paper.rrr
22 MB

---------- Forwarded Message ----------
From: yi bid <pricebid001@gmail.com>
Date: 8/30/2015 5:46 PM
Subject: Midterm Exam Questions
To: 2538093402@qq.com

Attached please find midterm exam questions from the most recent three years totaling 8 sets.

GOVERNMENT EXHIBIT 1205-T