IMG_0756

Top Secret ★ Long Term

**Ministry of State Security Expatriate Registration Form**

**December 2013**



GOVERNMENT
EXHIBIT

312-T

IMG_0814



[ JI Chaoqun ]

| Name | 季超群 | Political Affiliation | | Ethnicity | |
| Date of Birth | | | Place of Birth | | |
| Destination Country and Organization | | | | | |

C

V

Immediate Family Members

IMG_2587



Your understanding of S&T intelligence work and takeaway from the training

Out of my own free will, I commit myself to working for the Ministry of State Security, protecting its secrets, adhering to its rules, carrying out its decisions without deviation, devoting to its tasks, and devoting the rest of my life to state security.

(Signature)

(Date)

IMG_818

**Details of the Routine Conversation between *FBI* and *A***

*A* went to study at a higher education institution in the U. S. Two months after his arrival in the U. S., he received a phone call from an *FBI* person who requested to schedule a time for a chat. The conversation occurred in an empty classroom of the school two weeks later. The said person told *A* he/she is the local *FBI's* main liaison person at that university. The entire conversation took approximately 40 minutes, during which the *FBI* person continuously took notes with a pen. The detailed content of the conversation is as follows:

*FBI* **Person** (*FBI*): This is just routine business. If you feel uncomfortable at any time during this process, you may leave immediately. I don't want you to feel any pressure, which means you don't need to be scared of the name of our organization.

*A*: I won't. I feel fine.

*FBI*: This is my credential. I think your English is very good. Document shows this is the first time you came to the U. S., is that correct? Ever changed school?

*A*: (After looking at the credential) No. I came to the U. S. in the month of *X*.

*FBI*: Good. In the future, you can find a good job after graduation. With your strength in English, you should absolutely be able to work for a multinational corporation.

*A*: I also want to, but few large multinational businesses would need my specialty.

*FBI*: Due to the gaps in some technology areas between China and the U.S., we have to conduct this kind of official business. It's for record purposes. First, let's verify your information.

*A*: OK, I understand.

*FBI*: You flew from *XX* on *X* day of the month of *X* and crossed the border in *XX*. You studied *XXX* in the past and already has a doctor's degree. Why?

A:      When I was working on my doctoral dissertation, I was already hoping that I could work on basic theoretical researches in the xx field in the future, and many U.S. universities are very strong in the xx field.

FBI:    You graduated in the month of x, and came to the US in the month of x, what did you do during these few months?

A:       Traveled. Spent time with family.

FBI:    When you were a doctoral student, did you work on basic researches or work on a specific project?

A:      Basic researches. Mainly researched on xxxxxx. However, even basic researches benefited the military. This I admit.

FBI:    Does your school (meaning your alma mater in China) do projects in the xx field?

A:      Yes.

FBI:    Where are the projects from? The military?

A:      Same as in the US, from the military and from the companies.

FBI:    What (military) project have you guys been working on lately?

A:      I don't know. Because my academic level isn't high enough, I am not eligible to participate.

FBI:    OK.  But you guys do have a task on new-model development, yes? Will your tutor be participating?

A:      There are a lot of talks online, but I'm not sure.  I won't ask my tutor about this type of things. You know our Chinese culture. Teachers are held in awe and veneration by students there, generally.

FBI:    Let me reiterate once again. If you don't feel comfortable, you are free to leave here. No problem.  You can also refuse to answer my questions.

A:      OK.

FBI:    If there is a new development task, how does your laboratory assign a project?

A:      I don't have detailed knowledge. However, we have teachers specialize in xx, xx, and xx fields respectively.

FBI:     OK, I understand.  By the way, what is the relationship between your school and Nanda?

A:       There isn't any relationship.  I am aware that many foreigners mix up these two school names.

FBI:     (Passes a business card to A).  By the way, this is my business card.  Have you ever heard of the agency that is called the FBI?

A:       Yes. Mainly from movies and TV.

FBI:     What do they do then?

A:       Tapping telephones and catching criminals, etc.

FBI:     Not entirely correct. Have you heard of "Te Gong?"

A:        What? Please say it again.

FBI:     (Repeats over and over again) Te Gong.

A:       Oh, special agent, I know.

FBI:     What do they do then?

A:       They steal documents and even kill people.  A while ago, didn't the UK protest that the Russian special agents had too much activities in the UK?

FBI:      (Takes out an approximately ten-page spreadsheet file.  The file contains words such as public security, special agent and spy, etc.  There are four columns for each word. The first column contains its pinyin. The second column contains its Chinese characters. The third column contains English words. The fourth column contains English notes.)  Have you heard of any of the words listed here?

A:       Of course, I know these.