# Sentencing Hearing

November 16, 2022

USA,

v.

YANJUN XU,

Case No. 1:18-cr-00043-TSB-1



513-233-3000
877.233.4403
FAX: 513-233-2310
depo@elitereportingagency.com

www.elitereportingagency.com

1

```
 1                    US DISTRICT COURT

 2                SOUTHERN DISTRICT OF OHIO

 3

 4

 5   _____
                                   )
 6   USA,                          )
                                   )
 7          Plaintiff,             )
                                   )   Case No.
 8                                 )     1:18-cr-00043-TSB-1
                    vs.            )
 9                                 )
     YANJUN XU,                    )
10                                 )
            Defendant.             )
11   _____)

12

13

14

15         Before:        HONORABLE TIMOTHY S. BLACK

16         Date and Time: Wednesday, November 16, 2022
                          10:30 A.M.
17         Place:         Potter Stewart
                           United States Courthouse
18                        100 East Fifth Street
                          Courtroom 1
19                        Cincinnati, Ohio 45202

20         Reporter:      Kathy S. Simpson, RPR
                          Notary Public - State of Ohio
21         Interpreters:  Mae Harmon
                          Robin Murphy
22                          (via videoconference)

23

24

25
```

2

```
 1   APPEARANCES OF COUNSEL:

 2

 3      For the USA:

 4           Emily N. Glatfelter, Esq.
                   of
 5           United States Attorney's Office
             221 East Fourth Street
 6           Suite 400
             Cincinnati, Ohio   45202
 7           513.648.3711
             emily.glatfelter@usdoj.gov
 8
                     and
 9
             Matthew John McKenzie, Esq.
10               of
             U.S. Department of Justice
11           National Security Division
             950 Pennsylvania Avenue NW
12           Washington DC    20530
             202.514.7845
13           matthew.mckenzie@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1    APPEARANCES OF COUNSEL:

 2

 3       For the Defendant:

 4            Florian Miedel, Esq.
                      of
 5            Miedel & Mysliwiec LLC
              80 Broad Street
 6            Suite 1900
              New York, New York   10004
 7            212.616.3042
              fm@fmamlaw.com
 8
                      and
 9
              Jeanne Marie Cors, Esq.
10                    of
              Taft Stettinius & Hollister, LLP
11            425 Walnut Street
              Suite 1800
12            Cincinnati, Ohio   45202
              513.357.9635
13            cors@taftlaw.com

14                    and

15            Sanna-Rae Taylor, Esq.
                      of
16            Taft Stettinius & Hollister, LLP
              425 Walnut Street
17            Suite 1800
              Cincinnati, Ohio   45202
18            513.357.9635
              srtaylor@taftlaw.com
19

20

21       Also present:

22            Jacqueline K. Prim, Paralegal
                 U.S. Department of Justice
23            Bradley Hull, Special Agent
                 F.B.I.
24

25                             -  -  -
```

1        P-R-O-C-E-E-D-I-N-G-S

2       MS. SANTORO:  All rise.

3       THE COURT:  Thank you.  Please be

4  seated.

5       Good morning.  We are here in the

6  open courtroom on the record on the

7  criminal docket in the case of United

8  States versus Xu, case number 1:18-cr-43.

9       We're here for sentencing.  I would

10  like to begin with the attorneys entering

11  their appearances for record.

12       Who will appear as the attorneys for

13  the United States of America?

14       MS. GLATFELTER:  Good morning, your

15  Honor, Emily Glatfelter.  I'm also joined

16  at counsel table with Matt McKenzie from

17  the Department of Justice, Jackie Prim

18  from the Department of Justice, and

19  Bradley Hull from the FBI.  My

20  co-counsel, Tim Mangan, unfortunately

21  can't be here.  He is in trial in front

22  of Judge Barrett.

23       THE COURT:  That is unfortunate.

24  I'd ask the Defense to enter their

25  appearances.

1      MR. MIEDEL:  Good morning, your

2  Honor, Florian Miedel, Jeanne Cors, and

3  Sanna-Rae Taylor for Mr. Xu.  Also at

4  counsel table with us is Mae Harmon, who

5  is the interpreter for the Defense.

6      THE COURT:  Good morning, welcome

7  back.  Mr. Xu is present and seated to

8  counsel's left in the custody of the U.S.

9  Marshal, correct?

10      MR. MIEDEL:  That's correct.

11      THE COURT:  Good morning, sir.

12      THE DEFENDANT:  Good morning.

13      INTERPRETER MURPHY:  Good morning.

14      THE COURT:  Good morning.  This is

15  Judge Black.  I'm going to run through

16  this.  Ms. Mae Harmon is here.  Good

17  morning to her.  She is the Chinese

18  language interpreter between the

19  Defendant and his attorneys; is that

20  right?

21      INTERPRETER HARMON:  Yes.  That's

22  correct.

23      THE COURT:  Very well.

24      I don't believe I actually need you

25  under oath, but it can't hurt.  I'm going

6

```
 1          to administer the oath that you correctly
 2          and accurately interpret these
 3          proceedings.
 4              Would you raise your right hand?
 5                  MAE HARMON
 6   an interpreter herein, was duly sworn to correctly
 7   and accurately interpret the following proceedings:
 8              THE COURT:  Thank you.
 9              We also have Ms. Robin Murphy
10          participating remotely.  Ms. Murphy is
11          the interpreter provided by the Court for
12          Mr. Xu.  He has two, his own and the
13          Court's.  She's linked to our courtroom
14          audio and is also communicating with the
15          Defendant by way of a headset.
16              Ms. Murphy, this is Judge Black, are
17          you able to hear me?
18              INTERPRETER MURPHY:  Yes, your
19          Honor.
20              THE COURT:  Good morning.  I would
21          like you to take the oath to correctly
22          interpret these proceedings as well.
23              Would you raise your right hand?
24          It's not necessary, but it's historic.
25          The oath I impose is absolute.
```

```
 1                    ROBIN MURPHY
 2   an interpreter herein, was duly sworn to correctly
 3   and accurately interpret the following proceedings:
 4            THE COURT:  Thank you.
 5            INTERPRETER MURPHY:  Thank you.
 6            THE COURT:  Now, Ms. Murphy, you can
 7        go ahead and mute yourself.  If at any
 8        point you have trouble understanding or
 9        just need a break, please don't hesitate
10        to get our attention.  You can either
11        unmute yourself and speak right up or
12        just wave your -- communicate with my
13        staff.  You may be able to IM them as
14        well.  Just unmute yourself and tell me
15        what you need.  The Court and the
16        community appreciate your work.
17            INTERPRETER MURPHY:  I will.
18            THE COURT:  Very well.  We're here
19        for sentencing.  It's going to take me a
20        few minutes to establish the record for
21        purposes of sentencing.  I promise I'll
22        lift my eyes from the paperwork and
23        listen carefully to the statements from
24        the lawyers, any statement the Defendant
25        wishes to make, if he wishes to make one.
```

8

1    Bear with me.

2          MR. MIEDEL:  Your Honor.

3          THE COURT:  Yes.

4          MR. MIEDEL:  Sorry to interrupt.  I

5    have two brief housekeeping matters.

6          THE COURT:  Very well.

7          MR. MIEDEL:  The first is, we

8    request that Mr. Xu's arms be unshackled

9    as they were previously.  I checked with

10   the marshals.  They said it would be up

11   to you, your Honor, just because he may

12   need to write notes or communicate with

13   us.  That's number 1.

14         Number 2 is at the appropriate time

15   Mr. Xu will want to make a statement.  He

16   has worked on that statement with

17   Ms. Harmon and the translation, and so we

18   think it would be best or easier if she

19   were the one to read the English

20   translation into the record as opposed to

21   forcing the Court interpreter to listen

22   to the statement and interpret it

23   realtime.

24         THE COURT:  Is the Government

25   amenable to that approach?

1      MS. GLATFELTER:  No objection, your

2  Honor.

3      THE COURT:  No objection.

4      As to the marshal, I thought you

5  were in charge of security?  I would have

6  told them it's up to you.  If it's up to

7  me, I think you should assist the

8  Defendant with his ability by letting his

9  arm shackles go and his wrists so he can

10 communicate with his lawyers in writing.

11     MR. MIEDEL:  Thank you, your Honor.

12     THE COURT:  Very well.

13     All right.  We're ready to proceed.

14 It's going to take a few minutes.  Bear

15 with me.  Some of it may sound like

16 legalese, but this part is straight

17 forward.

18     Following a lengthy jury trial, the

19 Defendant stands before the Court today

20 having been convicted of four felony

21 counts; including Count 1, conspiracy to

22 commit economic espionage, a Class C

23 federal felony, providing a maximum

24 possible sentence of up to 15 years

25 imprisonment, up to three years of

1    supervised release, and a fine of up to

2    half a million dollars.

3         Count 2, which he was convicted, was

4    conspiracy to commit trade secret theft,

5    also a Class C federal felony, providing,

6    however, a maximum possible sentence of

7    up to ten years imprisonment, up to three

8    years of supervised release, and a fine

9    of up to a quarter of a million dollars.

10        He was convicted of Count 3, attempt

11   to commit economic espionage, a Class C

12   felony, providing a maximum possible

13   sentence of up to 15 years in prison, up

14   to three years of supervised release, and

15   a fine of up to a half a million dollars.

16        He was convicted of Count 4, attempt

17   to commit trade secret theft, a Class C

18   felony, providing a maximum possible

19   sentence of up to ten years in prison, up

20   to three years of supervised release, and

21   a fine of up to 250,000.

22        Each of the above counts carries a

23   mandatory hundred dollar special

24   assessment.

25        I should note for the record that I

1    received sentencing memoranda from the

2    lawyers from the both sides, they were

3    helpful and professional and well done.

4        And I also have two letters in

5    support of Mr. Xu, which I have read

6    carefully.

7        Additionally, I previously ordered,

8    as I do in all case, the preparation of

9    and I have since received a thorough

10   written presentence investigation report.

11   The Defendant has raised a number of

12   objections to the presentence report.

13   The most substantial of which was its

14   objection to the loss amount computation.

15       At the parties' request, I agreed to

16   conduct on the record a presentencing

17   evidentiary hearing to determine the loss

18   amount, after which I also received the

19   parties' written memoranda in support of

20   their respective positions.

21       On November 5th, I resolved the loss

22   objection by way of written order filed

23   on the docket at Document 208.

24       The Defendant, nonetheless, has five

25   additional objections to the presentence

1    report which I will address in due

2    course.

3        For the time being, I simply want to

4    establish on the record that it's

5    competent, it's true, and both sides have

6    seen the presentence report and that

7    there are no objections beyond those

8    reflected in the presentence report.

9        So has the Government in the first

10   instance seen the presentence

11   investigation report and are there no

12   objections?

13       MS. GLATFELTER:  There are no

14   objections from the Government.

15       THE COURT:  And you've seen it?

16       MS. GLATFELTER:  Yes, your Honor.

17       THE COURT:  Very well.

18       And, Counsel, have you and your

19   client received and reviewed the

20   presentence report and are there any

21   objections other than the ones reflected

22   in the presentence report?

23       MR. MIEDEL:  Your Honor, we have

24   seen and reviewed the presentence report.

25   It was translated for Mr. Xu.  He has

1    seen it.  We have no further objections

2    beyond the ones we already made.

3        THE COURT:  Very well.

4        I'm going to ask Mr. Xu directly.

5    You've seen the presentence investigation

6    report I have before me and you talked to

7    your lawyer about it?  Yes or no?

8        THE DEFENDANT:  Yes.

9        THE COURT:  Thank you.

10        In terms of factual findings for

11   purposes of sentence, which I need to

12   establish, 18 U.S. Code 3661 states that,

13   quote, No limitation shall be placed on

14   the information concerning the

15   background, character, and conduct of a

16   person convicted of an offense which a

17   court of the United States may receive

18   and consider for the purpose of imposing

19   an appropriate sentence.

20        In that regard, and absent an

21   objection from the parties, I intend to

22   rely upon number one, the evidence

23   presented at trial, and upon which the

24   jury relied in reaching its verdict; two,

25   the evidence presented for purpose of

1    sentencing; and three, typically I would

2    also adopt as the Court's own, the facts

3    set forth in the PSR, absent any facts to

4    which there is a meritorious dispute.

5         Is there any objection to that

6    overall approach by the Government?

7         MS. GLATFELTER:  No, your Honor.

8    Thank you.

9         THE COURT:  By the Defense?

10        MR. MIEDEL:  No, your Honor.

11        THE COURT:  Very well.  The Court

12   adopts the facts presented in the

13   presentence report as its own and will

14   rely on the evidence presented at the

15   jury trial, which I was present at for

16   every moment, upon which the jury relied

17   in reaching its verdicts.

18        So those are the factual findings

19   for purpose of sentencing as required for

20   the record.

21        Today it's this Judge's

22   responsibility to fashion a sentence that

23   is sufficient, but not greater than

24   necessary, to accomplish the purposes of

25   sentencing.

1          The purposes of sentencing include

2    to reflect the seriousness of the

3    offense, to promote respect for the law,

4    to provide just punishment for the

5    offense, to provide adequate deterrence

6    to criminal conduct, to stop it, to

7    protect the public from further crimes

8    from this Defendant, and to provide

9    appropriate correctional and

10   rehabilitative treatment in the most

11   effective manner.

12         I'm required to consider a number of

13   factors in reaching the determination.

14   I'm required to consider the nature and

15   circumstance of the offense, the history

16   and characteristics of the Defendant, the

17   kinds of sentences available, the

18   sentencing range proposed by the

19   non-binding sentencing guidelines.

20         I'm specifically required to avoid

21   unwarranted, inappropriate sentencing

22   differences or disparities among

23   defendants with similar records who have

24   been found guilty of similar conduct.

25         I also need to consider the need to

1    pay the restitution to the victims, when

2    applicable; essentially, the nature of

3    the offense, the history and character of

4    the Defendant, the needs of the public

5    and any victims of the crimes.

6         One of the factors I just listed is

7    what the sentencing guidelines recommend.

8    I need to establish on the record what

9    the correct guideline calculation is as

10   to this Defendant.  The guidelines do not

11   bind me, but I need to start my analysis

12   there on the recommendation.

13        If I deviate, I need to be able to

14   articulate appropriate reasons for that

15   decision.  I know the Defense has raised

16   a number of objections to the PSR, some

17   of which relate to the guideline

18   computation.

19        So I'm going to start by

20   articulating my current computation,

21   which is the same computation in the

22   presentence report with the amended loss

23   amount, pursuant to the Court's written

24   order.  I will then address the

25   objections, make any modifications if

1   needed.

2       The sentence guidelines are an

3   effort by Congress to bring consistency

4   in sentences by federal judges across the

5   country.  It's basically a math score.

6   It's a graph with two bars.  The vertical

7   bar is the nature of the offense; the

8   more serious, the higher.

9       The horizontal bar is prior criminal

10  convictions, if any.  The more of them,

11  the further out on the graph.

12      The points meet in a box which

13  recommend the sentence.  I am not bound

14  by it.  I do not need to follow it, but I

15  have to start there.

16      Here's my guideline calculation.  He

17  is convicted of four separate counts,

18  including conspiracy and attempt to

19  commit economic espionage, Counts 1 and

20  3; conspiracy and attempt to commit trade

21  secret theft, Counts 2 and 4.  When a

22  defendant is convicted of more than one

23  count, the Court calculates the

24  guidelines by grouping any counts that

25  are closely related, and then combining

1    the individually scored groups in order

2    to determine the total combined offense

3    level.

4        Here, because the offense levels for

5    all four counts are determined based on

6    total amount of harm or loss, all four

7    offenses are grouped for the purpose of

8    computation.

9        The calculation for the group is as

10   follows:  Basic level is 6.  22 levels

11   are added because the loss amount was at

12   least 25 million but not more than

13   65 million.

14       The Defendant objected to the loss

15   amount.  I already resolved his objection

16   and determined and stated in the written

17   order that the loss amount is just over

18   $50 million.  It's within 25 to

19   65 million.  So 22 levels are added.

20       Two levels are added because the

21   offense involves sophisticated means.

22   Four levels added because the offense

23   involved misappropriation of a trade

24   secret.  And Mr. Xu knew or intended that

25   the offense benefit a foreign government.

1    Three levels are added because Mr. Xu was

2    a manager and a supervisor of criminal

3    activity and it either involved at least

4    five participants or was, quote,

5    otherwise extensive, end quote.

6         The Defendant objects to this

7    add-on.  This add-on leaves us with a

8    total offense level of 37.  I want to

9    address additional objections, remaining

10   objections before proceeding further.

11   Pursuant to Rule 32 of the Federal Rules

12   of Criminal Procedure, at the time of

13   sentencing the Court, the Judge, must

14   resolve any disputed portion of the

15   presentence report unless the Court

16   determines the ruling is unnecessary,

17   either because the matter will not be

18   considered or will not affect sentencing;

19   moreover, quote, To create a factual

20   dispute, a Defendant, single quote, must

21   produce some evidence to cause the

22   reliability or correctness of the alleged

23   fact into question, single quote, the

24   burden of production that requires,

25   single quote, more than a bare denial,

1   end quote.  United States versus Cover,

2   6th Circuit 2015, 800 F.3d, 275 at 278.

3        Here, Mr. Xu has filed remaining

4   objections to the PSR.  Of those

5   objections, on objection 14 -- one

6   objection, objection 14, this is a

7   three-level enhancement for his role in

8   the offense.

9        The remaining four, specifically

10  objections 2, 4, 11, and 12 are directed

11  at the presentence report's description

12  of the offense conduct.

13       To be clear, the presentence

14  report's primary function is to assist

15  me, the sentencing judge.  And the

16  presentence report's offense conduct

17  summary is helpful in cases that are

18  resolved pretrial because I haven't seen

19  the evidence in those cases at trial.

20       But this Defendant's case went to

21  trial.  I presided over it.  I saw and

22  heard all the evidence presented.  So

23  today, I have no interest in rehashing

24  the evidence nor do I have any interest

25  in arguing over semantics and how

1    sentence may be read or construed because

2    I'm the one that's reading the

3    presentence report and I know what it

4    presents and I'm not going to be misled

5    or confused.

6         Objection 2, 4, 11, and 12, the

7    presentence report description of the

8    offense conduct is erroneous because the

9    Government allegedly didn't produce any

10   evidence to support it.  I disagree.

11        The Defendant's objection is a bare

12   denial and are focused on the summary of

13   the evidence I saw and heard firsthand.

14   So those objections are overruled.

15        As to objection 14, Defendant

16   objects to the three-level enhancement

17   for being a manager or supervisor.  The

18   Defense argues that the Government's

19   theory at trial focused on the

20   Defendant's role in a high-level

21   conspiracy perpetrated by the Chinese

22   government and that there's no evidence

23   the Defendant had any role in planning or

24   making policy.

25        In short, the Defense argues that

Case: 1:18-cr-00043-TSB Doc #: 214 Filed: 12/02/22 Page: 23 of 87 PAGEID #: 5391

22

1    the evidence reflects nothing more than

2    the Defendant being a simple cog in the

3    wheel.  I disagree.

4         To be clear, the Defendant's not

5    receiving the higher four-level

6    enhancement for being a leader or

7    organizer.  There were, indeed, plenty of

8    people above him, but he was the deputy

9    director of his bureau.

10        Let me get this from the prior

11   order.  Defendant is a citizen of the

12   People's Republic of China and a deputy

13   division director of the Sixth Bureau of

14   a specific Providence of the Ministry of

15   State Security, the MSS.

16        The MSS is China's intelligence and

17   security agency responsible for

18   counterintelligence, foreign

19   intelligence, and political security and

20   has broad powers in China to conduct

21   espionage both domestically and abroad.

22        On behalf of the MSS, this

23   Defendant, and other MSS officers,

24   engaged in recruiting experts from

25   leading aviation companies and then

1    through the use of alias and

2    misrepresentations bringing the experts

3    to China in order to obtain from them

4    technical information belonging to the

5    experts' employees (sic), i.e. the

6    aviation companies.

7        So he's the deputy director of his

8    bureau.  Mere labels are not controlling

9    under the guidelines.  The Defendant's

10   title was not, however, a mere label.  An

11   official ranking in a government position

12   is different from someone who calls

13   themselves a king pin among dealers.

14       Defendant did have decision-making

15   authority in selecting who would be

16   targeted, how they would be approached.

17   He instructed others within the

18   conspiracy.  He reported to higher-ups,

19   coordinated activities within his bureau

20   or office.  The evidence does not support

21   a finding that the Defendant was a

22   leader, but he was certainly a manager

23   within the smaller subset of the

24   extensive organization, which I believe

25   requires five involved people, so the

24

1    objection is overruled.

2        That leaves us with where he started

3    with a total offense level of 37 on the

4    vertical bar.  He has no criminal

5    history.  He receives zero criminal

6    points leaves a criminal history category

7    1 out of 6.

8        Anyone in America with a total

9    offense level of 37 and a criminal

10   history category of 1, guidelines

11   recommend a sentence of 210 to

12   262 months, 17 and a half to almost 22

13   years.

14       Are there further objections or

15   argument as to the Court's computation of

16   the guideline calculation and its ruling

17   on the objections from the Government?

18       MS. GLATFELTER:  No, your Honor.

19   Thank you.

20       THE COURT:  From the Defense?

21       MR. MIEDEL:  No further objections.

22       THE COURT:  Very well.

23       We established the record for

24   purposes of sentencing.

25       I'm prepared to listen carefully to

25

1    the statements of lawyers and any

2    statement the Defendant wishes to make,

3    and I would like to hear from the

4    Government first so I can clear the decks

5    and focus fully on the Defense at that

6    time.  Then I will hear from Defendant's

7    attorneys.  And if Mr. Xu wishes to make

8    a statement, his interpreter may read the

9    English version of his statement if he

10    feels unable to do it himself.

11        So does the Government wish to be

12    heard further as to sentencing beyond the

13    sentencing memoranda?

14        MS. GLATFELTER:  Yes, briefly, your

15    Honor.  May I approach and use the

16    podium, please?

17        THE COURT:  Yes, you may.

18        MS. GLATFELTER:  It's just easier to

19    talk to you than at my table.

20        THE COURT:  I'm delighted.  You have

21    two microphones and I plan to listen

22    carefully.

23        MS. GLATFELTER:  Thank you.

24        Your Honor, as you mentioned, we

25    submitted a detailed sentencing

1    memorandum.  It's 30 pages where we walk

2    through all the 3553(a) factors and their

3    application in the case.  I know the

4    Court has read that carefully from what

5    you said this morning, and the Court

6    presided over the three-week trial here

7    and is intimately familiar with the

8    evidence from that trial and also from

9    all the motion practice the Court has

10   endured, so I won't rehash those

11   arguments that we made in the memo, but I

12   do want to highlight a few points that

13   may be helpful for the Court today.

14        So the starting place I think at

15   this sentencing is the breadth of the

16   economic espionage in this case, the

17   scope of the economic espionage the

18   Defendant himself -- the Defendant

19   himself engaged in is what sets this case

20   apart from every other case in the

21   country, every case before it, and

22   probably every other case after this

23   case.

24        The jury convicted the Defendant of

25   conspiring to commit economic espionage.

1    This wasn't a single episode.  This

2    wasn't two episodes.  This was a course

3    of conduct over a five-year conspiracy.

4        And during this time frame, the

5    Defendant furthered this conspiracy every

6    single day.  He was not your average

7    intelligence officer.  He was a leader.

8    He was a manager in the MSS.  He was the

9    deputy division director and his

10   specialty was recruiting and using

11   co-optees to gain information from the

12   leading aviation companies in the world.

13        Just a few words about the evidence

14   at trial.  We presented evidence about

15   the Defendant's own conduct, his own

16   conduct towards the world's leading

17   aerospace and aviation companies

18   including Safran, Boeing, Honeywell, and

19   General Electric.

20        We presented evidence about his MO,

21   how he would entice engineers to China

22   who thought they were going to China to

23   present information at a university to

24   students when in reality they were

25   presenting to government officials trying

1    to steal foreign technology and replicate

2    it.

3         The Government also presented

4    evidence of how he surreptitiously

5    attempted to gain secret information from

6    unsuspecting guests in China while they

7    were being entertained away from their

8    hotel room, and how he orchestrated and

9    perpetrated an attack on Safran using its

10   own co-opted employees to help plant

11   mal-ware.

12        And how all of the Defendant's

13   conduct was emblematic of the recruiting

14   cycle used time and time again by spies

15   across the world.

16        Now, I won't belabor the evidence in

17   this case, instead what I want to do is

18   focus on a few of the Defendant's

19   arguments in the Defendant's memo of the

20   3553 factor, because we haven't had a

21   chance to respond to those.

22        So I just went over the nature and

23   the circumstances of the offense here,

24   but in terms of the history and

25   characteristics of the Defendant.  The

1    Defendant did submit two translated

2    letters from his father and his wife.

3    They highlight the circumstances and what

4    this case has meant for them.  And the

5    unfortunate reality of criminal offenses

6    is that they not only wreak havoc on the

7    lives of the victims, but the Defendant's

8    family often bears the tragic

9    consequences of their action and the

10   choices that the Defendant has made.  And

11   that is a fact and usually part of each

12   sentencing that the Court conducts in

13   this courtroom.

14        The Defendant's memorandum also

15   relied on these two letters in discussing

16   the Defendant's characteristics or

17   character aside from his work with the

18   MSS.  In particular, one I would like to

19   focus on is, the Defendant's sentencing

20   memo discussed his continuing education

21   and the fact that he was pursuing degrees

22   separate and apart from his job.

23        A piece of evidence that the Court

24   has in front of it or that it heard

25   during trial and that no one has really

1    discussed in this context, in fact, the

2    Defendant's history and characteristics

3    is the recording that the Defendant made

4    of a session with his tutor.  This

5    recording, as a reminder, was recovered

6    from the Defendant Xu's iCloud.  It was

7    translated.  It was transcribed.  And it

8    was introduced into evidence in Exhibit

9    31, 31A was the recording and 31B was the

10    translation.

11        And we introduced this recording at

12    trial to show in Xu's own words --

13    Defendant Xu's own words what he said

14    about his job, and to show that he was

15    working for the MSS and what his job

16    duties were.

17        But one of the broader contexts of

18    this recording shows another side of him

19    separate and apart from his work with the

20    MSS.  He was getting tutored, quote,

21    unquote, for his -- I think his master's

22    degree, his engineering degree.  But he

23    wasn't getting tutored on the subject

24    matter of the class, he was getting

25    tutored on the answers to the exam

1    questions.

2         His tutor was a professor from the

3    college, and during the session Xu tried

4    to reassure him that no one would find

5    out about their session.

6         Defendant Xu was cheating.  He was

7    engaged in deception in an everyday and

8    ordinary experience in his life.  And

9    this wasn't a one-time deal.  He was

10   counting on cheating to get through all

11   the other classes for the degree.

12        When the tutor, the professor asked

13   him how he planned to master a complex

14   fluid mechanics course, the Defendant

15   responded, oh, fluid mechanics, that will

16   be even easier to pass.  I know everyone

17   on that floor.

18        So that's an example of the type of

19   deception that the Court heard in

20   evidence -- the Court saw the evidence of

21   that the Defendant was engaged in

22   separate and apart from his career or his

23   job with the MSS.

24        One of the other striking pieces of

25   character evidence I think we mentioned

1    in our sentencing memo, which shouldn't

2    be forgotten here today, is that when the

3    Defendant traveled to Belgium for a

4    meeting with Dr. Zheng, let's not forget

5    that he had personal photos of

6    Dr. Zheng's family and his child with

7    him.  And he also had approximately

8    $7,000 in cash.  Either to bribe or maybe

9    extort pressure on Dr. Zheng to cooperate

10   with him.

11        The history and characteristics of

12   the Defendant.  One of the points the

13   Defendant made in his sentencing

14   submission to the Court was that the

15   Government here today is trying to make

16   an example of Mr. Xu, and more broadly

17   China's policies.  And that is not what

18   the Court's job is here at sentencing

19   today.

20        That is not what the Government is

21   asking.  What the Government is asking is

22   the Court to sentence Mr. Xu based on his

23   own individual conduct.  We have outlined

24   in our sentencing memo, and the pages in

25   the sentencing memo are about Defendant

1    Xu's own conduct.  All of the different

2    acts he undertook during the conspiracy.

3    His attempt to steal from GE, the Safran

4    hacking, the interactions with GE in

5    Chicago, his interactions with Arthur Gau

6    from Honeywell.  These are all things

7    that Mr. Xu did, that he was personally

8    involved in and he perpetrated.

9        But I want to be clear, the Court is

10   required to consider general and specific

11   deterrents under 3553(a).  It's

12   appropriate for it to consider general

13   deterrents and specific deterrents.  Plus

14   the Court can give that factor as little

15   weight or as much weight as it wishes.

16   It would be error not to consider that

17   factor at all.

18       The Defendant in his sentencing memo

19   raised the Nuremberg defense and said it

20   was a consideration for the Court or was

21   a factor for the Court to consider.  And

22   I would just like to remind the Court

23   there is not a shred, not a shred of

24   evidence in the record before it that the

25   Defendant was forced in any way to do any

34

1    of the work that we presented at trial.

2    He was a leader within the MSS

3    organization and he rose through the

4    ranks doing his work.  There's no

5    evidence that he was hesitant or shy

6    about his work.  And there's absolutely

7    no evidence of duress or that he was in

8    any way conflicted about the work that he

9    was doing.

10         Rather, the evidence was he eagerly

11   and aggressively pursued his potential

12   co-optees and when the risk increased, he

13   leaned in.

14         On March 30th, right before his

15   Belgium meeting with Dr. Zheng, he wrote

16   to his wife, I put a USB drive in a

17   hiding spot in eyeglass box in the middle

18   of the bookcase and it contains encrypted

19   documents.  If something happens, someone

20   will come and tell you the password.

21         I will end where I started, your

22   Honor.  This case is like no other across

23   the country.  There is not a comparable

24   case for the Court in terms of a model to

25   look at.  We cited a few cases in our

1    sentencing memorandum.  Those cases
2    involve insiders.  The Defendant cited a
3    few cases in his sentencing memorandum.
4    I would like to point out that those also
5    involve insiders.  They mostly involve
6    defendants who have pled and accepted
7    responsibility for their conduct.  And
8    the other factors we don't know from
9    these case and from the public record is
10   whether there were mitigating
11   circumstances like cooperation that
12   reduced their sentences.
13        There really is no case other in the
14   country like this one.  And it might be
15   the only one in this country.  Thank you,
16   your Honor.
17        THE COURT:  Before I focus on this
18   Defendant, I have some questions.
19        MS. GLATFELTER:  Yes, your Honor.
20        THE COURT:  I want you to talk me
21   through consecutive versus concurrent,
22   briefly, the authority.  I've done my
23   research and I know the answer, but I
24   want you to state it.  You are asking me
25   to run the sentences back-to-back on

1    these offenses?

2        MS. GLATFELTER:  Two of them, your

3    Honor.

4        THE COURT:  Tell me what you are

5    asking.

6        MS. GLATFELTER:  We are asking for a

7    300-month sentence.  We are asking for

8    180 months on Count 1 to run consecutive

9    to Count 2.  Count 2 would be 120 months,

10   which runs consecutive to Count 1.

11       We would ask the Court do the same

12   thing with Counts 3 and 4.  Counts 1 and

13   2 would run concurrent to 3 and 4.

14       So the same sentence on Counts 1 and

15   2, follow the same math on Counts 3 and

16   4, and then 1 and 2 and 3 and 4 would run

17   concurrent.

18       THE COURT:  But the general rule was

19   if they've been convicted of four

20   offenses arising out of same nucleus of

21   facts, you're required to run them at the

22   same time.

23       MS. GLATFELTER:  That's not my

24   understanding, your Honor.

25       THE COURT:  Go ahead and tell me

1    your understanding.  I believe I can run

2    them consecutive, I just wanted to hear

3    your position on the authority.

4         The only time you have to merge

5    sentences and do them concurrently is

6    when the counts are multiplicitas, i.e.,

7    multiple counts criminalizing the same

8    conduct.  But if each count requires some

9    proof of some fact that the other does

10   not, then they are separate crimes that

11   can be run consecutive or concurrent, at

12   the trial judge's discretion.

13        Do you think that's an accurate

14   statement of law?

15        MS. GLATFELTER:  I do, your Honor,

16   and none of the counts are multiplicitas.

17        THE COURT:  You don't think he was

18   conscripted into serving as a spy?

19        MS. GLATFELTER:  I don't believe

20   there's any evidence of that in the

21   record.

22        THE COURT:  Very well.

23        Your sentencing memo -- I don't

24   think I'm out of hand in telling him what

25   I'm telling you, it was a good sentencing

1    memoranda, helpful to the Court.

2        MS. GLATFELTER:  Thank you, your

3    Honor.

4        THE COURT:  Very well.  Okay.

5    Mitigation from the Defense.

6        MR. MIEDEL:  Thank you, your Honor.

7    Good morning.

8        THE COURT:  Good morning.

9        MR. MIEDEL:  There are probably few

10   things the Government and the Defense

11   agree on in this case, but I think we do

12   agree that this is an extraordinary case.

13       According to the Government, Mr. Xu

14   is a foreign intelligence officer who

15   illegally tried to acquire American

16   commercial trade secrets on behalf of his

17   country.

18       Also according to the Government,

19   this is the first time that a Chinese

20   foreign intelligence officer has ever

21   been prosecuted in a U.S. court on

22   economic espionage.  The novelty of this

23   case makes this sentencing, I think,

24   different than most.

25       The usual sentencing rules, the

1    guidelines, similar cases, even the

2    statutory 3553(a) factors, don't

3    necessarily work as easily here as they

4    do in other cases.

5         THE COURT:  I'd call you out on

6    that.  The sentencing guidelines work,

7    they're not binding.

8         MR. MIEDEL:  I know.  I know they're

9    not binding.  But the facts and

10   circumstances of this case are

11   sufficiently different from most other

12   cases that I think this -- that makes the

13   sentencing kind of unique.

14        In the end, in our view, your Honor,

15   the Court has to decide what kind of

16   punishment does an alleged intelligence

17   officer deserve for allegedly doing his

18   job.

19        THE COURT:  Why are we still talking

20   about allegedly?

21        MR. MIEDEL:  Well, your Honor,

22   Mr. Xu --

23        THE COURT:  Maintains his innocence?

24        MR. MIEDEL:  -- maintains his

25   innocence and is likely to appeal.

1        So for allegedly acting as directed

2    by his own Government, by his own

3    country.  That is not an easy issue to

4    untangle, your Honor.  I don't envy you.

5        So I agree with the Government, much

6    ink has been spilled on this case.  You

7    sat through the three-month long trial.

8    I'm sure you sat thinking about the

9    sentencing for a long time --

10        THE COURT:  It was three weeks.

11        MR. MIEDEL:  I'm sorry.

12        THE COURT:  It may have felt like

13    that.

14        MR. MIEDEL:  Three-week-long trial.

15    I know you've been thinking about the

16    sentencing for a long time, so not much

17    extra needs to be said and I'm going to

18    try to be brief.

19        THE COURT:  Say as much as you wish.

20        MR. MIEDEL:  I'd like to start by

21    addressing just a couple of the issues

22    that were raised by the Government's

23    sentencing memoranda.  First, in its memo

24    the Government makes a request for an

25    upward departure or an upward variance on

41

1    the basis of Mr. Xu's alleged conduct.

2    That Mr. Xu's alleged conduct somehow

3    implicated or endangered national

4    security.

5          And, your Honor, there is simply no

6    basis in our view to impose a sentence

7    above the guidelines based on a risk to

8    national security, or for you to consider

9    this as a sentencing factor.  The

10   guidelines at 5K2.14 say that in order to

11   impose a national security enhancement,

12   that, quote, danger posed to public

13   safety must be substantially in excess of

14   the danger ordinarily involved in the

15   crime.

16         I think that makes sense to apply a

17   similarly rigorous standard to an upward

18   variance under 3553(a).

19         But, your Honor, you sat through

20   this trial.  You heard all the evidence.

21   This case was about many things, but

22   risks to national security wasn't among

23   them.

24         This case involved the alleged

25   effort, as we know, to acquire civilian

1     aircraft jet engine technology, no more,

2     no less.  I just have to refer you to the

3     testimony of the Government's own case

4     agent, FBI Agent Hull, in this case who

5     testified at page ID 3892, quote,

6          Question: In this case military

7     technology is not implicated; is that

8     correct?

9          Answer: No.

10          Nor did this case involve the theft

11    of export control material, as the

12    Government seems to suggest in a footnote

13    to its memo.  According to the

14    Government's theory, the Chinese were

15    trying to acquire trade secrets to help

16    them make their own commercial jet

17    engines, not to steal those products

18    themselves.

19          So to reference the fact some of the

20    resins, for example, that were used in

21    making composite material are export

22    control is irrelevant.  There is no

23    allegation whatsoever that Mr. Xu tried

24    to steal any resins.

25          Your Honor, the national security

1    angle is a red herring.  It's an easy

2    mark because we're talking about spies,

3    intelligence services, and so forth.  But

4    this case is and always was about

5    economic trade secrets.

6         So a national security enhancement,

7    upward variance, sentencing factor,

8    whatever you want to call it, is not

9    appropriate here.

10        Also a word about the analogous

11   similar cases that were cited by the

12   Government.  As you know, we cited cases

13   to you where people received short

14   sentences for economic espionage, trade

15   secrets, those cases.  The Government

16   cited two cases in its memo where people

17   received long sentences of imprisonment

18   for economic espionage.

19        Every case is different.  Of course,

20   comparing these cases would be hard under

21   the best of circumstances.  But, first of

22   all, I would like to note that in each of

23   the cases cited by the Government, and

24   presumably they looked for the harshest,

25   longest sentences they could find.  The

44

1   defendants were sentenced to at least, at

2   least ten years less than what the

3   Government is asking for here.

4        More importantly, I wanted to point

5   out that in each of these cases that the

6   Government cited, the Defendant was a

7   naturalized U.S. citizen or a resident

8   who was -- who stole or attempted to

9   steal trade secrets from U.S. companies

10  that they worked for and sent to China.

11  And those defendants often were doing so

12  to line their own pockets.

13       Now, there may be reasons to

14  severely punish U.S. citizens or

15  residents who betray our country, who

16  unlawfully help other countries in

17  violation of U.S. laws and do so to

18  unjustly enrich themselves.

19       In those cases, deterrents may work.

20  It may cause U.S. citizens to think twice

21  about helping the Governments of other

22  countries.  But we are dealing with here

23  a completely different situation.

24       Here Mr. Xu was convicted of trying

25  to help his own country.  He was not

1   committing treason.  He was not stealing

2   from his country.  He was not hurting his

3   country in favor of another country.  He

4   was not doing so for his own greedy

5   interest.

6        Those crucial differences, your

7   Honor, make those cases, the cases cited

8   by the Government, completely

9   incomparable.

10       Now, the Government spends much time

11  in its memo accusing China of trying to

12  steal our country's secrets, and

13  emphasizing over and over again what a

14  serious crime that is, and why that crime

15  demands a sentence usually reserved for

16  murderers and drug king pins.

17       Now, I think we can all agree that

18  trying to steal another country's secrets

19  is objectively speaking wrong.  It's

20  stealing.  But we cannot, your Honor,

21  divorce this situation from the reality

22  of the world.

23       You know, there is an old saying

24  about glass houses.  Every country tries

25  to discover other countries' secrets.

1    Every country that has a foreign
2    intelligence service is doing precisely
3    that.  That is the purpose of foreign
4    intelligence services.  And our country
5    has the biggest foreign intelligence
6    service in the world.
7         I remember just a few years back a
8    big controversy about the fact that the
9    NSA was listening in to phone calls by
10   German Chancellor Angela Merkel, and that
11   was an ally, a friend of ours.
12        Are we trying to discover Chinese
13   secrets?  Of course we are.  So the
14   distinction is what?  The distinction is
15   that China is trying to steal economic
16   secrets, obtain private proprietary
17   information from American companies?
18   Sure.  That is probably something that
19   the United States is not routinely doing.
20        But as we noted in our memo, the
21   presidential directive on this says that
22   economic espionage is not okay if it's
23   intended to create an economic advantage
24   for private industry, but it is okay --
25        INTERPRETER MURPHY:  Your Honor?

1          THE COURT:  Yes.

2          INTERPRETER MURPHY:  The interpreter

3     Robin has lost her connection with

4     Mr. Xu.

5          THE COURT:  We'll pause.  Are you

6     willing to pause?

7          MR. MIEDEL:  I'm willing to pause.

8          INTERPRETER MURPHY:  Still not

9     connected.

10          THE COURT:  Very well.  We're going

11     to take a recess for at least

12     ten minutes.  Everybody needs a short

13     pause.  We will check in ten minutes

14     whether we're up and running.

15          I appreciate your understanding.

16     The Court's in recess for ten minutes or

17     more.

18          MS. SANTORO:  All rise.  The Court's

19     in recess for ten minutes.

20          (A recess was taken from 11:27 to

21          11:40.)

22          THE COURT:  Thank you.  Please be

23     seated.

24          We're back on the record.

25     Government lawyers are here.  Defense

1  team is here.  The Defendant is here.

2  I'm advised that the issue with reaching

3  the Court interpreter has been resolved.

4        Ms. Murphy, can you hear me?

5        INTERPRETER MURPHY:  Yes, your

6  Honor.

7        THE COURT:  Can the Defendant hear

8  Ms. Murphy?

9        THE DEFENDANT:  Yes.

10        THE COURT:  All right.  We're going

11  to proceed.  Counsel was interrupted.

12        Forgive us, please.

13        MR. MIEDEL:  Thank you, your Honor.

14  As I was saying, we noted in our memo

15  that the U.S. President, in his executive

16  order, said that economic espionage,

17  while it may not be okay to create an

18  economic advantage for private industry,

19  is okay if it serves the national

20  interest.

21        Now, what happens if the economic

22  interest is the national interest, as it

23  is for a communist country like China?

24  What if the efforts to acquire economic

25  secrets are national efforts orchestrated

1    by the intelligence services?  By

2    definition, the efforts of a country's

3    foreign intelligence service serve that

4    country's national interest; that is the

5    real world.

6         So, sure, we can be up in arms about

7    what China is doing, but that is a

8    political matter.  That is a matter for

9    international politics.  We use -- our

10   country uses our political and economic

11   might to encourage other countries to

12   conform, to act in accordance with its

13   National Ordinance and we use sticks and

14   we use carrots.  But we do not use the

15   criminal justice system designed to deal

16   with individual men and women who have

17   broken the law to fight our international

18   disputes.  It doesn't make any sense.

19        Your Honor, I know you've had a

20   chance to read the letters that were

21   submitted to the department of probation

22   from Mr. Xu's wife and father.  I think

23   they are quite remarkable letters

24   beautifully written and they serve as a

25   real window into Mr. Xu's life.

1    In her letter to the Court, Mr. Xu's
2    wife said something so simple and yet so
3    profound, she said, quote, Both my
4    husband and I are just ordinary human
5    beings.
6    And that's exactly right.  Mr. Xu is
7    an ordinary human being.  He is not a
8    symbol or a proxy or an example or a
9    message.
10    And Mr. Xu, the man, the ordinary
11    human being is easily lost in this case.
12    From the earliest days of this case, the
13    media reports hysterically labeled him a
14    spymaster, an agent, a spook.  He's a
15    man.  A man lovingly described in the
16    letters of his wife as a husband -- and
17    it's easy to forget, that he's a husband
18    whose wife desperately loves and needs
19    him.  That he's a father, whose now
20    14-year-old son has been without his
21    father for some of his formative years
22    and who needs him too.  That he is the
23    son of two elderly parents, one of whom
24    is quite ill, who are absolutely
25    devastated by what has happened to their

1    son, as you could tell from his father's

2    letter.

3        It's easy to forget that Mr. Xu had

4    a life in China outside of his job.  That

5    he read books and played soccer with his

6    son and carried groceries for his

7    neighbors.

8        Your Honor, for the sentencing we

9    urge you not to lose sight of the

10   ordinary human being that Mr. Xu is.

11       Now, as we set forth in our memo, as

12   you know, Mr. Xu has already suffered a

13   lot in the four and a half years he's

14   been in this country.  According to the

15   Government, he was a section chief at MSS

16   who supposedly spent his time recruiting

17   academics, gathering information, doing

18   research, contacting sources.  He is no

19   James Bond.  And yet that's how he was

20   treated.

21       After he arrived in the United

22   States, he was put into solitary

23   confinement, as you know.  He was treated

24   like an escape risk.  He couldn't see or

25   speak to other inmates.  He couldn't

52

1   breathe fresh air.  He got very sick with
2   COVID before there was any vaccine,
3   shivering alone in his cell thousands of
4   miles away from his family, who worried
5   that their loved one was going to parish
6   in his cell in the United States.
7       He was treated like a terrorist or a
8   mass murderer that the DOD keeps in super
9   max in Colorado.  Why?  Even according to
10  the Government, he was primarily a paper
11  pusher.
12      And yet, despite these indignities,
13  despite the harshness of these
14  conditions, Mr. Xu has been a model
15  inmate.  He has never lashed out.  He has
16  never disrespected his guards.  He's
17  never been written up for even the
18  slightest infraction.
19      He has handled this situation, this
20  very, very difficult situation with
21  remarkable grace.  So we ask your Honor
22  to take those circumstances into account
23  too in fashioning the appropriate
24  sentence.
25      Your Honor, I want to end with this,

1    as you have pointed out many times, I'm

2    from New York and don't really practice

3    in this jurisdiction.  In fact, today may

4    be the last time that I ever appear in

5    front of you, so I just want to take the

6    opportunity to say that it's been a

7    pleasure appearing in your courtroom.

8         You are a fair and reasonable judge

9    and I expect you will apply that fairness

10   and reasonableness to Mr. Xu.  And in

11   light of all the circumstance in this

12   case, Mr. Xu is a person, in light of the

13   motivations that brought him before you,

14   we think a fair and reasonable sentence

15   is the 55 months or so he already served

16   under such harsh, such brutal conditions.

17   It's enough.  It's enough to accomplish

18   the goal of sentencing.

19        We also join in the probation

20   department in recommending no fine in

21   this case is appropriate.

22        Your Honor, if Mr. Xu is what the

23   Government says he is, then like those

24   Chinese intelligence officers who tried

25   to infiltrate an American military base

54

1    that we talked about in our memo, or the

2    Russian sleeper agent that got arrested

3    in New York -- in New Jersey ten years

4    ago, Mr. Xu should be sent home.

5        The United States can fight its

6    economic war with China if it so chooses,

7    but it shouldn't do so in this courtroom.

8        Thank you.

9        THE COURT:  Thanks.  The Court has

10   appreciated your professionalism.

11       MR. MIEDEL:  Thank you.

12       THE COURT:  The Defendant wishes to

13   have his statement to me read by the

14   interpreter in English to me at this

15   time; is that right?

16       MR. MIEDEL:  Yes, your Honor.

17       THE COURT:  Please proceed.

18       THE DEFENDANT:  (Reading in

19   Chinese.)

20       INTERPRETER HARMON:  I have

21   received --

22       THE COURT:  Can I interrupt a

23   minute?  Is that the entirety of the

24   statement or he is just pausing?

25       MR. MIEDEL:  I think he's pausing.

1          INTERPRETER HARMON:  He is pausing,

2    so that -- we made arrangements he will

3    read by paragraph and I will interpret --

4          THE COURT:  Very well.

5          INTERPRETER HARMON:   -- consecutive.

6          I have received extraordinarily

7    harsh treatment due to my 49 months in

8    the America prison facility.  The worst

9    examples of the harshness and brutality

10   of my confinement conditions are provided

11   in the Defendant's sentencing memo.

12        The actual inflicted sufferings I

13   have experienced have been far beyond

14   what is being told.  Personnel with the

15   DOD authorities indicate to me on more

16   than one occasion that they only treat me

17   that way because they were following

18   orders from multiple agencies in the

19   upper level of the federal government.

20        I did not know who those agencies

21   were until I gained access to a meeting

22   note that they included not only the

23   Federal intelligence agency, the National

24   Security Division, NSD, of the DOJ, but

25   also the FBI.

1       I've been prosecuted and charged by

2   the NSD through the court system, but

3   also being persecuted in the prison at

4   the same time.

5       THE DEFENDANT:  (Reading in

6   Chinese.)

7       INTERPRETER HARMON:  Besides being

8   mistreated, back in the end of 2019, a

9   supervisor in the prosecutor's office

10  once tell my attorney with confidence

11  that my case would never go to trial.  At

12  the time, and through my attorney, he was

13  making an effort to solicit a cooperation

14  deal between me and the U.S. government.

15      To me, this assertion that there

16  would be no trial felt intimidating,

17  implying if I did not cooperate, I would

18  die in prison.

19      THE DEFENDANT:  (Reading in

20  Chinese.)

21      INTERPRETER HARMON:  The

22  above-referenced leaking note was the

23  product of another solicitation for a

24  plea deal conducted between the

25  prosecution and one of my attorneys last

1    February.

2        I've lost count of how many times

3    those attempts been made.  I do, however,

4    remember clearly that every time they

5    made the attempt, they would also mention

6    my family and scare to me that I better

7    cooperate with the U.S. Government or

8    else.  These felt like an extremely

9    shameless act.  When I could no longer

10   tolerate it, I sent the prosecutor a

11   legal letter so that they would cease

12   that kind of harassment and intimidation.

13       Because of this, my family members

14   are too frightened to visit me from China

15   for fear of their own personal safety.

16   That has result in me and my family being

17   alienated for the last four plus years.

18       THE DEFENDANT:  (Reading in

19   Chinese.)

20       INTERPRETER HARMON:  Every time that

21   the Government approached me, it was

22   presented to me that should I choose to

23   cooperate, I would be set free or just

24   shorter imprison and be award big money.

25   Otherwise, I would be locked up for 20 to

58

1    30 years.

2         All of this took place within the

3    grand context of the trade war between

4    U.S. and China.  All the U.S. government

5    has done is to use the legal system as a

6    weapon in the war it wages to further its

7    political agenda.  That has nothing to do

8    with respect and justice.

9         THE DEFENDANT:  (Reading in

10   Chinese.)

11        INTERPRETER HARMON:  Your Honor,

12   today I just want to tell you a little

13   bit about something that happened behind

14   the scene.  Nevertheless, I am just an

15   ordinary Chinese citizen who knows

16   nothing about politics.  Neither I know

17   anything about secrets.  I have never

18   figure out what value, if any, I might

19   contribute to the U.S. government if

20   cooperation did come into play.

21        Why on earth did I got caught into

22   this incredible legal battle.

23        THE DEFENDANT:  (Reading in

24   Chinese.)

25        INTERPRETER HARMON:  During this

1    last four years where high-ranking

2    officials from the U.S. government have

3    cite my case at all kinds of political

4    events, they exaggerate facts from it,

5    and make it into a political event.

6         In fact, the trial itself could have

7    proved my innocence.  It showed that I

8    never made any request from anyone for

9    any trade secret.

10         Conversely, my attorneys have

11    discovered from the White House website

12    that the American President Joe Biden

13    signed an executive order on

14    October 7, 2022, that the U.S. government

15    is collecting trade secrets from foreign

16    countries.

17         Thus, this whole case is merely a

18    political farce directed and acted out by

19    the U.S. government for

20    self-aggrandizement.  It is like the

21    thief who demands that the thief be

22    caught.

23         THE DEFENDANT:  (Reading in

24    Chinese.)

25         INTERPRETER HARMON:  Regardless what

1  the sentence may be, I will appeal this
2  case because I stand by my innocence.
3  Thank you.
4      THE COURT:  Sir, I'm glad you had
5  the chance to make that statement to me.
6  You and I, we never talk.
7      THE DEFENDANT:  Thank you.
8      THE COURT:  I listened carefully.
9      Is there further mitigation from the
10 Defense?
11     MR. MIEDEL:  No, your Honor.
12     THE COURT:  Does the Government feel
13 compelled to reply?
14     MS. GLATFELTER:  Only in response to
15 a question posed to me by the Court.  The
16 Court asked me what authority there is
17 for consecutive sentences.
18     I want to direct the Court to
19 Garrett, which is a Supreme Court case
20 471 U.S. 773, which says the presumption
21 is when Congress creates two distinct
22 offenses, is that it intends to prevent
23 cumulative sentences.
24     I'd also direct the Court to the
25 sentencing guidelines, which of course,

1    are advisory, but it contemplates this
2    situation in 5G1.2(d) which says that, If
3    the sentence imposed on the count
4    carrying the highest statutory maximum is
5    less than the total punishment, then the
6    sentence imposed on one or more of the
7    other counts shall run consecutively, but
8    only to the extent necessary to produce a
9    combined sentence equal to the total
10   punishment. In all other respects,
11   sentences on all counts shall run
12   concurrently, except otherwise required
13   by law.
14        I just wanted to provide the Court
15   that authority.
16        THE COURT:  The Court has that
17   authority.  We've done our full-blown
18   research on every issue presented.  I
19   didn't see a lot of citations in your
20   memo, and I thought I would get your
21   help.  I would refer you to the
22   Blockburger case, which holds the same
23   thing out of the Supreme Court.
24        Does the Government wish to be heard
25   further?

1      MS. GLATFELTER:  No, thank you, Your

2  Honor.  I apologize for not including

3  those cites in our brief.

4      THE COURT:  Very well.  The last

5  word from the Defense?

6      MR. MIEDEL:  Nothing else, your

7  Honor.  Thank you.

8      THE COURT:  Very well.  My turn to

9  talk.

10      I'm focused on this human being,

11  whom I called Mr. Xu, who is the

12  Defendant in this case and was convicted

13  beyond a reasonable doubt on four counts

14  of felonies.

15      I've listened carefully to his

16  statement.  My focus is on his acts, his

17  own individual conduct, and this is not

18  an attempt to send a message to China.

19      I've been a judge for more than

20  25 years.  I know what my

21  responsibilities are.  And my

22  responsibility is to determine what

23  sentence is sufficient, but not greater

24  than necessary to accomplish the purposes

25  of sentencing.

1          And I told you the factors I have to

2     consider.  The first is the nature and

3     circumstances of the offense.  As the

4     Government correctly points out, the

5     scope of the espionage perpetrated by

6     this human being was enormous.  It wasn't

7     a one-shot hit.

8          The nature and the circumstances of

9     the offense are extraordinarily harmful

10    to the Defendant at sentencing.  As to

11    the nature and circumstance of the

12    offense, or perhaps his history and

13    characteristics, I need to recognize you

14    are a citizen of the People's Republic of

15    China.  The loyalty that we have for the

16    United States is the same loyalty that

17    you have for China.

18         I also need to acknowledge that the

19    dynamic of the Chinese government with

20    its citizens is very different than the

21    United States.  But at the end of the

22    day, you were a spy for the Chinese

23    government trying to steal America's most

24    valuable aviation secrets.

25         You tried to steal the property of

1    foreign companies knowing full well the

2    damage it would cause the businesses and

3    the countries.

4        The nature and circumstances of the

5    offense don't help you.  I know you are a

6    young man.  I know you are in a foreign

7    country far from home, away from your

8    family.

9        I received letters in support.  They

10   were extraordinary letters from your

11   father and your wife.  They love and

12   support you very much.  Not in the terms

13   of the offense, but in terms of who you

14   are as a human being.  They speak of your

15   charitable nature, of your love for your

16   family, your care for your community.  I

17   am not blind to the human impact.

18       Criminal sentencing is the most

19   difficult responsibility, I believe, that

20   anybody can undertake, and I undertake it

21   freely.  And I seek to do what is fair

22   and just.

23       The question here is what sentence

24   is sufficient, but not greater than

25   necessary.  I have to reflect the

1    seriousness of the offense, promote

2    respect for the law.  The offense is

3    serious.  The sentence needs to reflect

4    that.  It needs to reflect the scale and

5    scope of the offense.  Here the scale and

6    the scope was extraordinary.

7        I have to consider adequate

8    deterrents.  My sentence needs to deter

9    you.  You are a young man.  You will be

10   released from prison at some point.  When

11   you return to China, I need to ensure

12   that the sentence I impose today deters

13   you from going home and picking it up

14   again.

15       I also have to consider general

16   deterrents.  The Defense says whatever I

17   sentence is not going to deter a whole

18   country, that is true in a sense, but I

19   don't need to deter every human being in

20   China.  It's sufficient for the sentence

21   to cause others pause.

22       Moreover, the deterrence does not

23   need to be specific to China.  My

24   sentence today will also deter others,

25   even those in the United States, from

1    engaging in this conduct.

2         I need to protect the public from

3    further crimes from you, that's similar

4    to specific deterrence.  Same thing.

5    What is the likelihood you're going to

6    pick up where you left off when you

7    return?

8         My sentence today needs to minimize

9    that risk to the extent possible.  And so

10   I'm called upon to determine the most

11   appropriate correctional treatment in the

12   most effective manner.

13        I told you I have to consider the

14   sentences I have available.  I could send

15   you to prison on each offense up to the

16   statutory maximum.  The guidelines

17   recommend 210 to 262 months, 17 to

18   22 years.

19        The Government is asking for

20   300 months, 25 years, above the

21   guidelines.

22        And your attorneys are asking for

23   time served.

24        In assessing the 3553(a) factors, I

25   need to ensure that the aggregate term of

1    imprisonment is appropriate to reflect

2    the nature of the offense.  That means I

3    could give you the statutory maximum on

4    all counts, but I still need to consider

5    whether those sentences should be run the

6    same or back-to-back.

7        The law puts in my discretion

8    whether to run them at the same time or

9    back-to-back or partially back-to-back.

10   The only time they merge entirely and

11   must be run at the same time is if there

12   are multiple counts criminalizing the

13   same conduct; that is not here because

14   here each count requires proof of some

15   fact that the other does not.  They are

16   separate crimes.  They run back-to-back

17   or not at my discretion.

18       What I need to be certain is that my

19   consideration of the 3553(a) factors

20   reflect a determination as to what

21   aggregate sentence is sufficient, but not

22   greater than necessary to accomplish the

23   purposes of sentencing.

24       Based on everything I've stated,

25   everything I'm required to consider, the

68

1    totality of the circumstances, I find
2    that the appropriate sentence to you is
3    180 months imprisonment on
4    Counts 1 and 3, 15 years max, running at
5    the same time.  120 months imprisonment
6    on Counts 2 and 4, concurrent to each
7    other, or a 10-year max, but 60 months of
8    it shall be run partially consecutive to
9    Counts 1 and 3.
10        So the aggregate term of my ordered
11   imprisonment is 240 months, 20 years,
12   less time served.
13        The sentence is appropriate in light
14   of my consideration of the 3553(a)
15   factors and my hard analysis, and the
16   full participation in all phases of this
17   case.
18        I stated my anticipated sentence.
19   I'm required to stop and ask if there are
20   any procedural or substantive objections
21   from either side before I docket the
22   judgment.
23        Is there any from the Government?
24        MS. GLATFELTER:  No, your Honor.
25        THE COURT:  From the Defense?

1      MR. MIEDEL:  No, your Honor.

2      THE COURT:  Very well.

3      The Court's previously articulated

4  sentence shall be docketed as the final

5  judgment.  The Defendant is to be

6  remanded to the custody of the U.S.

7  marshals.

8      I'm required to advise you that you

9  have the right to appeal my sentence, if

10  you choose to.  You will have to file a

11  notice of appeal within 14 days of entry

12  of the judgment in this case.

13      I'd ask your lawyers to work with

14  you on that.

15      And with that, I believe what we

16  have done today is what has been needed

17  and has been addressed fully.  Is there

18  anything else I need to address before we

19  adjourn from the Government?

20      MS. GLATFELTER:  No, your Honor.

21      THE COURT:  From the Defense?

22      MR. MIEDEL:  Yes, your Honor.  We

23  would ask that you recommend to the

24  Bureau of Prisons that Mr. Xu be

25  designated to a facility as close to

1    New York as possible.  The reason is

2    two-fold.  One, he has been often visited

3    by members of the Chinese consulate based

4    in New York, and also it's likely his

5    appeals lawyer will be based in New York.

6         THE COURT:  I'm happy to make that

7    recommendation.  It's merely a

8    recommendation.  The Bureau of Prisons

9    makes the decision.

10        I recommend that he be imprisoned as

11   close to New York City as his eligibility

12   permits.  I heard what he said about his

13   confinement.  The Court worked hard to

14   make sure that he was attended to in the

15   most appropriate manner.

16        Yes?

17        As part of my sentence, he needs to

18   pay the $100 special assessment as to

19   each of the four counts, $400.

20        There is no supervised release on my

21   sentence.

22        Is there something else?

23        THE CLERK:  No fine.

24        THE COURT:  No fine.

25        Anything else?

71

```
1          THE CLERK:  No, that's it.

2          THE COURT:  Godspeed.  The Court

3    intends to recess.

4          MS. SANTORO:  All rise.  The Court

5    is now in recess.

6

7                    - - -

8    HEARING ADJOURNED AT 12:12 P.M.

9                    - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

72

1              C E R T I F I C A T E

2

STATE OF OHIO         :
3                     :  SS
COUNTY OF CLERMONT    :

4

5              I, Kathy S. Simpson, RPR, the

6    undersigned, a duly qualified and commissioned notary

7    public within and for the State of Ohio, do certify

8    that the foregoing is the hearing given at said time

9    and place; and that I am neither a relative of nor

10   employee of any of the parties or their counsel, and

11   have no interest whatever in the result of the

12   action.

13             IN WITNESS WHEREOF, I hereunto set my hand

14   and official seal of office at Cincinnati, Ohio, this

15   1st day of December, 2022.

16

17   _____

18        Kathy S. Simpson, RPR
          Notary Public - State of Ohio
19        My commission expires March 21, 2027

20

21

22

23

24

25

**$**

**$100** 70:18
**$400** 70:19
**$50** 18:18
**$7,000** 32:8

**1**

**1** 8:13 9:21 17:19 24:7,10
36:8,10,12,14,16 68:4,9
**10-year** 68:7
**11** 20:10 21:6
**11:27** 47:20
**11:40** 47:21
**12** 20:10 21:6
**120** 36:9 68:5
**12:12** 71:8
**14** 20:5,6 21:15 69:11
**14-year-old** 50:20
**15** 9:24 10:13 68:4
**17** 24:12 66:17
**18** 13:12
**180** 36:8 68:3
**1:18-cr-43** 4:8

**2**

**2** 8:14 10:3 17:21 20:10
21:6 36:9,13,15,16 68:6
**20** 57:25 68:11
**2015** 20:2
**2019** 56:8
**2022** 59:14
**208** 11:23
**210** 24:11 66:17
**22** 18:10,19 24:12 66:18
**240** 68:11
**25** 18:12,18 62:20 66:20
**250,000** 10:21
**262** 24:12 66:17
**275** 20:2
**278** 20:2

**3**

**3** 10:10 17:20 36:12,13,15,
16 68:4,9
**30** 26:1 58:1
**300** 66:20
**300-month** 36:7
**30th** 34:14
**31** 30:9
**31A** 30:9

**31B** 30:9
**32** 19:11
**3553** 28:20
**3553(a)** 26:2 33:11 39:2
41:18 66:24 67:19 68:14
**3661** 13:12
**37** 19:8 24:3,9
**3892** 42:5

**4**

**4** 10:16 17:21 20:10 21:6
36:12,13,16 68:6
**471** 60:20
**49** 55:7

**5**

**55** 53:15
**5g1.2(d)** 61:2
**5K2.14** 41:10
**5th** 11:21

**6**

**6** 18:10 24:7
**60** 68:7
**65** 18:13,19
**6th** 20:2

**7**

**7** 59:14
**773** 60:20

**8**

**800** 20:2

**A**

**ability** 9:8
**able** 6:17 7:13 16:13
**above-referenced** 56:22
**abroad** 22:21
**absent** 13:20 14:3
**absolute** 6:25
**absolutely** 34:6 50:24
**academics** 51:17
**accepted** 35:6
**access** 55:21
**accomplish** 14:24 53:17
62:24 67:22
**account** 52:22
**accurate** 37:13

**accurately** 6:2,7 7:3
**accusing** 45:11
**acknowledge** 63:18
**acquire** 38:15 41:25 42:15
48:24
**act** 49:12 57:9
**acted** 59:18
**acting** 40:1
**action** 29:9
**activities** 23:19
**activity** 19:3
**acts** 33:2 62:16
**actual** 55:12
**add-on** 19:7
**added** 18:11,19,20,22 19:1
**additional** 11:25 19:9
**Additionally** 11:7
**address** 12:1 16:24 19:9
69:18
**addressed** 69:17
**addressing** 40:21
**adequate** 15:5 65:7
**adjourn** 69:19
**ADJOURNED** 71:8
**administer** 6:1
**adopt** 14:2
**adopts** 14:12
**advantage** 46:23 48:18
**advise** 69:8
**advised** 48:2
**advisory** 61:1
**aerospace** 27:17
**affect** 19:18
**agencies** 55:18,20
**agency** 22:17 55:23
**agenda** 58:7
**agent** 42:4 50:14 54:2
**aggregate** 66:25 67:21
68:10
**aggressively** 34:11
**ago** 54:4
**agree** 38:11,12 40:5 45:17
**agreed** 11:15
**ahead** 7:7 36:25
**air** 52:1
**aircraft** 42:1
**alias** 23:1
**alienated** 57:17
**allegation** 42:23
**alleged** 19:22 39:16 41:1,
2,24
**allegedly** 21:9 39:17,20
40:1

74

**ally** 46:11
**amenable** 8:25
**amended** 16:22
**America** 4:13 24:8 55:8
**America's** 63:23
**American** 38:15 46:17
  53:25 59:12
**amount** 11:14,18 16:23
  18:6,11,15,17
**analogous** 43:10
**analysis** 16:11 68:15
**Angela** 46:10
**angle** 43:1
**answer** 35:23 42:9
**answers** 30:25
**anticipated** 68:18
**anybody** 64:20
**apart** 26:20 29:22 30:19
  31:22
**apologize** 62:2
**appeal** 39:25 60:1 69:9,11
**appeals** 70:5
**appear** 4:12 53:4
**appearances** 4:11,25
**appearing** 53:7
**applicable** 16:2
**application** 26:3
**apply** 41:16 53:9
**appreciate** 7:16 47:15
**appreciated** 54:10
**approach** 8:25 14:6 25:15
**approached** 23:16 57:21
**appropriate** 8:14 13:19
  15:9 16:14 33:12 43:9
  52:23 53:21 66:11 67:1
  68:2,13 70:15
**approximately** 32:7
**argues** 21:18,25
**arguing** 20:25
**argument** 24:15
**arguments** 26:11 28:19
**arising** 36:20
**arm** 9:9
**arms** 8:8 49:6
**arrangements** 55:2
**arrested** 54:2
**arrived** 51:21
**Arthur** 33:5
**articulate** 16:14
**articulated** 69:3
**articulating** 16:20
**aside** 29:17
**asked** 31:12 60:16

**asking** 32:21 35:24 36:5,6,
  7 44:3 66:19,22
**assertion** 56:15
**assessing** 66:24
**assessment** 10:24 70:18
**assist** 9:7 20:14
**attack** 28:9
**attempt** 10:10,16 17:18,20
  33:3 57:5 62:18
**attempted** 28:5 44:8
**attempts** 57:3
**attended** 70:14
**attention** 7:10
**attorney** 56:10,12
**attorneys** 4:10,12 5:19
  25:7 56:25 59:10 66:22
**audio** 6:14
**authorities** 55:15
**authority** 23:15 35:22
  37:3 60:16 61:15,17
**available** 15:17 66:14
**average** 27:6
**aviation** 22:25 23:6 27:12,
  17 63:24
**avoid** 15:20
**award** 57:24

———————————————

**B**

———————————————

**back** 5:7 46:7 47:24 56:8
**back-to-back** 35:25 67:6,
  9,16
**background** 13:15
**bar** 17:7,9 24:4
**bare** 19:25 21:11
**Barrett** 4:22
**bars** 17:6
**base** 53:25
**based** 18:5 32:22 41:7
  67:24 70:3,5
**Basic** 18:10
**basically** 17:5
**basis** 41:1,6
**battle** 58:22
**Bear** 8:1 9:14
**bears** 29:8
**beautifully** 49:24
**behalf** 22:22 38:16
**beings** 50:5
**belabor** 28:16
**Belgium** 32:3 34:15
**believe** 5:24 23:24 37:1,19
  64:19 69:15
**belonging** 23:4

**benefit** 18:25
**best** 8:18 43:21
**betray** 44:15
**better** 57:6
**beyond** 12:7 13:2 25:12
  55:13 62:13
**Biden** 59:12
**big** 46:8 57:24
**biggest** 46:5
**bind** 16:11
**binding** 39:7,9
**bit** 58:13
**Black** 5:15 6:16
**blind** 64:17
**Blockburger** 61:22
**Boeing** 27:18
**Bond** 51:19
**bookcase** 34:18
**books** 51:5
**bound** 17:13
**box** 17:12 34:17
**Bradley** 4:19
**breadth** 26:15
**break** 7:9
**breathe** 52:1
**bribe** 32:8
**brief** 8:5 40:18 62:3
**briefly** 25:14 35:22
**bring** 17:3
**bringing** 23:2
**broad** 22:20
**broader** 30:17
**broadly** 32:16
**broken** 49:17
**brought** 53:13
**brutal** 53:16
**brutality** 55:9
**burden** 19:24
**bureau** 22:9,13 23:8,19
  69:24 70:8
**businesses** 64:2

———————————————

**C**

———————————————

**calculates** 17:23
**calculation** 16:9 17:16
  18:9 24:16
**call** 39:5 43:8
**called** 62:11 66:10
**calls** 23:12 46:9
**care** 64:16
**career** 31:22
**carefully** 7:23 11:6 24:25
  25:22 26:4 60:8 62:15

carried 51:6
carries 10:22
carrots 49:14
carrying 61:4
case 4:7,8 11:8 20:20 26:3,
16,19,20,21,22,23 28:17
29:4 34:22,24 35:9,13
38:11,12,23 39:10 40:6
41:21,24 42:3,4,6,10 43:4,
19 50:11,12 53:12,21
56:11 59:3,17 60:2,19
61:22 62:12 68:17 69:12
cases 20:17,19 34:25 35:1,
3 39:1,4,12 43:11,12,15,
16,20,23 44:5,19 45:7
cash 32:8
category 24:6,10
caught 58:21 59:22
cause 19:21 44:20 64:2
65:21
cease 57:11
cell 52:3,6
certain 67:18
certainly 23:22
chance 28:21 49:20 60:5
Chancellor 46:10
character 13:15 16:3
29:17 31:25
characteristics 15:16
28:25 29:16 30:2 32:11
63:13
charge 9:5
charged 56:1
charitable 64:15
cheating 31:6,10
check 47:13
checked 8:9
Chicago 33:5
chief 51:15
child 32:6
China 22:12,20 23:3
27:21,22 28:6 44:10 45:11
46:15 48:23 49:7 51:4
54:6 57:14 58:4 62:18
63:15,17 65:11,20,23
China's 22:16 32:17
Chinese 5:17 21:21 38:19
42:14 46:12 53:24 54:19
56:6,20 57:19 58:10,15,24
59:24 63:19,22 70:3
choices 29:10
choose 57:22 69:10
chooses 54:6
Circuit 20:2
circumstance 15:15 53:11

63:11
circumstances 28:23 29:3
35:11 39:10 43:21 52:22
63:3,8 64:4 68:1
citations 61:19
cite 59:3
cited 34:25 35:2 43:11,12,
16,23 44:6 45:7
cites 62:3
citizen 22:11 44:7 58:15
63:14
citizens 44:14,20 63:20
City 70:11
civilian 41:25
class 9:22 10:5,11,17
30:24
classes 31:11
clear 20:13 22:4 25:4 33:9
clearly 57:4
CLERK 70:23 71:1
client 12:19
close 69:25 70:11
closely 17:25
co-counsel 4:20
co-opted 28:10
co-optees 27:11 34:12
Code 13:12
cog 22:2
collecting 59:15
college 31:3
Colorado 52:9
combined 18:2 61:9
combining 17:25
come 34:20 58:20
commercial 38:16 42:16
commit 9:22 10:4,11,17
17:19,20 26:25
committing 45:1
communicate 7:12 8:12
9:10
communicating 6:14
communist 48:23
community 7:16 64:16
companies 22:25 23:6
27:12,17 44:9 46:17 64:1
comparable 34:23
comparing 43:20
compelled 60:13
competent 12:5
completely 44:23 45:8
complex 31:13
composite 42:21
computation 11:14 16:18,
20,21 18:8 24:15

concerning 13:14
concurrent 35:21 36:13,17
37:11 68:6
concurrently 37:5 61:12
conditions 52:14 53:16
55:10
conduct 11:16 13:15 15:6,
24 20:12,16 21:8 22:20
27:3,15,16 28:13 32:23
33:1 35:7 37:8 41:1,2
62:17 66:1 67:13
conducted 56:24
conducts 29:12
confidence 56:10
confinement 51:23 55:10
70:13
conflicted 34:8
conform 49:12
confused 21:5
Congress 17:3 60:21
connected 47:9
connection 47:3
conscripted 37:18
consecutive 35:21 36:8,10
37:2,11 55:5 60:17 68:8
consecutively 61:7
consequences 29:9
consider 13:18 15:12,14,
25 33:10,12,16,21 41:8
63:2 65:7,15 66:13 67:4,
25
consideration 33:20 67:19
68:14
considered 19:18
consistency 17:3
conspiracy 9:21 10:4
17:18,20 21:21 23:18
27:3,5 33:2
conspiring 26:25
construed 21:1
consulate 70:3
contacting 51:18
contains 34:18
contemplates 61:1
context 30:1 58:3
contexts 30:17
continuing 29:20
contribute 58:19
control 42:11,22
controlling 23:8
controversy 46:8
Conversely 59:10
convicted 9:20 10:3,10,16
13:16 17:17,22 26:24
36:19 44:24 62:12

**convictions** 17:10
**cooperate** 32:9 56:17 57:7, 23
**cooperation** 35:11 56:13 58:20
**coordinated** 23:19
**correct** 5:9,10,22 16:9 42:8
**correctional** 15:9 66:11
**correctly** 6:1,6,21 7:2 63:4
**correctness** 19:22
**Cors** 5:2
**counsel** 4:16 5:4 12:18 48:11
**counsel's** 5:8
**count** 9:21 10:3,10,16 17:23 36:8,9,10 37:8 57:2 61:3 67:14
**counterintelligence** 22:18
**counting** 31:10
**countries** 44:16,22 49:11 59:16 64:3
**countries'** 45:25
**country** 17:5 26:21 34:23 35:14,15 38:17 40:3 44:15,25 45:2,3,24 46:1,4 48:23 49:10 51:14 64:7 65:18
**country's** 45:12,18 49:2,4
**counts** 9:21 10:22 17:17, 19,21,24 18:5 36:12,14,15 37:6,7,16 61:7,11 62:13 67:4,12 68:4,6,9 70:19
**couple** 40:21
**course** 12:2 27:2 31:14 43:19 46:13 60:25
**court** 4:3,23 5:6,11,14,23 6:8,11,20 7:4,6,15,18 8:3, 6,21,24 9:3,12,19 12:15, 17 13:3,9,17 14:9,11 17:23 19:13,15 24:20,22 25:17,20 26:4,5,9,13 29:12,23 31:19,20 32:14, 22 33:9,14,20,21,22 34:24 35:17,20 36:4,11,18,25 37:17,22 38:1,4,8,21 39:5, 15,19,23 40:10,12,19 47:1,5,10,22 48:3,7,10 50:1 54:9,12,17,22 55:4 56:2 60:4,8,12,15,16,18, 19,24 61:14,16,23 62:4,8 68:25 69:2,21 70:6,13,24 71:2,4
**Court's** 6:13 14:2 16:23 24:15 32:18 47:16,18 69:3
**courtroom** 4:6 6:13 29:13 53:7 54:7

**Cover** 20:1
**COVID** 52:2
**create** 19:19 46:23 48:17
**creates** 60:21
**crime** 41:15 45:14
**crimes** 15:7 16:5 37:10 66:3 67:16
**criminal** 4:7 15:6 17:9 19:2,12 24:4,5,6,9 29:5 49:15 64:18
**criminalizing** 37:7 67:12
**crucial** 45:6
**cumulative** 60:23
**current** 16:20
**custody** 5:8 69:6
**cycle** 28:14

---

### D

**damage** 64:2
**danger** 41:12,14
**day** 27:6 63:22
**days** 50:12 69:11
**deal** 31:9 49:15 56:14,24
**dealers** 23:13
**dealing** 44:22
**deception** 31:7,19
**decide** 39:15
**decision** 16:15 70:9
**decision-making** 23:14
**decks** 25:4
**defendant** 5:12,19 6:15 7:24 9:8,19 11:11,24 13:8 15:8,16 16:4,10 17:22 18:14 19:6,20 21:15,23 22:2,11,23 23:14,21 25:2 26:18,24 27:5 28:25 29:1, 10 30:3,6,13 31:6,14,21 32:3,12,13,25 33:18,25 35:2,18 44:6 48:1,7,9 54:12,18 56:5,19 57:18 58:9,23 59:23 60:7 62:12 63:10 69:5
**Defendant's** 20:20 21:11, 20 22:4 23:9 25:6 27:15 28:12,18,19 29:7,14,16,19 30:2 55:11
**defendants** 15:23 35:6 44:1,11
**defense** 4:24 5:5 14:9 16:15 21:18,25 24:20 25:5 33:19 38:5,10 47:25 60:10 62:5 65:16 68:25 69:21
**definition** 49:2
**degree** 30:22 31:11

**degrees** 29:21
**delighted** 25:20
**demands** 45:15 59:21
**denial** 19:25 21:12
**department** 4:17,18 49:21 53:20
**departure** 40:25
**deputy** 22:8,12 23:7 27:9
**described** 50:15
**description** 20:11 21:7
**deserve** 39:17
**designated** 69:25
**designed** 49:15
**desperately** 50:18
**despite** 52:12,13
**detailed** 25:25
**deter** 65:8,17,19,24
**determination** 15:13 67:20
**determine** 11:17 18:2 62:22 66:10
**determined** 18:5,16
**determines** 19:16
**deterrence** 15:5 65:22 66:4
**deterrents** 33:11,13 44:19 65:8,16
**deters** 65:12
**devastated** 50:25
**deviate** 16:13
**die** 56:18
**differences** 15:22 45:6
**different** 23:12 33:1 38:24 39:11 43:19 44:23 63:20
**difficult** 52:20 64:19
**direct** 60:18,24
**directed** 20:10 40:1 59:18
**directive** 46:21
**directly** 13:4
**director** 22:9,13 23:7 27:9
**disagree** 21:10 22:3
**discover** 45:25 46:12
**discovered** 59:11
**discretion** 37:12 67:7,17
**discussed** 29:20 30:1
**discussing** 29:15
**disparities** 15:22
**dispute** 14:4 19:20
**disputed** 19:14
**disputes** 49:18
**disrespected** 52:16
**distinct** 60:21
**distinction** 46:14

77

**division** 22:13 27:9 55:24
**divorce** 45:21
**docket** 4:7 11:23 68:21
**docketed** 69:4
**Document** 11:23
**documents** 34:19
**DOD** 52:8 55:15
**doing** 34:4,9 39:17 44:11
  45:4 46:2,19 49:7 51:17
**DOJ** 55:24
**dollar** 10:23
**dollars** 10:2,9,15
**domestically** 22:21
**doubt** 62:13
**Dr** 32:4,6,9 34:15
**drive** 34:16
**drug** 45:16
**due** 12:1 55:7
**duly** 6:6 7:2
**duress** 34:7
**duties** 30:16
**dynamic** 63:19

_____

**E**

**eagerly** 34:10
**earliest** 50:12
**earth** 58:21
**easier** 8:18 25:18 31:16
**easily** 39:3 50:11
**easy** 40:3 43:1 50:17 51:3
**economic** 9:22 10:11
  17:19 26:16,17,25 38:22
  43:5,14,18 46:15,22,23
  48:16,18,21,24 49:10 54:6
**education** 29:20
**effective** 15:11 66:12
**effort** 17:3 41:25 56:13
**efforts** 48:24,25 49:2
**either** 7:10 19:3,17 32:8
  68:21
**elderly** 50:23
**Electric** 27:19
**eligibility** 70:11
**emblematic** 28:13
**Emily** 4:15
**emphasizing** 45:13
**employees** 23:5 28:10
**encourage** 49:11
**encrypted** 34:18
**endangered** 41:3
**endured** 26:10
**engaged** 22:24 26:19 31:7,
  21

**engaging** 66:1
**engine** 42:1
**engineering** 30:22
**engineers** 27:21
**engines** 42:17
**English** 8:19 25:9 54:14
**enhancement** 20:7 21:16
  22:6 41:11 43:6
**enormous** 63:6
**enrich** 44:18
**ensure** 65:11 66:25
**enter** 4:24
**entering** 4:10
**entertained** 28:7
**entice** 27:21
**entirely** 67:10
**entirety** 54:23
**entry** 69:11
**envy** 40:4
**episode** 27:1
**episodes** 27:2
**equal** 61:9
**erroneous** 21:8
**error** 33:16
**escape** 51:24
**espionage** 9:22 10:11
  17:19 22:21 26:16,17,25
  38:22 43:14,18 46:22
  48:16 63:5
**essentially** 16:2
**establish** 7:20 12:4 13:12
  16:8
**established** 24:23
**event** 59:5
**events** 59:4
**Everybody** 47:12
**everyday** 31:7
**evidence** 13:22,25 14:14
  19:21 20:19,22,24 21:10,
  13,22 22:1 23:20 26:8
  27:13,14,20 28:4,16 29:23
  30:8 31:20,25 33:24 34:5,
  7,10 37:20 41:20
**evidentiary** 11:17
**exactly** 50:6
**exaggerate** 59:4
**exam** 30:25
**example** 31:18 32:16
  42:20 50:8
**examples** 55:9
**excess** 41:13
**executive** 48:15 59:13
**Exhibit** 30:8
**expect** 53:9

**experience** 31:8
**experienced** 55:13
**experts** 22:24 23:2
**experts'** 23:5
**export** 42:11,21
**extensive** 19:5 23:24
**extent** 61:8 66:9
**extort** 32:9
**extra** 40:17
**extraordinarily** 55:6 63:9
**extraordinary** 38:12
  64:10 65:6
**extremely** 57:8
**eyeglass** 34:17
**eyes** 7:22

_____

**F**

**F.3d** 20:2
**facility** 55:8 69:25
**fact** 19:23 29:11,21 30:1
  37:9 42:19 46:8 53:3 59:6
  67:15
**factor** 28:20 33:14,17,21
  41:9 43:7
**factors** 15:13 16:6 26:2
  35:8 39:2 63:1 66:24
  67:19 68:15
**facts** 14:2,3,12 36:21 39:9
  59:4
**factual** 13:10 14:18 19:19
**fair** 53:8,14 64:21
**fairness** 53:9
**familiar** 26:7
**family** 29:8 32:6 52:4
  57:6,13,16 64:8,16
**far** 55:13 64:7
**farce** 59:18
**fashion** 14:22
**fashioning** 52:23
**father** 29:2 49:22 50:19,21
  64:11
**father's** 51:1
**favor** 45:3
**FBI** 4:19 42:4 55:25
**fear** 57:15
**February** 57:1
**federal** 9:23 10:5 17:4
  19:11 55:19,23
**feel** 60:12
**feels** 25:10
**felonies** 62:14
**felony** 9:20,23 10:5,12,18
**felt** 40:12 56:16 57:8

**fight** 49:17 54:5
**figure** 58:18
**file** 69:10
**filed** 11:22 20:3
**final** 69:4
**find** 31:4 43:25 68:1
**finding** 23:21
**findings** 13:10 14:18
**fine** 10:1,8,15,21 53:20
  70:23,24
**first** 8:7 12:9 25:4 38:19
  40:23 43:21 63:2
**firsthand** 21:13
**five** 11:24 19:4 23:25
**five-year** 27:3
**floor** 31:17
**Florian** 5:2
**fluid** 31:14,15
**focus** 25:5 28:18 29:19
  35:17 62:16
**focused** 21:12,19 62:10
**follow** 17:14 36:15
**following** 6:7 7:3 9:18
  55:17
**follows** 18:10
**footnote** 42:12
**forced** 33:25
**forcing** 8:21
**foreign** 18:25 22:18 28:1
  38:14,20 46:1,3,5 49:3
  59:15 64:1,6
**forget** 32:4 50:17 51:3
**Forgive** 48:12
**forgotten** 32:2
**formative** 50:21
**forth** 14:3 43:3 51:11
**forward** 9:17
**found** 15:24
**four** 9:20 17:17 18:5,6,22
  20:9 36:19 51:13 57:17
  59:1 62:13 70:19
**four-level** 22:5
**frame** 27:4
**free** 57:23
**freely** 64:21
**fresh** 52:1
**friend** 46:11
**frightened** 57:14
**front** 4:21 29:24 53:5
**full** 64:1 68:16
**full-blown** 61:17
**fully** 25:5 69:17
**function** 20:14

**further** 13:1 15:7 17:11
  19:10 24:14,21 25:12 58:6
  60:9 61:25 66:3
**furthered** 27:5

_____

**G**

**gain** 27:11 28:5
**gained** 55:21
**Garrett** 60:19
**gathering** 51:17
**Gau** 33:5
**GE** 33:3,4
**general** 27:19 33:10,12
  36:18 65:15
**German** 46:10
**getting** 30:20,23,24
**give** 33:14 67:3
**glad** 60:4
**glass** 45:24
**Glatfelter** 4:14,15 9:1
  12:13,16 14:7 24:18
  25:14,18,23 35:19 36:2,6,
  23 37:15,19 38:2 60:14
  62:1 68:24 69:20
**go** 7:7 9:9 36:25 56:11
**goal** 53:18
**Godspeed** 71:2
**going** 5:15,25 7:19 9:14
  13:4 16:19 21:4 27:22
  40:17 47:10 48:10 52:5
  65:13,17 66:5
**good** 4:5,14 5:1,6,11,12,
  13,14,16 6:20 37:25 38:7,
  8
**government** 8:24 12:9,14
  14:6 18:25 21:9,22 23:11
  24:17 25:4,11 27:25 28:3
  32:15,20,21 38:10,13,18
  40:2,5,24 42:12 43:12,15,
  23 44:3,6 45:8,10 47:25
  51:15 52:10 53:23 55:19
  56:14 57:7,21 58:4,19
  59:2,14,19 60:12 61:24
  63:4,19,23 66:19 68:23
  69:19
**Government's** 21:18
  40:22 42:3,14
**Governments** 44:21
**grace** 52:21
**grand** 58:3
**graph** 17:6,11
**greater** 14:23 62:23 64:24
  67:22
**greedy** 45:4

**groceries** 51:6
**group** 18:9
**grouped** 18:7
**grouping** 17:24
**groups** 18:1
**guards** 52:16
**guests** 28:6
**guideline** 16:9,17 17:16
  24:16
**guidelines** 15:19 16:7,10
  17:2,24 23:9 24:10 39:1,6
  41:7,10 60:25 66:16,21
**guilty** 15:24

_____

**H**

**hacking** 33:4
**half** 10:2,15 24:12 51:13
**hand** 6:4,23 37:24
**handled** 52:19
**happened** 50:25 58:13
**happens** 34:19 48:21
**happy** 70:6
**harassment** 57:12
**hard** 43:20 68:15 70:13
**harm** 18:6
**harmful** 63:9
**Harmon** 5:4,16,21 6:5
  8:17 54:20 55:1,5 56:7,21
  57:20 58:11,25 59:25
**harsh** 53:16 55:7
**harshest** 43:24
**harshness** 52:13 55:9
**havoc** 29:6
**headset** 6:15
**hear** 6:17 25:3,6 37:2
  48:4,7
**heard** 20:22 21:13 25:12
  29:24 31:19 41:20 61:24
  70:12
**hearing** 11:17 71:8
**help** 28:10 42:15 44:16,25
  61:21 64:5
**helpful** 11:3 20:17 26:13
  38:1
**helping** 44:21
**herring** 43:1
**hesitant** 34:5
**hesitate** 7:9
**hiding** 34:17
**high-level** 21:20
**high-ranking** 59:1
**higher** 17:8 22:5
**higher-ups** 23:18

**highest** 61:4
**highlight** 26:12 29:3
**historic** 6:24
**history** 15:15 16:3 24:5,6,
   10 28:24 30:2 32:11 63:12
**hit** 63:7
**holds** 61:22
**home** 54:4 64:7 65:13
**Honeywell** 27:18 33:6
**Honor** 4:15 5:2 6:19 8:2,
   11 9:2,11 12:16,23 14:7,
   10 24:18 25:15,24 34:22
   35:16,19 36:3,24 37:15
   38:3,6 39:14,21 40:4 41:5,
   19 42:25 45:7,20 46:25
   48:6,13 49:19 51:8 52:21,
   25 53:22 54:16 58:11
   60:11 62:2,7 68:24 69:1,
   20,22
**horizontal** 17:9
**hotel** 28:8
**House** 59:11
**housekeeping** 8:5
**houses** 45:24
**Hull** 4:19 42:4
**human** 50:4,7,11 51:10
   62:10 63:6 64:14,17 65:19
**hundred** 10:23
**hurt** 5:25
**hurting** 45:2
**husband** 50:4,16,17
**hysterically** 50:13

**I**

**i.e.** 23:5 37:6
**icloud** 30:6
**ID** 42:5
**ill** 50:24
**illegally** 38:15
**IM** 7:13
**impact** 64:17
**implicated** 41:3 42:7
**implying** 56:17
**importantly** 44:4
**impose** 6:25 41:6,11 65:12
**imposed** 61:3,6
**imposing** 13:18
**imprison** 57:24
**imprisoned** 70:10
**imprisonment** 9:25 10:7
   43:17 67:1 68:3,5,11
**inappropriate** 15:21
**include** 15:1

**included** 55:22
**including** 9:21 17:18
   27:18 62:2
**incomparable** 45:9
**increased** 34:12
**incredible** 58:22
**indicate** 55:15
**indignities** 52:12
**individual** 32:23 49:16
   62:17
**individually** 18:1
**industry** 46:24 48:18
**infiltrate** 53:25
**inflicted** 55:12
**information** 13:14 23:4
   27:11,23 28:5 46:17 51:17
**infraction** 52:18
**ink** 40:6
**inmate** 52:15
**inmates** 51:25
**innocence** 39:23,25 59:7
   60:2
**insiders** 35:2,5
**instance** 12:10
**instructed** 23:17
**intelligence** 22:16,19 27:7
   38:14,20 39:16 43:3 46:2,
   4,5 49:1,3 53:24 55:23
**intend** 13:21
**intended** 18:24 46:23
**intends** 60:22 71:3
**interactions** 33:4,5
**interest** 20:23,24 45:5
   48:20,22 49:4
**international** 49:9,17
**interpret** 6:2,7,22 7:3 8:22
   55:3
**interpreter** 5:5,13,18,21
   6:6,11,18 7:2,5,17 8:21
   25:8 46:25 47:2,8 48:3,5
   54:14,20 55:1,5 56:7,21
   57:20 58:11,25 59:25
**interrupt** 8:4 54:22
**interrupted** 48:11
**intimately** 26:7
**intimidating** 56:16
**intimidation** 57:12
**introduced** 30:8,11
**investigation** 11:10 12:11
   13:5
**involve** 35:2,5 42:10
**involved** 18:23 19:3 23:25
   33:8 41:14,24
**involves** 18:21

**irrelevant** 42:22
**issue** 40:3 48:2 61:18
**issues** 40:21

**J**

**Jackie** 4:17
**James** 51:19
**Jeanne** 5:2
**Jersey** 54:3
**jet** 42:1,16
**job** 29:22 30:14,15 31:23
   32:18 39:18 51:4
**Joe** 59:12
**join** 53:19
**joined** 4:15
**judge** 4:22 5:15 6:16 19:13
   20:15 53:8 62:19
**judge's** 14:21 37:12
**judges** 17:4
**judgment** 68:22 69:5,12
**jurisdiction** 53:3
**jury** 9:18 13:24 14:15,16
   26:24
**justice** 4:17,18 49:15 58:8

**K**

**keeps** 52:8
**kind** 39:13,15 57:12
**kinds** 15:17 59:3
**king** 23:13 45:16
**knew** 18:24
**know** 16:15 21:3 26:3
   31:16 35:8,23 39:8 40:15
   41:25 43:12 45:23 49:19
   51:12,23 55:20 58:16
   62:20 64:5,6
**knowing** 64:1
**knows** 58:15

**L**

**label** 23:10
**labeled** 50:13
**labels** 23:8
**language** 5:18
**lashed** 52:15
**law** 15:3 37:14 49:17
   61:13 65:2 67:7
**laws** 44:17
**lawyer** 13:7 70:5
**lawyers** 7:24 9:10 11:2
   25:1 47:25 69:13
**leader** 22:6 23:22 27:7
   34:2

**leading** 22:25 27:12,16
**leaking** 56:22
**leaned** 34:13
**leaves** 19:7 24:2,6
**left** 5:8 66:6
**legal** 57:11 58:5,22
**legalese** 9:16
**lengthy** 9:18
**let's** 32:4
**letter** 50:1 51:2 57:11
**letters** 11:4 29:2,15 49:20, 23 50:16 64:9,10
**letting** 9:8
**level** 18:3,10 19:8 24:3,9 55:19
**levels** 18:4,10,19,20,22 19:1
**life** 31:8 49:25 51:4
**lift** 7:22
**light** 53:11,12 68:13
**likelihood** 66:5
**limitation** 13:13
**line** 44:12
**linked** 6:13
**listed** 16:6
**listen** 7:23 8:21 24:25 25:21
**listened** 60:8 62:15
**listening** 46:9
**little** 33:14 58:12
**lives** 29:7
**locked** 57:25
**long** 40:7,9,16 43:17
**longer** 57:9
**longest** 43:25
**look** 34:25
**looked** 43:24
**lose** 51:9
**loss** 11:14,17,21 16:22 18:6,11,14,17
**lost** 47:3 50:11 57:2
**lot** 51:13 61:19
**love** 64:11,15
**loved** 52:5
**loves** 50:18
**lovingly** 50:15
**loyalty** 63:15,16

**M**

**Mae** 5:4,16 6:5
**maintains** 39:23,24
**making** 21:24 42:21 56:13
**mal-ware** 28:11

**man** 50:10,15 64:6 65:9
**manager** 19:2 21:17 23:22 27:8
**mandatory** 10:23
**Mangan** 4:20
**manner** 15:11 66:12 70:15
**March** 34:14
**mark** 43:2
**marshal** 5:9 9:4
**marshals** 8:10 69:7
**mass** 52:8
**master** 31:13
**master's** 30:21
**material** 42:11,21
**math** 17:5 36:15
**Matt** 4:16
**matter** 19:17 30:24 49:8
**matters** 8:5
**max** 52:9 68:4,7
**maximum** 9:23 10:6,12,18 61:4 66:16 67:3
**Mckenzie** 4:16
**means** 18:21 67:2
**meant** 29:4
**mechanics** 31:14,15
**media** 50:13
**meet** 17:12
**meeting** 32:4 34:15 55:21
**members** 57:13 70:3
**memo** 26:11 28:19 29:20 32:1,24,25 33:18 37:23 40:23 42:13 43:16 45:11 46:20 48:14 51:11 54:1 55:11 61:20
**memoranda** 11:1,19 25:13 38:1 40:23
**memorandum** 26:1 29:14 35:1,3
**men** 49:16
**mention** 57:5
**mentioned** 25:24 31:25
**mere** 23:8,10
**merely** 59:17 70:7
**merge** 37:4 67:10
**meritorious** 14:4
**Merkel** 46:10
**message** 50:9 62:18
**microphones** 25:21
**middle** 34:17
**Miedel** 5:1,2,10 8:2,4,7 9:11 12:23 14:10 24:21 38:6,9 39:8,21,24 40:11, 14,20 47:7 48:13 54:11, 16,25 60:11 62:6 69:1,22

**miles** 52:4
**military** 42:6 53:25
**million** 10:2,9,15 18:12, 13,18,19
**minimize** 66:8
**Ministry** 22:14
**minute** 54:23
**minutes** 7:20 9:14 47:12, 13,16,19
**misappropriation** 18:23
**misled** 21:4
**misrepresentations** 23:2
**mistreated** 56:8
**mitigating** 35:10
**mitigation** 38:5 60:9
**MO** 27:20
**model** 34:24 52:14
**modifications** 16:25
**moment** 14:16
**money** 57:24
**months** 24:12 36:8,9 53:15 55:7 66:17,20 68:3,5,7,11
**morning** 4:5,14 5:1,6,11, 12,13,14,17 6:20 26:5 38:7,8
**motion** 26:9
**motivations** 53:13
**MSS** 22:15,16,22,23 27:8 29:18 30:15,20 31:23 34:2 51:15
**multiple** 37:7 55:18 67:12
**multiplicitas** 37:6,16
**murderer** 52:8
**murderers** 45:16
**Murphy** 5:13 6:9,10,16,18 7:1,5,6,17 46:25 47:2,8 48:4,5,8
**mute** 7:7

**N**

**national** 41:3,8,11,22 42:25 43:6 48:19,22,25 49:4,13 55:23
**naturalized** 44:7
**nature** 15:14 16:2 17:7 28:22 63:2,8,11 64:4,15 67:2
**necessarily** 39:3
**necessary** 6:24 14:24 61:8 62:24 64:25 67:22
**need** 5:24 7:9,15 8:12 13:11 15:25 16:8,11,13 17:14 63:13,18 65:11,19, 23 66:2,25 67:4,18 69:18

**needed** 17:1 69:16
**needs** 16:4 40:17 47:12
  50:18,22 65:3,4,8 66:8
  70:17
**neighbors** 51:7
**Neither** 58:16
**never** 52:15,16,17 56:11
  58:17 59:8 60:6
**Nevertheless** 58:14
**New** 53:2 54:3 70:1,4,5,11
**non-binding** 15:19
**note** 10:25 43:22 55:22
  56:22
**noted** 46:20 48:14
**notes** 8:12
**notice** 69:11
**novelty** 38:22
**November** 11:21
**NSA** 46:9
**NSD** 55:24 56:2
**nucleus** 36:20
**number** 4:8 8:13,14 11:11
  13:22 15:12 16:16
**Nuremberg** 33:19

---

**O**

**oath** 5:25 6:1,21,25
**objected** 18:14
**objection** 9:1,3 11:14,22
  13:21 14:5 18:15 20:5,6
  21:6,11,15 24:1
**objections** 11:12,25 12:7,
  12,14,21 13:1 16:16,25
  19:9,10 20:4,5,10 21:14
  24:14,17,21 68:20
**objectively** 45:19
**objects** 19:6 21:16
**obtain** 23:3 46:16
**occasion** 55:16
**October** 59:14
**offense** 13:16 15:3,5,15
  16:3 17:7 18:2,4,21,22,25
  19:8 20:8,12,16 21:8 24:3,
  9 28:23 63:3,9,12 64:5,13
  65:1,2,5 66:15 67:2
**offenses** 18:7 29:5 36:1,20
  60:22
**office** 23:20 56:9
**officer** 27:7 38:14,20
  39:17
**officers** 22:23 53:24
**official** 23:11
**officials** 27:25 59:2
**oh** 31:15

**okay** 38:4 46:22,24 48:17,
  19
**old** 45:23
**once** 56:10
**one-shot** 63:7
**one-time** 31:9
**ones** 12:21 13:2
**open** 4:6
**opportunity** 53:6
**opposed** 8:20
**orchestrated** 28:8 48:25
**order** 11:22 16:24 18:1,17
  22:11 23:3 41:10 48:16
  59:13
**ordered** 11:7 68:10
**orders** 55:18
**Ordinance** 49:13
**ordinarily** 41:14
**ordinary** 31:8 50:4,7,10
  51:10 58:15
**organization** 23:24 34:3
**organizer** 22:7
**outlined** 32:23
**outside** 51:4
**overall** 14:6
**overruled** 21:14 24:1

---

**P**

**P-R-O-C-E-E-D-I-N-G-S**
  4:1
**P.M.** 71:8
**page** 42:5
**pages** 26:1 32:24
**paper** 52:10
**paperwork** 7:22
**paragraph** 55:3
**parents** 50:23
**parish** 52:5
**part** 9:16 29:11 70:17
**partially** 67:9 68:8
**participants** 19:4
**participating** 6:10
**participation** 68:16
**particular** 29:18
**parties** 13:21
**parties'** 11:15,19
**pass** 31:16
**password** 34:20
**pause** 47:5,6,7,13 65:21
**pausing** 54:24,25 55:1
**pay** 16:1 70:18
**people** 22:8 23:25 43:13,
  16

**People's** 22:12 63:14
**permits** 70:12
**perpetrated** 21:21 28:9
  33:8 63:5
**persecuted** 56:3
**person** 13:16 53:12
**personal** 32:5 57:15
**personally** 33:7
**Personnel** 55:14
**phases** 68:16
**phone** 46:9
**photos** 32:5
**pick** 66:6
**picking** 65:13
**piece** 29:23
**pieces** 31:24
**pin** 23:13
**pins** 45:16
**place** 26:14 58:2
**placed** 13:13
**plan** 25:21
**planned** 31:13
**planning** 21:23
**plant** 28:10
**play** 58:20
**played** 51:5
**plea** 56:24
**please** 4:3 7:9 25:16 47:22
  48:12 54:17
**pleasure** 53:7
**pled** 35:6
**plenty** 22:7
**plus** 33:13 57:17
**pockets** 44:12
**podium** 25:16
**point** 7:8 35:4 44:4 65:10
**pointed** 53:1
**points** 17:12 24:6 26:12
  32:12 63:4
**policies** 32:17
**policy** 21:24
**political** 22:19 49:8,10
  58:7 59:3,5,18
**politics** 49:9 58:16
**portion** 19:14
**posed** 41:12 60:15
**position** 23:11 37:3
**positions** 11:20
**possible** 9:24 10:6,12,18
  66:9 70:1
**potential** 34:11
**powers** 22:20
**practice** 26:9 53:2

precisely 46:2
preparation 11:8
prepared 24:25
present 5:7 14:15 27:23
presented 13:23,25 14:12,
  14 20:22 27:14,20 28:3
  34:1 57:22 61:18
presentence 11:10,12,25
  12:6,8,10,20,22,24 13:5
  14:13 16:22 19:15 20:11,
  13,16 21:3,7
presentencing 11:16
presenting 27:25
presents 21:4
presided 20:21 26:6
President 48:15 59:12
presidential 46:21
pressure 32:9
presumably 43:24
presumption 60:20
pretrial 20:18
prevent 60:22
previously 8:9 11:7 69:3
Prim 4:17
primarily 52:10
primary 20:14
prior 17:9 22:10
prison 10:13,19 55:8 56:3,
  18 65:10 66:15
Prisons 69:24 70:8
private 46:16,24 48:18
probably 26:22 38:9 46:18
probation 49:21 53:19
procedural 68:20
Procedure 19:12
proceed 9:13 48:11 54:17
proceeding 19:10
proceedings 6:3,7,22 7:3
produce 19:21 21:9 61:8
product 56:23
production 19:24
products 42:17
professional 11:3
professionalism 54:10
professor 31:2,12
profound 50:3
promise 7:21
promote 15:3 65:1
proof 37:9 67:14
property 63:25
proposed 15:18
proprietary 46:16
prosecuted 38:21 56:1

prosecution 56:25
prosecutor 57:10
prosecutor's 56:9
protect 15:7 66:2
proved 59:7
provide 15:4,5,8 61:14
provided 6:11 55:10
Providence 22:14
providing 9:23 10:5,12,18
proxy 50:8
PSR 14:3 16:16 20:4
public 15:7 16:4 35:9
  41:12 66:2
punish 44:14
punishment 15:4 39:16
  61:5,10
purpose 13:18,25 14:19
  18:7 46:3
purposes 7:21 13:11 14:24
  15:1 24:24 62:24 67:23
pursuant 16:23 19:11
pursued 34:11
pursuing 29:21
pusher 52:11
put 34:16 51:22
puts 67:7

Q

quarter 10:9
question 19:23 42:6 60:15
  64:23
questions 31:1 35:18
quite 49:23 50:24
quote 13:13 19:4,5,19,20,
  23,25 20:1 30:20 41:12
  42:5 50:3

R

raise 6:4,23
raised 11:11 16:15 33:19
  40:22
range 15:18
ranking 23:11
ranks 34:4
reaching 13:24 14:17
  15:13 48:2
read 8:19 11:5 21:1 25:8
  26:4 49:20 51:5 54:13
  55:3
reading 21:2 54:18 56:5,
  19 57:18 58:9,23 59:23
ready 9:13
real 49:5,25

reality 27:24 29:5 45:21
really 29:25 35:13 53:2
realtime 8:23
reason 70:1
reasonable 53:8,14 62:13
reasonableness 53:10
reasons 16:14 44:13
reassure 31:4
receive 13:17
received 11:1,9,18 12:19
  43:13,17 54:21 55:6 64:9
receives 24:5
receiving 22:5
recess 47:11,16,19,20
  71:3,5
recognize 63:13
recommend 16:7 17:13
  24:11 66:17 69:23 70:10
recommendation 16:12
  70:7,8
recommending 53:20
record 4:6,11 7:20 8:20
  10:25 11:16 12:4 14:20
  16:8 24:23 33:24 35:9
  37:21 47:24
recording 30:3,5,9,11,18
records 15:23
recovered 30:5
recruiting 22:24 27:10
  28:13 51:16
red 43:1
reduced 35:12
refer 42:2 61:21
reference 42:19
reflect 15:2 64:25 65:3,4
  67:1,20
reflected 12:8,21
reflects 22:1
regard 13:20
Regardless 59:25
rehabilitative 15:10
rehash 26:10
rehashing 20:23
relate 16:17
related 17:25
release 10:1,8,14,20 70:20
released 65:10
reliability 19:22
relied 13:24 14:16 29:15
rely 13:22 14:14
remaining 19:9 20:3,9
remanded 69:6
remarkable 49:23 52:21

83

**remember** 46:7 57:4
**remind** 33:22
**reminder** 30:5
**remotely** 6:10
**replicate** 28:1
**reply** 60:13
**report** 11:10,12 12:1,6,8,
11,20,22,24 13:6 14:13
16:22 19:15 21:3,7
**report's** 20:11,14,16
**reported** 23:18
**reports** 50:13
**Republic** 22:12 63:14
**request** 8:8 11:15 40:24
59:8
**required** 14:19 15:12,14,
20 33:10 36:21 61:12
67:25 68:19 69:8
**requires** 19:24 23:25 37:8
67:14
**research** 35:23 51:18
61:18
**reserved** 45:15
**resident** 44:7
**residents** 44:15
**resins** 42:20,24
**resolve** 19:14
**resolved** 11:21 18:15
20:18 48:3
**respect** 15:3 58:8 65:2
**respective** 11:20
**respects** 61:10
**respond** 28:21
**responded** 31:15
**response** 60:14
**responsibilities** 62:21
**responsibility** 14:22 35:7
62:22 64:19
**responsible** 22:17
**restitution** 16:1
**result** 57:16
**return** 65:11 66:7
**reviewed** 12:19,24
**right** 5:20 6:4,23 7:11 9:13
34:14 48:10 50:6 54:15
69:9
**rigorous** 41:17
**rise** 4:2 47:18 71:4
**risk** 34:12 41:7 51:24 66:9
**risks** 41:22
**Robin** 6:9 7:1 47:3
**role** 20:7 21:20,23
**room** 28:8
**rose** 34:3

**routinely** 46:19
**rule** 19:11 36:18
**rules** 19:11 38:25
**ruling** 19:16 24:16
**run** 5:15 35:25 36:8,13,16,
21 37:1,11 61:7,11 67:5,8,
11,16 68:8
**running** 47:14 68:4
**runs** 36:10
**Russian** 54:2

———————————
**S**
———————————

**safety** 41:13 57:15
**Safran** 27:18 28:9 33:3
**Sanna-rae** 5:3
**SANTORO** 4:2 47:18 71:4
**sat** 40:7,8 41:19
**saw** 20:21 21:13 31:20
**saying** 45:23 48:14
**says** 46:21 53:23 60:20
61:2 65:16
**scale** 65:4,5
**scare** 57:6
**scene** 58:14
**scope** 26:17 63:5 65:5,6
**score** 17:5
**scored** 18:1
**seated** 4:4 5:7 47:23
**secret** 10:4,17 17:21 18:24
28:5 59:9
**secrets** 38:16 42:15 43:5,
15 44:9 45:12,18,25
46:13,16 48:25 58:17
59:15 63:24
**section** 51:15
**security** 9:5 22:15,17,19
41:4,8,11,22 42:25 43:6
55:24
**see** 51:24 61:19
**seek** 64:21
**seen** 12:6,10,15,24 13:1,5
20:18
**selecting** 23:15
**self-aggrandizement**
59:20
**semantics** 20:25
**send** 62:18 66:14
**sense** 41:16 49:18 65:18
**sent** 44:10 54:4 57:10
**sentence** 9:24 10:6,13,19
13:11,19 14:22 17:2,13
21:1 24:11 32:22 36:7,14
41:6 45:15 52:24 53:14
60:1 61:3,6,9 62:23 64:23

65:3,8,12,17,20,24 66:8
67:21 68:2,13,18 69:4,9
70:17,21
**sentenced** 44:1
**sentences** 15:17 17:4
35:12,25 37:5 43:14,17,25
60:17,23 61:11 66:14 67:5
**sentencing** 4:9 7:19,21
11:1 14:1,19,25 15:1,18,
19,21 16:7 19:13,18 20:15
24:24 25:12,13,25 26:15
29:12,19 32:1,13,18,24,25
33:18 35:1,3 37:23,25
38:23,25 39:6,13 40:9,16,
23 41:9 43:7 51:8 53:18
55:11 60:25 62:25 63:10
64:18 67:23
**separate** 17:17 29:22
30:19 31:22 37:10 67:16
**serious** 17:8 45:14 65:3
**seriousness** 15:2 65:1
**serve** 49:3,24
**served** 53:15 66:23 68:12
**serves** 48:19
**service** 46:2,6 49:3
**services** 43:3 46:4 49:1
**serving** 37:18
**session** 30:4 31:3,5
**set** 14:3 51:11 57:23
**sets** 26:19
**severely** 44:14
**shackles** 9:9
**shameless** 57:9
**shivering** 52:3
**short** 21:25 43:13 47:12
**shorter** 57:24
**show** 30:12,14
**showed** 59:7
**shows** 30:18
**shred** 33:23
**shy** 34:5
**sic** 23:5
**sick** 52:1
**side** 30:18 68:21
**sides** 11:2 12:5
**sight** 51:9
**signed** 59:13
**similar** 15:23,24 39:1
43:11 66:3
**similarly** 41:17
**simple** 22:2 50:2
**simply** 12:3 41:5
**single** 19:20,23,25 27:1,6
**sir** 5:11 60:4

**situation** 44:23 45:21 52:19,20 61:2
**Sixth** 22:13
**sleeper** 54:2
**slightest** 52:18
**smaller** 23:23
**soccer** 51:5
**solicit** 56:13
**solicitation** 56:23
**solitary** 51:22
**son** 50:20,23 51:1,6
**sophisticated** 18:21
**sorry** 8:4 40:11
**sound** 9:15
**sources** 51:18
**speak** 7:11 51:25 64:14
**speaking** 45:19
**special** 10:23 70:18
**specialty** 27:10
**specific** 22:14 33:10,13 65:23 66:4
**specifically** 15:20 20:9
**spends** 45:10
**spent** 51:16
**spies** 28:14 43:2
**spilled** 40:6
**spook** 50:14
**spot** 34:17
**spy** 37:18 63:22
**spymaster** 50:14
**staff** 7:13
**stand** 60:2
**standard** 41:17
**stands** 9:19
**start** 16:11,19 17:15 40:20
**started** 24:2 34:21
**starting** 26:14
**state** 22:15 35:24
**stated** 18:16 67:24 68:18
**statement** 7:24 8:15,16,22 25:2,8,9 37:14 54:13,24 60:5 62:16
**statements** 7:23 25:1
**states** 4:8,13 13:12,17 20:1 46:19 51:22 52:6 54:5 63:16,21 65:25
**statutory** 39:2 61:4 66:16 67:3
**steal** 28:1 33:3 42:17,24 44:9 45:12,18 46:15 63:23,25
**stealing** 45:1,20
**sticks** 49:13

**stole** 44:8
**stop** 15:6 68:19
**straight** 9:16
**striking** 31:24
**students** 27:24
**subject** 30:23
**submission** 32:14
**submit** 29:1
**submitted** 25:25 49:21
**subset** 23:23
**substantial** 11:13
**substantially** 41:13
**substantive** 68:20
**suffered** 51:12
**sufferings** 55:12
**sufficient** 14:23 62:23 64:24 65:20 67:21
**sufficiently** 39:11
**suggest** 42:12
**summary** 20:17 21:12
**super** 52:8
**supervised** 10:1,8,14,20 70:20
**supervisor** 19:2 21:17 56:9
**support** 11:5,19 21:10 23:20 64:9,12
**supposedly** 51:16
**Supreme** 60:19 61:23
**sure** 40:8 46:18 49:6 70:14
**surreptitiously** 28:4
**sworn** 6:6 7:2
**symbol** 50:8
**system** 49:15 56:2 58:5

---

**T**

**table** 4:16 5:4 25:19
**take** 6:21 7:19 9:14 47:11 52:22 53:5
**taken** 47:20
**talk** 25:19 35:20 60:6 62:9
**talked** 13:6 54:1
**talking** 39:19 43:2
**targeted** 23:16
**Taylor** 5:3
**team** 48:1
**technical** 23:4
**technology** 28:1 42:1,7
**tell** 7:14 34:20 36:4,25 51:1 56:10 58:12
**telling** 37:24,25
**ten** 10:7,19 44:2 47:12,13, 16,19 54:3

**term** 66:25 68:10
**terms** 13:10 28:24 34:24 64:12,13
**terrorist** 52:7
**testified** 42:5
**testimony** 42:3
**thank** 4:3 6:8 7:4,5 9:11 13:9 14:8 24:19 25:23 35:15 38:2,6 47:22 48:13 54:8,11 60:3,7 62:1,7
**Thanks** 54:9
**theft** 10:4,17 17:21 42:10
**theory** 21:19 42:14
**thief** 59:21
**thing** 36:12 61:23 66:4
**things** 33:6 38:10 41:21
**think** 8:18 9:7 26:14 30:21 31:25 37:13,17,24 38:11, 23 39:12 41:16 44:20 45:17 49:22 53:14 54:25
**thinking** 40:8,15
**thorough** 11:9
**thought** 9:4 27:22 61:20
**thousands** 52:3
**three** 9:25 10:7,14,20 14:1 19:1 40:10
**three-level** 20:7 21:16
**three-month** 40:7
**three-week** 26:6
**Three-week-long** 40:14
**Tim** 4:20
**time** 8:14 12:3 19:12 25:6 27:4 28:14 36:22 37:4 38:19 40:9,16 45:10 51:16 53:4 54:15 56:4,12 57:4, 20 66:23 67:8,10,11 68:5, 12
**times** 53:1 57:2
**title** 23:10
**today** 9:19 14:21 20:23 26:13 32:2,15,19 53:3 58:12 65:12,24 66:8 69:16
**told** 9:6 55:14 63:1 66:13
**tolerate** 57:10
**total** 18:2,6 19:8 24:3,8 61:5,9
**totality** 68:1
**trade** 10:4,17 17:20 18:23 38:16 42:15 43:5,14 44:9 58:3 59:9,15
**tragic** 29:8
**transcribed** 30:7
**translated** 12:25 29:1 30:7
**translation** 8:17,20 30:10

**traveled** 32:3
**treason** 45:1
**treat** 55:16
**treated** 51:20,23 52:7
**treatment** 15:10 55:7
66:11
**trial** 4:21 9:18 13:23 14:15
20:19,21 21:19 26:6,8
27:14 29:25 30:12 34:1
37:12 40:7,14 41:20
56:11,16 59:6
**tried** 31:3 38:15 42:23
53:24 63:25
**tries** 45:24
**trouble** 7:8
**true** 12:5 65:18
**try** 40:18
**trying** 27:25 32:15 42:15
44:24 45:11,18 46:12,15
63:23
**turn** 62:8
**tutor** 30:4 31:2,12
**tutored** 30:20,23,25
**twice** 44:20
**two** 6:12 8:5 11:4 13:24
17:6 18:20 25:21 27:2
29:1,15 36:2 43:16 50:23
60:21
**two-fold** 70:2
**type** 31:18
**typically** 14:1

---

**U**

**U.S.** 5:8 13:12 38:21 44:7,
9,14,17,20 48:15 56:14
57:7 58:4,19 59:2,14,19
60:20 69:6
**unable** 25:10
**understanding** 7:8 36:24
37:1 47:15
**undertake** 64:20
**undertook** 33:2
**unfortunate** 4:23 29:5
**unfortunately** 4:20
**unique** 39:13
**United** 4:7,13 13:17 20:1
46:19 51:21 52:6 54:5
63:16,21 65:25
**university** 27:23
**unjustly** 44:18
**unlawfully** 44:16
**unmute** 7:11,14
**unnecessary** 19:16
**unquote** 30:21

**unshackled** 8:8
**unsuspecting** 28:6
**untangle** 40:4
**unwarranted** 15:21
**upper** 55:19
**upward** 40:25 41:17 43:7
**urge** 51:9
**USB** 34:16
**use** 23:1 25:15 49:9,13,14
58:5
**uses** 49:10
**usual** 38:25
**usually** 29:11 45:15

---

**V**

**vaccine** 52:2
**valuable** 63:24
**value** 58:18
**variance** 40:25 41:18 43:7
**verdict** 13:24
**verdicts** 14:17
**version** 25:9
**versus** 4:8 20:1 35:21
**vertical** 17:6 24:4
**victims** 16:1,5 29:7
**view** 39:14 41:6
**violation** 44:17
**visit** 57:14
**visited** 70:2

---

**W**

**wages** 58:6
**walk** 26:1
**want** 8:15 12:3 19:8 26:12
28:17 33:9 35:20,24 43:8
52:25 53:5 58:12 60:18
**wanted** 37:2 44:4 61:14
**war** 54:6 58:3,6
**wasn't** 27:1,2 30:23 31:9
41:22 63:6
**wave** 7:12
**way** 6:15 11:22 33:25 34:8
55:17
**We'll** 47:5
**we're** 4:9 7:18 9:13 43:2
47:10,14,24 48:10
**We've** 61:17
**weapon** 58:6
**website** 59:11
**weeks** 40:10
**weight** 33:15
**welcome** 5:6

**went** 20:20 28:22
**whatsoever** 42:23
**wheel** 22:3
**White** 59:11
**wife** 29:2 34:16 49:22
50:2,16,18 64:11
**willing** 47:6,7
**window** 49:25
**wish** 25:11 40:19 61:24
**wishes** 7:25 25:2,7 33:15
54:12
**women** 49:16
**word** 43:10 62:5
**words** 27:13 30:12,13
**work** 7:16 29:17 30:19
34:1,4,6,8 39:3,6 44:19
69:13
**worked** 8:16 44:10 70:13
**working** 30:15
**world** 27:12 28:15 45:22
46:6 49:5
**world's** 27:16
**worried** 52:4
**worst** 55:8
**wreak** 29:6
**wrists** 9:9
**write** 8:12
**writing** 9:10
**written** 11:10,19,22 16:23
18:16 49:24 52:17
**wrong** 45:19
**wrote** 34:15

---

**X**

**Xu** 4:8 5:3,7 6:12 8:15
11:5 12:25 13:4 18:24
19:1 20:3 25:7 31:3,6
32:16,22 33:7 38:13 39:22
42:23 44:24 47:4 50:6,10
51:3,10,12 52:14 53:10,
12,22 54:4 62:11 69:24
**Xu's** 8:8 30:6,12,13 33:1
41:1,2 49:22,25 50:1

---

**Y**

**years** 9:24,25 10:7,8,13,
14,19,20 24:13 44:2 46:7
50:21 51:13 54:3 57:17
58:1 59:1 62:20 66:18,20
68:4,11
**York** 53:2 54:3 70:1,4,5,
11
**young** 64:6 65:9

**Z**

**zero** 24:5
**Zheng** 32:4,9 34:15
**Zheng's** 32:6