**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: October 15, 2024

Mr. Richard W. Nagel
U.S. District Court
  for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

        Re: Case No. 22-4020, *USA v. Yanjun Xu*
            Originating Case No. 1:18-cr-00043-1

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                        Sincerely,

                        s/Abby Hahn
                        for Ryan Orme, Case Manager

cc: Ms. Justine Harris
     Mr. Kevin Koller
     Ms. Katie Elizabeth Renzler

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-4020

_____

Filed: October 15, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

YANJUN XU, aka Xu Yanjen, aka Qu Hui, aka Zhang Hui

    Defendant - Appellant

MANDATE

   Pursuant to the court's disposition that was filed 08/30/2024 the mandate for this case hereby issues today.

COSTS:  None